# EXHIBIT A

| US9009113 B1 | Google's YouTube Music |
|---|---|
| 1. A computer implemented method for updating a dynamic album that includes a set of songs stored in relation to and played by an artist specific application associated with an artist, the method being implemented on a user device having one or more physical processors programmed with computer program instructions that, when executed by the one or more physical processors, cause the user device to perform the method, the method comprising: | <https://www.youtube.com/musicpremium><br><br>Google's YouTube Music has a computer implemented method for updating a dynamic album that includes a set of songs stored in relation to and played by an artist specific application associated with an artist, the method being implemented on a user device having one or more physical processors programmed with computer program instructions that, when executed by the one or more physical processors, cause the user device to perform the method.<br><br>The reference includes subject matter disclosed by the claims of the patent after the priority date. |

| US9009113 B1 | Google's YouTube Music |
|---|---|
| receiving, by the user device, one or more album parameters that specify a change to be made to the dynamic album that includes a plurality of songs, wherein the dynamic album is stored via information encoding the plurality of songs at the user device in association with the artist specific application that plays the dynamic album at the user device; | <br><https://support.google.com/youtube/answer/6084053?hl=en><br><br>The reference describes receiving, by the user device, one or more album parameters that specify a change to be made to the dynamic album that includes a plurality of songs, wherein the dynamic album is stored via information encoding the plurality of songs at the user device in association with the artist specific application that plays the dynamic album at the user device [Playlists settings]. |

| US9009113 B1 | Google's YouTube Music |
|---|---|
| accessing, by the user device, the information encoding the plurality of songs responsive to receipt of the one or more album parameters; | With Auto add settings on your playlists, you can automatically have new videos added to the playlists you created. <br><br> The Auto add settings allow you to define rules for videos based on tags or keywords. If new videos meet the criteria, the videos are automatically added to the playlist. <br><br> <https://support.google.com/youtube/answer/6084053?hl=en> <br><br> The reference describes accessing, by the user device, the information encoding the plurality of songs responsive to receipt of the one or more album parameters [The Auto add settings allow you to define rules for videos based on tags or keywords]. |

| US9009113 B1 | Google's YouTube Music |
|---|---|
| modifying, by the user device, the information encoding the plurality of songs based on the one or more album parameters to change the dynamic album without intervention by a user of the user device;<br><br>storing, by the user device, the modified information encoding the plurality of songs at the user device; and | > With Auto add settings on your playlists, you can automatically have new videos added to the playlists you created.<br>> <br>> The Auto add settings allow you to define rules for videos based on tags or keywords. **If new videos meet the criteria, the videos are automatically added to the playlist.**<br><br><https://support.google.com/youtube/answer/6084053?hl=en><br><br>The reference describes modifying, by the user device, the information encoding the plurality of songs based on the one or more album parameters to change the dynamic album without intervention by a user of the user device [If new videos meet the criteria, the videos are automatically added to the playlist].<br><br>The reference describes storing, by the user device, the modified information encoding the plurality of songs at the user device [If new videos meet the criteria, the videos are automatically added to the playlist]. |

| US9009113 B1 | Google's YouTube Music |
|---|---|
| playing, by the user device, at least some of the dynamic album through the artist specific application based on the modified information encoding the plurality of songs at the user device. | **How playlists work**<br>Our music playlists pull in music from across YouTube by using various signals. These include machine learning, social signals, signals from other Google products and services, and human input (including from our listeners). These playlists serve as one of many inputs to YouTube's recommendation system. The stronger a track performs in our music playlists and across YouTube, the more likely it is to surface to listeners.<br><br><https://support.google.com/youtube/answer/7665542?hl=en><br><br>The reference describes playing, by the user device, at least some of the dynamic album through the artist specific application based on the modified information encoding the plurality of songs at the user device [Our music playlists pull in music from across YouTube by using various signals]. |