IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ESCAPEX IP, LLC, § <br> § <br> Plaintiff, § <br> § Civil Action No. 6-22-cv-00428-ADA <br> vs. § <br> § JURY TRIAL DEMANDED <br> GOOGLE LLC, § <br> § <br> Defendant. § <br> § | |

## DISCLOSURE STATEMENT UNDER RULE 7.1 OF DEFENDANT GOOGLE LLC

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: July 5, 2022

Respectfully submitted,

*/s/ Brian C. Banner*
Brian C. Banner (TX Bar No. 24059416)
bbanner@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.3550
fax: 512.402.6865

***Attorney for Defendant Google LLC***

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        /s/ Brian C. Banner
Brian C. Banner
*Attorney for Defendant Google LLC*