# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ESCAPEX IP, LLC, § <br> § <br> Plaintiff, § <br> § Civil Action No. 6-22-cv-00428-ADA <br> vs. § <br> § JURY TRIAL DEMANDED <br> GOOGLE LLC, § <br> § <br> Defendant. § <br> § | |

**JOINT NOTICE REGARDING DISMISSAL AND DISCOVERY OF PRE-SUIT INDIRECT INFRINGEMENT AND WILLFULNESS CLAIMS PURSUANT TO OGP 4.1**

Pursuant to Section VII of the Court's Standing Order Governing Proceedings (OGP) 4.1—Patent Cases, Plaintiff EscapeX IP, LLC and Defendant Google LLC file this joint notice regarding dismissal and discovery of pre-suit indirect infringement and pre-suit willfulness claims. The parties jointly stipulate as follows:

1. Plaintiff's claims for pre-suit indirect infringement and pre-suit willful infringement of U.S. Patent No. 9,009,113 are dismissed without prejudice.

2. Once fact discovery opens and for the first three months thereafter, Plaintiff may take fact discovery related to pre-suit indirect infringement and pre-suit willful infringement.

3. Plaintiff may amend its pleadings to re-assert claims for pre-suit indirect infringement and/or pre-suit willful infringement if it discovers facts to support a good-faith basis for such claims. Any such amendment must be made within three months after fact discovery opens.

Dated: July 5, 2022                                  Respectfully submitted,

*/s/ Jeffrey E. Kubiak*                              */s/ Brian C. Banner*
William P. Ramey, III                                Brian C. Banner (TX Bar No. 24059416)
Texas Bar No. 24027643                               bbanner@sgbfirm.com
Jeffrey E. Kubiak                                    SLAYDEN GRUBERT BEARD PLLC
Texas State Bar No. 24028470                         401 Congress Ave., Suite 1650
5020 Montrose Blvd., Suite 800                       Austin, TX 78701
Houston, TX 77006                                    tel: 512.402.3550
(713) 426-3923 (telephone)                           fax: 512.402.6865
(832) 900-4941 (fax)
wramey@rameyfirm.com                                 *Attorney for Defendant Google LLC*

*Attorneys for EscapeX IP, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　 */s/ Brian C. Banner*
　　　　　　　　　　　　　　　　　　　　　　 Brian C. Banner
　　　　　　　　　　　　　　　　　　　　　　 *Attorney for Defendant Google LLC*