IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ESCAPEX IP, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | §<br>§<br>§<br>§ Civil Action No. 6-22-cv-00428-ADA<br>§<br>§ JURY TRIAL DEMANDED<br>§<br>§<br>§<br>§ |

**DECLARATION OF BRIAN C. BANNER IN SUPPORT OF DEFENDANT'S MOTION UNDER 28 U.S.C. § 1404(a) TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

I, Brian C. Banner, declare and state as follows:

1. I am counsel of record for Defendant Google LLC in this case. I am over the age of 18, and I have personal knowledge of the facts set forth herein and could competently testify about these matters if called upon to do so.

2. This declaration is submitted in support of Google's Motion Under 28 U.S.C. § 1404(a) to Transfer Venue to the Northern District of California.

3. Attached as Exhibit A is a true and correct copy of excerpts of Alphabet Inc.'s 10-Q for the quarterly period ended June 30, 2022, available at https://www.sec.gov/ix?doc=/Archives/edgar/data/1652044/000165204422000071/goog-20220630.htm.

4. Attached as Exhibit B is a true and correct copy of the Texas Comptroller of Public Accounts' online record related to Plaintiff EscapeX IP, LLC, available at

1

https://mycpa.cpa.state.tx.us/coa/ (enter "EscapeX IP LLC" into "Entity Name" field and click "Search" button).

5.  Attached as Exhibit C is a true and correct copy of excerpts of the file history for U.S. Patent No. 9,009,113 ("Transmittal of New Application" dated 10/21/2014), available at https://patentcenter.uspto.gov/applications/14519168/ifw/docs.

6.  Attached as Exhibit D is a true and correct copy of the Biography of Hean L. Koo, available at https://www.pillsburylaw.com/print/content/14318/hean-koo.pdf (downloaded October 18, 2022).

7.  Attached as Exhibit E is a true and correct copy of the assignment abstract for U.S. Patent No. 9,009,113, available at https://patentcenter.uspto.gov/applications/14519168/assignments/abstract.

8.  Attached as Exhibit F is a true and correct copy of an online article titled "Streamus Turns Chrome into Fully Loaded YouTube Music Player" dated February 13, 2014, available at https://www.guidingtech.com/26931/chrome-youtube-music-player/ (downloaded October 18, 2022).

9.  Attached as Exhibit G is a true and correct copy of Sean Anderson's LinkedIn profile page, available at https://www.linkedin.com/in/meomix (downloaded October 18, 2022).

10. Attached as Exhibit H is a true and correct copy of screenshots taken from https://mobileroadie.com/about (visited October 18, 2022).

11. Attached as Exhibit I is a true and correct copy of an excerpt from Steve Gordon, "The Future of the Music Business" (2011), available at https://www.google.com/books/edition/The_Future_of_the_Music_Business/eiQmgEFs_4YC?hl=en&gbpv=1&dq=musician+smartphone+apps&pg=PA172&printsec=frontcover.

12. Attached as Exhibit J is a true and correct copy of the Wikipedia page for Mobile Roadie, available at https://en.wikipedia.org/wiki/Mobile_Roadie (downloaded October 18, 2022).

13. Attached as Exhibit K is a true and correct copy of Michael Schneider's LinkedIn profile page, available at https://www.linkedin.com/in/michaelaschneider/ (downloaded October 18, 2022).

14. Attached as Exhibit L is a true and correct copy of Brock Batten's LinkedIn profile page, available at https://www.linkedin.com/in/brocksteady (downloaded October 18, 2022).

15. Attached as Exhibit M is a true and correct copy of the Wikipedia page for Apple, Inc., Available at https://en.wikipedia.org/wiki/Apple_Inc. (downloaded October 18, 2022).

16. Attached as Exhibit N is a true and correct copy of U.S. Patent No. 8,224,927.

17. Attached as Exhibit O is a true and correct copy of U.S. Patent No. 8,634,944.

18. Attached as Exhibit P is a true and correct copy of Emily Clark Schubert's LinkedIn profile page, available at https://www.linkedin.com/in/emilyschubert/ (downloaded October 18, 2022).

19. Attached as Exhibit Q is a true and correct copy of William Bull's LinkedIn profile page, available at https://www.linkedin.com/in/wbull/ (downloaded October 18, 2022).

20. Attached as Exhibit R is a true and correct copy of Ben Rottler's LinkedIn profile page, available at https://www.linkedin.com/in/benhondarottler/ (downloaded October 18, 2022).

21. Attached as Exhibit S is a true and correct copy of U.S. Patent No. 8,819,553.

22. Attached as Exhibit T is a true and correct copy of Policarpo Wood's LinkedIn profile page, available at https://www.linkedin.com/in/policarpowood/ (downloaded November 21, 2022).

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed on November 21, 2022, in
Austin, Texas.

/s/ Brian C. Banner
Brian C. Banner