# Exhibit C

PTO/AIA/15 (07-12)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 CFR 1.53(b))*

| | |
|---|---|
| *Attorney Docket No.* | 029972-0434255 |
| *First Inventor* | Sephi Joseph SHAPIRA |
| *Title* | SYSTEM AND METHOD FOR GENERATING ARTIST-SPECIFIED DYNAMIC ALBUMS |
| *Express Mail Label No.* | |

## APPLICATION ELEMENTS
See *MPEP* chapter 600 concerning utility patent application contents.

1. ☐ **Fee Transmittal Form.**
   (PTO/SB/17 or equivalent)
2. ☒ **Applicant claims small entity status.**
   See 37 CFR 1.27.
3. ☒ **Specification.** *[Total Pages* 61 *]*
   Both the claims and abstract must start on a new page
   *(For information on the preferred arrangement, see MPEP § 608.01(a))*
4. ☒ **Drawing(s).** *(35 U.S.C. 113)* *[Total Sheets* 22 *]*
5. **Inventor's Oath or Declaration.** *[Total Sheets* 1 *]*
   *(including substitute statements under 37 CFR 1.64 and assignments serving as an oath or declaration under 37 CFR 1.63(e))*
   a. ☒ Newly executed (original or copy)
   b. ☐ A copy from a prior application (37 CFR 1.63(d))
6. ☒ **Application Data Sheet.** *See Note below.*
   See 37 CFR 1.76 (PTO/AIA/14 or equivalent)
7. ☐ **CD-ROM or CD-R.**
   in duplicate, large table or Computer Program *(Appendix)*
   ☐ Landscape Table on CD
8. **Nucleotide and/or Amino Acid Sequence Submission.**
   *(if applicable, items a. – c. are required)*
   a. ☐ Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
   i. ☐ CD-ROM or CD-R (2 copies); or
   ii. ☐ Paper
   c. ☐ Statements verifying identity of above copies

| ADDRESS TO: | **Commissioner for Patents**<br>**P.O. Box 1450**<br>**Alexandria VA 22313-1450** |
|---|---|

## ACCOMPANYING APPLICATION PARTS

9. ☒ **Assignment Papers.**
   (cover sheet & document(s))
   Name of Assignee ESCAPEMUSIC LIMITED

10. ☐ **37 CFR 3.73(c) Statement.**   ☐ **Power of Attorney.**
    *(when there is an assignee)*
11. ☐ **English Translation Document.**
    *(if applicable)*
12. ☒ **Information Disclosure Statement.**
    (PTO/SB/08 or PTO-1449)
    ☐ Copies of citations attached
13. ☐ **Preliminary Amendment.**
14. ☐ **Return Receipt Postcard.**
    (MPEP § 503) (Should be specifically itemized)
15. ☐ **Certified Copy of Priority Document(s).**
    *(if foreign priority is claimed)*
16. ☐ **Nonpublication Request.**
    Under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or equivalent.
17. ☒ **Other:** TRACK ONE REQUEST FORM

---

**\*Note:**  (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 **must** be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).

## 19. CORRESPONDENCE ADDRESS

☒ The address associated with Customer Number: 00909   *OR*   ☐ Correspondence address below

| Name | |
|---|---|
| Address | |
| City | | State | | Zip Code | |
| Country | | Telephone | | Email | |

| Signature | /Hean L. Koo/ | Date | October 20, 2014 |
|---|---|---|---|
| Name (Print/Type) | Hean L. Koo | Registration No. (Attorney/Agent) | 61214 |

This collection of information is required by 37 CFR 1.53(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

