# Exhibit D



# Hean L. Koo
## Partner

Northern Virginia
Intellectual Property

hean.koo@pillsburylaw.com
T: +1.703.770.7598

## AREAS OF FOCUS

### Practices

Intellectual Property
Open Source
Post-Grant Proceedings
Blockchain & Distributed Ledger Technology (DLT)
Life Sciences

Patent Counseling, Prosecution & Litigation
IP Audits & Strategic Planning
Artificial Intelligence
Fintech, Payments & Blockchain
Digital Health

---

**Hean Koo focuses his practice on patent prosecution and IP counseling in a variety of sectors, including computer software, blockchain, AI, machine learning, digital medicine, retail point-of-sale (POS) systems, software relating to retail touch points, wireless communication systems, medical devices and haptic-enabled devices.**

In addition to preparing and prosecuting patent applications, Hean has experience with a wide range of patent-related matters including re-issue applications, *Ex Parte* and *Inter Partes* reexamination requests, appeals before the U.S. Patent and Trademark Office's Board of Patent Appeals and Interferences, IP reviews, non-infringement and invalidity opinions, and litigation support and strategy. Hean also counsels clients on a wide range of open-source matters, including source code audits and open-source policies.

Prior to entering the legal profession, Hean led a team of biologists that sequenced the model plant *Arabidopsis thaliana* at a prominent genome research organization. He later managed a team of engineers responsible for software and data deliverables for multimillion-dollar contracts. In this capacity—along with his team—he designed, developed and implemented software, relational databases and directories for storing, mining, displaying and managing terabytes of genomic data.

© 2022 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com

## PROFESSIONAL HIGHLIGHTS

- Hean is a contributor and co-author for a number of studies published in major, well-respected scientific journals, including *Nature and Science.*

- Adjunct professor of patent law at The George Washington University Law School

- Named a Go To Intellectual Property Lawyer in Virginia by *Virginia Lawyers Weekly* (2022)

- **Publications & Speaking Engagements**
    - Live CLE speaker/presenter, 2022 CLE presentation entitled: "Overview of IP trends and Legal Issues in Digital Health"
    - Chapter on open source issues in Cloud Computing Legal Deskbook (2018)
    - Open Source Software in M&A and Finance Transactions, Patent Issues with Open Source Software (OSS), Thomson Reuters, Open Source and SaaS, Considerations for Developing Corporate Open Source Policies, Thomson Reuters, June 5, 2018
    - Important Open Source Ruling Confirms Enforceability of Dual-Licensing and Breach of GPL for Failing to Distribute Source Code, JDSupra, May 16, 2017
    - Federal Circuit is In Sync with Patent's Validity Under Section 101, JDSupra, September 16, 2016
    - Co-author on multiple peer-reviewed publications in major scientific journals, including *Nature* and *Science*
    - One of "The World's Most Influential Scientific Minds," Thomson Reuters, 2014 and 2015
    - Live CLE speaker/presenter, Recent Legal Developments in Open Source and Strategies and Tools to Manage Risk, November 13, 2014

## EDUCATION

J.D., Intellectual Property, George Mason University School of Law, 2009

B.S., Biology, University of Maryland, 1997

## ADMISSIONS

Virginia

## COURTS

U.S. Patent and Trademark Office



© 2022 Pillsbury Winthrop Shaw Pittman LLP. Attorney Advertising. pillsburylaw.com