# Exhibit E



# 14/519,168 | 46FV-215842:

## SYSTEM AND METHOD FOR GENERATING ARTIST-SPECIFIED DYNAMIC ALBUMS

| Application # | Attorney Docket # | Patent # | Status | Filing or 371 (c) date |
|---|---|---|---|---|
| 14/519,168 | 46FV-215842 | 9,009,113 Issued - 04/14/2015 | Patented Case - 03/25/2015 | 10/21/2014 |

## 3 Assignments found

### Assignment 1

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 033988/0192 | 10/21/2014 | 3 |

Conveyance

ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| SHAPIRA, SEPHI JOSEPH | 10/20/2014 | PILLSBURY WINTHROP SHAW PITTMAN, LLP (NV PO BOX 10500 MCLEAN, VA 22102 |

Assignee

ESCAPEMUSIC LIMITED
7 SHING YIP STREET
UNIT H, 12TH FLOOR, LEGEND TOWER, KWUN TONG
KOWLOON, HONG KONG

### Assignment 2

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 037400/0022 | 12/30/2015 | 3 |

Conveyance

CHANGE OF NAME (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| ESCAPEMUSIC LIMITED | 10/16/2015 | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>2099 PENNSYLVANIA AVENUE, NW<br>SUITE 100<br>WASHINGTON, DC 20006 |

Assignee

ESCAPEX LIMITED
7 SHING YIP STREET
UNIT H, 12TH FLOOR, LEGEND TOWER, KWUN TONG
KOWLOON, HONG KONG

**Assignment 3**

| Reel/frame | Date recorded | Pages |
|---|---|---|
| 059672/0765 | 04/22/2022 | 6 |

Conveyance

ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS). *PDF*

| Assignors | Execution date | Correspondent |
|---|---|---|
| ESCAPEX LTD. | 04/08/2022 | CARLOS GORRICHATEGUI<br>5218 CHANDLER STREET<br>HOUSTON, TX 77007 |

Assignee

ESCAPEX IP LLC
5900 BALCONES DRIVE SUITE 100
AUSTIN, TEXAS 78731

10 per page ▾    Page 1 of 1 ▾

**Disclaimer:** Assignment information on the assignment database reflects assignment documents that have been actually recorded. If the assignment for a patent was not recorded, the name of the assignee on the patent application publication or patent may be different. If you have any comments or questions concerning the data displayed, contact OPR / Assignments at 571-272-3350.