# Exhibit F



**Guiding Tech**

Tips, tricks, buying guides & more...

ASHISH MUNDHRA   13 February 2014

Few days ago we discussed two Android apps using which you can directly stream the audio bit of YouTube videos on your Android device. The apps discard the videos and only stream the audio files from the server, thus saving the bandwidth if it's just the music the user is interested in. But why should we stop only at Android? Well we are not going to, and today I will show you how you can do the same on your computer (Chrome browser, to be precise) using a nifty extension called **Streamus**.







**Tip:** If you find this extension is not working on Chrome for any reason, then here's a guide to make it work again.

Streamus is a beautiful extension designed for Chrome using which you can turn your browser into a full fledged YouTube music player. To install the extension, simply open the Streamus homepage on Chrome and click on the *Download button*.

## How to See Posts You've Liked on Instagram

New & bestselling smart kitchen tech.

Crate&Ba

## 8 Best Ways to Fix Google Sheets Won't Let Me Scroll Error



500+ new kitchen arrivals.

Crate&Ba

If you are using any other browser, the homepage will require you to switch to chrome before you can download the extension on your computer.

# STREAMUS FOR CHROME

Once you download the extension and install it, you will see the Streamus icon in the Chrome extension bar. You can simply click on it to open the player. The player is minimal in design and you can straightaway click on the search button to search for a music video.

The app will give you search suggestions as you type and return the results with a small thumbnail of the video. Now all you need to do is click on the *Play button* next to the video to stream it as a song. If you want to add more than one song from the search results to your stream, you can simply select all of them

Get Guiding Tech articles delivered to your inbox.

Your email address

**SUBSCRIBE**

Case 3:22-cv-08711-VC    Document 18-7    Filed 11/21/22    Page 5 of 13

Streamus also supports playlists, but instead of creating them in the app, you will have to create one in the YouTube and simply copy the link to the Streamus extension. Click on the button located in the upper-left corner and provide the playlist link from YouTube.

You may also provide a link to a YouTube channel to add it. As the app uses the YouTube playlists, there is no risk in losing any of them even if you uninstall the extension on Chrome by any chance.

# SOME COOL FEATURES OF STREAMUS

## 1. Keyboard Shortcuts



The extension also supports keyboard shortcuts making it easy for you to control the music. To set up the shortcuts, navigate to Chrome Extension settings by going to *chrome://extensions* in a new tab and click on the option *Configure keyboard shortcut* at the bottom of the page. Now just configure the keyboard shortcuts and save the settings.

## 2. Omnibar Integration

The extension also integrates to Chrome Omnibar making your video search easy. Just type in the streamus keyword and press the spacebar to start searching for videos. If you wish to customize the search keyword and make it a bit simpler, open *Chrome Settings* and click on the option *Manage search engine*.

Case 3:22-cv-08711-VC          Document 18-7     Filed 11/21/22     Page 8 of 13

## 3. Streamus Radio

Probably the best thing about the app is the integrated radio feature. Once you click on the radio icon and activate it, Sreamus will never run out of music. If your playlist runs out of songs, Streamus will auto add similar songs to it and keep on playing. Perfect for couch potatoes like me.

# CONCLUSION





10/18/22, 1:43 PM
Case 3:22-cv-08711-VC   Document 18-7   Filed 11/21/22   Page 9 of 13
Sideload Tube: Turn Chrome into Fully-loaded YouTube Music Player

perfect alternative for Spotify free users and the best thing is that the app makes your music ad-free. So install the extension today and turn your Chrome into a powerful YouTube music player. But don't forget to share your opinion about the app. Is there any feature you look forward to?

*Top Photo Credit: marfis75*

Last updated on 03 February, 2022

The above article may contain affiliate links which help support Guiding Tech. However, it does not affect our editorial integrity. The content remains unbiased and authentic.

**Read Next**

## Grassfiti Turns Your Lawn Into Snazzy Artwork

Cutting your overgrown grass is a thing of the past. Welcome to the era where you can go Banksy on your lawn and customise it...



Add Google Music Chrome into Firefox, Safari, and Music Player

## Top 8 Fixes for Samsung Phone Stops Playing Music When...

A few days back, I was listening to an audio on my Samsung phone, and after a few minutes, it stopped suddenly. I played it...

## How to Beat Super Mario Run and Fully Expand Your Kingdom

If you've been playing Super Mario Run for a while, you've probably figured out this secret by now: It's not hard at all to get...

## Samsung Galaxy S8 Active Fully Leaked Before Official Launch

A leaked internal employee training manual of Samsung Galaxy S8 Active has just exposed all the features of the upcoming phone along with its



10/18/22, 1:43 PM                    Stream Music from Chrome into Firestick. Gradually add 11.2.2 Music Player

Case 3:22-cv-08711-VC        Document 18-7       Filed 11/21/22       Page 11 of 13

## MX Player vs XPlayer: Which Is the Better 4K Video and Music...

Every Android phone comes with a video player that has nothing to write home about. With the deluge of movies and TV shows, the modern...

## Top 6 Ways to Fix Computer Turns On but no Display on...

It's puzzling to see a blank screen when you turn on your computer. Naturally, the first thing you do is restart your computer and check...

## Cannot Be Loaded Error

Logging in to a computer is as easy as typing a password (if any) and tapping the sign-in button. If your PC refuses to load...

## YouTube Music vs Apple Music vs Spotify: Which Is the Best...

Premium subscription services like Spotify and Apple Music are vying for music lovers' attention. So Google decided to try its luck with a new music...

WRITTEN BY

# Ashish Mundhr

Ashish is a staff writer and video editor at Guiding Tech. He loves all things tech and has a soft corner for Android. Apart from contributing articles here, he also takes care of our YouTube Channel.

Your email add        **SUBSCRIBE**

#Android

#Windows

#Internet and Social

#iOS

#Gadgets

#Mac

#Buying Guides

#How-tos

#Comparisons

#Tips & Tricks

Facebook

Facebook (Hindi)

Instagram

Instagram (Hindi)

YouTube

YouTube (Hindi)

Twitter

Twitter (Hindi)

**Guiding Tech**

About

Contact

Terms of Use

Privacy Policy

**Advertise**

© 2022 Guiding Tech. All Rights Reserved.