# Exhibit G

## Contact

www.linkedin.com/in/meomix (LinkedIn)

## Top Skills

C#
JavaScript
jQuery

## Languages

JavaScript
jQuery
C#
ASP.NET-MVC-3

# Sean Anderson

Staff Engineer / Team Lead at Foreground
San Francisco, California, United States

## Summary

Hi! I'm Sean. I really enjoy software development, the pursuit of finding optimal solutions for interesting problems, and having as much fun as possible when I'm not working my ass off.

I'm obsessively detail-oriented and have no problem telling you what I'm thinking. Some may view these traits as faults, but hey, it's part of my personality, so I generally try to embrace 'em as strengths. If you enjoy these qualities in a person we'll get along great.

I care a lot about liberal arts and culture. I go to a plethora of music festivals and that lifestyle has drastically shaped me as a person - for the better. Festivals teach so much about empathy, giving to others without expectation, remembering how to laugh and how life isn't just about working without reward. Dancing is the best medicine. Well, aside from vaccinations. :)

I've also got a bit of an entrepreneurial / inventive side. I've built a start-up from scratch and chased it to completion. I also traded cryptocurrencies (full-time! and succeeded!) for 1.5 years while building out some automated tools to help me with that.

## Experience

**Foreground**
1 year 6 months

Staff Software Engineer / Team Lead
February 2022 - Present (9 months)
Remote

Sr. Developer / Team Lead
May 2021 - March 2022 (11 months)

I helped take Collage.com to a successful exit and am now supporting Foreground by keeping the wheels spinning on a team comprised of three

other senior devs, myself, and a PM. I write code about 50% of the time. The rest of my efforts are spent performing cross-team communication, offering guidance via 1:1's, organizing our sprints, and participating in our hiring pipeline.

Collage.com
Sr. Developer
June 2018 - May 2021 (3 years)
Remote

I build all the cool stuff and wear all the hats for a fully remote, bootstrapped, profitable start-up. Life is good!

We write in ES6 / TypeScript. We're porting most of our stuff over to React and we work in Dockerized containers. We practice continuous integration & deployment. We pass the Joel test.

I oversee our automated testing infrastructure and plan ~10-20% of my team's sprint commitment.

I also participate heavily in our hiring process and am comfortable speaking with both executive and technical candidates of any seniority.

Cormant, Inc.
Senior Software Developer
October 2010 - August 2017 (6 years 11 months)
669 Pacfic St. San Luis Obispo, CA

I was a senior developer at Cormant, Inc. I worked directly with our CEO and CTO to help build and maintain our C# ASP.NET/MVC-3 web application. I also worked on our backend and in our MSSQL database. I am fully capable of writing SQL and using NHibernate to accomplish my work.

I also traveled internationally fulfilling training courses for customers of CableSolve. I provided variable-length assistance in writing client-specific scripts and websites as well as training clients in how to use our API.

Streamus
Owner/Developer
2012 - July 2015 (3 years)
San Luis Obispo, California

I created Streamus! Streamus was a Google Chrome extension that interfaced with YouTube. It made it easy to build and listen to playlists of music. It was written in Backbone / Backbone.Marionette + RequireJS. It's entirely open-source and was a trending repository on GitHub for a while: https://github.com/MeoMix/StreamusChromeExtension

I organically grew Streamus to 300,000 active users by word-of-mouth advertising on Reddit. I held the top post of all time on r/music for several years.

Streamus was shut down by YouTube's legal team after I declined an offer to work on YouTube Red.  Can't win 'em all. I consider this shut down one of my biggest successes.

https://thenextweb.com/insider/2015/07/21/how-youtube-killed-an-extension-with-300000-users/

### SEL
Software Developer
January 2009 - July 2010 (1 year 7 months)
Pullman, WA

I worked as an intern for SEL. I performed a lot of bug-fixing in C# as well as some work in Delphi.

---

## Education

### Washington State University
Bachelor of Science (BS), Computer Science · (2005 - 2010)