# Exhibit H

# MOBILE ROADIE

Industries ˅    Pricing    Clients    Company ˅    Log In    Talk to Us

## 2009

2010  2011  2012  2013  2014  2015  2016  2017  2018  2019

### SXSW 2009

The Mobile Roadie Platform is officially announced at famous South by Southwest festival.

The first live app to be created using the Mobile Roadie platform was for the band Black Lips.



MOBILEROADIE

Industries ˅   Pricing    Clients    Company ˅    Log In    ☏    Talk to Us

2009

**2010**

2011

2012

2013

2014

2015

2016

2017

2018

2019

### 10 Million Downloads

Mobile Roadie grows at lightning speed, as 2,000 mobile apps created with the platform amass 10 million downloads — all only in a year.

### PRO Version

Mobile Roadie got a wide range of new features for customers who want to go above and beyond with their app.

CLIENT'S SUCCESS ★

### FWA for FIAC International Contemporary Art Fair

FIAC brings together approximately 200 galleries of modern and contemporary art. The 37th edition of FIAC took place from October 21st to October 24th at the Grand Palais.



# MOBILEROADIE

Industries ∨  Pricing  Clients  Company ∨   Log In  📞  Talk to Us

2009 — 2010 — 2011 — **2012** — 2013 — 2014 — 2015 — 2016 — 2017 — 2018 — 2019



### 20 Million Users

Apps created with the Mobile Roadie platform reach 20 million users in total.

### Best Progressive Internet Marketing Company Award

Mobile Roadie becomes the best innovative digital marketing company of 2012 according to the Internet Marketing Association Conference & Awards.

### Madonna's App Wins an Award

Created with Mobile Roadie, the official Madonna app wins the FWA Mobile of the Day Award.

### Adele's App Gets Recognition

The official Adele app powered by Mobile Roadie is chosen as an Official Honoree at the 16th Annual Webby Awards in the Music category of "Mobile & Apps".




MOBILEROADIE

Industries ˅   Pricing   Clients   Company ˅   Log In   ☏   Talk to Us

2009

2010

2011

2012

**2013**

2014

2015

2016

2017

2018

2019

CLIENTS SUCCESS ★

### 1,5 million Downloads — Adele's App

The Adele app is the first app created with Mobile Roadie to reach 1,5 million downloads.

