# Exhibit K

## Contact

www.linkedin.com/in/
michaelaschneider (LinkedIn)
www.michaelschneider.com
(Other)

### Top Skills

Online Advertising
Business Development
Team Building

### Languages

Spanish

# Michael Schneider

Entrepreneur, Political Activist
Los Angeles, California, United States

## Summary

Michael is the founder & CEO of Los Angeles-based Service (getservice.com). Service saves travelers money and time, automatically, without them having to lift a finger.

Prior to Service, Michael was the co-founder & CEO of Mobile Roadie, one of the world's most successful mobile app platforms, with clients such as Disney, the World Economic Forum, Madonna, the Rolling Stones, the Wynn Las Vegas, Dallas Mavericks, and Harvard University.

Michael also co-founded and served as the CEO of nesting.com, a "Facebook for moms," founded Fluidesign, an interactive agency, and at the age of 15, founded Video Game Central, selling new and used video games online at the beginning of the Internet.

Michael has been active in the Los Angeles tech community, serving on the board of the Young Entrepreneurs Organization, advising the Southern California Entrepreneurship Academy, and speaking regularly at his alma mater - the University of Southern California, where he regularly advises that "grades don't equal success."

He has been the recipient of numerous awards including the Los Angeles County SBA Young Entrepreneur of the Year award, one of the "Best Entrepreneurs under 25″ by BusinessWeek, and noted as one of the "Top 20 in their 20's" by the Los Angeles Business Journal.

―――――

## Experience

Streets For All
Founder
July 2019 - Present (3 years 4 months)
Los Angeles Metropolitan Area

Vela Bikes USA
Advisor
January 2022 - Present (10 months)

Metro Sustainability Council
Member
March 2021 - Present (1 year 8 months)
Los Angeles County, California, United States

Earth
Advisor
November 2020 - Present (2 years)

Los Angeles Bicycle Advisory Committee
Board Member, Alternate CD5 Representative (Paul Koretz)
July 2019 - Present (3 years 4 months)
Greater Los Angeles Area

Mid City West Neighborhood Council
Vice Chair, Transportation and Sustainability Committee Chair
June 2019 - Present (3 years 5 months)
Los Angeles, California

Service Technologies Inc
CEO
June 2015 - March 2020 (4 years 10 months)
Los Angeles, CA

Save money and time as you travel, automatically.

Uber
Advisor
January 2014 - May 2019 (5 years 5 months)

Mobile Roadie
CEO
December 2008 - June 2015 (6 years 7 months)

Mobile Roadie is a platform to quickly and inexpensively build mobile apps (iPhone + Android).

Fluidesign
CEO

November 1998 - September 2009 (10 years 11 months)

Fluidesign is an award winning interactive agency. We create brands, build websites, and market clients online.

Fluidata
CEO
October 2005 - February 2009 (3 years 5 months)

Fluidata is our hosting division - everything from shared hosting accounts up to dedicated clusters.

Nesting.com
co founder
June 2007 - October 2008 (1 year 5 months)

Nesting.com is a website for moms to keep track of their family's busy life. Users can keep up on world events, share and organize photos, easily create playdates, keep their family calendar organized, and keep a private journal.

Entrepreneurs' Organization
Board Member
February 2005 - July 2007 (2 years 6 months)

Served on the EO Los Angeles Board. During this time my firm completed the EOLA website.

―――

## Education

USC
2003, Business Administration · (August 1999 - May 2003)

University of Southern California - Marshall School of Business
BS in Business Administration, Business, Accounting, Marketing, Finance · (1999 - 2003)

Buckley School
 · (1993 - 1999)