# Exhibit L

## Contact

www.linkedin.com/in/brocksteady (LinkedIn)
mobileroadie.com (Company)
insidemobileroadie.tumblr.com/ (Blog)

## Top Skills

Creative Direction
User Interface Design
Product Management

# Brock Batten

Executive Producer at Follow Through
Los Angeles Metropolitan Area

## Summary

Seasoned, multi-disciplinary producer and entrepreneur. Playing the EP role at sports content studio Follow Through — developing and producing the sports entertainment content that fuels culture and brings fans closer to the teams and athletes they love.

Formerly the Executive Producer at Space150's Los Angeles office, producing digital and experiential content for clients like Nike, Activision, HBO, Amazon Studios, Red Bull and more.  //  Brock is also co-founder of FRANCHISE @thisisfranchise, an influential basketball publication started in 2016.

--

Previously, Brock founded and led product design and engineering teams for Mobile Roadie, a SaaS software platform to easily create apps and market to users on iPhone and Android. The platform produced tens of millions of app downloads for customers in over 70 countries, for brands such as Disney, Wynn Las Vegas, Dallas Mavericks, Taylor Swift, Rolling Stones, Madonna, San Diego Zoo.

Highly versed in product management, digital strategy, mobile marketing, interactive design, branding, SaaS (software as a service), iPhone and Android app design, video/film production, photography and all things UI/UX. Has built and managed interactive design and product teams for both agencies and tech startups.

Brock has won numerous interactive design awards, including Webby's, Telly's and FWA's. Work has appeared in Communication Arts and Print magazines, design books by Taschen, and featured by Apple and MTV.

Speaking engagements include Harvard University, CMJ, Verizon Developer Conference, Smash Summit, Think Mobile, SXSW, and Digital Music Forum.

## Experience

**Follow Through**
Executive Producer
December 2021 - Present (11 months)
Los Angeles, California, United States

A creative studio that specializes in developing, packaging, and producing the sports entertainment content that fuels culture and bring fans closer to the teams and athletes they love.

**Franchise Magazine**
Co-Founder
May 2016 - Present (6 years 6 months)
Los Angeles

**space150**
Executive Producer
May 2017 - December 2021 (4 years 8 months)
Los Angeles, California, United States

Brock oversees all photo and digital/video content production on behalf of the Space150's LA office. He looks after production processes, budgeting, resourcing and overall quality control — doing anything necessary to ensure the work comes to life (and hopefully elevates in the process). Client's include Nike, Activision, HBO, Amazon Studios, Red Bull and Therabody.

**Mobile Roadie**
Co-Founder & Chief Product Officer
January 2009 - April 2016 (7 years 4 months)

Mobile Roadie is a self-service SaaS mobile marketing platform that lets anyone create their own mobile app in minutes at a fraction of the cost of building one from scratch.

We power 2,500+ apps reaching 40MM+ end users, with customers in 70+ countries. A highly versatile product, brands we power include Disney, Harvard University, San Diego Zoo, Cirque du Soleil, Wynn Las Vegas, LA Kings, Dallas Mavericks, The Beatles, Sacramento Kings, Washington Redskins, Red Bull, Harley Davidson and World Economic Forum.

**Fluidesign**
Creative Director

February 2003 - May 2009 (6 years 4 months)

Award-winning interactive design and branding agency in Santa Monica, CA.

http://www.fluidesign.com

---

## Education

Staffordshire University

n/a, Philosophy, Semiotics, Design, Photography, Film · (2000 - 2001)

The University of Kansas

Bachelor of Fine Arts, Fine Art, Photography, Design, Sculpture · (1997 - 2001)

Studio Art Centers International

n/a, Film, Video, Photography · (1998 - 1999)