# Exhibit M

WIKIPEDIA

Coordinates: 37.3349°N 122.0090°W

# Apple Inc.

**Apple Inc.** is an American multinational technology company specializing in consumer electronics, software and online services headquartered in Cupertino, California, United States. Apple is the largest technology company by revenue (totaling US$365.8 billion in 2021) and, as of June 2022, is the world's biggest company by market capitalization, the fourth-largest personal computer vendor by unit sales and second-largest mobile phone manufacturer. It is one of the Big Five American information technology companies, alongside Alphabet, Amazon, Meta, and Microsoft.

Apple was founded as **Apple Computer Company** on April 1, 1976, by Steve Jobs, Steve Wozniak and Ronald Wayne to develop and sell Wozniak's Apple I personal computer. It was incorporated by Jobs and Wozniak as **Apple Computer, Inc.** in 1977 and the company's next computer, the Apple II, became a best seller and one of the first mass-produced microcomputers. Apple went public in 1980 to instant financial success. The company developed computers featuring innovative graphical user interfaces, including the 1984 original Macintosh, announced that year in a critically acclaimed advertisement. By 1985, the high cost of its products and power struggles between executives caused problems. Wozniak stepped back from Apple amicably and pursued other ventures, while Jobs resigned bitterly and founded NeXT, taking some Apple employees with him.

As the market for personal computers expanded and evolved throughout the 1990s, Apple lost considerable market share to the lower-priced duopoly of the Microsoft Windows operating system on Intel-powered PC clones (also known as "Wintel"). In 1997, weeks away from bankruptcy, the company bought NeXT to resolve Apple's unsuccessful operating system strategy and entice Jobs back to the company. Over the next decade, Jobs guided Apple back to profitability through a number of tactics including introducing the iMac, iPod, iPhone and iPad to critical acclaim, launching "Think different" and other memorable advertising campaigns, opening the Apple Store retail chain, and acquiring numerous companies to broaden the company's product portfolio. When Jobs resigned in 2011 for health reasons, and died two months later, he was succeeded as CEO by Tim Cook.

## Apple Inc.





Apple Park, the company's headquarters in Cupertino, California within Silicon Valley

| | |
|---|---|
| **Formerly** | Apple Computer Company (1976–1977) Apple Computer, Inc. (1977–2007) |
| **Type** | Public |
| **Traded as** | Nasdaq: AAPL (https://www.nasdaq.com/symbol/aapl) Nasdaq-100 component DJIA component S&P 100 component S&P 500 component |
| **ISIN** | US0378331005 |
| **Industry** | Consumer electronics Software services Online services |
| **Founded** | April 1, 1976 in Los Altos, California, U.S. |
| **Founders** | Steve Jobs Steve Wozniak Ronald Wayne |
| **Headquarters** | 1 Apple Park Way, |

Apple became the first publicly traded U.S. company to be valued at over $1 trillion in August 2018, then $2 trillion in August 2020, and most recently $3 trillion in January 2022. The company receives criticism regarding the labor practices of its contractors, its environmental practices, and its business ethics, including anti-competitive practices and materials sourcing. Nevertheless, the company has a large following and enjoys a high level of brand loyalty. It is ranked as one of the world's most valuable brands.

# Contents

**History**
    1976–1980: Founding and incorporation
    1980–1990: Success with Macintosh
    1990–1997: Decline and restructuring
    1997–2007: Return to profitability
    2007–2011: Success with mobile devices
    2011–present: Post-Jobs era, Cook's leadership

**Products**
    Mac
    iPhone
    iPad
    Wearables, Home and Accessories
    Software
    Services

**Corporate identity**
    Logo
    Advertising
    Brand loyalty
    Headquarters and major facilities
    Stores

**Corporate affairs**
    Corporate culture
        Lack of innovation
    Manufacturing and assembling
        Labor practices
    Environmental practices and initiatives
        Apple Energy
        Energy and resources
        Toxins
        Green bonds
    Finance
        Tax practices
    Litigation

| | |
|---|---|
| | Cupertino, California, U.S. |
| **Number of locations** | 521 retail stores (2022) |
| **Area served** | Worldwide |
| **Key people** | Arthur D. Levinson (chairman) |
| | Tim Cook (CEO) |
| | Jeff Williams (COO) |
| **Products** | AirPods |
| | Apple Watch |
| | iPad |
| | iPhone |
| | Mac |
| **Services** | App Store |
| | Apple Card |
| | Apple Music |
| | Apple TV+ |
| | Apple Pay |
| **Revenue** | ▲ US$365.82 billion (2021) |
| **Operating income** | ▲ US$108.95 billion (2021) |
| **Net income** | ▲ US$94.68 billion (2021) |
| **Total assets** | ▲ US$351.02 billion (2021) |
| **Total equity** | ▼ US$63.09 billion (2021) |
| **Number of employees** | 154,000 (2021) |
| **Subsidiaries** | Beats Electronics |
| | Beddit |
| | Braeburn Capital |
| | Claris |
| | Drive.ai |
| | InVisage Technologies |
| **Website** | apple.com (https://www.apple.com) |
| **Footnotes / references** | |
| [1][2] | |

    Privacy stance
    Charitable causes

**Leadership**
    Current board of directors
    Current executive management
    List of chief executives
    List of chairmen

**Criticism and controversies**
    Products and services
    Privacy
    Antitrust
    Politics

**See also**

**References**
    Bibliography

**Further reading**

**External links**

# History

## 1976–1980: Founding and incorporation

Apple Computer Company was founded on April 1, 1976, by Steve Jobs, Steve Wozniak, and Ronald Wayne as a business partnership.[3][6] The company's first product was the Apple I, a computer designed and hand-built entirely by Wozniak.[7] To finance its creation, Jobs sold his only motorized means of transportation, a VW Bus, for a few hundred dollars, and Wozniak sold his HP-65 calculator for US$500 (equivalent to $2,381 in 2021).[8] Wozniak debuted the first prototype Apple I at the Homebrew Computer Club in July 1976.[9] The Apple I was sold as a motherboard with CPU, RAM, and basic textual-video chips —a base kit concept which would not yet be marketed as a complete personal computer.[10] It went on sale soon after debut for US$666.66 (equivalent to $3,175 in 2021).[11][12]:180 Wozniak later said he was unaware of the coincidental mark of the beast in the number 666, and that he came up with the price because he liked "repeating digits".[13]



In 1976, Steve Jobs co-founded Apple in his parents' home on Crist Drive in Los Altos, California.[3] Although it is widely believed that the company was founded in the house's garage, Apple co-founder Steve Wozniak called it "a bit of a myth".[4] Jobs and Wozniak did, however, move some operations to the garage when the bedroom became too crowded.[5]

Apple Computer, Inc. was incorporated on January 3, 1977,[14][15] without Wayne, who had left and sold his share of the company back to Jobs and Wozniak for $800 only twelve days after having co-founded Apple.[16] Multimillionaire Mike Markkula provided essential business expertise and funding of US$250,000 (equivalent to $1,117,930 in 2021) to Jobs and Wozniak during the incorporation of Apple.[17] During the first five years of operations, revenues grew exponentially, doubling about every four

months. Between September 1977 and September 1980, yearly sales grew from $775,000 to $118 million, an average annual growth rate of 533%.[18]

The Apple II, also invented by Wozniak, was introduced on April 16, 1977, at the first West Coast Computer Faire.[19] It differed from its major rivals, the TRS-80 and Commodore PET, because of its character cell-based color graphics and open architecture. While the Apple I and early Apple II models used ordinary audio cassette tapes as storage devices, they were superseded by the introduction of a 5$\frac{1}{4}$-inch floppy disk drive and interface called the Disk II in 1978.[20][21]



Apple's first product, the Apple I, designed by Steve Wozniak, was sold as an assembled circuit board and lacked basic features such as a keyboard, monitor, and case. The owner of this unit added a keyboard and wooden case.

The Apple II was chosen to be the desktop platform for the first "killer application" of the business world: VisiCalc, a spreadsheet program released in 1979.[20] VisiCalc created a business market for the Apple II and gave home users an additional reason to buy an Apple II: compatibility with the office.[20] Before VisiCalc, Apple had been a distant third place competitor to Commodore and Tandy.[22] By the end of the 1970s, Apple had become the leading computer manufacturer in the United States.[23]

On December 12, 1980, Apple (ticker symbol "AAPL") went public selling 4.6 million shares at $22 per share ($.10 per share when adjusting for stock splits as of September 3, 2022),[15] generating over $100 million, which was more capital than any IPO since Ford Motor Company in 1956.[24] By the end of the day, 300 millionaires were created, from a stock price of $29 per share[25] and a market cap of $1.778 billion.[24][25]



The Apple II Plus, introduced in 1979, designed primarily by Wozniak

## 1980–1990: Success with Macintosh

A critical moment in the company's history came in December 1979 when Jobs and several Apple employees, including human–computer interface expert Jef Raskin, visited Xerox PARC in to see a demonstration of the Xerox Alto, a computer using a graphical user interface. Xerox granted Apple engineers three days of access to the PARC facilities in return for the option to buy 100,000[26] shares (22.4 million split-adjusted shares as of September 3, 2022)[15] of Apple at the pre-IPO price of $10 a share.[27] After the demonstration, Jobs was immediately convinced that all future computers would use a graphical user interface, and development of a GUI began for the Apple Lisa, named after Jobs's daughter.[28]



The Macintosh, released in 1984, is the first mass-market personal computer to feature an integral graphical user interface and mouse.

The Lisa division would be plagued by infighting, and in 1982 Jobs was pushed off the project. The Lisa launched in 1983 and became the first personal computer sold to the public with a GUI, but was a commercial failure due to its high price and limited software titles.[29]

Jobs, angered by being pushed off the Lisa team, took over the company's Macintosh division. Wozniak and Raskin had envisioned the Macintosh as low-cost computer with a text-based interface like the Apple II, but a plane crash in 1981 forced Wozniak to step back from the project. Jobs quickly redefined the Macintosh as a graphical system that would be cheaper than the Lisa, undercutting his former division.[30] Jobs was also hostile to the Apple II division, which at the time, generated most of the company's revenue.[31]

In 1984, Apple launched the Macintosh, the first personal computer to be sold without a programming language.[32] Its debut was signified by "1984", a $1.5 million television advertisement directed by Ridley Scott that aired during the third quarter of Super Bowl XVIII on January 22, 1984.[33] This is now hailed as a watershed event for Apple's success[34] and was called a "masterpiece" by CNN[35] and one of the greatest TV advertisements of all time by *TV Guide*.[36]

The advertisement created great interest in the original Macintosh, and sales were initially good, but began to taper off dramatically after the first three months as reviews started to come in. Jobs had made the decision to equip the original Macintosh with 128 kilobytes of RAM, attempting to reach a US$1,000 (equivalent to $2,608 in 2021) price point, which limited its speed and the software that could be used. The Macintosh would eventually ship for US$2,495 (equivalent to $6,508 in 2021), a price panned by critics in light of its slow performance.[37]:195 In early 1985, this sales slump triggered a power struggle between Steve Jobs and CEO John Sculley, who had been hired away from Pepsi two years earlier by Jobs[38] saying, "Do you want to sell sugar water for the rest of your life or come with me and change the world?"[39] Sculley decided to remove Jobs as the head of the Macintosh division, with unanimous support from the Apple board of directors.[40]

The board of directors instructed Sculley to contain Jobs and his ability to launch expensive forays into untested products. Rather than submit to Sculley's direction, Jobs attempted to oust him from his leadership role at Apple.[41] Informed by Jean-Louis Gassée, Sculley found out that Jobs had been attempting to organize a boardroom coup and called an emergency meeting at which Apple's executive staff sided with Sculley and stripped Jobs of all operational duties.[41] Jobs resigned from Apple in September 1985 and took a number of Apple employees with him to found NeXT.[42] Wozniak had also quit his active employment at Apple earlier in 1985 to pursue other ventures, expressing his frustration with Apple's treatment of the Apple II division and stating that the company had "been going in the wrong direction for the last five years."[31][43][44] Despite Wozniak's grievances, he officially remained employed by Apple, and to this day continues to work for the company as a representative,[43] receiving a stipend estimated to be $120,000 per year for this role.[12] Both Jobs and Wozniak remained Apple shareholders after their departures.[45]

After the departures of Jobs and Wozniak, Sculley worked to improve the Macintosh in 1985 by quadrupling the RAM and introducing the LaserWriter, the first reasonably priced PostScript laser printer. PageMaker, an early desktop publishing application taking advantage of the PostScript language, was also released by Aldus Corporation in July 1985.[46] It has been suggested that the combination of Macintosh, LaserWriter and PageMaker was responsible for the creation of the desktop publishing market.[47]

This dominant position in the desktop publishing market[48] allowed the company to focus on higher price points, the so-called "high-right policy" named for the position on a chart of price vs. profits. Newer models selling at higher price points offered higher profit margin, and appeared to have no effect on total sales as power users snapped up every increase in speed. Although some worried about pricing themselves out of the market, the high-right policy was in full force by the mid-1980s, notably due to Jean-Louis Gassée's mantra of "fifty-five or die", referring to the 55% profit margins of the Macintosh II.[49]:79–80

This policy began to backfire in the last years of the decade as desktop publishing programs appeared on PC clones that offered some or much of the same functionality of the Macintosh, but at far lower price points. The company lost its dominant position in the desktop publishing market and estranged many of its original consumer customer base who could no longer afford their high-priced products. The Christmas season of 1989 was the first in the company's history to have declining sales, which led to a 20% drop in Apple's stock price.[49]: 117–129 During this period, the relationship between Sculley and Gassée deteriorated, leading Sculley to effectively demote Gassée in January 1990 by appointing Michael Spindler as the chief operating officer.[50] Gassée left the company later that year.[51]

## 1990–1997: Decline and restructuring

The company pivoted strategy and in October 1990 introduced three lower-cost models, the Macintosh Classic, the Macintosh LC, and the Macintosh IIsi, all of which saw significant sales due to pent-up demand.[52] In 1991, Apple introduced the hugely successful PowerBook with a design that set the current shape for almost all modern laptops. The same year, Apple introduced System 7, a major upgrade to the Macintosh operating system, adding color to the interface and introducing new networking capabilities.

The success of the lower-cost Macs and PowerBook brought increasing revenue.[53] For some time, Apple was doing incredibly well, introducing fresh new products and generating increasing profits in the process. The magazine *MacAddict* named the period between 1989 and 1991 as the "first golden age" of the Macintosh.[54]

The success of Apple's lower-cost consumer models, especially the LC, also led to the cannibalization of their higher-priced machines. To address this, management introduced several new brands, selling largely identical machines at different price points, aimed at different markets: the high-end Quadra models, the mid-range Centris line, and the consumer-marketed Performa series. This led to significant market confusion, as customers did not understand the difference between models.[56]



The PenLite is Apple's first prototype of a tablet computer. Created in 1992, the project was designed to bring the Mac OS to a tablet – but was canceled in favor of the Newton.[55]

The early 1990s also saw the discontinuation of the Apple II series, which was expensive to produce, and the company felt was still taking sales away from lower-cost Macintosh models. After the launch of the LC, Apple began encouraging developers to create applications for Macintosh rather than Apple II, and authorized salespersons to direct consumers towards Macintosh and away from Apple II.[57] The Apple IIe was discontinued in 1993.[58]

Throughout this period, Microsoft continued to gain market share with its Windows graphical user interface that it sold to manufacturers of generally less expensive PC clones. While the Macintosh was more expensive, it offered a more tightly integrated user experience, but the company struggled to make the case to consumers.

Apple also experimented with a number of other unsuccessful consumer targeted products during the 1990s, including digital cameras, portable CD audio players, speakers, video game consoles, the eWorld online service, and TV appliances. Most notably, enormous resources were invested in the problem-plagued Newton tablet division, based on John Sculley's unrealistic market forecasts.[59]

Throughout this period, Microsoft continued to gain market share with Windows by focusing on delivering software to inexpensive personal computers, while Apple was delivering a richly engineered but expensive experience.[60] Apple relied on high profit margins and never developed a clear response; instead, they sued Microsoft for using a GUI similar to the Apple Lisa in *Apple Computer, Inc. v. Microsoft Corp.*[61] The lawsuit dragged on for years before it was finally dismissed.

The major product flops and the rapid loss of market share to Windows sullied Apple's reputation, and in 1993 Sculley was replaced as CEO by Michael Spindler.[62]

With Spindler at the helm Apple, IBM, and Motorola formed the AIM alliance in 1994 with the goal of creating a new computing platform (the PowerPC Reference Platform; PReP), which would use IBM and Motorola hardware coupled with Apple software. The AIM alliance hoped that PReP's performance and Apple's software would leave the PC far behind and thus counter the dominance of Windows. The same year, Apple introduced the Power Macintosh, the first of many Apple computers to use Motorola's PowerPC processor.[63]

In the wake of the alliance, Apple opened up to the idea of allowing Motorola and other companies to build Macintosh clones. Over the next two years, 75 distinct Macintosh clone models were introduced. However, by 1996 Apple executives were worried that the clones were cannibalizing sales of their own high-end computers, where profit margins were highest.[64]

In 1996, Spindler was replaced by Gil Amelio as CEO. Hired for his reputation as a corporate rehabilitator, Amelio made deep changes, including extensive layoffs and cost-cutting.[65]

This period was also marked by numerous failed attempts to modernize the Macintosh operating system (MacOS). The original Macintosh operating system (System 1) was not built for multitasking (running several applications at once). The company attempted to correct this with by introducing cooperative multitasking in System 5, but the company still felt it needed a more modern approach.[66] This led to the Pink project in 1988, A/UX that same year, Copland in 1994, and the attempted purchase of BeOS in 1996. Talks with Be stalled when the CEO, former Apple executive Jean-Louis Gassée, demanded $300 million instead of the $125 million Apple wanted to pay.[67]

Only weeks away from bankruptcy,[68] Apple's board decided NeXTSTEP was a better choice for its next operating system and purchased NeXT in late 1996 for $429 million, bringing back Apple co-founder Steve Jobs.[69]

## 1997–2007: Return to profitability

The NeXT acquisition was finalized on February 9, 1997,[70] and the board brought Jobs back to Apple as an advisor. On July 9, 1997, Jobs staged a boardroom coup that resulted in Amelio's resignation after overseeing a three-year record-low stock price and crippling financial losses.

The board named Jobs as interim CEO and he immediately began a review of the company's products. Jobs would order 70% of the company's products to be cancelled, resulting in the loss of 3,000 jobs, and taking Apple back to the core of its computer offerings.[71] The next month, in August 1997, Steve Jobs convinced Microsoft to make a $150 million investment in Apple and a commitment to continue developing software for the Mac.[72] The investment was seen as an "antitrust insurance policy" for Microsoft who had recently settled with the Department of Justice over anti-competitive practices.[73] Jobs also ended the Mac clone deals and in September 1997, purchased the largest clone maker, Power Computing.[74] On November 10, 1997, Apple introduced the Apple Store website, which was tied to a new build-to-order manufacturing that had been successfully used by PC manufacturer Dell.[75]

The moves paid off for Jobs, at the end of his first year as CEO, the company turned a $309 million profit.[71]

On May 6, 1998, Apple introduced a new all-in-one computer reminiscent of the original Macintosh: the iMac. The iMac was a huge success for Apple selling 800,000 units in its five months[76] and ushered in major shifts in the industry by abandoning legacy technologies like the 3½-inch diskette, being an early adopter of the USB connector, and coming pre-installed with internet connectivity (the "i" in iMac)[77] via Ethernet and a dial-up modem. The device also had a striking eardrop shape and translucent materials, designed by Jonathan Ive, who although hired by Amelio, would go on to work collaboratively with Jobs for the next decade to chart a new course the design of Apple's products.[78][79]



iMac                    iBook

Power Macintosh G3    PowerBook G3

A little more than a year later on July 21, 1999, Apple introduced the iBook, a laptop for consumers. It was the culmination of a strategy established by Jobs to produce only four products: refined versions of the Power Macintosh G3 desktop and PowerBook G3 laptop for professionals, along with the iMac desktop and iBook laptop for consumers. Jobs felt the small product line allowed for a greater focus on quality and innovation.[80]

At around the same time, Apple also completed numerous acquisitions to create a portfolio of digital media production software for both professionals and consumers. Apple acquired of Macromedia's Key Grip digital video editing software project which was renamed Final Cut Pro when it was launched on the retail market in April 1999.[81] The development of Key Grip also led to Apple's release of the consumer video-editing product iMovie in October 1999.[82] Next, Apple successfully acquired the German company Astarte in April 2000, which had developed the DVD authoring software DVDirector, which Apple would sell as the professional-oriented DVD Studio Pro software product, and used the same technology to create iDVD for the consumer market.[82] In 2000, Apple purchased the SoundJam MP audio player software from Casady & Greene. Apple renamed the program iTunes, while simplifying the user interface and adding the ability to burn CDs.[83]

2001 would be a pivotal year for the Apple with the company making three announcements that would change the course of the company.

The first announcement came on March 24, 2001, that Apple was nearly ready to release a new modern operating system, Mac OS X. The announcement came after numerous failed attempts in the early 1990s, and several years of development. Mac OS X was based on NeXTSTEP, OPENSTEP, and BSD Unix, with Apple aiming to combine the stability, reliability, and security of Unix with the ease of use afforded by an overhauled user interface, heavily influenced by NeXTSTEP. To aid users in migrating from Mac OS 9, the new operating system allowed the use of OS 9 applications within Mac OS X via the Classic Environment.[84]

In May 2001, the company opened its first two Apple Store retail locations in Virginia and California,[85][86] offering an improved presentation of the company's products.[87] At the time, many speculated that the stores would fail,[88] but they went on to become highly successful, and the first of more than 500 stores around the world.[89]

On October 23, 2001, Apple debuted the iPod portable digital audio player. The product, which was first sold on November 10, 2001, was phenomenally successful with over 100 million units sold within six years.[90]

In 2003, Apple's iTunes Store was introduced. The service offered music downloads for 99¢ a song and integration with the iPod. The iTunes Store quickly became the market leader in online music services, with over five billion downloads by June 19, 2008.[91] Two years later, the iTunes Store was the world's largest music retailer.[92]

In 2002, Apple purchased Nothing Real for their advanced digital compositing application Shake,[93] as well as Emagic for the music productivity application Logic. The purchase of Emagic made Apple the first computer manufacturer to own a music software company. The acquisition was followed by the development of Apple's consumer-level GarageBand application.[94] The release of iPhoto in the same year completed the iLife suite.[95]

At the Worldwide Developers Conference keynote address on June 6, 2005, Jobs announced that Apple would move away from PowerPC processors, and the Mac would transition to Intel processors in 2006.[96] On January 10, 2006, the new MacBook Pro and iMac became the first Apple computers to use Intel's Core Duo CPU. By August 7, 2006, Apple made the transition to Intel chips for the entire Mac product line—over one year sooner than announced.[96] The Power Mac, iBook, and PowerBook brands were retired during the transition; the Mac Pro, MacBook, and MacBook Pro became their respective successors.[97] On April 29, 2009, *The Wall Street Journal* reported that Apple was building its own team of engineers to design microchips.[98] Apple also introduced Boot Camp in 2006 to help users install Windows XP or Windows Vista on their Intel Macs alongside Mac OS X.[99]



The MacBook Pro, Apple's first laptop with an Intel microprocessor, introduced in 2006

Apple's success during this period was evident in its stock price. Between early 2003 and 2006, the price of Apple's stock increased more than tenfold, from around $6 per share (split-adjusted) to over $80.[100] When Apple surpassed Dell's market cap in January 2006,[101] Jobs sent an email to Apple employees saying Dell's CEO Michael Dell should eat his words.[102] Nine years prior, Dell had said that if he ran Apple he would "shut it down and give the money back to the shareholders".[103]

## 2007–2011: Success with mobile devices

During his keynote speech at the Macworld Expo on January 9, 2007, Jobs announced that Apple Computer, Inc. would thereafter be known as "Apple Inc.", because the company had shifted its emphasis from computers to consumer electronics.[104] This event also saw the announcement of the iPhone[105] and the Apple TV.[106] The company sold 270,000 iPhone units during the first 30 hours of sales,[107] and the device was called "a game changer for the industry".[108]



Newly announced iPhone on display at the 2007 MacWorld Expo

In an article posted on Apple's website on February 6, 2007, Jobs wrote that Apple would be willing to sell music on the iTunes Store without digital rights management (DRM), thereby allowing tracks to be played on third-party players, if record labels would agree to drop the technology.[109] On April 2,

2007, Apple and EMI jointly announced the removal of DRM technology from EMI's catalog in the iTunes Store, effective in May 2007.[110] Other record labels eventually followed suit and Apple published a press release in January 2009 to announce that all songs on the iTunes Store are available without their FairPlay DRM.[111]

In July 2008, Apple launched the App Store to sell third-party applications for the iPhone and iPod Touch.[112] Within a month, the store sold 60 million applications and registered an average daily revenue of $1 million, with Jobs speculating in August 2008 that the App Store could become a billion-dollar business for Apple.[113] By October 2008, Apple was the third-largest mobile handset supplier in the world due to the popularity of the iPhone.[114]

On January 14, 2009, Jobs announced in an internal memo that he would be taking a six-month medical leave of absence from Apple until the end of June 2009 and would spend the time focusing on his health. In the email, Jobs stated that "the curiosity over my personal health continues to be a distraction not only for me and my family, but everyone else at Apple as well", and explained that the break would allow the company "to focus on delivering extraordinary products".[115] Though Jobs was absent, Apple recorded its best non-holiday quarter (Q1 FY 2009) during the recession with revenue of $8.16 billion and profit of $1.21 billion.[116]

After years of speculation and multiple rumored "leaks", Apple unveiled a large screen, tablet-like media device known as the iPad on January 27, 2010. The iPad ran the same touch-based operating system as the iPhone, and all iPhone apps were compatible with the iPad. This gave the iPad a large app catalog on launch, though having very little development time before the release. Later that year on April 3, 2010, the iPad was launched in the US. It sold more than 300,000 units on its first day, and 500,000 by the end of the first week.[117] In May of the same year, Apple's market cap exceeded that of competitor Microsoft for the first time since 1989.[118]

In June 2010, Apple released the iPhone 4,[119] which introduced video calling using FaceTime, multitasking, and a new uninsulated stainless steel design that acted as the phone's antenna. Later that year, Apple again refreshed its iPod line of MP3 players by introducing a multi-touch iPod Nano, an iPod Touch with FaceTime, and an iPod Shuffle that brought back the clickwheel buttons of earlier generations.[120] It also introduced the smaller, cheaper second generation Apple TV which allowed renting of movies and shows.[121]

On January 17, 2011, Jobs announced in an internal Apple memo that he would take another medical leave of absence for an indefinite period to allow him to focus on his health. Chief Operating Officer Tim Cook assumed Jobs's day-to-day operations at Apple, although Jobs would still remain "involved in major strategic decisions".[122] Apple became the most valuable consumer-facing brand in the world.[123] In June 2011, Jobs surprisingly took the stage and unveiled iCloud, an online storage and syncing service for music, photos, files, and software which replaced MobileMe, Apple's previous attempt at content syncing.[124] This would be the last product launch Jobs would attend before his death.

On August 24, 2011, Jobs resigned his position as CEO of Apple.[125] He was replaced by Cook and Jobs became Apple's chairman. Apple did not have a chairman at the time[126] and instead had two co-lead directors, Andrea Jung and Arthur D. Levinson,[127] who continued with those titles until Levinson replaced Jobs as chairman of the board in November after Jobs' death.[128]

## 2011–present: Post-Jobs era, Cook's leadership

On October 5, 2011, Steve Jobs died, marking the end of an era for Apple.[129] The first major product announcement by Apple following Jobs's passing occurred on January 19, 2012, when Apple's Phil Schiller introduced iBook's Textbooks for iOS and iBook Author for Mac OS X in New York City.[130] Jobs stated in the biography "Jobs" that he wanted to reinvent the textbook industry and education.[131]

From 2011 to 2012, Apple released the iPhone 4S[132] and iPhone 5,[133] which featured improved cameras, an intelligent software assistant named Siri, and cloud-synced data with iCloud; the third- and fourth-generation iPads, which featured Retina displays;[134][135] and the iPad Mini, which featured a 7.9-inch screen in contrast to the iPad's 9.7-inch screen.[136] These launches were successful, with the iPhone 5 (released September 21, 2012) becoming Apple's biggest iPhone launch with over two million pre-orders[137] and sales of three million iPads in three days following the launch of the iPad Mini and fourth-generation iPad (released November 3, 2012).[138] Apple also released a third-generation 13-inch MacBook Pro with a Retina display and new iMac and Mac Mini computers.[135][136][139]

On August 20, 2012, Apple's rising stock price increased the company's market capitalization to a then-record $624 billion. This beat the non-inflation-adjusted record for market capitalization previously set by Microsoft in 1999.[140] On August 24, 2012, a US jury ruled that Samsung should pay Apple $1.05 billion (£665m) in damages in an intellectual property lawsuit.[141] Samsung appealed the damages award, which was reduced by $450 million[142] and further granted Samsung's request for a new trial.[142] On November 10, 2012, Apple confirmed a global settlement that dismissed all existing lawsuits between Apple and HTC up to that date, in favor of a ten-year license agreement for current and future patents between the two companies.[143] It is predicted that Apple will make $280 million a year from this deal with HTC.[144]

In May 2014, the company confirmed its intent to acquire Dr. Dre and Jimmy Iovine's audio company Beats Electronics—producer of the "Beats by Dr. Dre" line of headphones and speaker products, and operator of the music streaming service Beats Music—for $3 billion, and to sell their products through Apple's retail outlets and resellers. Iovine believed that Beats had always "belonged" with Apple, as the company modeled itself after Apple's "unmatched ability to marry culture and technology." The acquisition was the largest purchase in Apple's history.[145]

During a press event on September 9, 2014, Apple introduced a smartwatch, the Apple Watch.[146] Initially, Apple marketed the device as a fashion accessory[147] and a complement to the iPhone, that would allow people to look at their smartphones less.[148] Over time, the company has focused on developing health and fitness-oriented features on the watch, in an effort to compete with dedicated activity trackers.[149]

In January 2016, it was announced that one billion Apple devices were in active use worldwide.[149]

On June 6, 2016, Fortune released Fortune 500, their list of companies ranked on revenue generation. In the trailing fiscal year (2015), Apple appeared on the list as the top tech company.[150] It ranked third, overall, with $233 billion in revenue.[150] This represents a movement upward of two spots from the previous year's list.[150]

In June 2017, Apple announced the HomePod, its smart speaker aimed to compete against Sonos, Google Home, and Amazon Echo.[151] Towards the end of the year, *TechCrunch* reported that Apple was acquiring Shazam, a company that introduced its products at WWDC and specializing in music, TV, film and advertising recognition.[152] The acquisition was confirmed a few days later, reportedly costing Apple $400 million, with media reports noting that the purchase looked like a move to acquire data and tools bolstering the Apple Music streaming service.[153] The purchase was approved by the European Union in September 2018.[154]

Also in June 2017, Apple appointed Jamie Erlicht and Zack Van Amburg to head the newly formed worldwide video unit. In November 2017, Apple announced it was branching out into original scripted programming: a drama series starring Jennifer Aniston and Reese Witherspoon, and a reboot of the anthology series Amazing Stories with Steven Spielberg.[155] In June 2018, Apple signed the Writers Guild of America's minimum basic agreement and Oprah Winfrey to a multi-year content partnership.[156] Additional partnerships for original series include Sesame Workshop and DHX Media and its subsidiary Peanuts Worldwide, as well as a partnership with A24 to create original films.[157]

During the Apple Special Event in September 2017, the AirPower wireless charger was announced alongside the iPhone X, 8 and Watch Series 3. The AirPower was intended to wirelessly charge multiple devices, simultaneously. Though initially set to release in early 2018, the AirPower would be canceled in March 2019, marking the first cancellation of a device under Cook's leadership.[158]

On August 19, 2020, Apple's share price briefly topped $467.77, making Apple the first US company with a market capitalization of $2 trillion.[159]

During its annual WWDC keynote speech on June 22, 2020, Apple announced it would move away from Intel processors, and the Mac would transition to processors developed in-house.[160] The announcement was expected by industry analysts, and it has been noted that Macs featuring Apple's processors would allow for big increases in performance over current Intel-based models.[161] On November 10, 2020, the MacBook Air, MacBook Pro, and the Mac Mini became the first Mac devices powered by an Apple-designed processor, the Apple M1.[162]

In April 2022, it was reported that Samsung Electro-Mechanics would be collaborating with Apple on its M2 chip instead of LG Innotek.[163] Developer logs showed that at least nine Mac models with four different M2 chips were being tested.[164]

The Wall Street Journal reported that an effort to develop its own chips left Apple better prepared to deal with the semiconductor shortage that emerged during the pandemic era and led to increased profitability, with sales of Mac computers that included M1 chips rising sharply in 2020 and 2021. It also inspired other companies like Tesla, Amazon, and Meta Platforms to pursue a similar path.[165]

In April 2022, Apple opened an online store that allowed anyone in the US to view repair manuals and order replacement parts for specific recent iPhones, although the difference in cost between this method and official repair is anticipated to be minimal.[166]

In May 2022, a trademark was filed for RealityOS, an operating system reportedly intended for virtual and augmented reality headsets, first mentioned in 2017. According to Bloomberg, the headset may come out in 2023.[167]

On June 18, 2022, the Apple Store in Towson, Maryland became the first to unionize in the U.S., with the employees voting to join the International Association of Machinists and Aerospace Workers.[168]

On July 7, 2022, Apple announced launching a new security feature called the Lockdown Mode. Lockdown Mode will be available in fall along with the new operating system, and it will serve as protection for high-risk users against spyware cyber attacks.[169]

# Products

## Mac

Mac, historically known as Macintosh, is Apple's line of personal computers that use the company's proprietary macOS operating system. Personal computers were Apple's original business line, but as of the end of 2021 they account for only about 10 percent of the company's revenue.[1]

The company is in the process of switching Mac computers from Intel processors to Apple silicon, a custom-designed system on a chip platform.



The original Macintosh

Current-generation iMac

As of March 2022, there are six Mac computer families in production:

- iMac: Consumer all-in-one desktop computer, introduced in 1998.
- Mac Mini: Consumer sub-desktop computer, introduced in 2005.
- MacBook Pro: Professional notebook, introduced in 2006.
- Mac Pro: Professional workstation, introduced in 2006.
- MacBook Air: Consumer ultra-thin notebook, introduced in 2008.
- Mac Studio: Professional small form-factor workstation, introduced in 2022.

Apple also sells a variety of accessories for Macs, including the Pro Display XDR, Apple Studio Display, Magic Mouse, Magic Trackpad, and Magic Keyboard.

The company also develops several pieces of software that are included in the purchase price of a Mac, including the Safari web browser, the iMovie video editor, the GarageBand audio editor and the iWork productivity suite.

Additionally, the company sells several professional software applications including the Final Cut Pro video editor, Motion for video animations, the Logic Pro audio editor, MainStage for live audio production, and Compressor for media compression and encoding.

## iPhone

iPhone is Apple's line of smartphones that use the company's proprietary iOS operating system, derived from macOS's kernel. The first-generation iPhone was announced by then-Apple CEO Steve Jobs on January 9, 2007. Since then, Apple has annually released new iPhone models and iOS updates.

The iPhone has a user interface built around a multi-touch screen, which at the time of its introduction was described as "revolutionary" and a "game-changer" for the mobile phone industry. The device has been credited with popularizing the smartphone and slate form factor, and with creating a large market for smartphone apps, or "app economy".



First-generation iPhone

Current-generation iPhone 14 Pro

iOS is one of the two largest smartphone platforms in the world alongside Android. The iPhone has generated large profits for the company, and is credited with helping to make Apple one of the world's most valuable publicly traded companies.[170] As of the end of 2021, the iPhone accounts for more than half of the company's revenue.[1]

As of July 2022, 33 iPhone models have been produced, with five smartphone families in current production:

- iPhone 14
- iPhone 14 Pro
- iPhone SE (3rd generation)
- iPhone 13
- iPhone 12

## iPad

iPad is Apple's line of tablet computers that use the company's proprietary iPadOS operating system, derived from macOS and iOS. The first-generation iPad was announced on January 27, 2010.

The iPad took the multi-touch user interface first introduced in the iPhone, and adapted it to a larger screen, it was marketed for interaction with multimedia formats including newspapers, books, photos, videos, music, documents, video games, and most existing iPhone apps. Earlier generations of the iPad used the same iOS operating system as the company's smartphones before being split off to iPadOS in September 2019.



First-generation iPad    Current iPad (9th generation)

As of September 2020, Apple has sold more than 500 million iPads, though sales peaked in 2013.[171] The iPad still remains the most popular tablet computer by sales as of the second quarter of 2020,[172] and accounted for nine percent of the company's revenue as of the end of 2021.[1]

In recent years, Apple has started offering more powerful versions of the device, with the current iPad Pro using the same M1 Apple silicon as the company's high-end Macs and Laptops, along with a smaller version of the device called the iPad Mini, and an upgraded version called iPad Air.

As of July 2022, there are four iPad models in production:

- iPad (9th generation)
- iPad Mini (6th generation)
- iPad Pro (5th generation)
- iPad Air (5th generation)

## Wearables, Home and Accessories

Apple also makes several other products that it categorizes as "Wearables, Home and Accessories." These products include the AirPods line of wireless headphones, Apple TV digital media players, Apple Watch smartwatches, Beats headphones and HomePod Mini smart speakers.

As of the end of 2021, this broad line of products comprises about 11% of the company's revenues.[1]

## Software

Apple offers a range of software for its hardware products some of which are bundled with its products while others are available for purchase. These include MacOS, iOS, iBooks, Pages, Numbers, Keynote, iMovie, GarageBand, Final Cut Pro, Logic Pro, Xcode, Safari, Time Machine and many more.



AirPods          Apple TV

## Services

Apple also offers a broad line of services that it earns revenue on, including advertising in the App Store and Apple News app, the AppleCare+ extended warranty plan, the iCloud+ cloud-based data storage service, payment services through the Apple Card credit card and the Apple Pay processing platform, a digital content services including Apple Books, Apple Fitness+, Apple Music, Apple News+, Apple TV+, and the iTunes Store.



Apple Watch      HomePod Mini

As of the end of 2021, services comprise about 19% of the company's revenue.[1] Many of the services have been launched since 2019 when Apple announced it would be making a concerted effort to expand its service revenues.[173]

# Corporate identity

## Logo

According to Steve Jobs, the company's name was inspired by his visit to an apple farm while on a fruitarian diet. Jobs thought the name "Apple" was "fun, spirited and not intimidating."[175]

Apple's first logo, designed by Ron Wayne, depicts Sir Isaac Newton sitting under an apple tree. It was almost immediately replaced by Rob Janoff's "rainbow Apple", the now-familiar rainbow-colored silhouette



First Apple logo
(1976–1977)[174]

First official logo
(1977–1998)[174]

Third logo
(1998–2003)[174]

Current logo
(since 1999 but co-existed with the third logo until 2003)[174]

of an apple with a bite taken out of it. Janoff presented Jobs with several different monochromatic themes for the "bitten" logo, and Jobs immediately took a liking to it. However, Jobs insisted that the logo be colorized to humanize the company.[176] The logo was designed with a bite so that it would not be confused with a cherry.[177] The colored stripes were conceived to make the logo more accessible, and to represent the fact the Apple II could generate graphics in color.[177] This logo is often erroneously referred to as a tribute to Alan Turing, with the bite mark a reference to his method of suicide.[178] Both Janoff and Apple deny any homage to Turing in the design of the logo.[177][179]

On August 27, 1999[180] (the year following the introduction of the iMac G3), Apple officially dropped the rainbow scheme and began to use monochromatic logos nearly identical in shape to the previous rainbow incarnation. An Aqua-themed version of the monochrome logo was used from 1998 to 2003, and a glass-themed version was used from 2007 to 2013.[181]

Steve Jobs and Steve Wozniak were fans of the Beatles,[182] but Apple Inc. had name and logo trademark issues with Apple Corps Ltd., a multimedia company started by the Beatles in 1968. This resulted in a series of lawsuits and tension between the two companies. These issues ended with the settling of their lawsuit in 2007.[183]

## Advertising

Apple's first slogan, "Byte into an Apple", was coined in the late 1970s.[184] From 1997 to 2002, the slogan "Think different" was used in advertising campaigns, and is still closely associated with Apple.[185] Apple also has slogans for specific product lines—for example, "iThink, therefore iMac" was used in 1998 to promote the iMac,[186] and "Say hello to iPhone" has been used in iPhone advertisements.[187] "Hello" was also used to introduce the original Macintosh, Newton, iMac ("hello (again)"), and iPod.[188]

From the introduction of the Macintosh in 1984, with the 1984 Super Bowl advertisement to the more modern Get a Mac adverts, Apple has been recognized for its efforts towards effective advertising and marketing for its products. However, claims made by later campaigns were criticized,[189] particularly the 2005 Power Mac ads.[190] Apple's product advertisements gained a lot of attention as a result of their eye-popping graphics and catchy tunes.[191] Musicians who benefited from an improved profile as a result of their songs being included on Apple advertisements include Canadian singer Feist with the song "1234" and Yael Naïm with the song "New Soul".[191]

## Brand loyalty

Apple customers gained a reputation for devotion and loyalty early in the company's history. In 1984, *BYTE* stated that:[193]

> There are two kinds of people in the world: people who say Apple isn't just a company, it's a cause; and people who say Apple isn't a cause, it's just a company. Both groups are right. Nature has suspended the principle of noncontradiction where Apple is concerned. Apple is more than just a company because its founding has some of the qualities of myth ... Apple is two guys in a garage undertaking the mission of bringing computing power, once reserved for big corporations, to ordinary individuals with ordinary budgets. The company's growth from two guys to a billion-dollar corporation exemplifies the American Dream. Even as a large corporation, Apple plays David to IBM's Goliath, and thus has the sympathetic role in that myth.

"The scenes I witnessed at the opening of the new Apple store in London's Covent Garden were more like an evangelical prayer meeting than a chance to buy a phone or a laptop."

—Alex Riley, writing for the BBC[192]

Apple evangelists were actively engaged by the company at one time, but this was after the phenomenon had already been firmly established. Apple evangelist Guy Kawasaki has called the brand fanaticism "something that was stumbled upon,"[194] while Ive explained in 2014 that "People have an incredibly personal relationship" with Apple's products.[78] Apple Store openings and new product releases can draw crowds of hundreds, with some waiting in line as much as a day before the opening.[195][196][197][198] The opening of New York City's Apple Fifth Avenue store in 2006 was highly attended, and had visitors from Europe who flew in for the event.[199] In June 2017, a newlywed couple took their wedding photos inside

the then-recently opened Orchard Road Apple Store in Singapore.[200] The high level of brand loyalty has been criticized and ridiculed, applying the epithet "Apple fanboy" and mocking the lengthy lines before a product launch.[201] An internal memo leaked in 2015 suggested the company planned to discourage long lines and direct customers to purchase its products on its website.[202]



Apple customers wait in line around an Apple Store in Shanghai in anticipation of a new product.

*Fortune* magazine named Apple the most admired company in the United States in 2008, and in the world from 2008 to 2012.[203] On September 30, 2013, Apple surpassed Coca-Cola to become the world's most valuable brand in the Omnicom Group's "Best Global Brands" report.[204] Boston Consulting Group has ranked Apple as the world's most innovative brand every year since 2005.[205]

*The New York Times* in 1985 stated that "Apple above all else is a marketing company".[206] John Sculley agreed, telling *The Guardian* newspaper in 1997 that "People talk about technology, but Apple was a marketing company. It was the marketing company of the decade."[207] Research in 2002 by NetRatings indicate that the average Apple consumer was usually more affluent and better educated than other PC company consumers. The research indicated that this correlation could stem from the fact that on average Apple Inc. products were more expensive than other PC products.[208]

In response to a query about the devotion of loyal Apple consumers, Jonathan Ive responded:

> What people are responding to is much bigger than the object. They are responding to something rare—a group of people who do more than simply make something work, they make the very best products they possibly can. It's a demonstration against thoughtlessness and carelessness.[78]

As of January 2021, there are 1.65 billion Apple products in active use.[209]

## Headquarters and major facilities

Apple Inc.'s world corporate headquarters are located in Cupertino, in the middle of California's Silicon Valley, at Apple Park, a massive circular groundscraper building with a circumference of one mile (1.6 km). The building opened in April 2017 and houses more than 12,000 employees. Apple co-founder Steve Jobs wanted Apple Park to look less like a business park and more like a nature refuge, and personally appeared before the Cupertino City Council in June 2011 to make the proposal, in his final public appearance before his death.



Apple Park

Apple also operates from the Apple Campus (also known by its address, 1 Infinite Loop), a grouping of six buildings in Cupertino that total 850,000 square feet (79,000 m$^2$) located about 1 mile (1.6 km) to the west of Apple Park.[210] The Apple Campus was the company's headquarters from its opening in 1993, until the opening of Apple Park in 2017. The buildings, located at 1–6 Infinite Loop, are arranged in a circular pattern around a central green space, in a design that has been compared to that of a university.

In addition to Apple Park and the Apple Campus, Apple occupies an additional thirty office buildings scattered throughout the city of Cupertino, including three buildings that also served as prior headquarters: "Stephens Creek Three" (1977–1978), Bandley One" (1978–1982), and "Mariani One" (1982–1993).[211] In total, Apple occupies almost 40% of the available office space in the city.[212]



Apple Campus (1 Infinite Loop)

Apple's headquarters for Europe, the Middle East and Africa (EMEA) are located in Cork in the south of Ireland, called the Hollyhill campus.[213] The facility, which opened in 1980, houses 5,500 people and was Apple's first location outside of the United States.[214] Apple's international sales and distribution arms operate out of the campus in Cork.[215]

Apple has two campuses near Austin, Texas: a 216,000-square-foot (20,100 m$^2$) campus opened in 2014 houses 500 engineers who work on Apple silicon[216] and a 1.1-million-square-foot (100,000 m$^2$) campus opened in 2021 where 6,000 people to work in technical support, supply chain management, online store curation, and Apple Maps data management.

The company, also has several other locations in Boulder, Colorado, Culver City, California, Herzliya (Israel), London, New York, Pittsburgh, San Diego, and Seattle that each employ hundreds of people.[217]

## Stores

The first Apple Stores were originally opened as two locations in May 2001 by then-CEO Steve Jobs,[85] after years of attempting but failing store-within-a-store concepts.[87] Seeing a need for improved retail presentation of the company's products, he began an effort in 1997 to revamp the retail program to get an improved relationship to consumers, and hired Ron Johnson in 2000.[87] Jobs relaunched Apple's online store in 1997,[218] and opened the first two physical stores in 2001.[85] The media initially speculated that Apple would fail,[88] but its stores were highly successful, bypassing the sales numbers of competing nearby stores and within three years reached US$1 billion in annual sales, becoming the fastest retailer in history to do so.[88] Over the years, Apple has expanded the number of retail locations and its geographical coverage, with 499 stores across 22 countries worldwide as of December 2017.[89] Strong product sales have placed Apple among the top-tier retail stores, with sales over $16 billion globally in 2011.[219]



Apple Fifth Avenue, the flagship store in New York City



The Genius Bar at Apple's Regent Street store in London

In May 2016, Angela Ahrendts, Apple's then Senior Vice President of Retail, unveiled a significantly redesigned Apple Store in Union Square, San Francisco, featuring large glass doors for the entry, open spaces, and re-branded rooms. In addition to purchasing products, consumers can get advice and help from "Creative Pros" – individuals with specialized knowledge of creative arts; get product support in a tree-lined Genius Grove; and attend sessions, conferences and community events,[220]

with Ahrendts commenting that the goal is to make Apple Stores into "town squares", a place where people naturally meet up and spend time.[221] The new design will be applied to all Apple Stores worldwide,[222] a process that has seen stores temporarily relocate[223] or close.[224]

Many Apple Stores are located inside shopping malls, but Apple has built several stand-alone "flagship" stores in high-profile locations.[87] It has been granted design patents and received architectural awards for its stores' designs and construction, specifically for its use of glass staircases and cubes.[225] The success of Apple Stores have had significant influence over other consumer electronics retailers, who have lost traffic, control and profits due to a perceived higher quality of service and products at Apple Stores.[226] Apple's notable brand loyalty among consumers causes long lines of hundreds of people at new Apple Store openings or product releases.[195][196][197][198] Due to the popularity of the brand, Apple receives a large number of job applications, many of which come from young workers.[219] Although Apple Store employees receive above-average pay, are



The Apple store in the Carnegie Library of Washington D.C. maintains the building's historic exterior design.

offered money toward education and health care, and receive product discounts,[219] there are limited or no paths of career advancement.[219] A May 2016 report with an anonymous retail employee highlighted a hostile work environment with harassment from customers, intense internal criticism, and a lack of significant bonuses for securing major business contracts.[227]

Due to the COVID-19 pandemic, Apple closed its stores outside China until March 27, 2020. Despite the stores being closed, hourly workers continue to be paid. Workers across the company are allowed to work remotely if their jobs permit it.[228] On March 24, 2020, in a memo, Senior Vice President of People and Retail Deirdre O'Brien announced that some of its retail stores are expected to reopen at the beginning of April.[229]

# Corporate affairs

## Corporate culture

Apple is one of several highly successful companies founded in the 1970s that bucked the traditional notions of corporate culture. Jobs often walked around the office barefoot even after Apple became a Fortune 500 company. By the time of the "1984" television advertisement, Apple's informal culture had become a key trait that differentiated it from its competitors.[230] According to a 2011 report in *Fortune*, this has resulted in a corporate culture more akin to a startup rather than a multinational corporation.[231] In a 2017 interview, Wozniak credited watching *Star Trek* and attending *Star Trek* conventions while in his youth as a source of inspiration for his co-founding Apple.[232]



Steve Wozniak and Andy Hertzfeld at the Apple User Group Connection club in 1985

As the company has grown and been led by a series of differently opinionated chief executives, it has arguably lost some of its original character. Nonetheless, it has maintained a reputation for fostering individuality and excellence that reliably attracts talented workers, particularly after Jobs returned to the company. Numerous Apple employees have stated that projects without Jobs's involvement often took longer than projects with it.[233]

To recognize the best of its employees, Apple created the Apple Fellows program which awards individuals who make extraordinary technical or leadership contributions to personal computing while at the company. The Apple Fellowship has so far been awarded to individuals including Bill Atkinson,[234] Steve Capps,[235] Rod Holt,[234] Alan Kay,[236][237] Guy Kawasaki,[236][238] Al Alcorn,[239] Don Norman,[236] Rich Page,[234] Steve Wozniak,[234] and Phil Schiller.[240]



Universities with the most alumni at Apple

At Apple, employees are intended to be specialists who are not exposed to functions outside their area of expertise. Jobs saw this as a means of having "best-in-class" employees in every role. For instance, Ron Johnson—Senior Vice President of Retail Operations until November 1, 2011—was responsible for site selection, in-store service, and store layout, yet had no control of the inventory in his stores. This was done by Tim Cook, who had a background in supply-chain management.[241] Apple is known for strictly enforcing accountability. Each project has a "directly responsible individual" or "DRI" in Apple jargon.[231][242] As an example, when iOS senior vice president Scott Forstall refused to sign Apple's official apology for numerous errors in the redesigned Maps app, he was forced to resign.[243] Unlike other major U.S. companies, Apple provides a relatively simple compensation policy for executives that does not include perks enjoyed by other CEOs like country club fees or private use of company aircraft. The company typically grants stock options to executives every other year.[244]

In 2015, Apple had 110,000 full-time employees. This increased to 116,000 full-time employees the next year, a notable hiring decrease, largely due to its first revenue decline. Apple does not specify how many of its employees work in retail, though its 2014 SEC filing put the number at approximately half of its employee base.[245] In September 2017, Apple announced that it had over 123,000 full-time employees.[246]

Apple has a strong culture of corporate secrecy, and has an anti-leak Global Security team that recruits from the National Security Agency, the Federal Bureau of Investigation, and the United States Secret Service.[247]

In December 2017, Glassdoor said Apple was the 48th best place to work, having originally entered at rank 19 in 2009, peaking at rank 10 in 2012, and falling down the ranks in subsequent years.[248]

## Lack of innovation

An editorial article in *The Verge* in September 2016 by technology journalist Thomas Ricker explored some of the public's perceived lack of innovation at Apple in recent years, specifically stating that Samsung has "matched and even surpassed Apple in terms of smartphone industrial design" and citing the belief that Apple is incapable of producing another breakthrough moment in technology with its products. He goes on to write that the criticism focuses on individual pieces of hardware rather than the Apple ecosystem as a whole, stating "Yes, iteration is boring. But it's also how Apple does business. [...] It enters a new market and then refines and refines and continues refining until it yields a success". He acknowledges that people are wishing for the "excitement of revolution", but argues that people want "the comfort that comes with harmony". Furthermore, he writes that "a device is only the starting point of an experience that will

ultimately be ruled by the ecosystem in which it was spawned", referring to how decent hardware products can still fail without a proper ecosystem (specifically mentioning that Walkman did not have an ecosystem to keep users from leaving once something better came along), but how Apple devices in different hardware segments are able to communicate and cooperate through the iCloud cloud service with features including Universal Clipboard (in which text copied on one device can be pasted on a different device) as well as inter-connected device functionality including Auto Unlock (in which an Apple Watch can unlock a Mac in close proximity). He argues that Apple's ecosystem is its greatest innovation.[249]

*The Wall Street Journal* reported in June 2017 that Apple's increased reliance on Siri, its virtual personal assistant, has raised questions about how much Apple can actually accomplish in terms of functionality. Whereas Google and Amazon make use of big data and analyze customer information to personalize results, Apple has a strong pro-privacy stance, intentionally not retaining user data. "Siri is a textbook of leading on something in tech and then losing an edge despite having all the money and the talent and sitting in Silicon Valley", Holger Mueller, a technology analyst, told the *Journal*. The report further claims that development on Siri has suffered due to team members and executives leaving the company for competitors, a lack of ambitious goals, and shifting strategies. Though switching Siri's functions to machine learning and algorithms, which dramatically cut its error rate, the company reportedly still failed to anticipate the popularity of Amazon's Echo, which features the Alexa personal assistant. Improvements to Siri stalled, executives clashed, and there were disagreements over the restrictions imposed on third-party app interactions. While Apple acquired an England-based startup specializing in conversational assistants, Google's Assistant had already become capable of helping users select Wi-Fi networks by voice, and Siri was lagging in functionality.[250]

In December 2017, two articles from *The Verge* and *ZDNet* debated what had been a particularly devastating week for Apple's macOS and iOS software platforms. The former had experienced a severe security vulnerability, in which Macs running the then-latest macOS High Sierra software were vulnerable to a bug that let anyone gain administrator privileges by entering "root" as the username in system prompts, leaving the password field empty and twice clicking "unlock", gaining full access.[251] The bug was publicly disclosed on Twitter, rather than through proper bug bounty programs.[252] Apple released a security fix within a day and issued an apology, stating that "regrettably we stumbled" in regards to the security of the latest updates.[253] After installing the security patch, however, file sharing was broken for users, with Apple releasing a support document with instructions to separately fix that issue.[254] Though Apple publicly stated the promise of "auditing our development processes to help prevent this from happening again", users who installed the security update while running the older 10.13.0 version of the High Sierra operating system rather than the then-newest 10.13.1 release experienced that the "root" security vulnerability was re-introduced, and persisted even after fully updating their systems.[255] On iOS, a date bug caused iOS devices that received local app notifications at 12:15am on December 2, 2017, to repeatedly restart.[256] Users were recommended to turn off notifications for their apps.[257] Apple quickly released an update, done during the nighttime in Cupertino, California time[258] and outside of their usual software release window,[259] with one of the headlining features of the update needing to be delayed for a few days.[260] The combined problems of the week on both macOS and iOS caused *The Verge*'s Tom Warren to call it a "nightmare" for Apple's software engineers and described it as a significant lapse in Apple's ability to protect its more than 1 billion devices.[259] *ZDNet*'s Adrian Kingsley-Hughes wrote that "it's hard to not come away from the last week with the feeling that Apple is slipping".[261] Kingsley-Hughes also concluded his piece by referencing an earlier article, in which he wrote that "As much as I don't want to bring up the tired old 'Apple wouldn't have done this under Steve Jobs's watch' trope, a lot of what's happening at Apple lately is different from what they came to expect under Jobs. Not to say that things didn't go wrong under his watch, but product announcements and launches felt a lot tighter for sure, as did the overall quality of what Apple was releasing." He did, however, also acknowledge that such

failures "may indeed have happened" with Jobs in charge, though returning to the previous praise for his demands of quality, stating "it's almost guaranteed that given his personality that heads would have rolled, which limits future failures".[261]

## Manufacturing and assembling

The company's manufacturing, procurement, and logistics enable it to execute massive product launches without having to maintain large, profit-sapping inventories. In 2011, Apple's profit margins were 40 percent, compared with between 10 and 20 percent for most other hardware companies. Cook's catchphrase to describe his focus on the company's operational arm is: "Nobody wants to buy sour milk."[262][263]

In May 2017, the company announced a $1 billion funding project for "advanced manufacturing" in the United States,[264] and subsequently invested $200 million in Corning Inc., a manufacturer of toughened Gorilla Glass technology used in its iPhone devices.[265] The following December, Apple's chief operating officer, Jeff Williams, told *CNBC* that the "$1 billion" amount was "absolutely not" the final limit on its spending, elaborating that "We're not thinking in terms of a fund limit... We're thinking about, where are the opportunities across the U.S. to help nurture companies that are making the advanced technology— and the advanced manufacturing that goes with that— that quite frankly is essential to our innovation."[266]

As of 2021, Apple uses components from 43 countries.[267] The majority of assembling is done by Taiwanese original design manufacturer firms Foxconn, Pegatron, Wistron and Compal Electronics with factories mostly located inside China,[268] but also Brazil,[269] and India.[270]

Taiwan Semiconductor Manufacturing Co., (TSMC) is a pure-play semiconductor manufacturing company. They make the majority of Apple's smartphone SoCs, with Samsung Semiconductor, playing a minority role.[271] Apple, alone accounted for over 25% of TSMC's total income in 2021.[272] Apple's Bionic lineup of smartphone SoCs, are currently made exclusively by TSMC[273] from the A7 bionic onwards, previously manufacturing was shared with Samsung. The M series of Apple SoC for consumer computers and tablets is made by TSMC as well.[274]

During the Mac's early history Apple generally refused to adopt prevailing industry standards for hardware, instead creating their own.[275] This trend was largely reversed in the late 1990s, beginning with Apple's adoption of the PCI bus in the 7500/8500/9500 Power Macs. Apple has since joined the industry standards groups to influence the future direction of technology standards such as USB, AGP, HyperTransport, Wi-Fi, NVMe, PCIe and others in its products. FireWire is an Apple-originated standard that was widely adopted across the industry after it was standardized as IEEE 1394 and is a legally mandated port in all Cable TV boxes in the United States.[276]

Apple has gradually expanded its efforts in getting its products into the Indian market. In July 2012, during a conference call with investors, CEO Tim Cook said that he "[loves] India", but that Apple saw larger opportunities outside the region.[277] India's requirement that 30% of products sold be manufactured in the country was described as "really adds cost to getting product to market".[278] In May 2016, Apple opened an iOS app development center in Bangalore and a maps development office for 4,000 staff in Hyderabad.[279] In March, *The Wall Street Journal* reported that Apple would begin manufacturing iPhone models in India "over the next two months",[280] and in May, the *Journal* wrote that an Apple manufacturer had begun production of iPhone SE in the country,[281] while Apple told *CNBC* that the manufacturing was for a "small number" of units.[282] In April 2019, Apple initiated manufacturing of iPhone 7 at its Bengaluru facility, keeping in mind demand from local customers even as they seek more

incentives from the government of India.[283] At the beginning of 2020, Tim Cook announced that Apple schedules the opening of its first physical outlet in India for 2021, while an online store is to be launched by the end of the year.[284]

## Labor practices

The company advertised its products as being made in America until the late 1990s; however, as a result of outsourcing initiatives in the 2000s, almost all of its manufacturing is now handled abroad. According to a report by *The New York Times*, Apple insiders "believe the vast scale of overseas factories, as well as the flexibility, diligence and industrial skills of foreign workers, have so outpaced their American counterparts that "Made in the USA" is no longer a viable option for most Apple products".[285]

In 2006, one complex of factories in Shenzhen, China that assembled the iPod and other items had over 200,000 workers living and working within it. Employees regularly worked more than 60 hours per week and made around $100 per month. A little over half of the workers' earnings was required to pay for rent and food from the company.[286][287]

Apple immediately launched an investigation after the 2006 media report, and worked with their manufacturers to ensure acceptable working conditions.[288] In 2007, Apple started yearly audits of all its suppliers regarding worker's rights, slowly raising standards and pruning suppliers that did not comply. Yearly progress reports have been published since 2008.[289] In 2011, Apple admitted that its suppliers' child labor practices in China had worsened.[290]

The Foxconn suicides occurred between January and November 2010, when 18 Foxconn (Chinese: 富士康) employees attempted suicide,[291] resulting in 14 deaths—the company was the world's largest contract electronics manufacturer, for clients including Apple, at the time.[291][292][293] The suicides drew media attention, and employment practices at Foxconn were investigated by Apple.[294] Apple issued a public statement about the suicides, and company spokesperson Steven Dowling said:

> [Apple is] saddened and upset by the recent suicides at Foxconn ... A team from Apple is independently evaluating the steps they are taking to address these tragic events and we will continue our ongoing inspections of the facilities where our products are made.[295]

The statement was released after the results from the company's probe into its suppliers' labor practices were published in early 2010. Foxconn was not specifically named in the report, but Apple identified a series of serious labor violations of labor laws, including Apple's own rules, and some child labor existed in a number of factories.[295] Apple committed to the implementation of changes following the suicides.[296]

Also in 2010, workers in China planned to sue iPhone contractors over poisoning by a cleaner used to clean LCD screens. One worker claimed that he and his coworkers had not been informed of possible occupational illnesses.[297] After a high suicide rate in a Foxconn facility in China making iPads and iPhones, albeit a lower rate than that of China as a whole,[298] workers were forced to sign a legally binding document guaranteeing that they would not kill themselves.[299] Workers in factories producing Apple products have also been exposed to hexane, a neurotoxin that is a cheaper alternative than alcohol for cleaning the products.[300]

A 2014 BBC investigation found excessive hours and other problems persisted, despite Apple's promise to reform factory practice after the 2010 Foxconn suicides. The Pegatron factory was once again the subject of review, as reporters gained access to the working conditions inside through recruitment as employees.

While the BBC maintained that the experiences of its reporters showed that labor violations were continuing since 2010, Apple publicly disagreed with the BBC and stated: "We are aware of no other company doing as much as Apple to ensure fair and safe working conditions".[296]

In December 2014, the Institute for Global Labour and Human Rights published a report which documented inhumane conditions for the 15,000 workers at a Zhen Ding Technology factory in Shenzhen, China, which serves as a major supplier of circuit boards for Apple's iPhone and iPad. According to the report, workers are pressured into 65-hour work weeks which leaves them so exhausted that they often sleep during lunch breaks. They are also made to reside in "primitive, dark and filthy dorms" where they sleep "on plywood, with six to ten workers in each crowded room." Omnipresent security personnel also routinely harass and beat the workers.[301]

In 2019, there were reports stating that some of Foxconn's managers had used rejected parts to build iPhones and that Apple was investigating the issue.[302]

## Environmental practices and initiatives

### Apple Energy

Apple Energy, LLC is a wholly-owned subsidiary of Apple Inc. that sells solar energy. As of June 6, 2016, Apple's solar farms in California and Nevada have been declared to provide 217.9 megawatts of solar generation capacity.[303] In addition to the company's solar energy production, Apple has received regulatory approval to construct a landfill gas energy plant in North Carolina. Apple will use the methane emissions to generate electricity.[304] Apple's North Carolina data center is already powered entirely with energy from renewable sources.[305]

### Energy and resources

Following a Greenpeace protest, Apple released a statement on April 17, 2012, committing to ending its use of coal and shifting to 100% renewable clean energy.[306][307] By 2013, Apple was using 100% renewable energy to power their data centers. Overall, 75% of the company's power came from clean renewable sources.[308]

In 2010, Climate Counts, a nonprofit organization dedicated to directing consumers toward the greenest companies, gave Apple a score of 52 points out of a possible 100, which puts Apple in their top category "Striding".[309] This was an increase from May 2008, when Climate Counts only gave Apple 11 points out of 100, which placed the company last among electronics companies, at which time Climate Counts also labeled Apple with a "stuck icon", adding that Apple at the time was "a choice to avoid for the climate-conscious consumer".[310]

In May 2015, Greenpeace evaluated the state of the Green Internet and commended Apple on their environmental practices saying, "Apple's commitment to renewable energy has helped set a new bar for the industry, illustrating in very concrete terms that a 100% renewable Internet is within its reach, and providing several models of intervention for other companies that want to build a sustainable Internet."[311]

As of 2016, Apple states that 100% of its U.S. operations run on renewable energy, 100% of Apple's data centers run on renewable energy and 93% of Apple's global operations run on renewable energy.[312] However, the facilities are connected to the local grid which usually contains a mix of fossil and renewable sources, so Apple carbon offsets its electricity use.[313] The Electronic Product Environmental Assessment Tool (EPEAT) allows consumers to see the effect a product has on the environment. Each product receives

a Gold, Silver, or Bronze rank depending on its efficiency and sustainability. Every Apple tablet, notebook, desktop computer, and display that EPEAT ranks achieves a Gold rating, the highest possible. Although Apple's data centers recycle water 35 times,[314] the increased activity in retail, corporate and data centers also increase the amount of water use to 573 million US gal (2.2 million m$^3$) in 2015.[315]

During an event on March 21, 2016, Apple provided a status update on its environmental initiative to be 100% renewable in all of its worldwide operations. Lisa P. Jackson, Apple's vice president of Environment, Policy and Social Initiatives who reports directly to CEO, Tim Cook, announced that as of March 2016, 93% of Apple's worldwide operations are powered with renewable energy. Also featured was the company's efforts to use sustainable paper in their product packaging; 99% of all paper used by Apple in the product packaging comes from post-consumer recycled paper or sustainably managed forests, as the company continues its move to all paper packaging for all of its products.[316] Apple working in partnership with Conservation Fund, have preserved 36,000 acres of working forests in Maine and North Carolina. Another partnership announced is with the World Wildlife Fund to preserve up to 1,000,000 acres (4,000 km$^2$) of forests in China. Featured was the company's installation of a 40 MW solar power plant in the Sichuan province of China that was tailor-made to coexist with the indigenous yaks that eat hay produced on the land, by raising the panels to be several feet off of the ground so the yaks and their feed would be unharmed grazing beneath the array. This installation alone compensates for more than all of the energy used in Apple's Stores and Offices in the whole of China, negating the company's energy carbon footprint in the country. In Singapore, Apple has worked with the Singaporean government to cover the rooftops of 800 buildings in the city-state with solar panels allowing Apple's Singapore operations to be run on 100% renewable energy. Liam was introduced to the world, an advanced robotic disassembler and sorter designed by Apple Engineers in California specifically for recycling outdated or broken iPhones. Reuses and recycles parts from traded in products.[317]

Apple announced on August 16, 2016, that Lens Technology, one of its major suppliers in China, has committed to power all its glass production for Apple with 100 percent renewable energy by 2018. The commitment is a large step in Apple's efforts to help manufacturers lower their carbon footprint in China.[318] Apple also announced that all 14 of its final assembly sites in China are now compliant with UL's Zero Waste to Landfill validation. The standard, which started in January 2015, certifies that all manufacturing waste is reused, recycled, composted, or converted into energy (when necessary). Since the program began, nearly 140,000 metric tons of waste have been diverted from landfills.[319]

On July 21, 2020, Apple announced its plan to become carbon neutral across its entire business, manufacturing supply chain, and product life cycle by 2030. In the next 10 years, Apple will try to lower emissions with a series of innovative actions, including: low carbon product design, expanding energy efficiency, renewable energy, process and material innovations, and carbon removal.[320]

In April 2021, Apple said that it had started a $200 million fund in order to combat climate change by removing 1 million metric tons of carbon dioxide from the atmosphere each year.[321]

## Toxins

Following further campaigns by Greenpeace,[322] in 2008, Apple became the first electronics manufacturer to eliminate all polyvinyl chloride (PVC) and brominated flame retardants (BFRs) in its complete product line.[323] In June 2007, Apple began replacing the cold cathode fluorescent lamp (CCFL) backlit LCD displays in its computers with mercury-free LED-backlit LCD displays and arsenic-free glass, starting with the upgraded MacBook Pro.[324][325][326][327] Apple offers comprehensive and transparent information about the $CO_2e$, emissions, materials, and electrical usage concerning every product they currently produce or have sold in the past (and which they have enough data needed to produce the report), in their portfolio on their homepage. Allowing consumers to make informed purchasing decisions on the products they offer

for sale.[328] In June 2009, Apple's iPhone 3GS was free of PVC, arsenic, and BFRs.[324][329] All Apple products now have mercury-free LED-backlit LCD displays, arsenic-free glass, and non-PVC cables. All Apple products have EPEAT Gold status and beat the latest Energy Star guidelines in each product's respective regulatory category.[324][330]

In November 2011, Apple was featured in Greenpeace's Guide to Greener Electronics, which ranks electronics manufacturers on sustainability, climate and energy policy, and how "green" their products are. The company ranked fourth of fifteen electronics companies (moving up five places from the previous year) with a score of 4.6/10.[331] Greenpeace praises Apple's sustainability, noting that the company exceeded its 70% global recycling goal in 2010. It continues to score well on the products rating with all Apple products now being free of PVC plastic and BFRs. However, the guide criticizes Apple on the Energy criteria for not seeking external verification of its greenhouse gas emissions data and for not setting out any targets to reduce emissions.[332] In January 2012, Apple requested that its cable maker, Volex, begin producing halogen-free USB and power cables.[333]

### Green bonds

In February 2016, Apple issued a US$1.5 billion green bond (climate bond), the first ever of its kind by a U.S. tech company. The green bond proceeds are dedicated to the financing of environmental projects.[334]

### Racial Justice and Equality Initiatives

In June 2020, Apple committed $100 million for its Racial Equity and Justice initiative (REJI) and in Jan 2021 announced various projects as part of the initiative.[335]

## Finance

Apple is the world's largest technology company by revenue, the world's largest technology company by total assets,[358] and the world's second-largest mobile phone manufacturer after Samsung.[359]

In its fiscal year ending in September 2011, Apple Inc. reported a total of $108 billion in annual revenues—a significant increase from its 2010 revenues of $65 billion—and nearly $82 billion in cash reserves.[360] On March 19, 2012, Apple announced plans for a $2.65-per-share dividend beginning in fourth quarter of 2012, per approval by their board of directors.[361]

The company's worldwide annual revenue in 2013 totaled $170 billion.[362] In May 2013, Apple entered the top ten of the *Fortune* 500 list of companies for the first time, rising 11 places above its 2012 ranking to take the sixth position.[363] As of 2016, Apple has around US$234 billion of cash and marketable securities, of which 90% is located outside the United States for tax purposes.[364]

Apple amassed 65% of all profits made by the eight largest worldwide smartphone manufacturers in quarter one of 2014, according to a report by Canaccord Genuity. In the first quarter of 2015, the company garnered 92% of all earnings.[365]

On April 30, 2017, *The Wall Street Journal* reported that Apple had cash reserves of $250 billion,[366] officially confirmed by Apple as specifically $256.8 billion a few days later.[367]

As of August 3, 2018, Apple was the largest publicly traded corporation in the world by market capitalization. On August 2, 2018, Apple became the first publicly traded U.S. company to reach a $1 trillion market value.[368][369] Apple was ranked No. 4 on the 2018 *Fortune* 500 rankings of the largest United States corporations by total revenue.[370]

## Tax practices

Apple has created subsidiaries in low-tax places such as Ireland, the Netherlands, Luxembourg, and the British Virgin Islands to cut the taxes it pays around the world. According to *The New York Times*, in the 1980s Apple was among the first tech companies to designate overseas salespeople in high-tax countries in a manner that allowed the company to sell on behalf of low-tax subsidiaries on other continents, sidestepping income taxes. In the late 1980s, Apple was a pioneer of an accounting technique known as the "Double Irish with a Dutch sandwich", which reduces taxes by routing profits through Irish subsidiaries and the Netherlands and then to the Caribbean.[371]

British Conservative Party Member of Parliament Charlie Elphicke published research on October 30, 2012,[372] which showed that some multinational companies, including Apple Inc., were making billions of pounds of profit in the UK, but were paying an effective tax rate to the UK Treasury of only 3 percent, well below standard corporation tax. He followed this research by calling on the Chancellor of the Exchequer George Osborne to force these multinationals, which also included Google and The Coca-Cola

Financial figures 2000–2021

| Year | Revenue in mil. USD | Net income in mil. USD | Total assets in mil. USD | Employees |
|---|---|---|---|---|
| 2000[336] | 7,983 | 786 | 6,803 | — |
| 2001[337] | 5,363 | −25 | 6,021 | — |
| 2002[338] | 5,742 | 65 | 6,298 | — |
| 2003[339] | 6,207 | 69 | 6,815 | — |
| 2004[340] | 8,279 | 274 | 8,050 | — |
| 2005[341] | 13,931 | 1,328 | 11,516 | 14,800 |
| 2006[342] | 19,315 | 1,989 | 17,205 | 17,800 |
| 2007[343] | 24,578 | 3,495 | 25,347 | 21,600 |
| 2008[344] | 37,491 | 6,119 | 36,171 | 32,000 |
| 2009[345] | 42,905 | 8,235 | 47,501 | 34,300 |
| 2010[346] | 65,225 | 14,013 | 75,183 | 46,600 |
| 2011[347] | 108,249 | 25,922 | 116,371 | 60,400 |
| 2012[348] | 156,508 | 41,733 | 176,064 | 72,800 |
| 2013[349] | 170,910 | 37,037 | 207,000 | 80,300 |
| 2014[350] | 182,795 | 39,510 | 231,839 | 92,600 |
| 2015[351] | 233,715 | 53,394 | 290,345 | 110,000 |
| 2016[352] | 215,639 | 45,687 | 321,686 | 116,000 |
| 2017[353] | 229,234 | 48,351 | 375,319 | 123,000 |
| 2018[354] | 265,595 | 59,531 | 365,725 | 132,000 |
| 2019[355] | 260,174 | 55,256 | 338,516 | 137,000 |
| 2020[356] | 274,515 | 57,411 | 323,888 | 147,000 |
| 2021[357] | 365,817 | 94,680 | 351,002 | 154,000 |

Company, to state the effective rate of tax they pay on their UK revenues. Elphicke also said that government contracts should be withheld from multinationals who do not pay their fair share of UK tax.[373]

Apple Inc. claims to be the single largest taxpayer to the Department of the Treasury of the United States of America with an effective tax rate of approximately of 26% as of the second quarter of the Apple fiscal year 2016.[374] In an interview with the German newspaper FAZ in October 2017, Tim Cook stated, that Apple is the biggest taxpayer worldwide.[375]

In 2015, Reuters reported that Apple had earnings abroad of $54.4 billion which were untaxed by the IRS of the United States. Under U.S. tax law governed by the IRC, corporations don't pay income tax on overseas profits unless the profits are repatriated into the United States and as such Apple argues that to benefit its shareholders it will leave it overseas until a repatriation holiday or comprehensive tax reform takes place in the United States.[376]

On July 12, 2016, the Central Statistics Office of Ireland announced that 2015 Irish GDP had grown by 26.3%, and 2015 Irish GNP had grown by 18.7%.[377] The figures attracted international scorn, and were labelled by Nobel-prize winning economist, Paul Krugman, as leprechaun economics. It was not until 2018 that Irish economists could definitively prove that the 2015 growth was due to Apple restructuring its controversial double Irish subsidiaries (Apple Sales International), which Apple converted into a new Irish capital allowances for intangible assets tax scheme (expires in January 2020). The affair required the Central Bank of Ireland to create a new measure of Irish economic growth, Modified GNI* to replace Irish GDP, given the distortion of Apple's tax schemes. Irish GDP is 143% of Irish Modified GNI*.

On August 30, 2016, after a two-year investigation, the EU Competition Commissioner concluded Apple received "illegal state aid" from Ireland. The EU ordered Apple to pay 13 billion euros ($14.5 billion), plus interest, in unpaid Irish taxes for 2004–2014.[378] It is the largest fine in history.[379] The Commission found that Apple had benefited from a private Irish Revenue Commissioners tax ruling regarding its double Irish tax structure, Apple Sales International (ASI).[380] Instead of using two companies for its double Irish structure, Apple was given a ruling to split ASI into two internal "branches".[381] The Chancellor of Austria, Christian Kern, put this decision into perspective by stating that "every Viennese cafe, every sausage stand pays more tax in Austria than a multinational corporation".[382]

As of April 24, 2018, Apple agreed to start paying €13 billion in back taxes to the Irish government, the repayments will be held in an escrow account while Apple and the Irish government continue their appeals in EU courts.[383]

On July 15, 2020, the EU General Court annuls the European Commission's decision in Apple State aid case: Apple will not have to repay €13 billion to Ireland.[384]

In July 2022, Apple reported an 11% decline in Q3 profits compared to 2021. Its revenue in the same period rose 2% year-on-year to $83 billion, though this figure was also lower than in 2021, where the increase was at 36%. The general downturn is reportedly caused by the slowing global economy and supply chain disruptions in China.[385]

## Litigation

Apple has been a participant in various legal proceedings and claims since it began operation.[386] In particular, Apple is known for and promotes itself as actively and aggressively enforcing its intellectual property interests. Some litigation examples include *Apple v. Samsung*, *Apple v. Microsoft*, *Motorola Mobility v. Apple Inc.*, and *Apple Corps v. Apple Computer*. Apple has also had to defend itself against charges on numerous occasions of violating intellectual property rights. Most have been dismissed in the courts as shell companies known as patent trolls, with no evidence of actual use of patents in question.[387] On December 21, 2016, Nokia announced that in the U.S. and Germany, it has filed a suit against Apple, claiming that the latter's products infringe on Nokia's patents.[388] Most recently, in November 2017, the United States International Trade Commission announced an investigation into allegations of patent infringement in regards to Apple's remote desktop technology; Aqua Connect, a company that builds remote desktop software, has claimed that Apple infringed on two of its patents.[389] In January 2022, Ericsson sued Apple over payment of royalty of 5G technology.[390]

## Privacy stance

Apple has a notable pro-privacy stance, actively making privacy-conscious features and settings part of its conferences, promotional campaigns, and public image.[391] With its iOS 8 mobile operating system in 2014, the company started encrypting all contents of iOS devices through users' passcodes, making it

impossible at the time for the company to provide customer data to law enforcement requests seeking such information.[392] With the popularity rise of cloud storage solutions, Apple began a technique in 2016 to do deep learning scans for facial data in photos on the user's local device and encrypting the content before uploading it to Apple's iCloud storage system.[393] It also introduced "differential privacy", a way to collect crowdsourced data from many users, while keeping individual users anonymous, in a system that *Wired* described as "trying to learn as much as possible about a group while learning as little as possible about any individual in it".[394] Users are explicitly asked if they want to participate, and can actively opt-in or opt-out.[395]

With Apple's release of an update to iOS 14, Apple required all developers of iPhone, iPad, and iPod Touch applications to directly ask iPhone users permission to track them. The feature, titled "App Tracking Transparency", received heavy criticism from Facebook, whose primary business model revolves around the tracking of users' data and sharing such data with advertisers so users can see more relevant ads, a technique commonly known as targeted advertising. Despite Facebook's measures, including purchasing full-page newspaper advertisements protesting App Tracking Transparency, Apple released the update in mid-spring 2021. A study by Verizon subsidiary Flurry Analytics reported only 4% of iOS users in the United States and 12% worldwide had opted into tracking.[396]

However, Apple aids law enforcement in criminal investigations by providing iCloud backups of users' devices,[397] and the company's commitment to privacy has been questioned by its efforts to promote biometric authentication technology in its newer iPhone models, which don't have the same level of constitutional privacy as a passcode in the United States.[398]

Prior to the release of iOS 15, Apple announced new efforts at combating child sexual abuse material on iOS and Mac platforms. Parents of minor iMessage users can now be alerted if their child sends or receives nude photographs. Additionally, on-device hashing would take place on media destined for upload to iCloud, and hashes would be compared to a list of known abusive images provided by law enforcement; if enough matches were found, Apple would be alerted and authorities informed. The new features received praise from law enforcement and victims rights advocates, however privacy advocates, including the Electronic Frontier Foundation, condemned the new features as invasive and highly prone to abuse by authoritarian governments.[399]

## Charitable causes

Apple is a partner of (PRODUCT)RED, a fundraising campaign for AIDS charity. In November 2014, Apple arranged for all App Store revenue in a two-week period to go to the fundraiser,[400] generating more than US$20 million,[401] and in March 2017, it released an iPhone 7 with a red color finish.[402]

Apple contributes financially to fundraisers in times of natural disasters. In November 2012, it donated $2.5 million to the American Red Cross to aid relief efforts after Hurricane Sandy,[403] and in 2017 it donated $5 million to relief efforts for both Hurricane Irma and Hurricane Harvey,[404] as well as for the 2017 Central Mexico earthquake.[405] The company has also used its iTunes platform to encourage donations in the wake of environmental disasters and humanitarian crises, such as the 2010 Haiti earthquake,[406] the 2011 Japan earthquake,[407] Typhoon Haiyan in the Philippines in November 2013,[408] and the 2015 European migrant crisis.[409] Apple emphasizes that it does not incur any processing or other fees for iTunes donations, sending 100% of the payments directly to relief efforts, though it also acknowledges that the Red Cross does not receive any personal information on the users donating and that the payments may not be tax deductible.[410]

On April 14, 2016, Apple and the World Wide Fund for Nature (WWF) announced that they have engaged in a partnership to, "help protect life on our planet." Apple released a special page in the iTunes App Store, Apps for Earth. In the arrangement, Apple has committed that through April 24, WWF will receive 100% of the proceeds from the applications participating in the App Store via both the purchases of any paid apps and the In-App Purchases. Apple and WWF's Apps for Earth campaign raised more than $8 million in total proceeds to support WWF's conservation work. WWF announced the results at WWDC 2016 in San Francisco.[411]

During the COVID-19 pandemic, Apple's CEO Cook announced that the company will be donating "millions" of masks to health workers in the United States and Europe.[412]

On January 13, 2021, Apple announced a $100 million "Racial Equity and Justice Initiative" to help combat institutional racism worldwide.[413]

# Leadership

## Current board of directors

As of October 26, 2019, the board of directors of Apple Inc. includes:[414]

- Arthur D. Levinson (chairman)
- Tim Cook (executive director and CEO)
- James A. Bell (non-executive director)
- Al Gore (non-executive director)
- Andrea Jung (non-executive director)
- Ronald Sugar (non-executive director)
- Susan Wagner (non-executive director)

## Current executive management

As of March 16, 2021, the management of Apple Inc. includes:[414]

- Tim Cook (chief executive officer)
- Jeff Williams (chief operating officer)
- Luca Maestri (senior vice president and chief financial officer)
- Katherine L. Adams (senior vice president and general counsel)
- Eddy Cue (senior vice president – Internet Software and Services)
- Craig Federighi (senior vice president – Software Engineering)
- John Giannandrea (senior vice president – Machine Learning and AI Strategy)
- Deirdre O'Brien (senior vice president – Retail + People)
- John Ternus (senior vice president – Hardware Engineering)
- Greg Josiwak (senior vice president – Worldwide Marketing)
- Johny Srouji (senior vice president – Hardware Technologies)
- Sabih Khan (senior vice president – Operations)
- Lisa P. Jackson (vice president – Environment, Policy, and Social Initiatives)
- Isabel Ge Mahe (vice president and managing director – Greater China)
- Tor Myhren (vice president – Marketing Communications)

- Adrian Perica (vice president – Corporate Development)

## List of chief executives

1. Michael Scott (1977–1981)
2. Mike Markkula (1981–1983)
3. John Sculley (1983–1993)
4. Michael Spindler (1993–1996)
5. Gil Amelio (1996–1997)
6. Steve Jobs (1997–2011)
7. Tim Cook (2011–present)

## List of chairmen

*The role of chairman of the Board has not always been in use; notably, between 1981 and 1985, and 1997 to 2011.*[415]

1. Mike Markkula (1977–1981)
2. Steve Jobs (1985)
3. Mike Markkula (1985–1993); second term
4. John Sculley (1993)
5. Mike Markkula (1993–1997); third term
6. Steve Jobs (2011); second term
7. Arthur D. Levinson (2011–present)

# Criticism and controversies

Apple has been criticized for alleged anti-competitive behavior, rash litigation,[417] dubious tax tactics, the use of sweatshop labor,[418][419] customer service issues involving allegedly misleading warranties and insufficient data security, and its products' environmental footprint. Apple has also received criticism for its willingness to work and conduct business with nations such as China and Russia, engaging in practices that have been criticized by human rights groups.[420] Critics have claimed that Apple products combine stolen or purchased designs that Apple claims are its original creations.[421] It has been criticized for its alleged collaboration with the U.S. surveillance program PRISM.[422] The company denied any collaboration.[423]



PRISM: a clandestine surveillance program under which the NSA collects user data from companies like Facebook and Apple[416]

## Products and services

Apple's issues regarding music over the years include those with the European Union regarding iTunes,[424] trouble over updating the Spotify app on Apple devices[425] and collusion with record labels.[426]

In 2018–19, Apple faced criticism for its failure to approve Nvidia web drivers for GPUs installed on legacy Mac Pro machines (up to mid 2012 5,1 running macOS Mojave 10.14). Without access to Apple-approved Nvidia web drivers, Apple users faced replacing their Nvidia cards with graphic cards produced by supported brands (such as the AMD Radeon), from a list of recommendations provided by Apple to its consumers.

In June 2019, Apple issued a recall for its 2015 MacBook Pro Retina 15" following reports of batteries catching fire. The recall affected 432,000 units, and Apple was criticized for the long waiting periods consumers experienced, sometimes extending up to 3 weeks for replacements to arrive; the company also did not provide alternative replacements or repair options.[427]

In July 2019, following a campaign by the "right to repair" movement, challenging Apple's tech repair restrictions on devices, the FTC held a workshop to establish the framework of a future nationwide Right to Repair rule. The movement argues Apple is preventing consumers from legitimately fixing their devices at local repair shops which is having a negative impact on consumers.[428]

On November 19, 2020, it was announced that Apple will be paying out $113 million related to lawsuits stemming from their iPhone's battery problems and subsequent performance slow-downs.[429] Apple continues to face litigation related to the performance throttling of iPhone 6 and 7 devices, an action that Apple argued was done in order to balance the functionality of the software with the impacts of a chemically aged battery.[430] On January 25, 2021, Apple was hit with another lawsuit from an Italian consumer group, with more groups to follow, despite the rationale for the throttling.[431]

On November 30, 2020, the Italian antitrust authority AGCM fined Apple $12 million for misleading trade practices. AGCM stated that Apple's claims of the iPhone's water resistance weren't true as the phones could only resist water up to 4 meters deep in ideal laboratory conditions and not in regular circumstances. The authority added that Apple provided no assistance to customers with water-damaged phones, which it said constituted an aggressive trade practice.[432]

On September 8, 2022, Brazil announced the ban on the sale of iPhones without power adapters. It has also fined Apple 12.275 million reais ($2.28 million). Apple announced it will appeal this decision.[433]

## Privacy

Ireland's Data Protection Commission also launched a privacy investigation to examine whether Apple complied with the EU's GDPR law following an investigation into how the company processes personal data with targeted ads on its platform.[434]

In December 2019, a report found that the iPhone 11 Pro continues tracking location and collecting user data even after users have disabled location services. In response, an Apple engineer said the Location Services icon "appears for system services that do not have a switch in settings."[435]

According to published reports by Bloomberg News on March 30, 2022, Apple turned over data such as phone numbers, physical addresses, and IP addresses to hackers posing as law enforcement officials using forged documents. The law enforcement requests sometimes included forged signatures of real or fictional officials. When asked about the allegations, an Apple representative referred the reporter to a section of the company policy for law enforcement guidelines, which stated, "We review every data request for legal sufficiency and use advanced systems and processes to validate law enforcement requests and detect abuse."[436]

## Antitrust

The United States Department of Justice also began a review of Big Tech firms to establish whether they could be unlawfully stifling competition in a broad antitrust probe in 2019.[437]

On March 16, 2020, France fined Apple €1.1 billion for colluding with two wholesalers to stifle competition and keep prices high by handicapping independent resellers. The arrangement created aligned prices for Apple products such as iPads and personal computers for about half the French retail market. According to the French regulators, the abuses occurred between 2005 and 2017 but were first discovered after a complaint by an independent reseller, eBizcuss, in 2012.[438]

On August 13, 2020, Epic Games, the maker of the popular game Fortnite, sued Apple and Google after its hugely popular video game was removed from Apple and Google's App Store. The suits come after both Apple and Google blocked the game after it introduced a direct payment system, effectively shutting out the tech titans from collecting fees.[439] In September 2020 Epic Games founded the Coalition for App Fairness together with other thirteen companies, which aims for better conditions for the inclusion of apps in the app stores.[440] Later in December 2020, Facebook agreed to assist Epic in their legal game against Apple, planning to support the company by providing materials and documents to Epic. Facebook had, however, stated that the company will not participate directly with the lawsuit, although did commit to helping with the discovery of evidence relating to the trial of 2021. In the months prior to their agreement, Facebook had been dealing with feuds against Apple relating to the prices of paid apps as well as privacy rule changes.[441] Head of ad products for Facebook Dan Levy commented, saying that "this is not really about privacy for them, this is about an attack on personalized ads and the consequences it's going to have on small-business owners," commenting on the full-page ads placed by Facebook in various newspapers in December 2020.[442]

## Politics

In January 2020, US President Donald Trump and attorney general William P. Barr criticized Apple for refusing to unlock two iPhones of a Saudi national, Mohammed Saeed Alshamrani, who shot and killed three American sailors and injured eight others in the Naval Air Station Pensacola. The shooting was declared an "act of terrorism" by the FBI,[443] but Apple denied the request to crack the phones to reveal possible terrorist information citing its data privacy policy.[444]

Apple Inc., shareholders increased pressure on the company to publicly commit "to respect freedom of expression as a human right", upon which Apple committed to freedom of expression and information in its human rights policy document. It said that the policy is based on the guidelines of the United Nations on business and human rights, in early September 2020.[445]

In 2021, Apple complied with a request by the Chinese government to ban a Quran app from its devices and platforms. The request occurred in the context of the Chinese government's ongoing mass repression of Muslims, particularly Uyghurs, in Xinjiang, which some have labeled a genocide.[446]

In December 2021, The Information reported that CEO Tim Cook had negotiated in 2016 a five-year agreement with the Chinese government, motivated in part to allay regulatory issues that had harmed the company's business in China. The agreement entailed promised investments totaling $275 billion.[447]

In September 2021, Apple removed an app from its App Store created by Alexei Navalny meant to coordinate protest voting during the 2021 Russian legislative election. The Russian government had threatened to arrest individual Apple employees working in the country unless Apple complied.[448]

# See also

- List of Apple Inc. media events
- Pixar

# References

1. "Apple 10-K Report FY2021" (https://s2.q4cdn.com/470004039/files/doc_financials/2021/q4/_10-K-2021-(As-Filed).pdf) (PDF). September 25, 2021. Retrieved January 23, 2022.
2. "Consolidated Financial Statements for Q4 FY21" (https://www.apple.com/newsroom/pdfs/FY21_Q4_Consolidated_Financial_Statements.pdf) (PDF). Apple Inc. October 28, 2021. Retrieved December 22, 2021.; "Apple Retail Store – Store List" (https://www.apple.com/retail/storelist). Apple. Retrieved June 3, 2020.; Certificate of Amendment of Articles of Incorporation (https://businesssearch.sos.ca.gov/Document/RetrievePDF?Id=00806592-5959973), November 17, 1977. California Secretary of State; Certificate of Ownership (https://businesssearch.sos.ca.gov/Document/RetrievePDF?Id=00806592-6322847), January 9, 2007. California Secretary of State.
3. Linzmayer 2004, pp. 6–8.
4. Gibbs, Samuel (December 5, 2014). "Steve Wozniak: Apple starting in a garage is a myth" (https://web.archive.org/web/20150425011132/https://www.theguardian.com/technology/2014/dec/05/steve-wozniak-apple-starting-in-a-garage-is-a-myth). The Guardian. Archived from the original (https://www.theguardian.com/technology/2014/dec/05/steve-wozniak-apple-starting-in-a-garage-is-a-myth) on April 25, 2015. Retrieved November 12, 2019.
5. Linzmayer, Owen W. "Apple Confidential: The Real Story of Apple Computer, Inc" (http://extras.denverpost.com/books/chap0411h.htm). The Denver Post. Archived (https://web.archive.org/web/20120414125259/http://extras.denverpost.com/books/chap0411h.htm) from the original on April 14, 2012.
6. Williams, Rhiannon (April 1, 2015). "Apple celebrates 39th year on April 1" (https://www.telegraph.co.uk/technology/apple/11507451/Apple-celebrates-39th-year-on-April-1.html). The Telegraph. Archived (https://ghostarchive.org/archive/20220110/https://www.telegraph.co.uk/technology/apple/11507451/Apple-celebrates-39th-year-on-April-1.html) from the original on January 10, 2022. Retrieved July 9, 2017.
7. "Apple co-founder tells his side of the story" (https://www.smh.com.au/news/laptops--desktops/wozniak-tells-his-side-of-the-story/2006/09/28/1159337270259.html). The Sydney Morning Herald. September 28, 2006. Retrieved July 9, 2017.; "A Chat with Computing Pioneer Steve Wozniak" (https://www.npr.org/templates/story/story.php?storyId=6167297). NPR. September 29, 2006. Retrieved July 9, 2017.
8. "Steve Jobs: Steve Wozniak Remembers" (http://www.groovypost.com/news/steve-jobs-steve-wozniak-remembers). www.groovypost.com. October 6, 2011. Retrieved July 16, 2020.
9. O'Grady 2009, pp. 2–3; "The Homebrew Computer Club" (http://www.computerhistory.org/revolution/personal-computers/17/312). Computer History Museum. Retrieved July 9, 2017.
10. Kahney, Leander. Rebuilding an Apple From the Past (https://www.wired.com/gadgets/mac/multimedia/2002/11/56426), Wired, November 19, 2002. Archived (https://web.archive.org/web/20140318144236/http://www.wired.com/gadgets/mac/multimedia/2002/11/56426) March 18, 2014, at the Wayback Machine

11. "Building the digital age" (http://news.bbc.co.uk/2/hi/technology/7091190.stm). *BBC News*. November 15, 2007. Retrieved January 19, 2008.; "Apple I" (https://web.archive.org/web/200 70326115844/http://staging.computerhistory.org/exhibits/highlights/apple1.shtml). Computer History Museum. Archived from the original (http://staging.computerhistory.org/exhibits/highli ghts/apple1.shtml) on March 26, 2007. Retrieved January 19, 2008.; Game Makers (TV Show) (https://web.archive.org/web/20170204212503/http://www.g4tv.com/gamemakers/epi sodes/3781/Apple_II.html): Apple II. Originally aired January 6, 2005; "Picture of original ad featuring US666.66 price" (http://www.macmothership.com/gallery/newads7/1976apple1.jp g).

12. Wozniak, Steve; Smith, Gina (2006). *iWoz: Computer Geek to Cult Icon: How I Invented the Personal Computer, Co-Founded Apple, and Had Fun Doing It*. W. W. Norton & Company. ISBN 978-0-393-06143-7. OCLC 502898652 (https://www.worldcat.org/oclc/502898652).

13. Blazeski, Goran (November 25, 2017). "Apple-1, Steve Wozniak's hand-built creation, was Apple's first official product, priced at $666.66" (https://www.thevintagenews.com/2017/11/2 5/apples-first-official-product-was-priced-at-666-66). *The Vintage News*. Retrieved November 24, 2019.

14. Linzmayer 2004, p. 10.

15. "Frequently Asked Questions" (https://investor.apple.com/faq/default.aspx). Apple Inc. Retrieved January 19, 2020.

16. Luo, Benny (September 12, 2013). "Ronald Wayne: On Co-founding Apple and Working With Steve Jobs" (https://nextshark.com/ronald-wayne-interview). *Next Shark*. Retrieved July 9, 2017.; Simon, Dan (June 24, 2010). "The gambling man who co-founded Apple and left for $800" (http://edition.cnn.com/2010/TECH/web/06/24/apple.forgotten.founder/index.ht ml). CNN. Retrieved July 9, 2017.

17. "Apple chronology" (https://money.cnn.com/1998/01/06/technology/apple_chrono). CNNMoney. January 6, 1998. Retrieved May 2, 2017.; Gilbert, Ben (December 26, 2016). "Where are the first 10 Apple employees today?" (http://www.businessinsider.com/the-first-1 0-apple-employees-2016-12). *Business Insider*. Retrieved May 2, 2017.

18. Infinite Loop Malone, Michael S. (1999). *Infinite loop: how the world's most insanely great computer company went insane* (https://archive.org/details/infiniteloophoww00malo). New York: Currency/Doubleday. p. 157. ISBN 978-0-385-48684-2. OCLC 971131326 (https://ww w.worldcat.org/oclc/971131326).; McCracken, Harry (April 1, 2016). "Apple's sales grew 150x between 1977–1980" (https://news.fastcompany.com/apples-sales-grew-150x-betwee n-1977-1980-4001956). *Fast Company*. Retrieved May 2, 2017.

19. Linzmayer 2004, p. 12.

20. Linzmayer 2004, pp. 13–15.

21. Weyhrich, Steven (April 21, 2002). "Apple II History Chapter 4" (http://apple2history.org/histo ry/ah04). Retrieved August 18, 2008.

22. Bagnall, Brian (2005). *On the Edge: The Spectacular Rise and Fall of Commodore*. Variant Press. pp. 109–112. ISBN 978-0-9738649-0-8.; Personal Computer Market Share: 1975– 2004 (http://www.jeremyreimer.com/total_share.html) Archived (https://web.archive.org/web/ 20120606003537/http://www.jeremyreimer.com/total_share.html) June 6, 2012, at the Wayback Machine The figures show Mac higher, but that is not a single model.

23. "Table 2: United States (1978–1982)" (https://books.google.com/books?id=cv1UAAAAMAA J). *Computers and People*. Berkeley Enterprises. 33–36: 19. 1984. "Apple (all models) 7,000,000"

24. Deffree, Suzanne (December 12, 2018). "Apple IPO makes instant millionaires, December 12, 1980" (https://www.edn.com/electronics-blogs/edn-moments/4403276/Apple-IPO-makes-instant-millionaires--December-12--1980). Retrieved May 16, 2019.

25. Dilger, Daniel Eran (December 12, 2013). "Apple, Inc. stock IPO created 300 millionaires 33 years ago today" (http://appleinsider.com/articles/13/12/12/apple-inc-stock-ipo-created-300-millionaires-33-years-ago-today). *AppleInsider*. Retrieved April 18, 2017.

26. Montag, Ali (May 21, 2018). "Here's why your computer has a mouse, according to Steve Jobs in 1985" (https://www.cnbc.com/2018/05/21/why-your-computer-has-a-mouse-according-to-steve-jobs.html). *CNBC.com*. Archived (https://web.archive.org/web/20210201174926/https://www.cnbc.com/2018/05/21/why-your-computer-has-a-mouse-according-to-steve-jobs.html) from the original on February 1, 2021. Retrieved May 10, 2021.

27. Landley, Rob (September 18, 2000). "Fool.com: How Xerox Forfeited the PC War" (https://web.archive.org/web/20080723144112/http://www.fool.com/news/foth/2000/foth000918.htm). *The Motley Fool*. Archived from the original (http://www.fool.com/news/foth/2000/foth000918.htm) on July 23, 2008. Retrieved August 12, 2008.

28. Brooks, Alex (March 30, 2006). "Apple at 30 – 1976 to 1986" (https://web.archive.org/web/20081020204611/http://news.worldofapple.com/archives/2006/03/30/apple-at-30-1976-to-1986). *World of Apple*. Archived from the original (http://news.worldofapple.com/archives/2006/03/30/apple-at-30-1976-to-1986) on October 20, 2008. Retrieved May 2, 2017.; Abell, John C. (January 19, 2010). "Jan. 19, 1983: Apple Gets Graphic With Lisa" (https://www.wired.com/2010/01/0119apple-unveils-lisa). *Wired*. Retrieved May 2, 2017.

29. Hormby, Thomas. A history of Apple's Lisa, 1979–1986 (http://lowendmac.com/orchard/05/apple-lisa-history.html), *Low End Mac*, October 6, 2005. Retrieved March 2, 2007.

30. "Steve Wozniak on Newton, Tesla, and why the original Macintosh was a 'lousy' product" (https://web.archive.org/web/20160312014832/http://www.theverge.com/2013/6/27/4468314/steve-wozniak-on-how-the-newton-changed-his-life). June 27, 2013. Archived from the original (https://www.theverge.com/2013/6/27/4468314/steve-wozniak-on-how-the-newton-changed-his-life) on March 12, 2016. Retrieved June 25, 2018.

31. Rice, Valerie (April 15, 1985). "Unrecognized Apple II Employees Exit" (https://books.google.com/books?id=zC4EAAAAMBAJ&pg=PA35). *InfoWorld*. p. 35. Retrieved November 6, 2017.

32. Harvey, Brian (1994). "Is Programing Obsolete?" (https://web.archive.org/web/20131005000323/http://www.eecs.berkeley.edu/~bh/obsolete.html). Electrical Engineering and Computer Sciences, University of California, Berkeley. Archived from the original (http://www.eecs.berkeley.edu/~bh/obsolete.html) on October 5, 2013. Retrieved June 14, 2013.

33. Friedman, Ted. "Apple's 1984: The Introduction of the Macintosh in the Cultural History of Personal Computers" (https://web.archive.org/web/20121014051705/http://www.duke.edu/~tlove/mac.htm). Archived from the original (http://www.duke.edu/~tlove/mac.htm) on October 14, 2012.

34. Maney, Kevin (January 28, 2004). "Apple's '1984' Super Bowl commercial still stands as watershed event" (https://usatoday30.usatoday.com/tech/columnist/kevinmaney/2004-01-28-maney_x.htm). *USA Today*. Retrieved April 18, 2017.

35. Leopold, Todd (February 3, 2006). "Why 2006 isn't like '1984' " (http://edition.cnn.com/2006/SHOWBIZ/02/02/eye.ent.commercials). CNN. Retrieved April 18, 2017.

36. "The greatest commercials of all time" (https://web.archive.org/web/19991012071246/http://www.tvguide.com/tv/magazine/990628/ftr6.asp). *TV Guide*. October 12, 1999. Archived from the original (https://www.tvguide.com/tv/magazine/990628/ftr6.asp) on October 12, 1999. Retrieved April 18, 2017.; Taube, Aaron (January 22, 2014). "How The Greatest Super Bowl Ad Ever – Apple's '1984' – Almost Didn't Make It To Air" (http://www.businessinsider.com/apple-super-bowl-retrospective-2014-1). *Business Insider*. Retrieved April 18, 2017.

37. Linzmayer 2004, p. 98; Swaine 2014, pp. 441–443; Isaacson, Walter (2015). *Steve Jobs*. Simon and Schuster. ISBN 978-1-5011-2762-5. pp. 186–187; Hertzfeld, Andy (2005). *Revolution in The Valley: The Insanely Great Story of How the Mac Was Made*. O'Reilly Media. ISBN 978-0-596-00719-5.

38. Linzmayer 2004, p. 156; Isaacson 2015, pp. 153–154

39. Gallo, Carmine (January 22, 2014). "How Steve Jobs And Bill Gates Inspired John Sculley To Pursue The 'Noble Cause' (https://www.forbes.com/sites/carminegallo/2016/11/12/how-st eve-jobs-and-bill-gates-inspired-john-sculley-to-pursue-the-noble-cause/#9eaee3232bd5). *Forbes*. Retrieved March 31, 2019.

40. Schlender, Brent; Tetzeli, Rick (2016). *Becoming Steve Jobs: The Evolution of a Reckless Upstart into a Visionary Leader*. Crown Business; Reprint edition. pp. 87–92. ISBN 978-0-385-34742-6.; Linzmayer 2004, p. 156

41. Linzmayer 2004, pp. 156–157.

42. Spector, G (September 24, 1985). "Apple's Jobs Starts New Firm, Targets Education Market". *PC Week*. p. 109.

43. "I Never Left Apple" (http://woz.org/letters/never-left-apple). *Offally Woz*. January 3, 2018. Retrieved October 2, 2018.

44. "CNN.com Video" (http://www.cnn.com/video/?/video/bestoftv/2011/08/25/exp.piers.wozni ak.jobs.reaction.cnn). *CNN*.

45. Apple's *Other* Steve (Stock Research) (http://www.fool.com/research/2000/features000302.h tm) Archived (https://web.archive.org/web/20061019134707/http://www.fool.com/research/20 00/features000302.htm) October 19, 2006, at the Wayback Machine March 2, 2000, The Motley Fool.

46. Linzmayer 2004, pp. 158–159.

47. "The History of Desktop Publishing" (https://www.lifewire.com/when-was-desktop-publishing -invented-1073863). Lifewire. Archived (https://web.archive.org/web/20210227131823/http s://www.lifewire.com/when-was-desktop-publishing-invented-1073863) from the original on February 27, 2021. Retrieved April 30, 2007.

48. Swaine, Michael (2014). *Fire in the Valley: The Birth and Death of the Personal Computer*. Pragmatic Bookshelf. ISBN 978-1-68050-352-4. pp. 359–363

49. Carlton, Jim (1997). *Apple: The inside story of intrigue, egomania, and business blunders* (ht tps://archive.org/details/appleinsidestory00carl). New York: Random House. ISBN 978-0-8129-2851-8.

50. Linzmayer 2004, p. 184–185.

51. Linzmayer 2004, p. 160.

52. Linzmayer 2004, p. 128.

53. Hormby, Thomas (February 22, 2006). "Growing Apple with the Macintosh: The Sculley years" (http://lowendmac.com/orchard/06/john-sculley-years-apple.html). *Low End Mac*. Retrieved March 2, 2007.

54. "MacAddict" (https://archive.org/stream/MacAddict-089-200401/MacAddict-089-200401-Bob Kiwi-v1_djvu.txt). *MacAddict*. No. 89. January 2004. Retrieved April 1, 2017.

55. "Exclusive: New pics of Apple's unreleased tablet prototype from 1992 – and the Mac that flew on the Space Shuttle" (http://www.stuff.tv/news/exclusive-new-pics-apples-unreleased-t ablet-prototype-1992-and-mac-flew-space-shuttle). stuff.tv. Retrieved April 14, 2016.

56. "Macintosh Performa" (https://web.archive.org/web/20130419164519/http://www.vectronicsa ppleworld.com/profiles/performa.html). Vectronics Apple World. Archived from the original (ht tp://www.vectronicsappleworld.com/profiles/performa.html) on April 19, 2013. Retrieved November 29, 2010.

57. "The Apple IIGS, Cont" (https://web.archive.org/web/20080912044443/http://apple2history.or g/history/ah11.html). *Apple II History*. July 10, 2002. Archived from the original (http://apple2 history.org/history/ah11.html) on September 12, 2008. Retrieved July 8, 2017.

58. Edwards, Benj (January 18, 2013). "30 years of the Apple Lisa and the Apple IIe" (https://ww w.macworld.com/article/2025408/30-years-of-the-apple-lisa-and-the-apple-iie.html). *Macworld*. International Data Group. Retrieved July 8, 2017.

59. Huddleston, Tom Jr. (January 12, 2021). "From Atari's 'Pong' console to the first CD player and Xbox: 10 of the biggest tech products to debut at Las Vegas' famous Consumer Electronics Show" (https://www.cnbc.com/2021/01/12/biggest-tech-products-to-debut-at-ces-over-the-years.html). *CNBC.com*. Archived (https://web.archive.org/web/20210218151001/ht tps://www.cnbc.com/2021/01/12/biggest-tech-products-to-debut-at-ces-over-the-years.html) from the original on February 18, 2021. Retrieved May 10, 2021.

60. "1990–1995: Why the World Went Windows" (https://web.archive.org/web/2012010416023 6/http://www.roughlydrafted.com/RD/Q4.06/3EC02E78-FD4D-4CDF-92A0-9C4CBDFAB3D 2.html). *Roughly Drafted*. Archived from the original (http://www.roughlydrafted.com/RD/Q4.0 6/3EC02E78-FD4D-4CDF-92A0-9C4CBDFAB3D2.html) on January 4, 2012. Retrieved August 12, 2008.

61. Hornby, Thomas. The Apple vs. Microsoft GUI lawsuit (http://lowendmac.com/orchard/06/ap ple-vs-microsoft.html), *Low End Mac*, August 25, 2006. Retrieved March 2, 2007.

62. "Michael Spindler: The Peter Principle at Apple" (http://lowendmac.com/orchard/06/michael-spindler-apple.html). Archived (https://web.archive.org/web/20080908030156/http://lowendm ac.com/orchard//06/michael-spindler-apple.html) from the original on September 8, 2008. Retrieved August 12, 2008.

63. "Power Macintosh 6100" (http://www.apple-history.com/body.php?page=gallery&model=610 0&performa=off&sort=date&order=ASC&range=). Retrieved August 12, 2008.

64. Linzmayer 2004, pp. 254–256 (https://books.google.com/books?id=mXnw5tM8QRwC&pg=P A254).

65. Chaffin, Bryan. "Former Apple CEO Gil Amelio Lands A New CEO Job | The Mac Observer" (http://www.macobserver.com/article/2001/02/06.13.shtml), The Mac Observer, February 6, 2001. Retrieved August 15, 2008.

66. "1990–1995: Hitting the Wall" (http://www.roughlydrafted.com/RD/Home/B8DA34A3-333B-4 204-BDF3-E74608998702.html). *Roughly Drafted*. Archived (https://web.archive.org/web/20 080924063130/http://www.roughlydrafted.com/RD/Home/B8DA34A3-333B-4204-BDF3-E74 608998702.html) from the original on September 24, 2008. Retrieved August 14, 2008.

67. Tom, Hormby (August 10, 2013). "The Rise and Fall of Apple's Gil Amelio" (http://lowendma c.com/2013/the-rise-and-fall-of-apples-gil-amelio). *Low End Mac*. Cobweb Publishing, Inc. Retrieved March 28, 2015.

68. Thompson, Ben (February 5, 2018). "Apple's Middle Age" (https://stratechery.com/2018/appl es-middle-age). *Stratechery*. Retrieved March 31, 2019.

69. Owen W. Linzmayer (1999). "Apple Confidential: The Day They Almost Decided To Put Windows NT On The Mac Instead Of OS X!" (https://web.archive.org/web/20130624175316/ http://www.macspeedzone.com/archive/art/con/be.shtml). *Mac Speed Zone*. Archived from the original (http://macspeedzone.com/archive/art/con/be.shtml) on June 24, 2013. Retrieved January 18, 2014.

70. Apple Computer, Inc. Finalizes Acquisition of NeXT Software Inc. (https://web.archive.org/w eb/*/product.info.apple.com/pr/press.releases/1997/q2/970207.pr.rel.next.html) at the Wayback Machine (archive index), *Apple Inc.*, February 7, 1997. Retrieved June 25, 2006.

71. Fell, Jason (October 27, 2011). "How Steve Jobs Saved Apple" (https://www.entrepreneur.co m/article/220604). *Entrepreneur*. Retrieved January 24, 2022.

72. Chrasekaran, Rajiv; Shannon, Victoria (August 7, 1997). "Struggling Apple gets boost from Microsoft" (https://www.washingtonpost.com/archive/politics/1997/08/07/struggling-apple-gets-boost-from-microsoft/41cfacec-5ec8-413b-a967-dd0f98a7c1e7/). *The Washington Post*.

73. Young, Steve (August 8, 1997). "Apple bailout questioned" (https://money.cnn.com/1997/08/08/technology/apple_microsoft_pkg/). *CNN Money*.

74. "Power Computing Corporation" (https://support.apple.com/kb/TA37306?locale=en_US). *Official Apple Support*. Apple Inc. February 18, 2012. Retrieved May 10, 2017.

75. Harreld, Heather (January 5, 1997). "Apple gains tech, agency customers in Next deal" (https://web.archive.org/web/20081206061012/http://www.fcw.com/print/3_1/news/64412-1.html?type=pf). *Federal Computer Week*. Archived from the original (http://www.fcw.com/print/3_1/news/64412-1.html?type=pf) on December 6, 2008. Retrieved August 15, 2008.; "Apple unveils new marketing strategy" (https://web.archive.org/web/20081113132409/http://www.accessmylibrary.com/coms2/summary_0286-5564882_ITM) *Knight Ridder/Tribune News Service*. November 10, 1997. Archived from the original (http://www.accessmylibrary.com/coms2/summary_0286-5564882_ITM) on November 13, 2008. Retrieved August 15, 2008.

76. Apple Canada Inc (January 5, 1999). "800,000 iMacs Sold in First 139 Days" (https://web.archive.org/web/20141108074139/http://www.ebooklyn.net/p/800000-imacs-sold-in-first-139-days.html). Archived from the original (http://www.ebooklyn.net/p/800000-imacs-sold-in-first-139-days.html) on November 8, 2014. Retrieved January 26, 2008.

77. Raletz, Alyson (June 7, 2012). "Man who came up with iMac name tells what the 'i' stands for" (http://www.bizjournals.com/kansascity/blog/2012/06/man-who-came-up-with-imac-name-tells.html?page=all). *Kansas City Business Journal*. Retrieved March 30, 2013.

78. John Arlidge (March 17, 2014). "Jonathan Ive Designs Tomorrow" (http://time.com/jonathan-ive-apple-interview). *Time*. Retrieved March 22, 2014.

79. Grossman, Lev. The Apple Of Your Ear (https://web.archive.org/web/20070114062907/http://www.time.com/time/magazine/article/0,9171,1576854,00.html), *Time*, January 12, 2007. Retrieved February 1, 2007; Wilson, Greg. Private iCreator is genius behind Apple's polish (https://web.archive.org/web/20080228235549/http://www.nydailynews.com/news/2007/01/14/2007-01-14_private_icreator_is_genius_behind_apples.html), *New York Daily News*, January 14, 2007. Retrieved February 1, 2007.

80. "The one thing Steve Jobs did that turned around Apple" (https://www.launchtomorrow.com/2019/07/the-one-thing-steve-jobs-did-that-turned-around-apple). *Launch Tomorrow*. July 26, 2019. Retrieved January 24, 2022.

81. "Why Apple Bounced Back" (http://www.roughlydrafted.com/RD/Q4.06/8F4B780E-674F-4421-A44D-7B1EAE9C1BA6.html). *Roughly Drafted*. October 25, 2006. Retrieved November 8, 2014.; "A new beginning or swan song for Final Cut Pro X" (http://www.grreporter.info/en/new_beginning_or_swan_song_final_cut_pro_x/9411). *GR Reporter*. GRRreporter Ltd. June 7, 2013. Retrieved November 8, 2014.

82. Matt Bell, Mark Wherry (September 2002). "APPLE/EMAGIC TAKEOVER The Inside Story Of The Deal That Changed The Music World" (https://web.archive.org/web/20141108080250/https://www.soundonsound.com/sos/sep02/articles/emagic.asp). *Sound on Sound*. SOS Publications Group. Archived from the original (http://www.soundonsound.com/sos/sep02/articles/emagic.asp) on November 8, 2014. Retrieved November 8, 2014.

83. Seff, Jonathan (May 1, 2001). "The Song Is Over for SoundJam" (https://www.macworld.com/article/1002145/11soundjam.html). *Macworld*. International Data Group. Retrieved December 16, 2017.

84. "An Exclusive Look at Mac OS 9" (https://web.archive.org/web/20120229010157/http://www.eggfreckles.net/notes/an-exclusive-look-at-mac-os-9). *Egg Freckles*. Egg Freckles. February 24, 2014. Archived from the original (http://eggfreckles.net/notes/an-exclusive-look-at-mac-os-9) on February 29, 2012. Retrieved March 23, 2014.

85. "Apple to Open 25 Retail Stores in 2001" (https://www.apple.com/newsroom/2001/05/15App le-to-Open-25-Retail-Stores-in-2001) (Press release). Apple. May 15, 2001. Retrieved May 27, 2017.

86. "Apple Stores 2001–2003" (https://web.archive.org/web/20110927210608/http://www.ifoappl estore.com/stores/chronology_2001-2003.html). IFO Apple Store. Archived from the original (http://www.ifoapplestore.com/stores/chronology_2001-2003.html) on September 27, 2011. Retrieved October 7, 2011.

87. "Apple Stores" (https://www.macrumors.com/roundup/apple-retail-stores). *MacRumors*. Retrieved May 27, 2017.

88. Useem, Jerry (March 8, 2007). "Apple: America's best retailer" (http://archive.fortune.com/ma gazines/fortune/fortune_archive/2007/03/19/8402321/index.htm). *Fortune*. Retrieved May 27, 2017.

89. "Store List" (https://www.apple.com/retail/storelist). *Apple Retail*. Apple Inc. Retrieved December 5, 2017.

90. Apple enjoys ongoing iPod demand (http://news.bbc.co.uk/2/hi/business/4625262.stm), BBC News, January 18, 2006. Retrieved April 27, 2007; Cantrell, Amanda. Apple's remarkable comeback story (https://money.cnn.com/2006/03/29/technology/apple_anniversa ry), CNN, March 29, 2006. Retrieved March 2, 2007.

91. Chacksfield, Marc (June 19, 2008). "iTunes hits 5 billion downloads" (http://www.techradar.c om/news/internet/itunes-hits-5-billion-downloads-397997). *TechRadar*. Future plc. Retrieved May 24, 2017.; Skillings, Jon (June 19, 2008). "Apple's iTunes hits 5 billion mark" (https://ww w.cnet.com/news/apples-itunes-hits-5-billion-mark). *CNET*. Retrieved May 24, 2017.

92. Griggs, Brandon; Leopold, Todd (April 26, 2013). "How iTunes changed music, and the world" (http://edition.cnn.com/2013/04/26/tech/web/itunes-10th-anniversary). CNN. Retrieved May 24, 2017.; Arthur, Charles (April 28, 2013). "iTunes is 10 years old today. Was it the best idea Apple ever had?" (https://www.theguardian.com/technology/2013/apr/28/itun es-10-years-old-best-idea-apple-ever-had). *The Guardian*. Retrieved May 24, 2017.

93. Chaffin, Bryan. "Apple Shake: Apple Buys Nothing Real, A High End Compositing Software Maker" (http://www.macobserver.com/article/2002/02/07.6.shtml), *The Mac Observer*, February 7, 2002. Retrieved August 15, 2008.

94. Deitrich, Andy (February 2, 2004). "Garage Band" (https://arstechnica.com/features/2004/02/ garageband). *Ars Technica*. Retrieved March 23, 2017.

95. Apple Introduces iPhoto (https://web.archive.org/web/20151030021825/https://www.apple.c om/pr/library/2002/01/07Apple-Introduces-iPhoto.html), Apple Inc., January 7, 2002. Retrieved October 30, 2015.

96. Apple to Use Intel Microprocessors Beginning in 2006 (https://www.apple.com/newsroom/20 05/06/06Apple-to-Use-Intel-Microprocessors-Beginning-in-2006), Apple Inc., June 6, 2005. Retrieved March 2, 2007.

97. Johnson, Bobbie (August 10, 2006). "Bye-bye Power Mac... hello Mac Pro" (https://www.the guardian.com/technology/2006/aug/10/applemacs.guardianweeklytechnologysection). *The Guardian*. Retrieved March 23, 2017.; "Apple Unveils New MacBook Featuring Intel Core Duo Processors" (https://www.apple.com/newsroom/2006/05/16Apple-Unveils-New-MacBo ok-Featuring-Intel-Core-Duo-Processors). Apple Inc. May 16, 2006.

98. "In Major Shift, Apple Builds Its Own Team to Design Chips" (https://www.wsj.com/articles/S B124104666426570729). *The Wall Street Journal*. April 30, 2009.

99. Hesseldahl, Arik (April 5, 2006). "News Flash: Apple Introduces 'Boot Camp' To Run Windows XP on Macs" (https://www.bloomberg.com/bw/stories/2006-04-04/news-flash-appl e-introduces-boot-camp-to-run-windows-xp-on-macs). *BusinessWeek*. Bloomberg L.P. Retrieved August 18, 2008.

100. Martin, Shawn M. Carter,Emmie (August 2, 2018). "If you invested $1,000 in Apple 10 years ago, here's how much you'd have now" (https://www.cnbc.com/2018/08/02/if-you-invested-1 000-dollars-in-apple-10-years-ago-youd-have-this-now.html). *CNBC*. Retrieved April 5, 2020.

101. Gamet, Jeff (January 16, 2006). Apple Passes Dell's Market Cap (http://www.macobserver.c om/stockwatch/2006/01/16.1.shtml), *The MacObserver*. Retrieved March 2, 2007.

102. Markoff, John (January 16, 2006). "Michael Dell Should Eat His Words, Apple Chief Suggests" (https://www.nytimes.com/2006/01/16/technology/michael-dell-should-eat-his-wor ds-apple-chief-suggests.html). *The New York Times*. Archived (https://web.archive.org/web/ 20170318032151/http://www.nytimes.com/2006/01/16/technology/michael-dell-should-eat-hi s-words-apple-chief-suggests.html) from the original on March 18, 2017. Retrieved April 3, 2019.

103. Singh, Jai (October 6, 1997). "Dell: Apple should close shop" (https://www.cnet.com/news/d ell-apple-should-close-shop). *CNET*. Retrieved March 23, 2017.

104. "Drop the Computer" (https://www.economist.com/node/8521960). *The Economist*. Economist Group. January 11, 2007. Retrieved May 24, 2017.; "What's In A Name Change? Look At Apple" (https://www.forbes.com/2007/01/25/apple-microsoft-motorola-ent-sales-cx_k w_0125wharton.html). *Forbes*. January 25, 2007. Retrieved May 24, 2017.

105. "Apple Announces The iPhone" (https://www.macrumors.com/2007/01/09/apple-announces-the-iphone). *MacRumors*. January 9, 2007. Retrieved May 24, 2017.; Arrington, Michael (January 9, 2007). "Apple Announces iPhone, Stock Soars" (https://techcrunch.com/2007/0 1/09/apple-announces-iphone-stock-soars). *TechCrunch*. AOL. Retrieved May 24, 2017.

106. "Apple Announces Apple TV (Formerly 'iTV')" (https://www.macrumors.com/2007/01/09/appl e-announces-apple-tv-formerly-itv). *MacRumors*. January 9, 2007. Retrieved May 24, 2017.; "Apple TV Coming to Your Living Room" (https://www.apple.com/newsroom/2007/01/09Appl e-TV-Coming-to-Your-Living-Room). Apple Inc. January 9, 2007. Retrieved May 24, 2017.

107. Miller, Paul (July 25, 2007). "Apple sold 270,000 iPhones in the first 30 hours" (https://www.e ngadget.com/2007/07/25/apple-sold-270-000-iphones-in-the-first-30-hours). *Engadget*. Retrieved May 24, 2017.

108. Oyedele, Akin (March 21, 2016). "Here's how Apple shares do right after the new iPhone launches" (http://www.businessinsider.com/apple-stock-after-iphone-launches-2016-3). *Business Insider*. Retrieved May 24, 2017.

109. Block, Ryan (February 6, 2007). "A letter from Steve Jobs on DRM: let's get rid of it" (https:// www.engadget.com/2007/02/06/a-letter-from-steve-jobs-on-drm-lets-get-rid-of-it). *Engadget*. AOL. Retrieved March 23, 2017.

110. Dalrymple, Jim (April 2, 2007). "Apple, EMI offer higher-quality DRM free downloads" (http s://web.archive.org/web/20120104152526/http://www.macworld.com/article/57098/2007/04/ drmfree.html). *Macworld*. Archived from the original (https://www.macworld.com/article/5709 8/2007/04/drmfree.html) on January 4, 2012. Retrieved November 29, 2010.

111. "Changes Coming to the iTunes Store" (https://www.apple.com/newsroom/2009/01/06Chan ges-Coming-to-the-iTunes-Store). Apple Inc. January 6, 2009. Retrieved March 23, 2014.

112. Flandez, Raymund (August 5, 2008). "Programmers Jockey for iPhone Users at Apple Site" (https://www.wsj.com/articles/SB121789232442511743). *The Wall Street Journal*. Retrieved August 16, 2008.

113. McLaughlin, Kevin (August 11, 2008). "Apple's Jobs Gushes Over App Store Success" (http s://web.archive.org/web/20100301213959/http://crn.com/software/210002313). The Channel Wire. Archived from the original (http://www.crn.com/software/210002313) on March 1, 2010. Retrieved August 16, 2008.

114. Chen, Brian (October 21, 2008). "Jobs: Apple Is Third Largest Handset Supplier" (https://ww w.wired.com/epicenter/2008/10/with-iphone-app). *Wired*. Retrieved March 23, 2014.

115. Jobs, Steve (January 14, 2009). "Apple Media Advisory" (https://www.apple.com/newsroom/2009/01/14Apple-Media-Advisory) (Press release). Apple Inc. Retrieved March 23, 2014.

116. "Apple Inc, Form 10-Q, Quarterly Report, Filing Date Apr 23, 2009" (http://edgar.secdatabase.com/2508/119312509085781/filing-main.htm). secdatabase.com. Retrieved March 8, 2013.; "Apple reports the best non-holiday quarter in its history" (http://www.betanews.com/article/Apple-reports-the-best-nonholiday-quarter-in-its-history/1240433273). Betanews. April 22, 2009. Retrieved November 22, 2010.

117. "Apple iPad reaches 1 million sales faster than iPhone" (https://www.reuters.com/article/us-apple-ipad/apple-ipad-reaches-1-million-sales-faster-than-iphone-idUSTRE64002T20100503). Reuters. Retrieved September 10, 2018.

118. "Apple passes Microsoft to be biggest tech company" (http://news.bbc.co.uk/1/hi/business/10168684.stm). BBC News. May 27, 2010. Archived (https://web.archive.org/web/20100529063247/http://news.bbc.co.uk/1/hi/business/10168684.stm) from the original on May 29, 2010. Retrieved May 29, 2010.

119. "Apple Presents iPhone 4" (https://www.apple.com/newsroom/2010/06/07Apple-Presents-iPhone-4) (Press release). Apple Inc. Archived (https://web.archive.org/web/20110903135840/http://www.apple.com/pr/library/2010/06/07Apple-Presents-iPhone-4.html) from the original on September 3, 2011.; Beaumont, Claudine (June 24, 2010). "Apple iPhone 4: Full review" (https://www.telegraph.co.uk/technology/apple/7849655/Apple-iPhone-4-Full-review.html). The Telegraph. ISSN 0307-1235 (https://www.worldcat.org/issn/0307-1235). Archived (https://ghostarchive.org/archive/20220110/https://www.telegraph.co.uk/technology/apple/7849655/Apple-iPhone-4-Full-review.html) from the original on January 10, 2022. Retrieved September 10, 2018.

120. Topolsky, Joshua (September 7, 2010). "iPod touch review (2010)" (https://www.engadget.com/2010/09/07/ipod-touch-review-2010). Engadget. AOL. Retrieved March 23, 2017.; "Apple Reinvents iPod nano With Multi-Touch Interface" (https://www.apple.com/newsroom/2010/09/01Apple-Reinvents-iPod-nano-With-Multi-Touch-Interface) (Press release). Apple Inc. September 1, 2010. Archived (https://web.archive.org/web/20101115202127/http://www.apple.com/pr/library/2010/09/01ipodnano.html) from the original on November 15, 2010. Retrieved November 11, 2010.; Bell, Donald (September 7, 2010). "Apple iPod Shuffle 2010 (2 GB) review" (https://www.cnet.com/reviews/apple-ipod-shuffle-2010-2gb-review). CNet. Retrieved April 4, 2019.

121. Mintz, Jessica; Robertson, Jordan. "Apple unveils new TV box for renting movies, shows" (https://web.archive.org/web/20100902211653/https://news.yahoo.com/s/ap/20100901/ap_on_hi_te/us_tec_apple). Yahoo! News. Yahoo!. Archived from the original (https://news.yahoo.com/s/ap/20100901/ap_on_hi_te/us_tec_apple) on September 2, 2010. Retrieved September 2, 2010.

122. "Apple boss Steve Jobs takes 'medical leave' " (https://www.bbc.co.uk/news/technology-12205173). BBC News. January 17, 2011. Archived (https://web.archive.org/web/20110119050439/http://www.bbc.co.uk/news/technology-12205173) from the original on January 19, 2011. Retrieved January 17, 2011.

123. Indvik, Lauren (May 9, 2011). "Apple Now World's Most Valuable Brand" (http://mashable.com/2011/05/09/apple-google-brandz-study). Mashable. Retrieved October 7, 2011.

124. Helft, Miguel (June 6, 2011). "Apple Unveils a 'Cloud' Music and Storage Service" (https://ghostarchive.org/archive/20220101/https://www.nytimes.com/2011/06/07/technology/07apple.html). The New York Times. Archived from the original (https://www.nytimes.com/2011/06/07/technology/07apple.html) on January 1, 2022. Retrieved June 7, 2011.

125. Primack, Doug. "Fallen Apple: Steve Jobs resigns" (https://web.archive.org/web/20110926040400/http://finance.fortune.cnn.com/2011/08/24/fallen-apple-steve-jobs-resigns). Fortune. CNN. Archived from the original (http://finance.fortune.cnn.com/2011/08/24/fallen-apple-steve-jobs-resigns) on September 26, 2011. Retrieved August 24, 2011.

126. Olivarez-Giles, Nathan; Suh Lauder, Thomas (August 24, 2011). "What does Steve Jobs' chairman role mean for Apple?" (https://latimesblogs.latimes.com/technology/2011/08/steve-jobs-apple-chairman.html). *Los Angeles Times*. Retrieved April 11, 2020.

127. Foresman, Chris (November 15, 2011). "Genentech's Levinson replaces Steve Jobs as Apple chairman" (https://arstechnica.com/gadgets/2011/11/genetechs-levinson-now-apple-chairman-disneys-iger-joins-the-board). *ars technica*. Retrieved April 11, 2020.

128. "Meet Apple's Board of Directors" (https://web.archive.org/web/20120928000035/http://www.ethiopianreview.com/index/20113/?p=25598). *Ethiopian Review*. August 25, 2011. Archived from the original (http://www.ethiopianreview.com/index/20113/?p=25598) on September 28, 2012. Retrieved October 7, 2011.

129. Griggs, Brandon (October 6, 2011). "Steve Jobs, Apple founder, dies" (http://edition.cnn.com/2011/10/05/us/obit-steve-jobs/index.html). CNN. Retrieved March 27, 2017.; Hess, Ken (October 5, 2011). "October 5th, 2011. The day Apple died" (https://www.zdnet.com/article/october-5th-2011-the-day-apple-died). *ZDNet*. Retrieved March 27, 2017.

130. "Apple Reinvents Textbooks with iBooks 2 for iPad – New iBooks Author Lets Anyone Create Stunning iBooks Textbooks" (https://www.apple.com/newsroom/2012/01/19Apple-Reinvents-Textbooks-with-iBooks-2-for-iPad) (Press release). Apple Inc. January 19, 2012. Retrieved February 22, 2012.

131. "Steve Jobs' Plans to Disrupt the Textbook Industry. How Disruptive Were They? | Inside Higher Ed" (https://www.insidehighered.com/blogs/hack-higher-education/steve-jobs-plans-disrupt-textbook-industry-how-disruptive-were-they). *www.insidehighered.com*. Retrieved November 10, 2017.

132. Ziegler, Chris (October 4, 2011). "iPhone 4S announced, available October 14th starting at $199" (https://www.theverge.com/apple/2011/10/4/2470139/iphone-4s-announced-available-october-14th-starting-at-199). *The Verge*. Retrieved March 23, 2017.; Parr, Ben (October 4, 2011). "Apple Announces iPhone 4S" (http://mashable.com/2011/10/04/apple-iphone-4s). *Mashable*. Retrieved March 23, 2017.

133. Savov, Vlad (September 12, 2012). "Apple announces 4-inch iPhone 5 with LTE, Lightning connector, September 21st release date" (https://www.theverge.com/2012/9/12/3316830/iphone-5-release-date-specs-features-price-announcement). *The Verge*. Retrieved March 23, 2017.; Shimpi, Anand Lal (September 12, 2012). "Apple iPhone 5: Announced" (http://www.anandtech.com/show/6280/apple-iphone-5-announced). *AnandTech*. Purch Group. Retrieved March 23, 2017.

134. Mossberg, Walter (March 15, 2012). "New iPad: a Million More Pixels Than HDTV" (https://www.wsj.com/articles/SB10001424052702304459804577281472610072322). *The Wall Street Journal*. Retrieved March 15, 2012.; Lowensohn, Josh (March 7, 2012). "Apple iPad live blog (Wednesday, March 7)" (https://www.cnet.com/news/apple-ipad-live-blog-wednesday-march-7). *CNET*. Retrieved March 23, 2017.

135. Wood, Molly (October 23, 2012). "The new 'new iPad': Lightning strikes again" (https://www.cnet.com/news/the-new-new-ipad-lightning-strikes-again). *CNET*. Retrieved March 23, 2017.

136. Dudley-Nicholson, Jennifer (October 24, 2012). "Apple unveils new iPad Mini, updated iPad and new Macs" (https://web.archive.org/web/20130217023327/http://www.heraldsun.com.au/technology/apple-prepares-to-reveal-ipad-mini/story-fn7celvh-1226501774885). *Herald Sun*. Archived from the original (http://www.heraldsun.com.au/technology/apple-prepares-to-reveal-ipad-mini/story-fn7celvh-1226501774885) on February 17, 2013. Retrieved November 11, 2012.

137. Stein, Scott (October 5, 2012). "Apple iPhone 5 review" (https://www.cnet.com/uk/products/apple-iphone-5/review). *CNET*. Retrieved March 23, 2017.

138. "Apple Sells Three Million iPads in Three Days" (https://www.apple.com/newsroom/2012/1 1/05Apple-Sells-Three-Million-iPads-in-Three-Days) (Press release). Apple Inc. November 5, 2012. Retrieved February 22, 2013.

139. Brown, Rich (November 11, 2013). "Apple Mac Mini with Fusion Drive review" (https://www. cnet.com/products/apple-mac-mini/review). *CNET*. Retrieved March 23, 2017.

140. Svensson, Peter. "Apple Sets Record for Company Value at $624B" (https://web.archive.org/ web/20120822164535/http://hosted.ap.org/dynamic/stories/U/US_TEC_APPLE_BIGGEST_ COMPANY?SITE=AP&SECTION=HOME&TEMPLATE=DEFAULT). Associated Press. Archived from the original (http://hosted.ap.org/dynamic/stories/U/US_TEC_APPLE_BIGGE ST_COMPANY?SITE=AP&SECTION=HOME&TEMPLATE=DEFAULT) on August 22, 2012. Retrieved August 20, 2012.

141. "Apple awarded $1bn in damages from Samsung in US court" (https://www.bbc.co.uk/news/t echnology-19377261). *BBC News*. August 25, 2012. Retrieved August 25, 2012.

142. "Judge strikes $450 million from $1 billion damages award in Apple v. Samsung: second trial needed" (http://www.fosspatents.com/2013/03/judge-strikes-450-million-from-1.html). FOSS Patents. Retrieved March 1, 2013.

143. "HTC and Apple Settle Patent Dispute" (https://www.apple.com/newsroom/2012/11/11HTC-and-Apple-Settle-Patent-Dispute) (Press release). Apple Inc. November 10, 2012. Retrieved February 22, 2013.

144. Reisinger, Don (November 12, 2012). "Apple predicted to generate up to $280 million a year in HTC deal" (https://www.cnet.com/news/apple-predicted-to-generate-up-to-280-million-a-y ear-in-htc-deal). *CNET*. Retrieved March 23, 2017.

145. Steele, Billy (May 28, 2014). "Apple acquires Beats Electronics for $3 billion" (https://www.e ngadget.com/2014/05/28/apple-acquires-beats-electronics-for-3-billion). *Engadget*. AOL. Retrieved March 23, 2017.; Welch, Chris (May 28, 2014). "Apple confirms it's buying Beats for $3 billion" (https://www.theverge.com/2014/5/28/5700530/apple-confirms-beats-acquisitio n). *The Verge*. Retrieved March 23, 2017.

146. "Apple Watch announced: available for $349 early next year" (https://www.theverge.com/201 4/9/9/6125873/apple-watch-smartwatch-announced). *The Verge*. September 9, 2014. Retrieved July 15, 2015.; "The Apple Watch is poised to dominate the market for digital fitness trackers" (https://www.theverge.com/2014/9/9/6127839/apple-watch-healthkit-digital-health-fitness). *The Verge*. September 9, 2014. Retrieved July 15, 2015.

147. "Apple Watch is competing as a fashion accessory, and that's a risky move" (https://www.wa shingtonpost.com/blogs/innovations/wp/2015/03/05/apple-watch-is-competing-as-a-fashion-accessory-and-thats-a-risky-move). *The Washington Post*. Retrieved July 15, 2015.

148. "iPhone Killer: The Secret History of the Apple Watch" (https://www.wired.com/2015/04/the-a pple-watch). *Wired*.

149. Statt, Nick (January 26, 2016). "1 billion Apple devices are in active use around the world" (h ttps://www.theverge.com/2016/1/26/10835748/apple-devices-active-1-billion-iphone-ipad-io s). *The Verge*. Retrieved May 24, 2017.; Rossignol, Joe (January 26, 2016). "Apple Now Has Over 1 Billion Active Devices Worldwide" (https://www.macrumors.com/2016/01/26/appl e-1-billion-active-device-installed-base). *MacRumors*. Retrieved May 24, 2017.

150. McBride, Sarah (June 6, 2016). "Apple leads Tech Industry in Fortune 500" (https://www.yah oo.com/tech/apple-top-tech-company-fortune-132100720.html). *Yahoo Tech*. Retrieved June 6, 2016.

151. Gartenberg, Chaim (June 5, 2017). "Apple announces HomePod speaker to take on Sonos" (https://www.theverge.com/2017/6/5/15732144/apple-homepod-speaker-announced-siri-pric e-release-date-wwdc-2017). *The Verge*. Vox Media. Retrieved December 14, 2017.

152. Lunden, Ingrid; Roof, Katie (December 8, 2017). "Sources: Apple is acquiring music recognition app Shazam" (https://techcrunch.com/2017/12/08/sources-apple-is-acquiring-mu sic-recognition-app-shazam). *TechCrunch*. Oath Inc. Retrieved December 14, 2017.

153. Singleton, Micah (December 11, 2017). "Apple confirms it has acquired Shazam" (https://ww w.theverge.com/2017/12/11/16761984/apple-shazam-acquisition). *The Verge*. Vox Media. Retrieved December 14, 2017.

154. "EU clears Apple's purchase of song-recognition app Shazam" (https://web.archive.org/web/ 20180907144731/https://www.cnbc.com/2018/09/06/the-associated-press-eu-clears-apples-purchase-of-song-recognition-app-shazam.html). *CNBC*. September 6, 2018. Archived from the original (https://www.cnbc.com/2018/09/06/the-associated-press-eu-clears-apples-purch ase-of-song-recognition-app-shazam.html) on September 7, 2018. Retrieved September 7, 2018.; Welch, Chris (September 24, 2018). "Apple completes Shazam acquisition, will make app ad-free for everyone" (https://www.theverge.com/2018/9/24/17896350/apple-shazam-ap p-acquisition-complete-free). *The Verge*. Retrieved September 24, 2018.

155. Andreeva, Nellie (November 8, 2017). "Apple Gives Reese Witherspoon-Jennifer Aniston Morning Show Series 2-Season Order, Confirms 'Amazing Stories' Reboot" (https://deadline. com/2017/11/apple-reese-witherspoon-jennifer-aniston-morning-show-series-2-season-orde r-amazing-stories-reboot-1202204293). *Deadline Hollywood*. Retrieved January 18, 2019.

156. Robb, David (June 7, 2018). "Apple Signs WGA Contract As It Ramps Up Scripted Shows" (https://deadline.com/2018/06/apple-signs-wga-contract-as-it-ramps-up-scripted-shows-120 2405862). *Deadline Hollywood*. Retrieved January 18, 2019.; Andreeva, Nellie (June 15, 2018). "Oprah Winfrey Partners With Apple For Original Content" (https://deadline.com/201 8/06/oprah-winfrey-content-partnership-apple-for-original-programming-1202411370). *Deadline Hollywood*. Retrieved January 18, 2019.

157. Andreeva, Nellie; Petski, Denise (June 20, 2018). "Apple Teams With Sesame Workshop On Children's Programming Slate" (https://deadline.com/2018/06/apple-sesame-workshop-c hildrens-programming-slate-live-action-animated-series-1202414268). *Deadline Hollywood*. Retrieved January 18, 2019.; Andreeva, Nellie; Petski, Denise (December 14, 2018). "Apple Makes 'Peanuts' Deal; DHX Media To Produce New Series, Specials & Shorts With Classic Characters For Streamer" (https://deadline.com/2018/12/apple-makes-peanuts-deal-dhx-me dia-to-produce-new-series-specials-shorts-with-classic-characters-for-streamer-120252021 5). *Deadline Hollywood*. Retrieved January 18, 2019.; Hipes, Patrick; Andreeva, Nellie (November 15, 2018). "Apple Inks Deal With A24 For Multiple Films As Part Of Push Into Movies" (https://deadline.com/2018/11/apple-original-movies-a24-slate-deal-1202502828). *Deadline Hollywood*. Retrieved January 18, 2019.

158. Gurman, Mark (March 29, 2019). "Apple Cancels Plan for AirPower Wireless Charger" (http s://www.bloomberg.com/news/articles/2019-03-29/apple-cancels-anticipated-airpower-wirel ess-charging-accessory). *Bloomberg.com*. Retrieved August 25, 2022.; Panzarino, Matthew (March 29, 2019). "Apple cancels AirPower product, citing inability to meet its high standards for hardware" (https://social.techcrunch.com/2019/03/29/apple-cancels-airpower-p roduct-citing-inability-to-meet-its-high-standards-for-hardware). *TechCrunch*. Retrieved August 25, 2022.; Goode, Lauren (March 29, 2019). "RIP AirPower: Apple Kills Its Elusive Wireless Charging Pad" (https://www.wired.com/story/apple-kills-airpower). *Wired*. ISSN 1059-1028 (https://www.worldcat.org/issn/1059-1028). Retrieved August 25, 2022.

159. Bursztynsky, Jessica (August 19, 2020). "Apple becomes first U.S. company to reach a $2 trillion market cap" (https://www.cnbc.com/2020/08/19/apple-reaches-2-trillion-market-cap.ht ml). *CNBC*. Retrieved August 19, 2020.

160. Warren, Tom (June 22, 2020). "Apple announces it will switch to its own processors for future Macs" (https://www.theverge.com/2020/6/22/21295475/apple-mac-processors-arm-silicon-c hips-wwdc-2020). *The Verge*. Retrieved June 22, 2020.

161. Haselton, Todd (June 22, 2020). "Apple will stop using Intel chips in all Macs by 2021, top analyst says" (https://www.cnbc.com/2020/06/22/new-macbook-pro-and-imac-coming-with-a rm-chips-instead-of-intel---kuo.html). *CNBC*. Retrieved June 22, 2020.

162. "Apple announces 'One More Thing' event for November 10th" (https://www.theverge.com/2 020/11/2/21546136/apple-event-date-time-november-10th-one-more-thing-arm-mac-silicon). *The Verge*. November 2, 2020. Retrieved November 2, 2020.

163. McDaniel, Allison (April 21, 2022). "Apple's M2 chip nears as Samsung beats LG as processor packaging partner" (https://9to5mac.com/2022/04/21/apple-m2-chip-samsung). *9to5Mac*. Retrieved April 27, 2022.

164. Reuters (April 14, 2022). "Apple tests several new Macs with next-generation M2 chips – Bloomberg News" (https://www.reuters.com/technology/apple-tests-several-new-macs-with-next-generation-m2-chips-bloomberg-news-2022-04-14). *Reuters*. Retrieved April 27, 2022.; Clark, Mitchell (April 14, 2022). "Apple's M2 chips and the computers they'll power detailed in new leak" (https://www.theverge.com/2022/4/14/23026073/apple-m2-silicon-macbook-air-pro-mac-mini-rumors). *The Verge*. Retrieved April 27, 2022.

165. Higgins, Tim (April 16, 2022). "The Chips That Rebooted the Mac" (https://www.wsj.com/arti cles/the-chips-that-rebooted-the-mac-11650081649). *The Wall Street Journal*. ISSN 0099-9660 (https://www.worldcat.org/issn/0099-9660). Retrieved April 27, 2022.

166. Brown, Dalvin (April 27, 2022). "Apple Opens Self-Repair Store With $300 iPhone Screens, 19-Cent Screws" (https://www.wsj.com/articles/apple-opens-self-repair-store-with-300-iphon e-screens-19-cent-screws-11651031828). *The Wall Street Journal*. ISSN 0099-9660 (https:// www.worldcat.org/issn/0099-9660). Retrieved April 27, 2022.; Feiner, Lauren (April 27, 2022). "Apple now lets you buy parts so you can fix your iPhone yourself" (https://www.cnbc. com/2022/04/27/apple-now-lets-you-buy-iphone-parts-so-you-can-fix-it-yourself.html). *CNBC*. Retrieved April 27, 2022.; Porter, Jon (April 27, 2022). "Apple's DIY repair service is now available in the US" (https://www.theverge.com/2022/4/27/23044301/apple-iphone-diy-r epair-self-service-program-spare-parts-12-13). *The Verge*. Retrieved April 27, 2022.; "Apple's Self Service Repair program is now open to iPhone owners in the US" (https://ww w.engadget.com/apple-self-service-repair-release-date-122332505.html). *Engadget*. Retrieved April 27, 2022.; "Apple opens Self Service Repair to US iPhone users" (https://soc ial.techcrunch.com/2022/04/27/apple-opens-self-service-repair-to-us-iphone-users). *TechCrunch*. April 27, 2022. Retrieved April 27, 2022.; Sherr, Ian. "Apple Launches Do-It-Yourself Repairs For iPhone 13, iPhone 12 and iPhone SE" (https://www.cnet.com/tech/mob ile/apple-launches-do-it-yourself-repairs-for-iphone-13-iphone-12-and-iphone-se). *CNET*. Retrieved April 27, 2022.; "Apple's Self-Service Repair Store Finally Launches" (https://ww w.pcmag.com/news/apples-self-service-repair-store-finally-launches). *PCMAG*. Retrieved April 27, 2022.

167. Porter, Jon (May 30, 2022). "Apple's RealityOS for rumored headset appears in trademark application" (https://www.theverge.com/2022/5/30/23147213/realityos-os-ros-trademark-appl e-virtual-augmented-reality-headset). *The Verge*. Retrieved May 30, 2022.; Gurman, Mark; Mochizuki, Takashi; Wu, Debby (January 14, 2022). "Apple's New VR/AR Headset Risks Being Delayed Until 2023" (https://www.bloomberg.com/news/articles/2022-01-14/apple-s-h otly-anticipated-headset-risks-being-delayed-until-2023?sref=ExbtjcSG). *Bloomberg*. Retrieved May 30, 2022.

168. Lerman, Rachel; Gregg, Aaron; Somasundaram, Praveena (June 19, 2022). "Apple Store workers approve union, the first in the U.S." (https://www.washingtonpost.com/technology/20 22/06/18/apple-union-vote) *The Washington Post*. Retrieved June 19, 2022.

169. "Apple launches Lockdown Mode to block spyware attacks on at-risk users" (https://www.bb c.com/news/technology-62069255). BBC News. July 6, 2022. Retrieved July 7, 2022.

170. Satariano, Adam (August 10, 2011). "Apple Surpasses Exxon as World's Most Valuable Company Before Retreating" (https://web.archive.org/web/20110810082324/http://www.bloomberg.com/news/2011-08-09/apple-rises-from-near-bankruptcy-to-become-most-valuable-company.html). *Bloomberg News*. Archived from the original (https://www.bloomberg.com/news/2011-08-09/apple-rises-from-near-bankruptcy-to-become-most-valuable-company.html) on August 10, 2011. Retrieved May 28, 2017.

171. "Apple has sold a total of 500 million iPads in the last 10 years" (https://appleinsider.com/articles/20/09/15/apple-has-sold-a-total-of-500-million-ipads-in-the-last-10-years). *AppleInsider*. Retrieved September 21, 2020.; Fried, Ina (January 31, 2017). "iPad sales keep shrinking – down another 20 percent" (https://www.recode.net/2017/1/31/14460952/apple-ipad-sales-still-falling). *Recode*. Retrieved March 20, 2019.; " 'Clearance sale' shows Apple's iPad is over. It's done" (https://www.theregister.co.uk/2017/03/23/clearance_sale_shows_the_ipad_is_over_its_done). *The Register*. March 23, 2017. Retrieved March 20, 2019.

172. Potuck, Michael (August 5, 2020). "Latest data suggests iPad sales hit highest growth rate in 6 years during Q2" (https://9to5mac.com/2020/08/05/latest-data-suggests-ipad-sales-hit-highest-growth-rate-in-6-years-during-q2). *9to5Mac*. Retrieved September 21, 2020.

173. Pullen, John Patrick (March 24, 2019). "Apple's Two-Word Plan for the Future of the Internet: Subscribe Now" (http://fortune.com/2019/03/24/watch-apple-event-live-stream-television-news-service). *Forbes*. Archived (https://web.archive.org/web/20190325135825/http://fortune.com/2019/03/24/watch-apple-event-live-stream-television-news-service) from the original on March 25, 2019. Retrieved March 25, 2019.

174. "Logo Evolution: How Top Brands Redesigned Logos and Boosted Conversion" (https://www.vardot.com/blog/logo-evolution-how-top-brands-redesigned-emblems-and-boosted-conversion-721). *Vardot*. Retrieved April 9, 2017.

175. "Steve Jobs bio says Apple CEO abhorred 'corrupt' execs" (http://www.cbc.ca/news/world/story/2011/10/20/steve-jobs-bio.html). CBC News. October 20, 2011. Retrieved October 21, 2011.

176. "Wired News: Apple Doin' the Logo-Motion" (http://archive.wired.com/gadgets/mac/news/2003/09/60597). September 26, 2003.; "¥ves Bennaïm 🌿 (@ZLOK) on Twitter" (https://twitter.com/intent/follow?screen_name=ZLOK). *twitter.com*.

177. Raszl, Ivan (July 30, 2020). "Interview with Rob Janoff, designer of the Apple logo" (http://creativebits.org/interview/interview_rob_janoff_designer_apple_logo).

178. "Logos that became legends: Icons from the world of advertising" (https://www.independent.co.uk/news/media/logos-that-became-legends-icons-from-the-world-of-advertising-768077.html). *The Independent*. UK. January 4, 2008. Archived (https://web.archive.org/web/20091003003651/http://www.independent.co.uk/news/media/logos-that-became-legends-icons-from-the-world-of-advertising-768077.html) from the original on October 3, 2009. Retrieved September 14, 2009.; "Archived Interview with Rob Janoff" (https://web.archive.org/web/20050314132032/http://www.unisourcedesign.ca/en/archive_design_technology.html_1.html). March 14, 2005. Archived from the original (http://www.unisourcedesign.ca/en/archive_design_technology.html_1.html) on March 14, 2005.

179. Leavitt, David (2007). *The Man Who Knew Too Much; Alan Turing and the invention of the computer*. Phoenix. p. 280. ISBN 978-0-7538-2200-5.

180. "Apple Computer" (https://web.archive.org/web/19990827174523/http://www.apple.com). August 27, 1999. Archived from the original (https://www.apple.com) on August 27, 1999. Retrieved January 1, 2014.

181. "The Lost Apple Logos You've Never Seen" (http://thebrainfever.com/apple/the-lost-apple-logos-you-ve-never-seen). thebrainfever.

182. Moses, Asher (October 7, 2011). "Who was Steve Jobs the man?" (http://www.theage.com.a u/technology/technology-news/who-was-steve-jobs-the-man-20111007-1lcrx.html). *The Age*. Melbourne. Retrieved October 7, 2011.; "Tearful memories for Apple co-founder" (http s://web.archive.org/web/20111008110802/http://media.theage.com.au/news/world-news/tear ful-memories-for-apple-cofounder-2675550.html). *The Age*. Melbourne. Archived from the original (http://media.theage.com.au/news/world-news/tearful-memories-for-apple-cofounder -2675550.html) on October 8, 2011. Retrieved October 7, 2011.

183. Flynn, Laurie J. (February 6, 2007). "After Long Dispute, Two Apples Work It Out" (https://ww w.nytimes.com/2007/02/06/business/06apple.html). *The New York Times*. Archived (https:// web.archive.org/web/20070207021003/http://www.nytimes.com/2007/02/06/business/06app le.html) from the original on February 7, 2007. Retrieved October 21, 2016.

184. "Apple Company" (http://www.operating-system.org/betriebssystem/_english/fa-apple.htm). *Operating System Documentation Project*. December 10, 2007. Archived (https://web.archiv e.org/web/20080921095608/http://www.operating-system.org/betriebssystem/_english/fa-ap ple.htm) from the original on September 21, 2008. Retrieved August 18, 2008.

185. "Apple Think Different Campaign" (http://www.theinspirationroom.com/daily/2005/apple-thin k-different). *The Inspiration Room Daily*. October 6, 2005. Retrieved August 12, 2008.

186. "MacWorld New York: I think, therefore iMac" (http://www.wap.org/tours/macworldny/ithink.ht ml). Retrieved August 13, 2008.

187. "Say hello to iPhone" (http://billday.com/2007/06/29/say-hello-to-iphone). *BillDay.com*. June 29, 2007. Archived (https://web.archive.org/web/20080907003704/http://billday.com/2007/0 6/29/say-hello-to-iphone) from the original on September 7, 2008. Retrieved August 13, 2008.

188. Manjoo, Farhad (January 11, 2002). "IMac: What's in a Design, Anyway?" (https://www.wire d.com/2002/01/imac-whats-in-a-design-anyway). *Wired*. Archived (https://web.archive.org/w eb/20140304092046/http://www.wired.com/science/discoveries/news/2002/01/49652) from the original on March 4, 2014. Retrieved February 15, 2010.

189. Williams, Ian (June 13, 2007). "UK watchdog clears Apple ads" (https://archive.today/20080 110012153/http://www.computing.co.uk/vnunet/news/2192019/asa-clears-apple-ads). *Computing*. Incisive Media Ltd. Archived from the original (http://www.computing.co.uk/vnun et/news/2192019/asa-clears-apple-ads) on January 10, 2008. Retrieved April 18, 2017.

190. "Apple Power Mac ads 'misleading' " (http://news.bbc.co.uk/2/hi/technology/3797261.stm). *BBC News*. June 11, 2004. Retrieved April 18, 2017.

191. Farber, Jim. Apple ad creates recognition for Yael Naim (http://www.nydailynews.com/entert ainment/music/2008/03/11/2008-03-11_apple_ad_creates_recognition_for_yael_na.html), *New York Daily News*, March 11, 2008.

192. Riley, Alex (May 16, 2011). "Superbrands' success fuelled by sex, religion and gossip" (http s://www.bbc.co.uk/news/business-13416598). *BBC News*. Retrieved December 28, 2011.

193. Lemmons, Phil (December 1984). "Apple and Its Personal Computers" (https://archive.org/st ream/byte-magazine-1984-12/1984_12_BYTE_09-13_Communications#page/n399/mode/2 up). *BYTE*. p. A4.

194. McConnell, Ben; Huba, Jackie. "The father of evangelism marketing" (https://web.archive.or g/web/20030725064021/http://creatingcustomerevangelists.com/resources/evangelists/guy_ kawasaki.asp). *Creating Customer Evangelists*. Archived from the original (http://creatingcus tomerevangelists.com/resources/evangelists/guy_kawasaki.asp) on July 25, 2003. Retrieved April 18, 2017.

195. Webb, Alex; Gurman, Mark; Satariano, Adam (September 16, 2016). "The Apple Store Line Is Dying" (https://www.bloomberg.com/news/articles/2016-09-16/the-apple-store-line-is-dyin g-as-iphone-fans-order-more-online). *Bloomberg.com*. Bloomberg L.P. Retrieved May 25, 2017.

196. Kalb, Ira (September 9, 2014). "The Truth Behind The Giant Apple Store Lines" (http://www.b usinessinsider.com/if-you-think-apple-lines-are-spontaneous-think-again-2014-9). *Business Insider*. Retrieved May 25, 2017.

197. Rossignol, Joe (September 24, 2015). "iPhone 6s Lines Forming at Apple Stores Ahead of Launch Day" (https://www.macrumors.com/2015/09/24/iphone-6s-apple-store-lineups). *MacRumors*. Retrieved May 25, 2017.

198. Rossignol, Joe (September 19, 2015). "Apple's Beautiful New Store in Brussels Opens to Long Lines and Fanfare" (https://www.macrumors.com/2015/09/19/apple-store-brussels-gra nd-opening-video). *MacRumors*. Retrieved May 25, 2017.

199. Evans, Jonny (May 22, 2006). "Apple NY opening makes global headlines" (http://www.mac world.co.uk/news/mac/apple-ny-opening-makes-global-headlines-14707). *Macworld*. International Data Group. Retrieved May 25, 2017.

200. Ng, Yi Shu (June 14, 2017). "Till death do us dongle: Newlyweds take their Apple obsession to the next level" (http://mashable.com/2017/06/14/apple-store-wedding-pics). *Mashable*. Retrieved June 16, 2017.; Lang, Cady (June 14, 2017). "This Tech-Obsessed Couple Took Their Wedding Photos in an Apple Store" (http://time.com/4818189/apple-store-wedding-ph otos). *Time*. Retrieved June 16, 2017.

201. "Confessions of an Apple fanboy: I'm going to miss the queues" (https://www.theguardian.co m/technology/2015/apr/08/confessions-of-an-apple-fanboy-im-going-to-miss-the-queues). *The Guardian*. April 8, 2015. Retrieved March 23, 2017.

202. Gibbs, Samuel (April 7, 2015). "Is the Apple queue dead? A leaked memo suggests it could be" (https://www.theguardian.com/technology/2015/apr/07/apple-store-queue-dead-leaked-memo). *The Guardian*. Retrieved March 23, 2017.

203. Fisher, Anne (March 17, 2008). "America's Most Admired Companies" (https://money.cnn.co m/galleries/2008/fortune/0802/gallery.mostadmired_top20.fortune/index.html). *Fortune*. Vol. 157, no. 5. CNN. pp. 65–67.; Colvin, Geoff (March 16, 2009). "The World's Most Admired Companies 2009" (https://money.cnn.com/magazines/fortune/mostadmired/2009/ful l_list). *Fortune*. Vol. 159, no. 5. CNN. p. 76.; "World's Most Admired Companies" (https://mon ey.cnn.com/magazines/fortune/mostadmired/2010/snapshots/670.html). *Fortune*. CNN. March 2010. Archived (https://web.archive.org/web/20100307092117/https://money.cnn.co m/magazines/fortune/mostadmired/2010/snapshots/670.html) from the original on March 7, 2010. Retrieved March 7, 2010.; "World's Most Admired Companies" (https://money.cnn.co m/magazines/fortune/mostadmired/2011/snapshots/670.html). *Fortune*. CNN. November 2011. Retrieved November 10, 2011.; "The World's Most Admired Companies" (https://mone y.cnn.com/magazines/fortune/most-admired/2012/snapshots/670.html?iid=splwinners). *Fortune*. Vol. 165, no. 4. March 19, 2012. pp. 139–140.

204. Elliot, Stuart (September 29, 2013). "Apple Passes Coca-Cola as Most Valuable Brand" (htt ps://ghostarchive.org/archive/20220101/https://www.nytimes.com/2013/09/30/business/medi a/apple-passes-coca-cola-as-most-valuable-brand.html). *The New York Times*. Archived from the original (https://www.nytimes.com/2013/09/30/business/media/apple-passes-coca-c ola-as-most-valuable-brand.html) on January 1, 2022. Retrieved October 21, 2013.

205. Is Apple The World's Most Innovative Company (Still)? (https://www.forbes.com/sites/susana dams/2013/09/27/is-apple-the-worlds-most-innovative-company-still), *Forbes*, September 27, 2013.

206. Sandberg-Diment, Erik (March 19, 1985). "Apple Might Learn a Thing or Two from I.B.M." (htt ps://www.nytimes.com/1985/03/19/science/personal-computers-apple-might-learn-a-thing-or -two-from-ibm.html) *The New York Times*. p. C4. ISSN 0362-4331 (https://www.worldcat.org/i ssn/0362-4331). Retrieved July 3, 2017.

207. "Wired News: Apple: It's All About the Brand" (https://web.archive.org/web/2014111307463 8/http://archive.wired.com/gadgets/mac/commentary/cultofmac/2002/12/56677). *Wired*. December 4, 2002. Archived from the original (http://archive.wired.com/gadgets/mac/comme ntary/cultofmac/2002/12/56677) on November 13, 2014.

208. Fried, Ian (July 12, 2002). "Are Mac users smarter?" (https://web.archive.org/web/200907061 50407/http://news.cnet.com/2100-1040-943519.html). *CNET*. Archived from the original (htt p://news.cnet.com/2100-1040-943519.html) on July 6, 2009. Retrieved March 23, 2017.; "Computer Ownership Statistics" (https://web.archive.org/web/20110612164140/http://www. npd.com/press/releases/press_091005.html). The NPD Group. October 5, 2009. Archived from the original (http://www.npd.com/press/releases/press_091005.html) on June 12, 2011. Retrieved November 22, 2010.

209. "Apple Now Has 1.65 Billion Active Devices Worldwide" (https://www.macrumors.com/2021/ 01/27/apple-active-devices-worldwide-january-2021). Retrieved January 27, 2021.

210. Simonson, Sharon (October 2, 2005). "Apple gobbles up Cupertino office space" (http://sanj ose.bizjournals.com/sanjose/stories/2005/10/03/story4.html).

211. Steeber, Michael (November 13, 2017). "Before the spaceship: A look back at the previous campuses that Apple called home" (https://9to5mac.com/2017/11/13/apple-original-campus-headquarters). *9to5Mac*. Retrieved January 7, 2022.

212. Simonson, Sharon (September 30, 2005). "Apple gobbles up Cupertino office space" (http:// sanjose.bizjournals.com/sanjose/stories/2005/10/03/story4.html?page=1). *San Jose Business Journal*. Retrieved May 11, 2010.

213. Shead, Sam. "We went to see Apple's European HQ in Ireland — here's what we found" (htt ps://www.businessinsider.com/apples-growing-irish-empire-in-pictures-2016-2). *Business Insider*. Retrieved January 7, 2022.

214. "Irish Examiner Article" (http://www.irishexaminer.com/ireland/kfgbsnsnmhoj/rss2). *Irish Examiner*. October 6, 2011. Retrieved April 21, 2012.

215. "Bloomberg Businessweek Profile of Apple Sales International" (http://investing.businesswe ek.com/research/stocks/private/snapshot.asp?privcapId=26016763l). *Bloomberg Businessweek*. Retrieved April 18, 2012.; "Apple's Irish website with contact information for Apple Distribution International at Cork" (https://www.apple.com/ie/contact). *Apple.com*. Retrieved April 18, 2012.

216. Goel, Vindu (November 20, 2016). "How Apple Empowers, and Employs, the American Working Class" (https://ghostarchive.org/archive/20220101/https://www.nytimes.com/2016/1 1/21/technology/how-apple-empowers-and-employs-the-american-working-class.html). *The New York Times*. Archived from the original (https://www.nytimes.com/2016/11/21/technolog y/how-apple-empowers-and-employs-the-american-working-class.html) on January 1, 2022. Retrieved July 14, 2017.

217. Tsang, Amie; Satariano, Adam (December 13, 2018). "Apple to Add $1 Billion Campus in Austin, Tex., in Broad U.S. Hiring Push" (https://www.nytimes.com/2018/12/13/business/appl e-austin-campus.html). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/iss n/0362-4331). Archived (https://web.archive.org/web/20181213121245/https://www.nytimes. com/2018/12/13/business/apple-austin-campus.html) from the original on December 13, 2018. Retrieved January 7, 2022.; "Apple CEO Tim Cook to inaugurate new Israeli headquarters next week" (http://www.jpost.com/Israel-News/New-Tech/Apple-CEO-Tim-Coo k-to-inaugurate-new-Israeli-headquarters-next-week-390866). *The Jerusalem Post*. Retrieved February 12, 2015.

218. Fiegerman, Seth (May 16, 2014). "The Slow Evolution of Apple's Online Store" (http://masha ble.com/2014/05/16/apple-online-store-history). *Mashable*. Retrieved May 27, 2017.

219. Segal, David (June 23, 2012). "Apple's Retail Army, Long on Loyalty but Short on Pay" (http s://ghostarchive.org/archive/20220101/https://www.nytimes.com/2012/06/24/business/apple-store-workers-loyal-but-short-on-pay.html). *The New York Times*. Archived from the original (https://www.nytimes.com/2012/06/24/business/apple-store-workers-loyal-but-short-on-pay.h tml) on January 1, 2022. Retrieved May 27, 2017.

220. Webb, Alex (May 19, 2016). "Inside the New Apple Retail Store Design" (https://www.bloom berg.com/news/articles/2016-05-19/why-apple-is-building-a-town-inside-its-stores). Bloomberg L.P. Retrieved April 26, 2017.; Statt, Nick (May 19, 2016). "Apple just revealed the future of its retail stores" (https://www.theverge.com/2016/5/19/11715726/apple-flagship-store-opening-san-francisco-photos) *The Verge*. Retrieved May 27, 2017.

221. Hartmans, Avery (August 19, 2016). "Apple's retail boss wants Apple stores to resemble 'town squares' " (http://www.businessinsider.com/angela-ahrendts-apple-stores-social-2016-8). *Business Insider*. Retrieved May 27, 2017.

222. "Angela Ahrendts talks Apple store makeover, why Tim Cook hired her" (https://www.cbsnew s.com/news/angela-ahrendts-apple-svp-of-retail-redesign-today-at-apple). *CBS This Morning*. CBS. April 25, 2017. Retrieved May 27, 2017.

223. Rossignol, Joe (August 19, 2016). "Apple Opening Three Next-Generation Stores Over the Next Week" (https://www.macrumors.com/2016/08/19/next-gen-apple-stores-glasglow-kc-an napolis). *MacRumors*. Retrieved May 27, 2017.

224. Rossignol, Joe (February 6, 2017). "Apple Retail Update: Danbury Store Closes for Next-Generation Redesign, Dubai to Get Second Store" (https://www.macrumors.com/2017/02/06/ apple-store-danbury-dubai-update). *MacRumors*. Retrieved May 27, 2017.

225. Panzarino, Matthew (April 19, 2012). "Apple out to patent curved glass panels used in Shanghai Retail Store" (https://thenextweb.com/apple/2012/04/19/apple-out-to-patent-curve d-glass-panels-used-in-shanghai-retail-store). *The Next Web*. Retrieved May 27, 2017.

226. Simpson, Stephen D. (October 8, 2012). "How Apple's fortunes affect other stocks" (https://w ww.theglobeandmail.com/globe-investor/investment-ideas/how-apples-fortunes-affect-other-stocks/article4596866). *The Globe and Mail*. The Woodbridge Company. Retrieved May 27, 2017.; Crothers, Brooke (March 29, 2012). "Is Best Buy following CompUSA, Circuit City to certain doom?" (https://www.cnet.com/news/is-best-buy-following-compusa-circuit-city-to-cer tain-doom). *CNET*. Retrieved May 27, 2017.

227. Edwards, Jim (May 28, 2016). "NEVER MIND THE DEATH THREATS: An Apple Store worker tells us what it's really like working for Apple" (http://www.businessinsider.com/qa-wit h-an-apple-store-worker-2016-5). *Business Insider*. Retrieved May 27, 2017.

228. Mickle, Andrew Dowell and Tripp (March 14, 2020). "Apple Closes All Its Stores Outside China Over Coronavirus" (https://www.wsj.com/articles/apple-closes-all-its-stores-outside-ch ina-over-coronavirus-11584172214). *The Wall Street Journal*. ISSN 0099-9660 (https://www. worldcat.org/issn/0099-9660). Retrieved April 14, 2020.

229. Mark Gurman (March 24, 2020). "Apple May Start Reopening Stores in First Half of April" (htt ps://www.bloomberg.com/news/articles/2020-03-24/apple-expects-to-start-re-opening-stores -in-first-half-of-april?sref=BWbpWjRm). Bloomberg L.P. Retrieved March 25, 2020.

230. Deutschman, Alan (October 11, 2000). "The once and future Steve Jobs" (http://www.salon.c om/technology/books/2000/10/11/jobs_excerpt). *Salon.com*. Archived (https://web.archive.or g/web/20101202183854/http://www.salon.com/technology/books/2000/10/11/jobs_excerpt) from the original on December 2, 2010. Retrieved November 22, 2010.

231. Lashinsky, Adam (August 25, 2011). "How Apple works: inside the world's largest startup" (h ttps://web.archive.org/web/20111113121932/http://tech.fortune.cnn.com/2011/08/25/how-ap ple-works-inside-the-worlds-biggest-startup). *Fortune*. CNN. Archived from the original (htt p://tech.fortune.cnn.com/2011/08/25/how-apple-works-inside-the-worlds-biggest-startup) on November 13, 2011. Retrieved November 14, 2011.

232. Huffingtonpost Interview: Steve Wozniak on Sci-Fi, Comic Books, and How Star Trek Shaped the Future (https://www.huffingtonpost.com/entry/interview-steve-wozniak-on-sci-fi-comic-books-and_us_58f7e86de4b081380af51897). April 19, 2017.

233. Brownlee, John (July 7, 2010). "What It's Like To Work At Apple" (http://www.cultofmac.com/what-its-like-to-work-at-apple). *Cult of Mac*.

234. Hertzfeld, Andy. Credit Where Due (http://www.folklore.org/StoryView.py?project=Macintosh&story=Credit_Where_Due.txt),*Folklore.org*, January 1983. Retrieved May 26, 2006.

235. "Newton Hall of Fame!" (https://msu.edu/~luckie/hallofame.htm). *msu.edu*.

236. Eisenhart, Mary. Fighting Back For Mac (http://www.yoyow.com/marye/mtstories/kawasaki.html), *MicroTimes*, 1997. Retrieved May 26, 2006.

237. Hertzfeld, Andy. Leave of Absence (http://www.folklore.org/StoryView.py?project=Macintosh&story=Leave_Of_Absence.txt),*Folklore.org*, March 1984. Retrieved May 26, 2006.

238. Kawakami, John. Apple Taps Guy Kawasaki For Apple Fellows Program (http://www.mactech.com/articles/mactech/Vol.11/11.09/Sep95Newsbits/index.html), *MacTech*, September 1995. Retrieved May 26, 2006.

239. Montfort, Nick. "Wired 4.10: Spawn of Atari" (https://www.wired.com/wired/archive/4.10/atari.html).

240. "Phil Schiller advances to Apple Fellow" (https://www.apple.com/newsroom/2020/08/phil-schiller-advances-to-apple-fellow). *Apple Newsroom*. Retrieved August 9, 2020.

241. Lashinsky, Adam. "How Apple works: Inside the world's biggest startup – Fortune Tech" (https://web.archive.org/web/20120102064844/http://tech.fortune.cnn.com/2011/08/25/how-apple-works-inside-the-worlds-biggest-startup). Tech.fortune.cnn.com. Archived from the original (http://tech.fortune.cnn.com/2011/08/25/how-apple-works-inside-the-worlds-biggest-startup) on January 2, 2012. Retrieved December 24, 2011.

242. Lichty, Ron; Mantle, Mickey. *Managing the Unmanageable: Rules, Tools, and Insights for Managing Software*. p. 207.

243. Lashinsky, Adam (October 29, 2012). "Inside Apple's major shakeup" (http://tech.fortune.cnn.com/2012/10/29/inside-apples-major-shakeup). *Fortune*. Retrieved December 10, 2012.

244. "Apple CEO gets modest 2012 pay after huge 2011" (http://www.ctvnews.ca/sci-tech/apple-ceo-gets-modest-2012-pay-after-huge-2011-1.1092906). December 27, 2012.

245. Leswing, Kif (October 27, 2016). "Apple added only 6,000 people last year – its slowest growth since 2009" (http://nordic.businessinsider.com/apple-hired-only-6000-people-fin-fy-2016-2016-10). *Business Insider*. Retrieved May 29, 2017.

246. "BRIEF-Apple says had 123,000 full-time employees as of Sept. 30" (https://www.reuters.com/article/brief-apple-says-had-123000-full-time-em/brief-apple-says-had-123000-full-time-employees-as-of-sept-30-idUSFWN1N914R). *Reuters*. November 3, 2017. Retrieved November 9, 2017.

247. Turton, William (June 20, 2017). "Leaked recording: Inside Apple's global war on leakers" (https://theoutline.com/post/1766/leaked-recording-inside-apple-s-global-war-on-leakers). *The Outline*. Retrieved June 20, 2017.; Deahl, Dani (June 20, 2017). "Internal Apple presentation on how to handle leaks gets leaked" (https://www.theverge.com/2017/6/20/15837522/apple-internal-presentation-leaks). *The Verge*. Retrieved June 20, 2017.; Mayo, Benjamin (June 20, 2017). "Report details Apple's efforts to increase product secrecy, more leaks from Apple campus than supply chain in 2016" (https://9to5mac.com/2017/06/20/apple-product-secrecy-leaks-leaked-meeting). *9to5Mac*. Retrieved June 20, 2017.

248. Lovejoy, Ben (December 6, 2017). "Facebook named Glassdoor's 'best place to work' as Apple falls 48 places to No. 84" (https://9to5mac.com/2017/12/06/apple-glassdoor-rating-20 17-2018). *9to5Mac*. Retrieved December 14, 2017.; Rossignol, Joe (December 6, 2017). "Apple Plummets to Lowest Ranking Ever in Glassdoor's Annual List of Best Places to Work" (https://www.macrumors.com/2017/12/06/apple-drops-on-best-of-glassdoor). *MacRumors*. Retrieved December 14, 2017.

249. Ricker, Thomas (September 7, 2016). "First Click: Apple's greatest innovation is its ecosystem" (https://www.theverge.com/2016/9/7/12828846/apple-s-greatest-product-is-its-ec osystem). *The Verge*. Retrieved October 8, 2016.

250. Mickle, Tripp (June 7, 2017). " 'I'm Not Sure I Understand'—How Apple's Siri Lost Her Mojo" (https://www.wsj.com/articles/apples-siri-once-an-original-now-struggles-to-be-heard-above-the-crowd-1496849095). *The Wall Street Journal*. Retrieved December 14, 2017.; Hardwick, Tim (June 8, 2017). "Apple's Concern With User Privacy Reportedly Stifling Siri Development" (https://www.macrumors.com/2017/06/08/apple-struggling-to-develop-siri-priv acy). *MacRumors*. Retrieved December 14, 2017.

251. Greenberg, Andy (November 28, 2017). "Anyone can hack macOS High Sierra just by typing "root" " (https://www.wired.com/story/macos-high-sierra-hack-root). *Wired*. Retrieved December 5, 2017.

252. Welch, Chris (November 28, 2017). "Major Apple security flaw grants admin access on macOS High Sierra without password" (https://www.theverge.com/2017/11/28/16711782/ap ple-macos-high-sierra-critical-password-security-flaw). *The Verge*. Vox Media. Retrieved December 5, 2017.

253. Rossignol, Joe (November 29, 2017). "Apple Releases macOS High Sierra Security Update to Fix Root Password Vulnerability" (https://www.macrumors.com/2017/11/29/apple-fixes-roo t-password-bug-security-update). *MacRumors*. Retrieved December 5, 2017.

254. Welch, Chris (November 29, 2017). "Apple releases update to fix critical macOS High Sierra security issue" (https://www.theverge.com/2017/11/29/16715246/apple-releases-high-sierra-root-security-patch). *The Verge*. Vox Media. Retrieved December 5, 2017.

255. Greenberg, Andy (December 1, 2017). "macOS update accidentally undoes Apple's "root" bug patch" (https://www.wired.com/story/macos-update-undoes-apple-root-bug-patch). *Wired*. Retrieved December 5, 2017.

256. Clover, Juli (December 1, 2017). "Date Bug in iOS 11.1.2 Causing Crash Loop on iPhones as December 2 Hits [Updated]" (https://www.macrumors.com/2017/12/02/ios-11-1-2-date-bu g-crash-loop). *MacRumors*. Retrieved December 5, 2017.

257. Ritchie, Rene (December 2, 2017). "iPhone crashing on Dec. 2? Here's the fix!" (https://ww w.imore.com/iphone-crashing-dec-2-heres-fix). *iMore*. Mobile Nations. Retrieved December 5, 2017.

258. Dillet, Romain (December 2, 2017). "Apple releases iOS 11.2 with 'I.T' autocorrect fix, faster wireless charging and Apple Pay Cash" (https://techcrunch.com/2017/12/02/apple-releases-ios-112-with-it-autocorrect-fix-faster-wireless-charging-and-apple-pay-cash). *TechCrunch*. Oath Inc. Retrieved December 5, 2017.; Lawler, Richard (December 2, 2017). "Apple releases iOS 11.2 with Apple Pay Cash and a bug fix" (https://www.engadget.com/2017/12/0 2/apple-releases-ios-11-2-with-apple-pay-cash-and-a-bug-fix). *Engadget*. Oath Inc. Retrieved December 5, 2017.

259. Warren, Tom (December 2, 2017). "Apple's had a shockingly bad week of software problems" (https://www.theverge.com/2017/12/2/16727238/apple-macos-ios-software-proble ms-updates). *The Verge*. Vox Media. Retrieved December 5, 2017.

260. Heater, Brian (December 4, 2017). "Apple Pay Cash starts rolling out to iPhone users in the US" (https://techcrunch.com/2017/12/04/apple-pay-cash-starts-rolling-out-to-iphone-users-in-the-u-s). *TechCrunch*. Oath Inc. Retrieved December 5, 2017.; Gartenberg, Chaim (December 4, 2017). "Apple Pay Cash is rolling out for iOS 11.2 users" (https://www.theverge.com/2017/12/4/16734154/apple-pay-cash-ios-iphone-update-available-now). *The Verge*. Vox Media. Retrieved December 5, 2017.

261. Kingsley-Hughes, Adrian (December 4, 2017). "Something is rotten at Apple" (https://www.zdnet.com/article/something-is-rotten-at-apple). *ZDNet*. Retrieved December 5, 2017.

262. "Apple's Supply-Chain Secret? Hoard Lasers" (http://www.businessweek.com/magazine/apples-supplychain-secret-hoard-lasers-11032011.html). *BusinessWeek*. Bloomberg L.P. Archived (https://www.webcitation.org/62xFMYuc3?url=http://www.businessweek.com/printer/magazine/apples-supplychain-secret-hoard-lasers-11032011.html) from the original on November 4, 2011. Retrieved November 4, 2011. "The iPhone maker spends lavishly on all stages of the manufacturing process, giving it a huge operations advantage"

263. "Ruthlessness and lasers: Apple's supply chain revealed" (http://business.financialpost.com/2011/11/09/ruthlessness-and-lasers-apples-supply-chain-revealed). *Financial Post*. Business.financialpost.com. November 9, 2011. Retrieved December 24, 2011.

264. Statt, Nick (May 3, 2017). "Tim Cook says Apple is investing $1 billion in US manufacturing" (https://www.theverge.com/2017/5/3/15537742/apple-ceo-tim-cook-1-billion-us-manufacturing-investment). *The Verge*. Vox Media. Retrieved December 14, 2017.; Ochs, Susie (May 3, 2017). "Apple joins 'Made in America' trend with $1 billion fund to promote U.S. manufacturing" (https://www.macworld.com/article/3194332/hardware/apple-to-invest-1-billion-in-an-advanced-manufacturing-fund.html). *Macworld*. International Data Group. Retrieved December 14, 2017.

265. Gartenberg, Chaim (May 12, 2017). "Apple's first target for its $1 billion US manufacturing fund is glass supplier Corning" (https://www.theverge.com/2017/5/12/15629568/apple-us-advanced-manufacturing-fund-corning-gorilla-glass-investment). *The Verge*. Vox Media. Retrieved December 14, 2017.; Heater, Brian (May 12, 2017). "Gorilla Glass maker Corning gets $200 million from Apple's US manufacturing investment fund" (https://techcrunch.com/2017/05/12/gorilla-glass-maker-corning-gets-200-million-from-apples-us-manufacturing-investment-fund). *TechCrunch*. Oath Inc. Retrieved December 14, 2017.

266. Salinas, Sara (December 13, 2017). "Apple has a $1 billion fund for US manufacturers, but it's ready to spend more, says COO Jeff Williams" (https://www.cnbc.com/2017/12/13/apple-coo-jeff-williams-we-could-invest-more-than-1-billion-in-us.html). *CNBC*. NBCUniversal News Group. Retrieved December 14, 2017.; Miller, Chance (December 13, 2017). "Jeff Williams says Apple is prepared to invest more than $1B in US manufacturers" (https://9to5mac.com/2017/12/13/apple-invest-in-us-manufacturing). *9to5Mac*. Retrieved December 14, 2017.

267. Petrova, Magdalena (December 14, 2018). "We traced what it takes to make an iPhone, from its initial design to the components and raw materials needed to make it a reality" (https://www.cnbc.com/2018/12/13/inside-apple-iphone-where-parts-and-materials-come-from.html). *CNBC*. Retrieved July 15, 2021.

268. Moorhead, Patrick. "Who Are Apple's iPhone Contract Manufacturers?" (https://www.forbes.com/sites/patrickmoorhead/2019/04/13/who-are-apples-iphone-contract-manufacturers). *Forbes*. Retrieved July 15, 2021.

269. "Apple's India and Brazil iPhone plants haven't reduced its dependence on China: Report-Technology News, Firstpost" (https://www.firstpost.com/tech/news-analysis/apples-india-and-brazil-iphone-plants-havent-reduced-dependence-on-china-report-7246191.html). *Tech2*. August 29, 2019. Retrieved July 15, 2021.

270. Blanchard, Sankalp Phartiyal, Aftab Ahmed, Ben (February 9, 2021). "Apple supplier Wistron to restart India factory, still on probation" (https://www.reuters.com/article/us-apple-india-wistron-idUSKBN2A90PU). *Reuters*. Retrieved July 15, 2021.

271. "Apple's rumored chip switch from Samsung to TSMC may send shockwaves through industry" (https://appleinsider.com/articles/12/11/28/apples-rumored-chip-switch-from-samsung-to-tsmc-may-send-shockwaves-through-industry). *AppleInsider*. Retrieved May 24, 2022.

272. Friedman, Alan. "New report explains why TSMC favors Apple; Intel seeks to recapture process node leadership" (https://www.phonearena.com/news/apple-accounts-for-quarter-of-tsmc-top-line_id137277). *Phone Arena*. Retrieved May 24, 2022.

273. Zibreg, Christian (October 12, 2018). "TSMC will exclusively build Apple A13 chips for 2019 iPhone and iPad models" (https://www.idownloadblog.com/2018/10/12/tsmc-apple-a13). *iDownloadBlog.com*. Retrieved May 24, 2022.

274. "Apple M1 Chip: Everything You Need to Know" (https://www.macrumors.com/guide/m1). *MacRumors*. Retrieved May 24, 2022.

275. "Mac Ports" (http://lawlor.cs.uaf.edu/~olawlor/ref/mac_ports/index.html). Lawlor.cs.uaf.edu. March 17, 2001. Retrieved October 7, 2011.

276. "1394 Trade Association: What is 1394?" (https://web.archive.org/web/20140404152533/http://www.1394ta.org/consumers/WhatIsFireWire.html). Archived from the original (http://www.1394ta.org/consumers/WhatIsFireWire.html) on April 4, 2014.

277. Lunden, Ingrid (July 24, 2012). "Apple's Feeling Europe's Economic Crisis: 'Essentially Flat' Sales And A 'Slowdown' In Business, Says Cook" (https://techcrunch.com/2012/07/24/apples-feeling-europes-economic-crisis-essentially-flat-revenues). *TechCrunch*. AOL. Retrieved May 24, 2017.

278. "Apple CEO Tim Cook: 'I love India, but...' " (http://gadgets.ndtv.com/mobiles/news/apple-ceo-tim-cook-i-love-india-but-247307). *Gadgets360*. NDTV. July 25, 2012. Retrieved May 24, 2017.

279. "Apple Opens Development Office in Hyderabad" (https://www.apple.com/in/newsroom/2016/05/19Apple-Opens-Development-Office-in-Hyderabad) (Press release). Apple Inc. Retrieved October 18, 2017.; Rai, Saritha (May 17, 2016). "Apple CEO Makes First India Trip With Billion Phone Sales at Stake" (https://www.bloomberg.com/news/articles/2016-05-17/apple-ceo-tim-cook-visiting-india-an-important-growth-market). *Bloomberg Technology*. Bloomberg L.P. Retrieved May 24, 2017.; Byford, Sam (May 18, 2016). "Apple announces app development accelerator in Bangalore, India" (https://www.theverge.com/2016/5/18/11699060/apple-india-app-accelerator-bengaluru). *The Verge*. Retrieved May 24, 2017.; Russell, Jon (May 17, 2016). "Apple is opening an app design and development accelerator in India" (https://techcrunch.com/2016/05/17/apple-is-opening-an-app-design-and-development-accelerator-in-india). *TechCrunch*. AOL. Retrieved May 24, 2017.

280. Roy, Rajesh; Purnell, Newley (March 23, 2017). "Apple to Start Making iPhones in India Over Next Two Months" (https://www.wsj.com/articles/apple-likely-to-start-making-iphones-in-india-over-next-two-months-1490269258). *The Wall Street Journal*. Retrieved May 24, 2017.; Gartenberg, Chaim (March 23, 2017). "Apple reportedly to start manufacturing iPhones in India" (https://www.theverge.com/circuitbreaker/2017/3/23/15041572/apple-manufacturing-iphones-india-wistron-corp). *The Verge*. Retrieved May 24, 2017.

281. Roy, Rajesh; Purnell, Newley; Mickle, Tripp (May 17, 2017). "Apple Assembles First iPhones in India" (https://www.wsj.com/articles/apple-assembles-first-iphones-in-india-1495016276). *The Wall Street Journal*. Retrieved May 24, 2017.; Mayo, Benjamin (May 17, 2017). "Apple has started production of iPhone SE in India, shipping to customers later in May" (https://9to5mac.com/2017/05/17/iphone-made-in-india-2). *9to5Mac*. Retrieved May 24, 2017.

282. Haselton, Todd (May 17, 2017). "Apple begins manufacturing iPhone SE in India" (https://w ww.cnbc.com/2017/05/17/apple-begins-manufacturing-iphone-se-in-india.html). *CNBC*. NBCUniversal News Group. Retrieved May 24, 2017.

283. "Apple starts iPhone 7 production in Bengaluru" (https://www.livemint.com/technology/gadg ets/apple-starts-iphone-7-production-in-bengaluru-1554184978055.html). *livemint.com*. April 2, 2019. Retrieved April 2, 2019.

284. "Apple to open first Indian store in 2021" (https://www.bbc.com/news/technology-51654274). *BBC News*. February 27, 2020. Retrieved February 27, 2020.

285. Duhigg, Charles; Bradsher, Keith (January 21, 2012). "Apple, America and a Squeezed Middle Class" (https://ghostarchive.org/archive/20220101/https://www.nytimes.com/2012/01/ 22/business/apple-america-and-a-squeezed-middle-class.html). *The New York Times*. Archived from the original (https://www.nytimes.com/2012/01/22/business/apple-america-an d-a-squeezed-middle-class.html) on January 1, 2022.

286. Musgrove, Mike (June 16, 2006). "Sweatshop Conditions at IPod Factory Reported" (https:// www.washingtonpost.com/wp-dyn/content/article/2006/06/15/AR2006061501898.html). *The Washington Post*.

287. Kahney, Leander (June 13, 2006). "Judging Apple Sweatshop Charge" (https://www.wired.c om/gadgets/mac/commentary/cultofmac/2006/06/71138). *Wired*. Archived (https://web.archiv e.org/web/20080616163344/http://www.wired.com/gadgets/mac/commentary/cultofmac/200 6/06/71138) from the original on June 16, 2008.; Dean, Jason (August 11, 2007). "The Forbidden City of Terry Gou" (https://www.wsj.com/articles/SB118677584137994489). *The Wall Street Journal*.; Johnson, Joel (November 2, 2010). "Where the Workers Who Made Your iPhone Sleep at Night" (https://www.wired.com/2010/11/foxconn-photo-gallery). *Wired*. Archived (https://web.archive.org/web/20101104233204/http://www.wired.com/gadgetlab/20 10/11/foxconn-photo-gallery/?pid=731&viewall=true) from the original on November 4, 2010. Retrieved November 13, 2010.

288. Morphy, Ericka (January 31, 2008). "Apple, IT and the Specter of Sweatshop Labor" (http://w ww.macnewsworld.com/story/61454.html). *Mac News World*.

289. "Apple 2010 Supplier Responsibility Report" (https://www.apple.com/supplier-responsibility/ pdf/Apple_SR_2010_Progress_Report.pdf) (PDF). Apple Inc. Archived (https://ghostarchive. org/archive/20221009/https://www.apple.com/supplier-responsibility/pdf/Apple_SR_2010_P rogress_Report.pdf) (PDF) from the original on October 9, 2022. Retrieved March 26, 2019.

290. "Apple's child labour issues worsen" (https://www.telegraph.co.uk/technology/apple/832486 7/Apples-child-labour-issues-worsen.html). *The Telegraph*. London. February 15, 2011. Archived (https://ghostarchive.org/archive/20220110/https://www.telegraph.co.uk/technolog y/apple/8324867/Apples-child-labour-issues-worsen.html) from the original on January 10, 2022. Retrieved October 7, 2011.

291. Lau, Mimi (December 15, 2010). "Struggle for Foxconn girl who wanted to die". *South China Morning Post*. Wuhan, Hubei.

292. Tam, Fiona (October 11, 2010). "Foxconn factories are labour camps: report". *South China Morning Post*.

293. "Foxconn worker plunges to death at China plant: report" (https://www.reuters.com/article/id USTRE6A41M920101105). *Reuters*. November 5, 2010.

294. Dean, Jason (May 27, 2010). "Suicides Spark Inquiries" (https://www.wsj.com/articles/SB10 001424052748704026204575267603576594936). *The Wall Street Journal*. Retrieved May 29, 2010.

295. Foreman, William (May 26, 2010). "Tech: Apple Supplier Foxconn Suffers 10th Death This Year, Asks Workers To Sign Anti-Suicide Pledge" (https://www.huffpost.com/entry/foxconn-s uffers-10th-deat_n_588524). *HuffPost*.

296. "Apple under fire again for working conditions at Chinese factories" (https://www.theguardia n.com/technology/2014/dec/19/apple-under-fire-again-for-working-conditions-at-chinese-fact ories). *The Guardian*. December 19, 2014. Retrieved March 23, 2017.

297. Chen, Brian X. (May 14, 2010). "Workers Plan to Sue iPhone Contractor Over Poisoning" (ht tps://www.wired.com/gadgetlab/2010/05/wintek-employees-sue). *Wired*.

298. "Suicides at Foxconn: Light and death" (https://www.economist.com/node/16231588). *The Economist*. May 27, 2010. Retrieved April 24, 2012.

299. Žižek, Slavoj; Horvat, Srećko (2014). *What Does Europe Want?: The Union and Its Discontents* (https://books.google.com/books?id=5DdOBQAAQBAJ&pg=PP22). Columbia University Press. p. xxi. ISBN 978-0-231-17107-6.

300. Workers poisoned while making iPhones (http://www.abc.net.au/news/stories/2010/10/26/30 48024.htm) ABC News, October 25, 2010; Dirty Secrets (http://www.abc.net.au/foreign/conte nt/2010/s3044840.htm) Archived (https://web.archive.org/web/20170525081658/http://www. abc.net.au/foreign/content/2010/s3044840.htm) May 25, 2017, at the Wayback Machine ABC News Foreign Correspondent, October 26, 2010; Occupational Safety and Health Guideline for n-Hexane (https://www.osha.gov/SLTC/healthguidelines/n-hexane/recognition. html) Archived (https://web.archive.org/web/20130504125822/https://www.osha.gov/SLTC/h ealthguidelines/n-hexane/recognition.html) May 4, 2013, at the Wayback Machine, Occupational Safety and Health Administration.

301. Jamieson, Dave (December 23, 2014). "The Factory Workers Behind Your iPhone Are Too Tired To Eat, Report Says" (https://www.huffpost.com/entry/apple-zhen-ding-labor_n_63722 94). *HuffPost*.; Exhaustion Has No Limit at Apple Supplier in China (http://www.globallabourr ights.org/reports/exhaustion-has-no-limit-at-apple-supplier-in-china) Archived (https://web.ar chive.org/web/20141224223906/http://www.globallabourrights.org/reports/exhaustion-has-n o-limit-at-apple-supplier-in-china) December 24, 2014, at the Wayback Machine. Institute for Global Labour and Human Rights. December 22, 2014.

302. Lovejoy, Ben (December 18, 2019). "$43M fraud by Foxconn managers selling iPhones made from rejected parts" (https://9to5mac.com/2019/12/18/iphones-made-from-rejected-part s). *9to5Mac*.

303. Weaver, John Fitzgerald (June 10, 2016). "Apple Energy deeper dive: Is this Apple running its own microgrids or more?" (http://electrek.co/2016/06/10/apple-energy-deeper-dive-is-this- apple-running-its-own-microgrids-or-more). *Electrek*. Retrieved June 12, 2016.; Weintraub, Seth (June 9, 2016). "Apple has just become an energy company, looks to sell excess electricity into the grid and maybe more" (http://9to5mac.com/2016/06/09/apple-energy-comp any). *9to5Mac*. Retrieved June 12, 2016.

304. "Catawba County approves lease for Apple's renewable energy center" (http://www.hickoryr ecord.com/news/catawba-county-approves-lease-for-apple-s-renewable-energy-center/articl e_cf451340-2e81-11e6-8ea5-17ea0e23e19c.html). *HDR | Hickory Daily Record*. Retrieved June 12, 2016.

305. Lovejoy, Ben (June 10, 2016). "As Apple moves into the energy business, it gets approval to turn landfill gas into power" (http://9to5mac.com/2016/06/10/apple-energy-landfill-gas-electri city). *9to5Mac*. Retrieved June 14, 2016.

306. McMillan, Robert (May 17, 2012). "After Greenpeace Protests, Apple Promises to Dump Coal Power" (https://www.wired.com/wiredenterprise/2012/05/apple_coal). *Wired*. Retrieved August 22, 2013.

307. "Powering Our Facilities with Clean, Renewable Energy" (https://web.archive.org/web/2014 0422023008/https://www.apple.com/environment/renewable-energy). *Wired Magazine*. Archived from the original (https://www.apple.com/environment/renewable-energy) on April 22, 2014. Retrieved August 22, 2013.

308. Burrows, Peter (March 21, 2013). "Apple Says Data Centers Now Use 100% Renewable Energy" (https://web.archive.org/web/20131202223855/http://www.businessweek.com/new s/2013-03-21/apple-says-data-centers-now-use-100-percent-renewable-energy). *Business Week*. Archived from the original (http://www.businessweek.com/news/2013-03-21/apple-sa ys-data-centers-now-use-100-percent-renewable-energy) on December 2, 2013. Retrieved August 30, 2013.

309. "Climate Counts scorecard" (https://web.archive.org/web/20090104212545/http://climatecou nts.org/scorecard_score.php?co=7). Climatecounts.org. Archived from the original (http://ww w.climatecounts.org/scorecard_score.php?co=7) on January 4, 2009. Retrieved October 7, 2011.

310. "Environmental Group Hits Apple" (http://www.informationweek.com/news/hardware/mac/sh owArticle.jhtml?articleID=207601672). *Information Week*.

311. "ClickClean" (http://www.greenpeace.org/usa/global-warming/click-clean/#report). *Click Clean*. Greenpeace. Retrieved April 28, 2016.

312. "Environment" (https://www.apple.com/environment). Apple. Retrieved May 26, 2016.

313. Cardwell, Diane (August 23, 2016). "Apple Becomes a Green Energy Supplier, With Itself as Customer" (https://www.nytimes.com/2016/08/24/business/energy-environment/as-energy-u se-rises-corporations-turn-to-their-own-green-utility-sources.html). *The New York Times*. Archived (https://web.archive.org/web/20161129164413/http://www.nytimes.com/2016/08/2 4/business/energy-environment/as-energy-use-rises-corporations-turn-to-their-own-green-uti lity-sources.html) from the original on November 29, 2016. Retrieved December 30, 2016. "clean power often does not flow directly to their facilities. They typically buy the renewable energy in amounts to match what they draw from the grid. They're actually getting power from their local utility, which may be coal"; Cole, Nicki Lisa (August 5, 2015). "Why Is Apple Lying About Powering Its Data Centers With Renewable Energy?" (http://www.truth-out.org/n ews/item/32208-why-is-apple-lying-about-powering-its-data-centers-with-renewable-energy). *Truthout*. Archived (https://web.archive.org/web/20160630060630/http://www.truth-o ut.org/news/item/32208-why-is-apple-lying-about-powering-its-data-centers-with-renewable-energy) from the original on June 30, 2016. Retrieved December 30, 2016. "Apple buys renewable energy certificates to offset its reliance on Duke's dirty energy. ..purchasing offsets is not the same as actually powering something with renewable energy"

314. "Environment – Climate Change" (https://www.apple.com/environment/climate-change). *Why we measure our carbon footprint so rigorously*. Apple Inc. March 2016. Retrieved March 27, 2016.

315. "How Much Water Do Apple Data Centers Use?" (http://www.datacenterknowledge.com/arc hives/2016/06/15/how-much-water-do-apple-data-centers-use). *Data Center Knowledge*. June 15, 2016. Retrieved November 5, 2016.

316. "Apple Environmental Responsibility Report (2015)" (https://www.apple.com/environment/pd f/Apple_Environmental_Responsibility_Report_2015.pdf) (PDF). Apple Inc. Archived (http s://ghostarchive.org/archive/20221009/https://www.apple.com/environment/pdf/Apple_Envir onmental_Responsibility_Report_2015.pdf) (PDF) from the original on October 9, 2022. Retrieved March 30, 2016.; "Apple Environmental Responsibility Report 2016 Progress Report, Covering Fiscal Year 2015" (https://www.apple.com/environment/pdf/Apple_Environ mental_Responsibility_Report_2016.pdf) (PDF). Apple Inc. Archived (https://ghostarchive.or g/archive/20221009/https://www.apple.com/environment/pdf/Apple_Environmental_Respon sibility_Report_2016.pdf) (PDF) from the original on October 9, 2022.

317. "Watch the Apple Special Event" (https://www.apple.com/apple-events/march-2016). *Apple*. Retrieved March 30, 2016.

318. Sumra, Husain. "Supplier Lens Technology Commits to 100 Percent Renewable Energy for Apple Manufacturing" (http://www.macrumors.com/2016/08/17/lens-technology-renewable-e nergy-apple). *MacRumors*. Retrieved August 17, 2016.

319. Ochs, Susie (August 17, 2016). "Apple steps up environmental efforts in China" (https://ww w.macworld.com/article/228597/apple-steps-up-environmental-efforts-in-china.html). *Macworld*. Retrieved September 20, 2022.

320. "Apple commits to be 100 percent carbon neutral for its supply chain and products by 2030" (https://www.apple.com/newsroom/2020/07/apple-commits-to-be-100-percent-carbon-neutral -for-its-supply-chain-and-products-by-2030). *Apple Newsroom*. Retrieved October 16, 2020.

321. Clare Duffy (April 16, 2021). "Apple's $200 million fund aims to fight climate change and boost business" (https://www.cnn.com/2021/04/16/tech/apple-lisa-jackson-sustainability-fun d/index.html). *CNN*. Retrieved April 17, 2021.

322. "iTox + iWaste" (http://www.greenpeace.org/apple/itox.html). Greenpeace. Archived (https://w eb.archive.org/web/20080721152923/http://www.greenpeace.org/apple/itox.html) from the original on July 21, 2008. Retrieved August 12, 2008.

323. "Apple – Environment – Update" (https://web.archive.org/web/20101115215221/https://www. apple.com/environment/reports/update.html). Apple Inc. Archived from the original (https://w ww.apple.com/environment/reports/update.html) on November 15, 2010. Retrieved November 22, 2010.; "Which companies are phasing out PVC and BFRs" (https://web.archiv e.org/web/20101110055341/http://www.greenpeace.org/international/en/campaigns/toxics/el ectronics/Guide-to-Greener-Electronics/which-companies-really-sell-gr). Greenpeace International. Archived from the original (http://www.greenpeace.org/international/en/campai gns/toxics/electronics/Guide-to-Greener-Electronics/which-companies-really-sell-gr) on November 10, 2010. Retrieved January 13, 2011.

324. "Apple – Environment – Environmental Progress" (https://www.apple.com/environment/progr ess). Archived (https://web.archive.org/web/20101124181606/http://www.apple.com/environ ment/progress) from the original on November 24, 2010. Retrieved November 22, 2010.

325. "Apple – A Greener Apple" (https://www.apple.com/hotnews/agreenerapple). Archived (http s://web.archive.org/web/20080725082132/http://www.apple.com/hotnews/agreenerapple) from the original on July 25, 2008. Retrieved August 12, 2008.

326. "Apple – Mac – Green Notebooks" (https://www.apple.com/mac/green-notebooks). Apple Inc. 2008. Archived (https://web.archive.org/web/20081222083708/http://www.apple.com/ma c/green-notebooks) from the original on December 22, 2008. Retrieved December 24, 2008.

327. "Apple: MacBook Pro Graphics" (https://www.apple.com/macbookpro/graphics.html). Archived (https://web.archive.org/web/20070602180903/http://www.apple.com/macbookpro/ graphics.html) from the original on June 2, 2007. Retrieved June 8, 2007.; "First Look: LED-Backlit displays: What you need to know" (https://www.macworld.com/article/1057740/ledba cklight.html). *Macworld*. May 4, 2007. Retrieved February 16, 2021.

328. "Apple – Environment – Reports" (https://www.apple.com/environment/reports). Apple Inc.

329. "iMac and the Environment" (https://web.archive.org/web/20101129205242/http://www.appl e.com/imac/environment.html). Apple Inc. Archived from the original (https://www.apple.com/ imac/environment.html) on November 29, 2010. Retrieved November 29, 2010.; Michaels, Philip; Snell, Jason; Macworld | (June 8, 2009). "iPhone 3G S offers speed boost, video capture" (https://www.macworld.com/article/1141031/iphone3gs.html). *Macworld*. Retrieved February 16, 2021.

330. "Energy Star Computers Final Program Requirements" (https://www.energystar.gov/sites/def ault/files/specs//Version%206%201%20Computers%20Final%20Program%20Requirement s.pdf) (PDF). *Energy Star*. EPA. March 2016. Archived (https://ghostarchive.org/archive/2022 1009/https://www.energystar.gov/sites/default/files/specs//Version%206%201%20Computer s%20Final%20Program%20Requirements.pdf) (PDF) from the original on October 9, 2022. Retrieved March 30, 2016.

331. Slivka, Eric (November 9, 2011). "Apple Jumps to Fourth in Greenpeace's Environmental Rankings of Electronics Companies" (https://www.macrumors.com/2011/11/09/apple-jumps-to-fourth-in-greenpeaces-environmental-rankings-of-electronics-companies). *MacRumors*. Retrieved April 18, 2017.; "Apple ranks fourth on Greenpeace's 'Guide to Greener Electronics' " (http://appleinsider.com/articles/11/11/09/apple_ranks_fourth_on_greenpeaces_guide_to_greener_electronics). *AppleInsider*. November 9, 2011. Retrieved April 18, 2017.

332. "Apple, 4th position, 4.6/10" (http://www.greenpeace.org:80/international/Global/international/publications/climate/2011/Cool%20IT/greener-guide-nov-2011/apple.pdf) (PDF). Greenpeace. Archived (https://ghostarchive.org/archive/20221009/http://www.greenpeace.org:80/international/Global/international/publications/climate/2011/Cool%20IT/greener-guide-nov-2011/apple.pdf) (PDF) from the original on October 9, 2022. Retrieved April 18, 2017.

333. Anderson, Ash. "Apple Power Cables to Become Even More Environmentally Friendly" (http://www.keynoodle.com/apple-power-cables-to-become-even-more-environmentally-friendly). KeyNoodle. Retrieved January 14, 2012.; "Fire Resistant yet Environment Friendly Power Cables From Apple" (https://appletoolbox.com/fire-resistant-yet-environment-friendly-power-cables-from-apple). *AppleToolBox*. March 20, 2018. Retrieved February 16, 2021.

334. "Environment – Reports" (https://www.apple.com/environment/reports). Apple Inc. Retrieved May 28, 2016.; "Apple launches $1.5bn green bond" (https://www.climatechangenews.com/2016/02/17/apple-launches-1-5bn-green-bond). *Climate Home News*. February 17, 2016. Retrieved February 16, 2021.

335. "Apple commits $100M to its new Racial Equity and Justice Initiative" (https://social.techcrunch.com/2020/06/11/apple-commits-100m-to-its-new-equity-and-justice-initiative). *TechCrunch*. Retrieved August 20, 2021.; "Apple announces new projects related to its $100 million pledge for racial equity and justice" (https://social.techcrunch.com/2021/01/13/apple-announces-new-projects-related-to-its-100-million-pledge-for-racial-equity-and-justice). *TechCrunch*. Retrieved August 20, 2021.

336. "2000 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2000.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2000.pdf) (PDF) from the original on October 9, 2022.

337. "2001 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2001.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2001.pdf) (PDF) from the original on October 9, 2022.

338. "2002 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2002.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2002.pdf) (PDF) from the original on October 9, 2022.

339. "2003 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2003.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2003.pdf) (PDF) from the original on October 9, 2022.

340. "2004 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2004.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2004.pdf) (PDF) from the original on October 9, 2022.

341. "2005 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2005.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2005.pdf) (PDF) from the original on October 9, 2022.

342. "2006 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2006.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2006.pdf) (PDF) from the original on October 9, 2022.

343. "2007 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2007.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2007.pdf) (PDF) from the original on October 9, 2022.

344. "2008 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2008.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2008.pdf) (PDF) from the original on October 9, 2022.

345. "2009 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2009.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2009.pdf) (PDF) from the original on October 9, 2022.

346. "2010 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2010.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2010.pdf) (PDF) from the original on October 9, 2022.

347. "2011 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2011.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2011.pdf) (PDF) from the original on October 9, 2022.

348. "2012 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2012.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2012.pdf) (PDF) from the original on October 9, 2022.

349. "2013 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2013.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2013.pdf) (PDF) from the original on October 9, 2022.

350. "2014 Annual Report" (https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2014.pdf) (PDF). Archived (https://ghostarchive.org/archive/20221009/https://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AAPL_2014.pdf) (PDF) from the original on October 9, 2022.

351. Neate, Rupert (October 27, 2015). "Apple calls 2015 'most successful year ever' after making reported $234bn" (https://www.theguardian.com/technology/2015/oct/27/apple-2015-revenue-iphone-sales). *The Guardian*. Retrieved November 10, 2018.

352. "Apple just had its first annual revenue decline since 2001" (https://www.theverge.com/2016/10/25/13410020/apple-annual-revenue-decline-first-2001). *The Verge*. Retrieved November 10, 2018.

353. Balakrishnan, Anita (November 2, 2017). "Apple blows past Wall Street expectations as the iPhone 8 becomes a surprise best-seller" (https://www.cnbc.com/2017/11/02/apple-earnings-q4-2017.html). *CNBC*. Retrieved November 10, 2018.

354. Cohen, Jessica Kim. "Apple's revenue surpasses $260B in 2018, up 16% from last year: 4 things to know" (https://www.beckershospitalreview.com/healthcare-information-technology/apple-s-revenue-surpasses-260b-in-2018-up-16-from-last-year-4-things-to-know.html). *www.beckershospitalreview.com*. Retrieved November 10, 2018.

355. "2019 Annual Report" (https://web.archive.org/web/20210314183248/https://www.annualrep orts.com/HostedData/AnnualReports/PDF/NASDAQ_AAPL_2019.pdf) (PDF). Archived from the original (https://www.annualreports.com/HostedData/AnnualReports/PDF/NASDAQ_AA PL_2019.pdf) (PDF) on March 14, 2021. Retrieved January 12, 2021.

356. "Apple 10-K Report FY2020" (https://s2.q4cdn.com/470004039/files/doc_financials/2020/ar/ _10-K-2020-(As-Filed).pdf) (PDF). September 26, 2020. Retrieved January 12, 2021.

357. "10-28-21 Apple Reports Fourth Quarter Results" (https://www.apple.com/newsroom/pdfs/F Y21_Q4_Consolidated_Financial_Statements.pdf) (PDF).

358. Chen, Liyan (May 11, 2015). "The World's Largest Tech Companies: Apple Beats Samsung, Microsoft, Google" (https://www.forbes.com/sites/liyanchen/2015/05/11/the-worlds-largest-te ch-companies-apple-beats-samsung-microsoft-google). *Forbes*. Retrieved May 24, 2017.

359. "IDC: Smartphone shipments down 6.3% in Q4 2017, Apple overtakes Samsung for top spot" (https://venturebeat.com/2018/02/01/idc-smartphone-shipments-down-6-3-in-q4-2017- apple-overtakes-samsung-for-top-spot). *VentureBeat*. February 2, 2018. Retrieved March 10, 2018.; "Apple Passes Samsung to Capture the Top Position in the Worldwide Smartphone Market While Overall Shipments Decline 6.3% in the Fourth Quarter, According to IDC" (http s://web.archive.org/web/20180920015332/https://www.idc.com/getdoc.jsp?containerId=prU S43548018). IDC. Archived from the original (https://www.idc.com/getdoc.jsp?containerId=pr US43548018) on September 20, 2018. Retrieved March 10, 2018.

360. Nuttall, Chris (December 29, 2011). "Apple in race to keep ahead in 2012" (https://www.ft.co m/intl/cms/s/2/6a7cac22-31db-11e1-9be2-00144feabdc0.html). *Financial Times*.

361. Tsukayama, Hayley (March 20, 2012). "FAQ: Apple's Dividend" (https://www.washingtonpos t.com/business/technology/faq-apples-dividend/2012/03/20/gIQAVxMgPS_story.html). *The Washington Post*. Retrieved March 21, 2012.

362. "Annual Financials for Apple" (http://www.marketwatch.com/investing/stock/aapl/financials). *Marketwatch*. Retrieved February 2, 2014.

363. Rodriguez, Salvador (May 6, 2013). "Apple makes Fortune 500's top 10 for first time; Facebook makes list" (https://www.latimes.com/business/technology/la-fi-tn-apple-facebook- fortune-500-20130506,0,6186624.story). *Los Angeles Times*. Retrieved June 10, 2013.

364. La Monica, Paul R. (July 22, 2015). "Apple has $203 billion in cash. Why?" (https://money.cn n.com/2015/07/22/investing/apple-stock-cash-earnings). CNNMoney. Archived (https://web. archive.org/web/20150818101000/https://money.cnn.com/2015/07/22/investing/apple-stock- cash-earnings) from the original on August 18, 2015. Retrieved September 28, 2015.

365. Farivar, Cyrus (July 13, 2015). "Apple makes 92 percent of all smartphone profits" (https://ars technica.com/apple/2015/07/apple-makes-92-percent-of-all-smartphone-profits). *Ars Technica*. Retrieved March 23, 2017.

366. Mickle, Tripp (April 30, 2017). "Apple's Cash Hoard Set to Top $250 Billion" (https://www.ws j.com/articles/apples-250-billion-cash-pile-enlivens-hopes-fuels-expectations-1493566748). *The Wall Street Journal*. Retrieved May 24, 2017.

367. Wang, Christine (May 2, 2017). "Apple's cash hoard swells to record $256.8 billion" (https:// www.cnbc.com/2017/05/02/apples-cash-hoard-swells-to-record-256-8-billion.html). CNBC. Retrieved May 24, 2017.

368. Salinas, Sara (August 2, 2018). "Apple just hit a $1 trillion market cap" (https://www.cnbc.co m/2018/08/02/apple-hits-1-trillion-in-market-value.html). CNBC. Retrieved August 2, 2018.

369. Davies, Rob (August 2, 2018). "Apple becomes world's first trillion dollar company" (https://w ww.theguardian.com/technology/2018/aug/02/apple-becomes-worlds-first-trillion-dollar-com pany). *The Guardian*. Retrieved August 2, 2018.

370. "Fortune 500 Companies 2018: Who Made the List" (https://web.archive.org/web/201811101 90356/http://fortune.com/fortune500/list). *Fortune*. Archived from the original (http://fortune.co m/fortune500/list) on November 10, 2018. Retrieved November 9, 2018.

371. Duhigg, Charles; Kocieniewski, David (April 28, 2012). "How Apple Sidesteps Billions in Taxes" (https://ghostarchive.org/archive/20220101/https://www.nytimes.com/2012/04/29/busi ness/apples-tax-strategy-aims-at-low-tax-states-and-nations.html). *The New York Times*. Archived from the original (https://www.nytimes.com/2012/04/29/business/apples-tax-strateg y-aims-at-low-tax-states-and-nations.html) on January 1, 2022. Retrieved April 29, 2012.

372. Watson, Roland (October 30, 2012). "Foreign companies 'avoid billions in corporation tax' " (http://www.thetimes.co.uk/tto/news/politics/article3583772.ece). *The Times*.

373. Ebrahimi, Helia (November 2, 2012). "Foreign firms could owe UK £11bn in unpaid taxes" (h ttps://web.archive.org/web/20121102231901/http://www.telegraph.co.uk/finance/personalfin ance/consumertips/tax/9652516/Foreign-firms-could-owe-UK-11bn-in-unpaid-taxes.html). *The Telegraph*. London. Archived from the original (https://www.telegraph.co.uk/finance/pers onalfinance/consumertips/tax/9652516/Foreign-firms-could-owe-UK-11bn-in-unpaid-taxes.h tml) on November 2, 2012.

374. "Investor Relations" (http://investor.apple.com). Apple Inc. Retrieved April 28, 2016.

375. Knop, Carsten (November 14, 2017). "Tim Cook im Interview: "Hoffentlich seid ihr Deutschen richtig stolz auf euch" " (https://www.faz.net/1.5245252). *Faz.net* (in German). Retrieved March 26, 2019.

376. Drawbaugh, Kevin; Temple-West, Patrick. "Untaxed U.S. corporate profits held overseas top $2.1 trillion: study" (https://www.reuters.com/article/us-usa-tax-offshore-idUSBREA3729V20 140409). *Reuters*. Retrieved February 11, 2015.; "Apple Earnings Call" (https://www.apple.c om/investor/earnings-call). Apple Inc. Retrieved April 28, 2016.

377. "National Income and Expenditure Annual Results 2015" (http://www.cso.ie/en/releasesand publications/er/nie/nationalincomeandexpenditureannualresults2015). Central Statistics. July 12, 2016.

378. Kanter, James and Scott, Mark (August 30, 2016) Apple Must Pay Billions for Tax Breaks in Ireland, E.U. Orders (https://www.nytimes.com/2016/08/31/technology/apple-tax-eu-ireland.h tml) *The New York Times*.

379. Foroohar, Rana (August 30, 2016). "Apple vs. the E.U. Is the Biggest Tax Battle in History" (h ttp://time.com/4472500/apple-eu-irish-tax-bill). *Time*. Retrieved November 14, 2016.

380. Taylor, Cliff (September 2, 2016). "Apple's Irish company structure key to EU tax finding" (htt ps://www.irishtimes.com/business/economy/apple-s-irish-company-structure-key-to-eu-tax-fi nding-1.2775684). *The Irish Times*. Retrieved November 14, 2016.

381. "Statement by Commissioner Vestager on state aid decision that Ireland's tax benefits for Apple were illegal" (http://europa.eu/rapid/press-release_STATEMENT-16-2926_en.htm) (Press release). European Commission. August 30, 2016. Retrieved September 2, 2016.

382. "Amazon 'pays less tax than sausage stall' " (https://www.bbc.com/news/business-3725927 8). *BBC News*. September 2, 2016. Retrieved September 3, 2016.

383. Beesley, Arthur (April 24, 2018). "Apple to start paying €13bn to Ireland over back tax claim" (https://www.ft.com/content/9ee3943e-47d3-11e8-8ae9-4b5ddcca99b3). *Financial Times*. Retrieved May 5, 2018.

384. "Apple ne devra pas rembourser 13 milliards d'euros à l'Irlande, a conclu la justice européenne" (https://www.lemonde.fr/economie/article/2020/07/15/la-justice-europeenne-an nule-la-decision-sommant-apple-de-rembourser-13-milliards-d-euros-a-l-irlande_6046257_ 3234.html). *Le Monde* (in French). July 15, 2020.

385. Duffy, Clare (July 28, 2022). "Apple's profit declines nearly 11%" (https://us.cnn.com/2022/0 7/28/tech/apple-q3-earnings/index.html). *CNN Business*. CNN. Retrieved August 2, 2022.

386. "Federal Court Cases Involving Apple, Inc" (https://www.docketalarm.com/cases/AllNatures OfSuit/Apple%2C%20Inc.). Docket Alarm, Inc. Retrieved May 10, 2014.

387. Mullin, Joe (January 26, 2016). "Patent troll VirnetX wants jury to give it a half-billion dollars of Apple's cash" (https://arstechnica.com/tech-policy/2016/01/virnetx-kicks-off-final-massive-patent-trolling-attempt-vs-apple). *Ars Technica*. Retrieved March 23, 2017.

388. Novet, Jordan (December 21, 2016). "Nokia sues Apple for patent infringement in the U.S. and Germany" (https://venturebeat.com/2016/12/21/nokia-sues-apple-for-patent-infringement-in-the-u-s-and-germany). *VentureBeat*. Retrieved March 23, 2017.; Swartz, Jon (December 21, 2016). "Nokia sues Apple for patent infringement" (https://www.usatoday.com/story/tech/2016/12/21/nokia-sues-apple-patent-infringement/95709378). *USA Today*. Retrieved March 23, 2017.

389. Orlowski, Andrew (November 15, 2017). "US trade cops agree to investigate Apple's 'embrace and extend'" (https://www.theregister.co.uk/2017/11/15/trade_cops_probe_apples_embrace_nextend). *The Register*. Retrieved November 16, 2017.

390. Mukherjee, Supantha (January 18, 2022). "Ericsson sues Apple again over 5G patent licensing" (https://www.reuters.com/technology/ericsson-sues-apple-again-over-5g-patent-licensing-2022-01-18). *Reuters*. Retrieved January 18, 2022.

391. Vincent, James (June 13, 2016). "Apple promises to deliver AI smarts without sacrificing your privacy" (https://www.theverge.com/2016/6/13/11924080/apple-ai-on-device-privacy-wwdc-2016). *The Verge*. Vox Media. Retrieved December 9, 2017.; Heisler, Yoni (May 22, 2017). "Apple is expertly trolling Android users with its new iPhone ads" (http://bgr.com/2017/05/22/iphone-vs-android-switchers-ad-campaign). *BGR*. Retrieved December 9, 2017.; Greenberg, Andy (June 8, 2015). "Apple's latest selling point: how little it knows about you" (https://www.wired.com/2015/06/apples-latest-selling-point-little-knows). *Wired*. Retrieved December 9, 2017.

392. Farivar, Cyrus (September 18, 2014). "Apple expands data encryption under iOS 8, making handover to cops moot" (https://arstechnica.com/gadgets/2014/09/apple-expands-data-encryption-under-ios-8-making-handover-to-cops-moot). *Ars Technica*. Retrieved December 9, 2017.

393. Hall, Zac (November 16, 2017). "Apple details how it performs on-device facial detection in latest machine learning journal entry" (https://9to5mac.com/2017/11/16/apple-machine-learning-journal-facial-detection). *9to5Mac*. Retrieved December 9, 2017.

394. Greenberg, Andy (June 13, 2016). "Apple's 'differential privacy' is about collecting your data – but not *your* data" (https://www.wired.com/2016/06/apples-differential-privacy-collecting-data). *Wired*. Retrieved December 9, 2017.

395. Rossignol, Joe (December 6, 2017). "Here's How Apple Improves the iOS and Mac User Experience While Protecting Your Privacy" (https://www.macrumors.com/2017/12/06/apple-differential-privacy-journal). *MacRumors*. Retrieved December 9, 2017.

396. Aten, Jason (May 12, 2021). "Apple's App Tracking Transparency Update Is Turning Out to Be the Worst-Case Scenario for Facebook" (https://www.inc.com/jason-aten/apples-privacy-update-is-turning-out-to-be-worst-case-scenario-for-facebook.html). *Inc.com*. Retrieved May 12, 2021.; "New data shows how devastating Apple's new anti-tracking feature is for Facebook" (https://www.msn.com/en-us/news/technology/new-data-shows-how-devastating-apple-e2-80-99s-new-anti-tracking-feature-is-for-facebook/ar-BB1gCVJc?ocid=BingNewsSearch). *www.msn.com*. Retrieved May 12, 2021.; "Just 4% of U.S. iPhone Users Let Apps Track Them With New iOS Update" (https://gizmodo.com/too-bad-zuck-just-4-of-u-s-iphone-users-let-apps-tra-1846851013). *Gizmodo*. May 8, 2021. Retrieved May 12, 2021.; Datti, Sharmishte (May 12, 2021). "Apple's App Tracking Transparency Becomes Facebook's Nightmare: Only 4% Allow Tracking" (https://www.gizbot.com/mobile/news/apple-app-tracking-transparency-becomes-facebook-nightmare-only-4-percent-allow-tracking-074217.html). *www.gizbot.com*. Retrieved May 12, 2021.

397. Menn, Joseph (January 21, 2020). "Exclusive: Apple dropped plan for encrypting backups after FBI complained – sources" (https://www.reuters.com/article/us-apple-fbi-icloud-exclusive-idUSKBN1ZK1CT). *Reuters*. Retrieved April 15, 2020.; Pagliery, Jose (February 22, 2016). "Apple promises privacy – but not on iCloud" (https://money.cnn.com/2016/02/22/technology/apple-privacy-icloud/index.html). *CNN*. Retrieved December 13, 2017.; Cunningham, Andrew (February 24, 2016). "The case for using iTunes, not iCloud, to back up your iPhone" (https://arstechnica.com/gadgets/2016/02/the-case-for-using-itunes-not-icloud-to-back-up-your-iphone). *Ars Technica*. Retrieved December 13, 2017.

398. Robertson, Adi (September 12, 2017). "Why Face ID won't give you the legal protection of a passcode" (https://www.theverge.com/2017/9/12/16298192/apple-iphone-face-id-legal-security-fifth-amendment). *The Verge*. Vox Media. Retrieved December 13, 2017.

399. "Apple to scan U.S. iPhones for images of child sexual abuse" (https://apnews.com/article/technology-business-child-abuse-apple-inc-7fe2a09427d663cda8addfeeffc40196). *AP NEWS*. August 5, 2021. Retrieved August 6, 2021.; Portnoy, India McKinney and Erica (August 5, 2021). "Apple's Plan to "Think Different" About Encryption Opens a Backdoor to Your Private Life" (https://www.eff.org/deeplinks/2021/08/apples-plan-think-different-about-encryption-opens-backdoor-your-private-life). *Electronic Frontier Foundation*. Retrieved August 6, 2021.

400. D'Orazio, Dante (November 23, 2014). "Apple partners with app developers for major Product RED fundraising effort" (https://www.theverge.com/2014/11/23/7272673/app-developers-partner-with-apple-for-major-red-charity-fundraising). *The Verge*. Retrieved April 18, 2017.

401. Chmielewski, Dawn (December 17, 2014). "Apple's Holiday Product Red Campaign Raises $20 Million for AIDS Research" (https://www.recode.net/2014/12/17/11633904/apples-holiday-product-red-campaign-raises-20-million-for-aids). *Recode*. Retrieved April 18, 2017.; Clover, Juli (December 17, 2014). "Apple's (Product) RED Holiday Campaign Raised $20 Million to Fight AIDS" (https://www.macrumors.com/2014/12/17/apple-product-red-20-million). *MacRumors*. Retrieved April 18, 2017.

402. Miller, Chance (March 21, 2017). "Apple officially announces (RED) iPhone 7 & 7 Plus, updated iPhone SE with double the storage" (https://9to5mac.com/2017/03/21/apple-officially-announces-red-iphone-7-7-plus-updated-iphone-se-with-double-the-storage). *9to5Mac*. Retrieved April 18, 2017.; Warren, Tom (March 21, 2017). "Apple launches red iPhone 7" (https://www.theverge.com/2017/3/21/14998164/apple-iphone-7-red-color-option). *The Verge*. Retrieved April 18, 2017.

403. Weintraub, Seth (November 9, 2011). "Apple donates $2.5M to Hurricane Sandy relief" (http://9to5mac.com/2012/11/09/apple-donates-2-5-million-to-hurricane-sandy-relief). *9to5Mac*. Retrieved November 18, 2012.

404. "Apple donates $5M to Hand in Hand Hurricane Irma/Harvey relief, sets up iTunes donations" (https://9to5mac.com/2017/09/08/apple-hand-in-hand). *9to5Mac*. September 8, 2017. Retrieved December 13, 2017.

405. Miller, Chance (September 21, 2017). "Tim Cook says Apple is donating $1 million to earthquake recovery efforts in Mexico" (https://9to5mac.com/2017/09/21/tim-cook-mexico-earthquake). *9to5Mac*. Retrieved December 13, 2017.

406. Weintraub, Seth (January 14, 2010). "Apple sets up Haiti donation page in iTunes" (https://9to5mac.com/2010/01/14/apple-sets-up-haiti-donation-page-in-itunes). *9to5Mac*. Retrieved December 13, 2017.

407. Gurman, Mark (March 12, 2011). "Apple now taking Red Cross donations through iTunes for Japan relief fund" (https://9to5mac.com/2011/03/12/apple-now-taking-red-cross-donations-through-itunes-for-japan-relief-fund). *9to5Mac*. Retrieved December 13, 2017.

408. Lovejoy, Ben (November 12, 2013). "Apple invites donations to American Red Cross to support Philippine typhoon relief" (https://9to5mac.com/2013/11/12/apple-invites-donations-t o-american-red-cross-to-support-philippine-typhoon-relief). *9to5Mac*. Retrieved December 13, 2017.

409. Lovejoy, Ben (September 18, 2015). "Apple invites Red Cross donations through iTunes to help the Mediterranean refugee crisis [Updated]" (https://9to5mac.com/2015/09/18/itunes-ref ugee-appeal-red-cross). *9to5Mac*. Retrieved December 13, 2017.

410. Miller, Chance (August 27, 2017). "Apple now accepting donations via iTunes for Hurricane Harvey relief efforts" (https://9to5mac.com/2017/08/27/apple-hurricane-harvey-itunes-relief). *9to5Mac*. Retrieved December 13, 2017.

411. "Help the planet. One app at a time" (https://www.worldwildlife.org/pages/help-the-planet-on e-app-at-a-time). World Wildlife Fund. Retrieved April 14, 2016.; "Environment" (https://www. apple.com/environment). Apple Inc. Retrieved April 14, 2016.; "Global Apps for Earth campaign with WWF raises more than $8M" (https://www.apple.com/newsroom/2016/06/glo bal-apps-for-earth-campaign-with-wwf-raises-more-than--8m.html) (Press release). Apple Inc. Retrieved June 18, 2016.

412. "Tech billionaires including Tim Cook, Elon Musk, and Mark Zuckerberg promised 18 million masks to fight COVID-19" (https://www.businessinsider.com/tech-billionaires-promise-to-don ate-18-million-masks-2020-3#apple-minimum-2-million-masks-1). Business Insider. Retrieved March 23, 2020.

413. "Apple launches major new Racial Equity and Justice Initiative projects to challenge systemic racism, advance racial equity nationwide" (https://www.apple.com/newsroom/2021/ 01/apple-launches-major-new-racial-equity-and-justice-initiative-projects-to-challenge-syste mic-racism-advance-racial-equity-nationwide). *Apple Newsroom*. Retrieved January 13, 2021.

414. "Apple Leadership" (https://www.apple.com/leadership). Apple Inc. Retrieved March 29, 2019.

415. Streitfeld, David (August 25, 2011). "Jobs Steps Down at Apple, Saying He Can't Meet Duties" (https://ghostarchive.org/archive/20220101/https://www.nytimes.com/2011/08/25/tec hnology/jobs-stepping-down-as-chief-of-apple.html). *The New York Times*. Archived from the original (https://www.nytimes.com/2011/08/25/technology/jobs-stepping-down-as-chief-of -apple.html) on January 1, 2022.

416. Tsotsis, Alexia (June 18, 2013). "Why Was Apple Late To The PRISM Party?" (https://techcru nch.com/2013/06/17/apple-nsa/?guccounter=1&guce_referrer_us=aHR0cHM6Ly93d3cuZ29 vZ2xlLmN6Lw&guce_referrer_cs=U5TxrCVG_vXnTBe_Cuw88A). *TechCrunch*.

417. Orlowski, Andrew (May 4, 2006), "Apple sues itself in the foot (again)" (https://www.theregist er.co.uk/2006/05/04/apple_sa_deep_links), *The Register*

418. Musgrove, Mike (June 16, 2006), "Sweatshop Conditions at IPod Factory Reported" (https:// www.washingtonpost.com/wp-dyn/content/article/2006/06/15/AR2006061501898.html), *The Washington Post*

419. Kahney, Leander (June 13, 2006), "Judging Apple Sweatshop Charge" (https://www.wired.c om/gadgets/mac/commentary/cultofmac/2006/06/71138), *Wired*

420. Nicas, Jack; Zhong, Raymond; Wakabayashi, Daisuke (May 17, 2021). "Censorship, Surveillance and Profits: A Hard Bargain for Apple in China" (https://ghostarchive.org/archiv e/20211228/https://www.nytimes.com/2021/05/17/technology/apple-china-censorship-data.h tml). *The New York Times*. ISSN 0362-4331 (https://www.worldcat.org/issn/0362-4331). Archived from the original (https://www.nytimes.com/2021/05/17/technology/apple-china-cen sorship-data.html) on December 28, 2021. Retrieved October 29, 2021.

421. Dernbach, Christoph (June 12, 2008), *Steve Jobs: Good artists copy great artists steal* (http s://web.archive.org/web/20100318070743/http://www.youtube.com/watch?v=CW0DUg63lq U), YouTube, archived from the original (https://www.youtube.com/watch?v=CW0DUg63lqU) on March 18, 2010, retrieved December 11, 2016; "Mergers & Acquisitions" (http://aaplinvest ors.net/stats/acquisitions). *aaplinvestors.net*. Retrieved December 11, 2016.

422. Sottek, T.C.; Kopfstein, Janus (July 17, 2013). "Everything you need to know about PRISM" (https://www.theverge.com/2013/7/17/4517480/nsa-spying-prism-surveillance-cheat-sheet). *The Verge*. Archived (https://web.archive.org/web/20210504185326/https://www.theverge.co m/2013/7/17/4517480/nsa-spying-prism-surveillance-cheat-sheet) from the original on May 4, 2021. Retrieved May 10, 2021.

423. Johnson, Kevin; Martin, Scott; O'Donnell, Jayne; Winter, Michael (June 15, 2013). "Reports: NSA Siphons Data from 9 Major Net Firms" (https://www.usatoday.com/story/news/2013/06/ 06/nsa-surveillance-internet-companies/2398345). *USA Today*. Archived (https://web.archiv e.org/web/20130607113440/http://www.usatoday.com/story/news/2013/06/06/nsa-surveillan ce-internet-companies/2398345) from the original on June 7, 2013. Retrieved January 14, 2021.

424. "European Borders Fracture iTunes" (https://web.archive.org/web/20200324130903/https://w ww.pcworld.com/article/130384/article.html). *PCWorld*. April 4, 2007. Archived from the original (https://www.pcworld.com/article/130384/article.html) on March 24, 2020. Retrieved December 21, 2018.

425. Kafka, Peter (June 30, 2016). "Spotify says Apple won't approve a new version of its app because it doesn't want competition for Apple Music" (https://www.recode.net/2016/6/30/120 67578/spotify-apple-app-store-rejection). *Recode*. Retrieved December 21, 2018.

426. Campbell, Mikey (June 9, 2015). "Apple, record labels under scrutiny for collusion in New York and Connecticut" (https://appleinsider.com/articles/15/06/09/apple-record-labels-under-scrutiny-for-collusion-in-new-york-and-connecticut). *AppleInsider*. Retrieved December 21, 2018.

427. "Apple recalls older 15-inch MacBook Pros because the batteries could catch fire" (https://w ww.theverge.com/2019/6/20/18693136/apple-recall-2015-15-inch-macbook-pro-battery-over heat-fire-risk-safety). *The Verge*. June 20, 2019.; "Apple recalls some 2015–2017 15-inch MacBook Pros over battery flaw" (https://venturebeat.com/2019/06/20/apple-recalls-some-20 15-2017-15-inch-macbook-pros-over-battery-flaw). *VentureBeat*. June 20, 2019.; "MacBook Pro Catches Fire While Allegedly Under 'Normal Use' " (https://www.laptopmag.com/articles/ apple-macbook-pro-fire-explosion). Laptop Mag. June 3, 2019.

428. "The Government Wants to Tackle Big Tech's Repair Monopolies and Planned Obsolescence" (https://www.vice.com/en_us/article/ywy8nx/the-government-wants-to-tackle-big-techs-repair-monopolies-and-planned-obsolescence). *Vice*. July 17, 2019.; "Can't Fix Your Smartphone? The Right-To-Repair Movement Wants To Change That" (https://www.wb ur.org/onpoint/2019/07/03/smartphone-machines-appliances-right-to-repair). On Point. July 3, 2019.; "Nixing the Fix: A Workshop on Repair Restrictions" (https://www.ftc.gov/news-eve nts/events-calendar/nixing-fix-workshop-repair-restrictions). Federal Trade Commission. March 12, 2019. Retrieved July 24, 2019.

429. Samantha Murphy Kelly (November 19, 2020). "Apple to pay $113 million over deliberately slowing down iPhones" (https://www.cnn.com/2020/11/19/tech/apple-battery-settlement/inde x.html). *CNN*. Retrieved November 19, 2020.

430. "iPhone Battery and Performance" (https://support.apple.com/en-us/HT208387). *Apple Support*. Retrieved January 25, 2021.

431. "Apple hit with another European class action over throttled iPhones" (https://social.techcrun ch.com/2021/01/25/apple-hit-with-another-european-class-action-over-throttled-iphones). *TechCrunch*. Retrieved January 25, 2021.

432. "Italian Antitrust Authority Fines Apple $12 Million" (https://web.archive.org/web/202012301 0446/https://www.morningstar.com/news/dow-jones/202011301341/italian-antitrust-authorit y-fines-apple-12-million). *Morningstar*. November 30, 2020. Archived from the original (http s://www.morningstar.com/news/dow-jones/202011301341/italian-antitrust-authority-fines-ap ple-12-million) on December 30, 2020. Retrieved December 1, 2020.

433. "Brazil bans sales of iPhones without USB power adapters" (https://www.bbc.com/news/tech nology-62833037). BBC News. Retrieved September 8, 2022.

434. "Irish Regulator Opens Third Privacy Probe Into Apple" (https://gadgets.ndtv.com/apps/new s/apple-ireland-data-protection-commissioner-privacy-investigation-2063517). Gadgets360. July 3, 2019.; "Data Protection Commission opens privacy investigation into Apple" (https:// www.rte.ie/news/ireland/2019/0702/1059764-apple-privacy). RTE. July 2, 2019.

435. "Apple Seems to Be Tracking iPhone 11 When Location Services Are Disabled, Report Finds" (https://gizmodo.com/apple-seems-to-be-tracking-iphone-11-when-location-serv-184 0204086). *Gizmodo*. December 4, 2019. Retrieved December 5, 2019.

436. Turton, William (March 30, 2022). "Apple and Meta Gave User Data to Hackers Who Used Forged Legal Requests" (https://ca.finance.yahoo.com/news/apple-meta-gave-user-data-17 5918825.html). *Yahoo! Finance*. Retrieved March 30, 2022.

437. "Justice Department to Open Broad, New Antitrust Review of Big Tech Companies" (https:// www.wsj.com/articles/justice-department-to-open-broad-new-antitrust-review-of-big-tech-co mpanies-11563914235?mod=hp_lead_pos1&mod=article_inline). July 23, 2019.; "Justice Department Opens Sweeping Antitrust Review of Big Tech" (https://www.forbes.com/sites/ra chelsandler/2019/07/23/justice-department-opens-sweeping-antitrust-review-of-big-tech/#1f 1d57ab4db5). *Forbes*. Retrieved July 24, 2019.

438. Abboud, Leila (March 16, 2020). "France hits Apple with €1.1bn antitrust fine" (https://www.ft. com/content/e9bb4da1-867a-40ba-abc0-4a63d3421e31). *Financial Times*. Retrieved March 16, 2020.

439. Nicas, Jack; Browning, Kellen; Griffith, Erin (August 13, 2020). "Fortnite Creator Sues Apple and Google After Ban From App Stores" (https://www.nytimes.com/2020/08/13/technology/a pple-fortnite-ban.html). *The New York Times*. Archived (https://web.archive.org/web/202008 13200127/https://www.nytimes.com/2020/08/13/technology/apple-fortnite-ban.html) from the original on August 13, 2020. Retrieved August 13, 2020.

440. Amadeo, Ron (September 24, 2020). "Epic, Spotify, and others take on Apple with "Coalition for App Fairness" " (https://arstechnica.com/gadgets/2020/09/epic-spotify-and-others-take-on -apple-with-coalition-for-app-fairness). *Ars Technica*. Retrieved September 26, 2020.

441. Horwitz, Patience Haggin and Jeff (August 26, 2020). "Facebook Says Apple's New iPhone Update Will Disrupt Online Advertising" (https://www.wsj.com/articles/facebook-says-apples- new-iphone-update-will-disrupt-online-advertising-11598458715). *The Wall Street Journal*. ISSN 0099-9660 (https://www.worldcat.org/issn/0099-9660). Retrieved December 25, 2020.

442. "How Convincing is Facebook's Case Against Apple?" (https://www.bloomberg.com/news/n ewsletters/2020-12-17/how-convincing-is-facebook-s-case-against-apple). *Bloomberg.com*. December 17, 2020. Retrieved December 25, 2020.; Horwitz, Sarah E. Needleman and Jeff (December 16, 2020). "Facebook Wades Into 'Fortnite' Maker's Dispute With Apple" (https:// www.wsj.com/articles/facebook-looks-for-allies-in-privacy-battle-with-apple-11608138311). *The Wall Street Journal*. ISSN 0099-9660 (https://www.worldcat.org/issn/0099-9660). Retrieved December 25, 2020.

443. "Air Base Shooting an 'Act of Terrorism' " (https://www.fbi.gov/news/stories/naval-air-station- pensacola-shooting-called-act-of-terrorism-011320). *Federal Bureau of Investigation*. Retrieved December 25, 2020.

444. "Pensacola Shooting: Technical Feud Between FBI and Apple Repeats History" (https://we b.archive.org/web/20200130135754/https://raventribune.com/pensacola-shooting-technical-f eud-between-fbi-and-apple-repeats-history). *Raven Tribune*. January 16, 2020. Archived from the original (https://raventribune.com/pensacola-shooting-technical-feud-between-fbi-a nd-apple-repeats-history) on January 30, 2020. Retrieved January 16, 2020.; Barrett, Devlin; Zapotosky, Matt. "Pensacola shooting was an act of terrorism, attorney general says" (https:// www.washingtonpost.com/national-security/pensacola-shooting-was-an-act-of-terrorism-atto rney-general-says/2020/01/13/34dbed8e-3629-11ea-bf30-ad313e4ec754_story.html). *The Washington Post*. ISSN 0190-8286 (https://www.worldcat.org/issn/0190-8286). Retrieved December 25, 2020.

445. "Apple commits to freedom of information and expression in human rights policy" (https://ww w.reuters.com/article/us-apple-human-rights/apple-commits-to-freedom-of-information-and-e xpression-in-human-rights-policy-idUSKBN25V0XY). *Reuters*. September 4, 2020. Retrieved September 4, 2020.

446. "Apple takes down Quran app in China" (https://www.bbc.com/news/technology-58921230). *BBC News*. October 15, 2021. Retrieved October 15, 2021.

447. Lawler, Richard (December 10, 2021). "Apple's concessions in China reportedly include a secret $275 billion deal and one odd change in Maps" (https://www.theverge.com/2021/12/1 0/22826695/apple-china-mou-275-billion-tim-cook-icloud). *The Verge*. Retrieved December 13, 2021.; James Vincent (August 19, 2021). "The four numbers Apple won't let you engrave on your iPad in China" (https://www.theverge.com/2021/8/19/22632029/apple-e ngraving-filter-censorship-keyword-china-hong-kong-taiwan). *The Verge*. Retrieved December 13, 2021.; Ian Carlos Campbell (October 15, 2021). "Apple removed a popular Quran app in China" (https://www.theverge.com/2021/10/15/22728257/apple-quran-majeed-app-removed-china). *The Verge*. Retrieved December 13, 2021.

448. Troianovski, Anton; Satariano, Adam (September 17, 2021). "Google and Apple, Under Pressure From Russia, Remove Voting App" (https://www.nytimes.com/2021/09/17/world/eu rope/russia-navalny-app-election.html). *The New York Times*. ISSN 0362-4331 (https://www. worldcat.org/issn/0362-4331). Archived (https://web.archive.org/web/20210917102920/http s://www.nytimes.com/2021/09/17/world/europe/russia-navalny-app-election.html) from the original on September 17, 2021. Retrieved January 27, 2022.; Reuters (September 23, 2021). "Russia's Navalny criticises Apple, Google over app removal, social media posts say" (https://www.reuters.com/world/europe/russias-navalny-criticises-apple-google-over-ap p-removal-social-media-posts-say-2021-09-23). *Reuters*. Retrieved October 29, 2021.

## Bibliography

- Price, Rob (1987). *So Far: The First Ten Years of a Vision*. Apple Computer. ISBN 978-1-55693-974-7.
- Polsson, Ken. "Chronology of Events in the History of Microcomputers" (https://web.archive. org/web/20080602225734/http://www.microprocessor.sscc.ru/comphist). Archived from the original (http://www.microprocessor.sscc.ru/comphist) on June 2, 2008. Retrieved August 18, 2008.
- "Apple II history" (http://apple2history.org/appendix/ahb/ahb2). Retrieved August 18, 2008.
- "Apple III history" (http://www.oazoo.com). Retrieved August 5, 2006.
- "Apple's 2012 Annual Report: More Employees, More Office Space, More Sales" (http://ww w.macrumors.com/2012/10/31/apples-2012-annual-report-more-employees-more-office-spa ce-more-sales).

# Further reading

- Amelio, Gil; Simon, William L. (1999). *On the Firing Line: My 500 Days at Apple* (https://archi ve.org/details/onfiringlinemy5000gila). New York: Harper Business. ISBN 978-0-88730-919-9. OCLC 41424094 (https://www.worldcat.org/oclc/41424094).
- Carlton, Jim (1998). *Apple: The Inside Story of Intrigue, Egomania and Business Blunders* (Revised ed.). Random House Business Books. ISBN 978-0-88730-965-6. OCLC 1068545200 (https://www.worldcat.org/oclc/1068545200).
- Deutschman, Alan (2000). *The Second Coming of Steve Jobs* (https://archive.org/details/sec ondcomingofst00deut). Broadway Books. ISBN 978-0-7679-0432-2. OCLC 59470055 (http s://www.worldcat.org/oclc/59470055).
- Hertzfeld, Andy (2004). *Revolution in the Valley: The Insanely Great Story of How the Mac Was Made*. O'Reilly Books. ISBN 978-0-596-00719-5. OCLC 774133318 (https://www.world cat.org/oclc/774133318).
- Kunkel, Paul (1997). *AppleDesign: The Work of the Apple Industrial Design Group* (https://ar chive.org/details/DTCA3DOC-230_industrial_design). ISBN 978-1-888001-25-9. OCLC 450559301 (https://www.worldcat.org/oclc/450559301).
- Lashinsky, Adam (2013). *Inside Apple: How America's Most Admired—and Secretive— Company Really Works*. ISBN 978-1-4555-1216-4. OCLC 984131988 (https://www.worldcat. org/oclc/984131988).
- O'Grady, Jason D. (2009). *Apple Inc*. ABC-CLIO. ISBN 978-0-313-36244-6.
- Levy, Steven (2000) [1994]. *Insanely Great: The Life and Times of Macintosh, the Computer That Changed Everything*. New York: Penguin Books. ISBN 978-0-14-029177-3. OCLC 474924791 (https://www.worldcat.org/oclc/474924791).
- Linzmayer, Owen (2004). *Apple Confidential 2.0*. No Starch Press. ISBN 978-1-59327-010-0. OCLC 921280642 (https://www.worldcat.org/oclc/921280642).
- Rose, Frank (1990). *West of Eden: The End of Innocence at Apple Computer* (https://archiv e.org/details/westofedenendofi00rose). Penguin Books. ISBN 978-0-14-009372-8. OCLC 924684399 (https://www.worldcat.org/oclc/924684399).
- Sculley, John; Byrne, John A. (1990) [October 1, 1987]. *Odyssey: Pepsi to Apple ... A Journey of Adventure, Ideas and the Future*. Diane Pub Co. ISBN 978-0-7881-6949-6. OCLC 947796756 (https://www.worldcat.org/oclc/947796756).
- Wozniak, Steve; Smith, Gina (2006). *iWoz: From Computer Geek to Cult Icon: How I Invented the Personal Computer, Co-Founded Apple, and Had Fun Doing It*. W. W. Norton & Company. ISBN 978-0-393-06143-7. OCLC 502898652 (https://www.worldcat.org/oclc/5028 98652).
- Young, Jeffrey S. (1988). *Steve Jobs: The Journey Is the Reward*. Lynx Books. ISBN 978-1-55802-378-9. OCLC 502695173 (https://www.worldcat.org/oclc/502695173).
- Young, Jeffrey S.; Simon, William L. (2005). *iCon Steve Jobs: The Greatest Second Act in the History of Business* (https://archive.org/details/iconstevejobsgre00jeff). John Wiley & Sons. ISBN 978-0-471-72083-6. OCLC 487439489 (https://www.worldcat.org/oclc/4874394 89).

# External links

- Official website (https://www.apple.com/) ✎
- Business data for Apple Inc.: Bloomberg (https://www.bloomberg.com/quote/AAPL:US) · Google (https://www.google.com/finance?q=AAPL:NASDAQ) · Reuters (https://www.reuters. com/markets/companies/AAPL.O) · SEC filings (https://www.sec.gov/cgi-bin/browse-edgar? action=getcompany&CIK=320193) · Yahoo! (https://finance.yahoo.com/quote/AAPL)

- Apple Inc. companies (https://opencorporates.com/corporate_groupings/Apple) grouped at OpenCorporates

Retrieved from "https://en.wikipedia.org/w/index.php?title=Apple_Inc.&oldid=1116321390"

---

**This page was last edited on 16 October 2022, at 00:19 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.