# Exhibit N

US008224927B2

(12) **United States Patent**
Lydon et al.

(10) Patent No.: **US 8,224,927 B2**
(45) Date of Patent: **Jul. 17, 2012**

(54) **PROTOCOL FOR REMOTE USER INTERFACE FOR PORTABLE MEDIA DEVICE WITH DYNAMIC PLAYLIST MANAGEMENT**

(75) Inventors: **Gregory T. Lydon**, Santa Cruz, CA (US); **Lawrence G. Bolton**, Fremont, CA (US); **Emily Clark Schubert**, San Jose, CA (US)

(73) Assignee: **Apple Inc.**, Cupertino, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 797 days.

(21) Appl. No.: **12/200,668**

(22) Filed: **Aug. 28, 2008**

(65) **Prior Publication Data**

US 2009/0059512 A1     Mar. 5, 2009

**Related U.S. Application Data**

(60) Provisional application No. 60/969,948, filed on Sep. 4, 2007.

(51) **Int. Cl.**
*G06F 15/16*          (2006.01)

(52) **U.S. Cl.** ......................................... **709/218**; 709/217

(58) **Field of Classification Search** ............. 361/679.41; 709/217, 218
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 5,964,847 | A | 10/1999 | Booth, III et al. |
| 5,986,979 | A | 11/1999 | Bickford et al. |
| 6,232,539 | B1 | 5/2001 | Looney et al. |
| 6,725,061 | B1 | 4/2004 | Hutchison, IV et al. |
| 6,728,729 | B1 | 4/2004 | Jawa et al. |
| 6,879,843 | B1 | 4/2005 | Kim |
| 7,167,935 | B2 | 1/2007 | Hellberg |
| 7,187,947 | B1 | 3/2007 | White et al. |
| 7,293,122 | B1 * | 11/2007 | Schubert et al. ................ 710/62 |
| 7,299,304 | B2 | 11/2007 | Saint-Hilaire et al. |
| 7,765,326 | B2 | 7/2010 | Robbin et al. |
| 7,823,214 | B2 | 10/2010 | Rubinstein et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

GB          2405718  A       3/2005

(Continued)

OTHER PUBLICATIONS

UK Intellectual Property Office Search Report GB0815716.6 dated Nov. 27, 2008.

(Continued)

*Primary Examiner* — Wing Chan
*Assistant Examiner* — Andrew Woo
(74) *Attorney, Agent, or Firm* — Kilpatrick Townsend & Stockton LLP

(57) **ABSTRACT**

Remote user interfaces for portable media devices provided improved access by accessories to media assets and metadata stored in a database of a portable media device, enhancing a user's ability to control operation of the portable media device using a remote user interface provided by the accessory. In one example, an accessory can determine whether the database of the portable media device was updated while the portable media device was disconnected from the accessory. In a second example, an accessory can create and manage a playlist for the portable media device and can incorporate into the playlist tracks already queued for playback when the accessory connects to the portable media device. In a third example, an accessory can obtain database navigation history and initialize a database navigation interface to match the database navigation history.

**26 Claims, 7 Drawing Sheets**



**US 8,224,927 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,835,809 | B2 | 11/2010 | Griffin, Jr. |
| 2002/0010759 | A1* | 1/2002 | Hitson et al. ................. 709/219 |
| 2002/0132651 | A1 | 9/2002 | Jinnouchi |
| 2002/0151327 | A1 | 10/2002 | Levitt |
| 2002/0173273 | A1 | 11/2002 | Spurgat et al. |
| 2002/0197955 | A1 | 12/2002 | Witkowski et al. |
| 2003/0079038 | A1 | 4/2003 | Robbin et al. |
| 2004/0019497 | A1* | 1/2004 | Volk et al. .......................... 705/1 |
| 2004/0170386 | A1* | 9/2004 | Mikawa .......................... 386/69 |
| 2004/0242224 | A1 | 12/2004 | Janik et al. |
| 2004/0267825 | A1 | 12/2004 | Novak et al. |
| 2007/0050458 | A1 | 3/2007 | Rotzoll et al. |
| 2007/0056013 | A1 | 3/2007 | Duncan |
| 2007/0077784 | A1* | 4/2007 | Kalayjian et al. ............... 439/61 |
| 2007/0086724 | A1* | 4/2007 | Grady et al. .................... 386/46 |
| 2007/0156779 | A1 | 7/2007 | Ho et al. |
| 2007/0226384 | A1 | 9/2007 | Robbin et al. |
| 2009/0060225 | A1 | 3/2009 | Lydon et al. |
| 2009/0062947 | A1 | 3/2009 | Lydon et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 00/60450 A1 | 10/2000 |
| WO | WO 03/036541 A1 | 5/2003 |
| WO | WO 03/036957 A1 | 5/2003 |
| WO | WO 2004/084413 A1 | 9/2004 |
| WO | WO 2005/115107 A | 12/2005 |
| WO | WO 2005/116892 A1 | 12/2005 |
| WO | WO 2006/007084 A1 | 1/2006 |
| WO | WO 2008/004045 A1 | 1/2008 |
| WO | WO 2008/085869 A2 | 7/2008 |
| WO | WO 2009/032708 A2 | 3/2009 |

### OTHER PUBLICATIONS

UK Intellectual Property Office Search Report GB0815718.2 dated Nov. 27, 2008.

UK Intellectual Property Office Search Report GB0815719.0 dated Nov. 28, 2008.

MAXTech Technology Ltd., CES 2000/Las Vegas, Jan. 6-9, 2000, [on line], [retrieved on Sep. 26, 2008]. Retrieved from the Internet <URL: http://web.archive.org/web/20000930170634/www.maxtech.com.hk/t-details.htm>. 2 pages.

MAXTech Technology Ltd., CES 2000/Las Vegas, Jan. 6-9, 2000, [online], [retrieved on Sep. 23, 2008]. Retrieved from the Internet <URL: http://web.archive.org/web/20010223230441/www.maxtech.com.hk/g-p06.htm>. 2 pages.

iPod Classic User's Guide, acquired from apple.com, 2002; 44 pages.

"Neuros MP3 Digital Audio Computer," www.neurosaudio.com downloaded Apr. 9, 2003, 6 pages.

Sinitsyn, "Synchronization Framework for Personal Mobile Servers," Pervasive Computing and Communications Workshops (PERCOMW'04), Proceedings of the Second IEEE Annual Conference, Piscataway, NJ, USA, IEEE, Mar. 14, 2004, pp. 208-212.

International Search Report PCT/US2008/074505 mailed Apr. 7, 2009.

Combine Search and Examination Report under Sections 17 and 18(3) of Mar. 3, 2010 for GB Patent Application No. GB1001445.4, 5 pages.

Final Office Action of Feb. 24, 2012 for U.S. Appl. No. 12/200,651, 17 pages.

Non-Final Office Action of Sep. 16, 2011 for U.S. Appl. No. 12/200,651; 17 pages.

* cited by examiner



*FIG. 1A*



*FIG. 1B*



*FIG. 2*



*FIG. 3*



*FIG. 4A*



*FIG. 4B*



*FIG. 5*



*FIG. 6*

US 8,224,927 B2

**1**

## PROTOCOL FOR REMOTE USER INTERFACE FOR PORTABLE MEDIA DEVICE WITH DYNAMIC PLAYLIST MANAGEMENT

### CROSS-REFERENCES TO RELATED APPLICATIONS

This application claims the benefit of U.S. Provisional Patent Application No.: 60/969,948, filed Sep. 4, 2007, entitled "Protocol For Remote User Interface," which disclosure is incorporated herein by reference in its entirety.

### FIELD OF THE INVENTION

The present invention relates generally to portable media devices such as media players and accessories and in particular to a protocol allowing an accessory to provide a remote user interface for a portable media device.

### BACKGROUND OF THE INVENTION

A portable media device can store media assets, such as audio tracks, video tracks or photos that may be played or displayed on the portable media device. Examples of portable media devices are the iPod® and the iPhone™ portable media devices, which are available from Apple Inc. of Cupertino, Calif. Often, a portable media device acquires its media assets from a host computer that serves to enable a user to manage media assets. As an example, the host computer may execute a media management application to manage media assets. One example of a media management application is iTunes®, produced by Apple Inc.

A portable media device typically includes one or more connectors or ports that may be used to interface with other devices. For example, the connector or port may enable the portable media device to couple to a host computer, be inserted into a docking system, or receive an accessory device. In the case of the iPod®, for example, a vast array of accessory devices have been developed that may interconnect to the portable media device. For example, a remote control may be connected to the connector or port to allow the user to remotely control the portable media device. As another example, an automobile may include a connector and the portable media device may be inserted onto the connector such that an automobile media system may interact with the portable media device, thereby allowing the media content on the portable media device to be played within the automobile. In another example, a digital camera may be connected to the portable media device to download images and the like.

Portable media devices commonly connect with remote devices for playback or presentation of media assets stored on the portable media device. A user may want to dock a portable media device to a home stereo system (or in-vehicle stereo system), for example, and play back songs stored on the portable media device but with sound experience provided by the home stereo system. In such situations, it is convenient for the user to be able to operate the portable media device remotely, e.g., using controls of the home stereo system or a remote control device that communicates with the portable media device. In such situations, it is convenient for the reo system.

It has been known to provide a remote user interface for a portable media device via an accessory. A communication protocol is provided, via which the accessory and the portable media device can exchange instructions and information.

**2**

Using suitable command signals, the accessory can invoke the playback functions of the portable media device and can obtain certain information about media assets stored on the portable media device.

### BRIEF SUMMARY OF THE INVENTION

Existing remote user interface protocols, while enhancing convenience, do not provide all of the functionality that would be available through the user interface of a portable media device. For example, such protocols do not provide the ability to create or modify a playlist on the fly via the remote user interface. As another example, existing protocols do not allow the accessory's remote user interface to initialize in the same state that the portable media device's user interface had at the time the portable media device was connected to the accessory. Thus, for instance, if the user selects a media asset or group of assets for playback via the portable media device's own interface and thereafter connects the portable media device to the accessory, the remote interface does not present the same state of the database navigation process; the user has to begin again at the starting point of database navigation. Such discontinuities in interface state can make the transition from the portable media device's interface to the remote interface awkward and non-intuitive for the user.

The present invention relates to remote user interfaces with improved remote access by an accessory to media assets and metadata stored in a database of a portable media device, enhancing a user's ability to control operation of the portable media device using a remote user interface provided by the accessory. In one embodiment, each time the portable media device re-connects to the accessory, the accessory can determine whether the database of the portable media device was updated while the portable media device was disconnected from the accessory. Consequently, the accessory can cache information obtained from the portable media device and can continue to use cached information across multiple connection/disconnection cycles, for at least as long as the database is not updated. This can reduce the burden on the communication path between the accessory and the portable media device by reducing redundant requests for information.

In another embodiment, the accessory can be used to manage a remote playlist for the portable media device. The remote playlist can be created, modified, and deleted on the fly by the user interacting with the remote user interface provided by the accessory. The accessory can provide user selections from the database to the portable media device and instruct the portable media device to add the selections to the remote playlist; the selections can include a single media asset or a group of media assets (e.g., all songs on an album). The accessory can create the remote playlist starting from an empty list or from a list of media assets that were queued for playback at the time the portable media device became connected to the accessory.

In another embodiment, the accessory can obtain database selection history information from the portable media device. For example, if the portable media device becomes connected to the accessory at a time when one or more media assets are queued for playback in the portable media device, the portable media device can provide the accessory with information about the queued media assets and also information about a navigational path that the user followed to select the queued media assets via the portable media device's own user interface. The accessory can then initialize the remote user interface into the same state, for purposes of database navigation, as the portable media device's own user interface. The result can be a more seamless transition for the user from

**3**

using the portable media device's interface to communicating with the portable media device via the remote user interface of the accessory.

The following detailed description together with the accompanying drawings will provide a better understanding of the nature and advantages of the present invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1**A and **1**B illustrate docking of a portable media device ("PMD") and an entertainment system to provide a remote user interface for a PMD according to embodiments of the present invention.

FIG. **2** is a block diagram of a system including a PMD and accessory according to an embodiment of the present invention.

FIG. **3** is a flow diagram of a process that can be used by an accessory when a PMD becomes connected to determine whether to use an existing cache of PMD information according to an embodiment of the present invention.

FIGS. **4**A and **4**B are a flow diagram of process that can be used by an accessory to build and manage a remote playlist for a PMD according to an embodiment of the present invention.

FIG. **5** is a flow diagram of a process that can be used by an accessory to detect and interact with a temporary playlist already existing in a PMD according to an embodiment of the present invention.

FIG. **6** is a flow diagram of process that can be used by an accessory to recreate a pre-existing database navigation path of a PMD according to an embodiment of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

A remote user interface provides improved remote access by an accessory to media assets and metadata stored in a database of a portable media device, enhancing a user's ability to control operation of the portable media device using a remote user interface provided by the accessory. In one embodiment, each time the portable media device re-connects to the accessory, the accessory can determine whether the database of the portable media device was updated while the portable media device was disconnected from the accessory. Consequently, the accessory can cache information obtained from the portable media device and can continue to use cached information across multiple connection/disconnection cycles, for at least as long as the database is not updated. This can reduce the burden on the communication path between the accessory and the portable media device by reducing redundant requests for information.

In another embodiment, the accessory can be used to manage a remote playlist for the portable media device. The remote playlist can be created, modified, and deleted on the fly by the user interacting with the remote user interface provided by the accessory. The accessory can provide user selections from the database to the portable media device and instruct the portable media device to add the selections to the remote playlist; the selections can include a single media asset or a group of media assets (e.g., all songs on an album). The accessory can create the remote playlist starting from an empty list or from a list of media assets that were queued for playback at the time the portable media device became connected to the accessory.

**4**

In another embodiment, the accessory can obtain database selection history information from the portable media device. For example, if the portable media device connects to the accessory at a time when one or more media assets are queued for playback in the portable media device, the portable media device can provide the accessory with information about the queued media assets and also information about a navigational path that the user followed to select the queued media assets via the portable media device's own user interface. The accessory can then initialize the remote user interface into the same state, for purposes of database navigation, as the portable media device's own user interface. The result can be a more seamless transition for the user from using the portable media device's interface to communicating with the portable media device via the remote user interface of the accessory.

System Overview

FIG. **1**A illustrates portable media device ("PMD") **105** that can be docked with entertainment system **110** according to an embodiment of the present invention. Entertainment system **110** may be, e.g., a home audio system, a home theater system, an in-vehicle audio system, or the like. PMD **105** in this embodiment has a user interface that includes touch screen **115**, which displays information and responds to pressure by the user to receive user input. It is to be understood that other user interfaces and user interface components may be substituted.

Entertainment system **110** includes user interface **125**, which can include, e.g., control knobs **126** and display device **127**. Display device **127** can be a text-based display as shown, graphical or video display, or the like. In accordance with an embodiment of the present invention, while PMD **105** is docked with entertainment system **110**, a user can operate PMD **105** by operating control knobs **126** and can obtain information about the current state of PMD **105** by viewing display **127**.

FIG. **1**B illustrates an embodiment in which entertainment system **110** can be operated by remote control unit **130**, which communicates wirelessly (e.g., using radio frequency or infrared signaling) with entertainment system **110**. Remote control unit **130** includes display screen **135** and control buttons **136** (or other input devices). In accordance with another embodiment of the present invention, while PMD **105** is docked with entertainment system **110**, a user can operate PMD **105** by operating control buttons **136** or other user input controls that may be present on remote control unit **130** and can obtain information about the current state of PMD **105** by viewing display screen **135**. It will be appreciated that the system configurations of FIGS. **1**A and **1**B are illustrative and that variations and modifications are possible. Any type of accessory that provides a user interface with user input controls and a display (or other device capable of communicating interface-related feedback to the user) can be used in connection with the present invention.

FIG. **2** is a block diagram of system **200** according to an embodiment of the present invention. System **200** can include PMD **202** (e.g., implementing PMD **105** of FIGS. **1**A and **1**B) and an accessory **220** (e.g., implementing entertainment system **110** of FIGS. **1**A and **1**B).

PMD **202** in this embodiment can provide media player capability. PMD **202** can include processor **204**, storage device **206**, user interface **208**, and accessory input/output (I/O) interface **214**. Processor **204** in this embodiment can implement playback engine **210** and database engine **212**, e.g., as software programs executed by processor **204**.

Storage device **206** may be implemented, e.g., using disk, flash memory, or any other non-volatile storage medium. In some embodiments, storage device **206** can store media

assets **207** (also referred to herein as "tracks"), such as audio, video, still images, or the like, that can be played by host device **202**. Storage device **206** can implement a database that stores media assets **207** and also stores metadata records **209** associated with each media asset **207**. The metadata record **209** for a given asset can include various fields, e.g., a media type (audio track, video track, audio book, still image, etc.); an asset title; a name of an artist or performer associated with the asset; composer or author information; asset length; chapter information; album information; lyrics; information about associated artwork or images; description of the asset; and so on. The database can also include "playlists" **211**, which are lists of assets that can be played sequentially by playback engine **210**. Playlists can include user-created playlists and/or automatically generated playlists. (It is to be understood that playback engine **210** can also have the capability to "shuffle" a playlist **211** and play the tracks of the playlist in a random order; user interface **208** can be used to turn shuffle on or off.)

Storage device **206** can also store other information such as information about a user's contacts (names, addresses, phone numbers, etc.); scheduled appointments and events; notes; and/or other personal information. In still other embodiments, storage device **206** can store one or more programs to be executed by processor **204** (e.g., video game programs, personal information management programs, programs implementing playback engine **210** and/or database engine **212**, etc.).

User interface **208** may include input controls such as a touch pad, touch screen, scroll wheel, click wheel, dial, button, keypad, microphone, or the like, as well as output devices such as video screen, indicator lights, speakers, headphone jacks or the like, together with supporting electronics (e.g., digital-to-analog or analog-to-digital converters, signal processors or the like). A user can operate the various input controls of user interface **208** to invoke the functionality of PMD **202** and can view and/or hear output from PMD **202** via user interface **208**.

Processor **204**, which can be implemented as one or more integrated circuits (e.g., a conventional microprocessor or microcontroller), can control the operation of PMD **202**. For example, in response to user input signals provided by user interface **208**, processor **204** can operate database engine **212** to navigate a database of assets **207** stored in storage device **206** in response to user input and can display lists of selected assets **207** using some or all of the associated metadata **209** to identify each selected asset **207**. Processor **204** can respond to user selection of an asset **207** by transferring asset information to playback engine **210**. Playback engine **210** can play an asset **207** or a playlist **211** of assets; assets to be played can be selected by the user interacting with database engine **212**. In some embodiments, playback engine **210** can also store and play a temporary playlist (e.g., an "on the go" playlist as supported in certain iPod® media players) created by the user interacting with user interface **208**.

Accessory I/O interface **214** can allow PMD **202** to communicate with various accessories. For example, accessory I/O interface **214** might support connections to an external speaker dock, a radio (e.g., FM, AM and/or satellite) tuner, an in-vehicle entertainment system, an external video device, or the like. In one embodiment, accessory I/O interface **214** includes a 30-pin connector corresponding to the connector used on iPod® products manufactured and sold by Apple Inc. Alternatively or additionally, accessory I/O interface **214** can include a wireless interface (e.g., Bluetooth or the like).

In some embodiments, PMD **202** can also use accessory I/O interface **214** to communicate with a host computer (not explicitly shown) that executes a media asset management

program (such as the iTunes® media asset management program distributed by Apple Inc.). The media asset management program can enable a user to add media assets **207** to PMD **202** and/or remove media assets from PMD **202**. The user can also update metadata **209** associated with media assets **207** on PMD **202**. In some embodiments, the user can also interact with the media asset management program to create and update playlists **211**. In one embodiment, the host computer maintains a master database of media assets (including associated metadata and playlists), and the media asset management program synchronizes the master database with the database maintained on storage device **206** of PMD **202** automatically whenever PMD **202** connects to the host computer.

Accessory **220** includes controller **224**, user interface **222**, PMD I/O interface **226**, cache **228**, and media output device **230**. Controller **224** can include, e.g., a microprocessor or microcontroller executing program code to perform various functions such as digital audio decoding, analog or digital audio and/or video processing, and the like. User interface **222** may include input controls such as a touch pad, touch screen, scroll wheel, click wheel, dial, button, keypad, microphone, or the like, as well as output devices such as video screen, indicator lights, speakers, headphone jacks or the like, together with supporting electronics (e.g., digital-to-analog or analog-to-digital converters, signal processors or the like). Alternatively, output components of user interface **222** can be integrated with media output device **230**. A user can operate the various input controls of user interface **222** to invoke the functionality of accessory **220** and can view and/or hear output from accessory **220** via user interface **222**. In addition, a user can operate PMD **202** via user interface **222**.

PMD I/O interface **226** can allow accessory **220** to communicate with PMD **202** (or another PMD). Examples are described below.

Cache **228**, which can be implemented using volatile and/or nonvolatile memory provides storage for various information including information obtained from PMD **202**. For example, as described below, accessory **220** can obtain some or all of metadata **209** and/or playlists **211** from PMD **202**. Any or all of this information can be stored in cache **228**. Caching of information obtained from PMD **202** by accessory **220** is optional; where used, caching can help speed up performance of accessory **220** by avoiding repeated requests for information from PMD **202**.

Media output device **230**, which can be implemented, e.g., as one or more integrated circuits, provides the capability to output various types of media. For example, media output device **230** can include a display screen or a driver circuit and connector for an external display screen, thereby enabling video and/or still images to be presented to a user. Additionally or instead, media output device **230** can also include one or more speakers or driver circuits and connectors for external speakers, thereby enabling audio to be presented to a user. In one embodiment, controller **224** can receive media content signals from PMD **202** via PMD I/O interface **226** and can provide the signals with or without further processing to media output device **230**; media output device **230** can transform the signals as appropriate for presentation to the user.

Accessory **220** can be any accessory that provides a user interface suitable to navigating a database. Examples of accessories implementing accessory **220** include, e.g., an external speaker dock, a radio (e.g., FM, AM and/or satellite) tuner, an in-vehicle entertainment system, an external video device, or the like. In one embodiment, PMD I/O interface **226** includes a 30-pin connector that mates with the connector used on iPod® products manufactured and sold by Apple Inc.

US 8,224,927 B2

**7**

PMD I/O interface **226** can also include other types of connectors, e.g., Universal Serial Bus (USB) or FireWire connectors. Alternatively, PMD I/O interface **226** can include a wireless interface (e.g., Bluetooth or the like).

It will be appreciated that the system configurations and components described herein are illustrative and that variations and modifications are possible. The PMD and/or accessory may have other capabilities not specifically described herein.

Protocol Overview

Accessory I/O interface **214** of PMD **202** and PMD I/O interface **226** of accessory **220** allow PMD **202** to be connected to accessory **220** and subsequently disconnected from accessory **220**. As used herein, PMD **202** and accessory **220** are "connected" whenever a communication channel between accessory I/O interface **214** and PMD I/O interface **226** is open and are "disconnected" whenever the communication channel is closed. Connection can be achieved by physical attachment (e.g., between respective mating connectors of PMD **202** and accessory **220**), by an indirect connection such as a cable, or by establishing a wireless communication channel. Similarly, disconnection can be achieved by physical detachment, disconnecting a cable, powering down accessory **220** or PMD **202**, or closing the wireless communication channel. Thus, a variety of communication channels may be used, including wired channels such as USB, FireWire, or universal asynchronous receiver/transmitter ("UART"), or wireless channels such as Bluetooth.

Regardless of the particular communication channel, as long as PMD **202** and accessory **220** are connected to each other, the devices can communicate by exchanging commands and data according to a protocol. The protocol defines a format for sending messages between PMD **202** and accessory **220**. For instance, the protocol may specify that each message is sent in a packet with a header and an optional payload. The header provides basic information (e.g., a start indicator, length of the packet, and a command to be processed by the recipient), while the payload provides any data associated with the command; the amount of associated data can be different for different commands, and some commands may provide for variable-length payloads. In some embodiments, the commands may be defined such that a particular command is valid in only one direction. The packet can also include error-detection or error-correction codes as known in the art.

The protocol can define a number of "lingoes," where a "lingo" is a group of related commands that can be supported (or unsupported) by various classes of accessories. In one embodiment, a command can be uniquely identified by a first byte identifying the lingo to which the command belongs and a second byte identifying the particular command within the lingo. Other command structures may also be used. It is not required that all accessories, or all PMDs to which an accessory can be connected, support every lingo defined within the protocol.

In some embodiments, every accessory **220** and every PMD **202** that are designed to be interoperable with each other support at least a "general" lingo that includes commands common to all such devices. The general lingo can include commands enabling the PMD and the accessory to identify and authenticate themselves to each other and to provide general information about their respective capabilities, including which (if any) other lingoes each supports. The general lingo can also include authentication commands that the PMD can use to verify the purported identity and capabilities of the accessory (or vice versa), and the accessory (or

**8**

PMD) may be blocked from invoking certain commands or lingoes if the authentication is unsuccessful.

A command protocol supported by PMD **202** and accessory **220** can include a "remote user interface" lingo (or other group of commands) that can be used to communicate commands and data related to permitting a user to control the operation of PMD **202** by operating accessory **220**. The remote user interface lingo can include commands that accessory **220** can send to PMD **202** to start and stop playback; to obtain information about a currently playing media asset (also referred to herein as a "track"); to interact with database engine **212** to navigate the database of media assets stored in PMD **202** and select a track or group of tracks to be played; and to control various settings (e.g., equalizer, audio book speed, etc.) of PMD **202**. Such functionality has been implemented in a remote user interface lingo of previous iPod® media players.

Embodiments of the present invention provide enhanced capability to control PMD **202** via a remote user interface lingo (or other group of commands).

Detecting Intervening Synchronization

In some embodiments, accessory **220** may cache database information from PMD **202**, including metadata **209** related to all or some of media assets **207**, e.g., in cache **228**. Previously, when PMD **202** was disconnected from accessory **220**, any cache maintained by accessory **220** would become invalid. This was necessary because the database of PMD **202** can be updated (e.g., through synchronizing with a host computer) while PMD **202** is disconnected from accessory **220**; accessory **220** had no way to determine whether any update had occurred.

One embodiment of the present invention allows accessory **220** to determine whether PMD **202** did or did not update its database while it was disconnected from accessory **220**. The remote user interface lingo can include the following commands that can be invoked, e.g., when PMD **202** becomes connected:

(1) A GetDBSyncInfo command, sent by accessory **220** to PMD **202** to request information related to the last synchronization of PMD **202** with a host computer. This command can have an associated parameter that indicates the type of database synchronization information requested. One type of information can be a database identifier ("DBID") that is fixed for a particular combination of PMD **202** and host computer database to which that PMD **202** synchronizes. Another type of information can be a synchronization index ("SyncID") that changes every time PMD **202** synchronizes with its host computer and otherwise remains constant. Other types of information can include, e.g., the date and time of the last synchronization between PMD **202** and its host computer as well as counts of various types of media assets stored on PMD **202**.

(2) A RetDBSyncInfo command, sent by PMD **202** in response to the GetDBSyncInfo command. This command is used to return the requested database synchronization information.

When PMD **202** becomes connected, accessory **220** can use these commands to obtain database synchronization information from PMD **202**. Comparing the newly obtained database synchronization information to cached database synchronization information obtained before PMD **202** last disconnected can indicate whether a synchronization operation occurred since the last time PMD **202** was connected and consequently whether the database of PMD **202** may have been updated. If no synchronization operation (or other database update) has occurred, then accessory **220** can treat any

**9**

previously cached data as valid. If a synchronization operation has occurred, then accessory **220** can treat previously cached data as invalid.

FIG. **3** is a flow diagram of process **300** that can be used by accessory **220** when PMD **202** connects to determine whether to use existing data in cache **228** according to an embodiment of the present invention. Process **300** starts (step **302**) when PMD **202** is not connected to accessory **220**. At step **304**, accessory **220** attempts to detect that PMD **202** has been connected. Detecting connection may include, e.g., detecting an electrical contact made via a connector or detecting a wireless signal indicating that PMD **202** is ready to communicate with accessory **220**. Process **300** can wait at step **304** until such time as connection of PMD **202** is detected.

At step **306**, once PMD **202** is connected, accessory **220** can identify itself to PMD **202**. Identification may include, e.g., sending a command to PMD **202** indicating that accessory **220** supports the remote user interface lingo. Step **306** may also include performing an authentication procedure, e.g., using digital signatures, to confirm that accessory **220** is authorized to invoke the remote user interface functionality of PMD **202**. Step **306** can also include PMD **202** identifying and/or authenticating itself to accessory **220**.

At step **308**, accessory **220** can initiate the remote user interface operating mode of PMD **202**. In this mode, PMD **202** can disable its own user interface and operate in response to commands received from accessory **220**. In one embodiment, accessory **220** may send an EnterRemoteUIMode command to PMD **202** to initiate the remote user interface mode. In other embodiments, PMD **202** may automatically enter the remote user interface mode based on the identification of accessory **220** at step **306**.

At step **310**, accessory **220** can request database identifying information from PMD **220**, e.g., by sending a GetDB-SyncInfo command with the parameter set to request the DBID. At step **312**, accessory **220** can receive the DBID (or other requested database identifying information) from PMD **220**; for instance, PMD **220** may send a RetDBSyncInfo command whose payload includes the DBID.

At step **314**, accessory **220** can request database synchronization information from PMD **220**, e.g., by sending a Get-DBSyncInfo command with the parameter set to request the SyncID or by sending a GetDBSyncInfo command with the parameter set to request synchronization data and/or time information. At step **316**, accessory **220** can receive the requested database synchronization information from PMD **220**; for instance, PMD **220** may send a RetDBSyncInfo command whose payload includes the requested database synchronization information.

At step **318**, accessory **220** can compare the received database identifying information to cached database identifying information stored in cache **228** (e.g., from a previous execution of process **300**). If the cached information does not match the received information, then the cache can be invalidated as described below.

If, at step **318** the cached database ID and the received database ID are the same, accessory **220** can compare the received synchronization information to cached synchronization information stored in cache **228** (e.g., from a previous execution of process **300**). If the cached synchronization information matches the received synchronization information, then accessory **220** determines (step **322**) that PMD **202** did not synchronize with a host computer while it was disconnected from accessory **220**. Therefore, at step **324**, accessory **220** can continue to use any existing cached information regarding the content of PMD **202** that may be present in cache **228**.

**10**

If, at step **320**, the cached synchronization does not match the received synchronization information, accessory **220** can determine (step **326**) that PMD **202** synchronized with a host computer while it was disconnected from accessory **220**. At step **328**, accessory **220** can invalidate the contents of cache **228**, and at step **330**, accessory **220** can cache the current database ID and synchronization information. In another embodiment, accessory **220** can update the information stored in cache **228**, e.g., using commands described below to request updated metadata for each track for which metadata is present in cache **228**. Thereafter process **300** ends (step **332**), although accessory **220** and PMD **202** can remain connected and can continue to operate in the remote user interface mode. For example, accessory **220** can initialize its display to present a remote user interface menu to the user and wait for user input. While accessory **220** and PMD **202** remain connected, accessory **220** can cache various information received from PMD **202**, such as metadata for a particular track (e.g., track type, track name, artist, album, genre, etc.).

It will be appreciated that process **300** is illustrative and that variations and modifications are possible. Steps described as sequential may be executed in parallel, order of steps may be varied, and steps may be modified or combined. If the media assets and metadata stored on PMD **202** change only during synchronization with a host computer, then any time PMD **202** re-connects to accessory **220**, accessory **220** can use process **300** or other processes using the commands described above to determine whether the database of PMD **202** was updated while PMD **202** was disconnected from accessory **220**. Consequently, accessory **220** can cache information obtained from PMD **202** and can continue to use cached information across multiple connection/disconnection cycles, for at least as long as a database synchronization operation between PMD **202** and a host computer does not occur. This can reduce the burden on the communication path between accessory **220** and PMD **202** by reducing redundant requests for information. Further, accessory **220** in some embodiments can maintain cached information for multiple PMDs. For example, the cache can be physically or logically partitioned with each partition being associated with a different DBID. In this case, when a PMD connects, accessory **220** can compare the DBID to the DBID associated with each partition to determine which partition of the cache pertains to the currently connected PMD. Thereafter, accessory **220** can use the synchronization information to determine whether cached information in the pertinent partition should be invalidated.

In some embodiments PMD **202** may be able to update its database without synchronizing with a host computer. For example, PMD **202** may provide a wired or wireless Internet connection and may be able to download assets via the Internet without intervention by a host computer. In such embodiments, if PMD **202** updates its synchronization information whenever the database content changes, process **300** can still be used by accessory **220** to determine whether cached information is reliable.

In still other embodiments, PMD **202** may provide a database identifier that changes whenever PMD **202** synchronizes with a host computer. Accessory **220** can then detect an intervening synchronization operation from the database identifier without requesting additional synchronization information.
Obtaining Media Asset Metadata

While in remote user interface mode, accessory **220** may obtain metadata about media assets that are stored on PMD **202** including not only the currently playing track but also other tracks as well. For example, in one embodiment, playback engine **210** of PMD **202** may already have one or more

**11**

tracks queued for playback at the time when PMD **202** becomes connected to accessory **220**. Queued tracks can include, e.g., one of the playlists stored in the database of PMD **202**, a user selection of one or more related database entries (e.g., all tracks of an album or all tracks by a particular artist), or a list of tracks selected by the user via user interface **208** of PMD **202**. In one embodiment, the following commands can be used to obtain information about tracks queued in playback engine **210**:

(1) A GetPBTrackInfo command that can be sent by accessory **220** to PMD **202** to request information for one or more tracks queued in playback engine **210**. The command parameters can include a starting track index, a track count, and a bitmask identifying the type(s) of information requested. Playback engine **210** of PMD **202** can maintain an indexed list of tracks in the playback queue, with the index corresponding to the order in which tracks are to be played. The starting track index of the GetPBTrackInfo command can identify the playback engine index for the first track of interest, and the track count can identify a range of tracks starting from the starting track index for which information is requested. In one embodiment, the track count can be set to a special value (e.g., −1) to indicate that PMD **202** should return information for all tracks in the queue, starting with the starting track identifier. Type(s) of information can include information about the track itself such as, e.g., media type (audio, video, etc.); genre information; whether the track has associated data (e.g., artwork or images, song lyrics, etc.); track identifier (e.g., as assigned by a media asset management application); track name; artist name; composer name; album name; series name and season identifier (e.g., for television shows); track duration; chapter information (for tracks that have chapters); release date of the track; etc. Other information types can relate to the user's interaction with the track, e.g., a count of the number of times the track has been played or skipped; date and time when the track was most recently played; the user's rating of the track; etc. In some embodiments, any type of information that may be stored in PMD **202** can be requested.

(2) A RetPBTrackInfo command that can be sent by PMD **202** to accessory **220** to return the requested track information. In one embodiment, accessory **220** can request information for multiple tracks with a single GetPBTrackInfo command, and PMD **202** can send a separate RetPBTrackInfo command for each track for which information was requested and for each type of information. Thus, the RetPBTrackInfo command can include a track identifier and information type identifier as parameters. PMD **202** can respond to a single GetPBTrackInfo command by sending a series of RetPBTrackInfo commands to accessory **220** in rapid succession without waiting for a response. Accessory **220** can buffer the received RetPBTrackInfo commands and process them sequentially. In some embodiments, the size of a buffer in accessory **220** may limit the number of tracks for which accessory **220** can request information using a single GetPBTrackInfo command and/or the number of information types included in a single GetPBTrackInfo command.

In other embodiments, accessory **220** can also obtain information for tracks not in the playlist of playback engine **210**. For example, a GetDBTrackInfo command and a RetDBTrackInfo command can be similar to the GetPBTrackInfo command and RetPBTrackInfo command described above, except that the track index refers to a database index based on a listing of tracks currently selected by database engine **212** rather than to an index in the playback queue. In another embodiment, a GetUIDTrackInfo command and a RetUIDTrackInfo command can be similar to the GetPBTrackInfo

**12**

command and RetPBTrackInfo command described above, except that instead of a track index and track count, a unique track identifier ("UID") is used as the input parameter. The UID is advantageously different for every track stored on PMD **202**.

Creating and Modifying Playlists Via Remote User Interface

In another embodiment of the present invention, the remote user interface protocol can include commands that allow a user to create, modify, and delete a playlist (e.g., in playback engine **210**) by interacting with user interface **222** of accessory **220**. In some embodiments, these commands can support multiple such playlists concurrently. For example, the following commands can be used:

(1) A PlaylistCreate command that can be sent by accessory **220** to PMD **202** to indicate that a new playlist (referred to herein as a "remote playlist") is to be created. This command need not include any parameters or other data.

(2) A PlaylistAck command that can be sent by PMD **202** to acknowledge playlist-related commands received from accessory **220**. In one embodiment, the PlaylistAck command includes a "playlist ID" parameter identifying the remote playlist to which the command pertains, an identifier of which playlist-related command is being acknowledged, and a status data indicating whether any errors occurred. In one embodiment, the PlaylistAck command returned in response to a PlaylistCreate command establishes the playlist identifier that is thereafter used by accessory **220** and PMD **202** to refer to the remote playlist that PMD **202** creates. The playlist ID parameter can be used to support coexistence of multiple remote playlists.

(3) A PlaylistAddTrack command that can be sent by accessory **220** to PMD **202** to indicate that a track should be added to the remote playlist. The track can be identified, e.g., using the UID described above. The command can also include the playlist ID parameter. In one embodiment, tracks are added to the end of the remote playlist identified by playlist ID.

(5) A PlaylistAddDBSelection command that can be sent by accessory **220** to PMD **202** to indicate that the track(s) currently selected by database engine **212** should be added to the remote playlist. The command can also include the playlist ID parameter. In one embodiment tracks are added to the end of the remote playlist identified by playlist ID. The addition of currently selected tracks to the remote playlist can be independent of how the selection was made. For example, in some embodiments a user can select all tracks on an album, all tracks by an artist, all tracks in a genre, etc.; once such a selection is made, the PlaylistAddDBSelection command can be used to add the selected tracks to the remote playlist.

(6) A PlaylistRemTrack command that can be sent by accessory **220** to PMD **202** to indicate that a track should be removed from the remote playlist. The track can be identified, e.g., using the UID described above. The command can include the playlist identifier as a parameter. In some embodiments, multiple tracks can be removed using a single PlaylistRemTrack command.

(7) A PlaylistSortOrder command that can be sent by accessory **220** to PMD **202** to reorder tracks in the remote playlist. Tracks can be sorted based on any available information, including genre, artist, composer, album, track, release date, series, season, episode, presence in a playlist, expiration date (e.g., in embodiments where some or all tracks may be available on PMD **220** for a limited time), and so on. The command can include the playlist ID parameter and/or a parameter identifying the information type to be used for sorting.

**13**

(8) A PlaylistDelete command that can be sent by accessory **220** to PMD **202** to indicate that the remote playlist should be deleted. (Deleting a playlist does not delete tracks from storage device **206** of PMD **202**.) The command can include the playlist identifier as a parameter.

FIGS. **4**A and **4**B are a flow diagram of process **400** that can be used by accessory **220** to build and manage a remote playlist according to an embodiment of the present invention. Referring first to FIG. **4**A, process **400** starts (step **402**) when accessory **220** is connected to PMD **202**; for example, process **300** of FIG. **3** may already have been executed. At step **404**, accessory **220** can receive a user input; process **400** can remain at step **404** until such time as a user input is received. The action to be taken depends on the user input.

At step **406**, it is determined whether the user input pertains to database navigation. In one embodiment, database navigation can be accomplished by accessory **220** presenting a menu of navigational options to a user; the options may mimic some or all of the options that would be presented on the user interface of PMD **220**. For instance, the user may initially select a media type, then select within that media type by genre, album, artist, etc. If the user input pertains to database navigation, then at step **408**, accessory **220** can send a database navigation command to database engine **212** of PMD **202** (e.g., indicating the user's selection). At step **410**, accessory **220** can receive a response to the database navigation command (e.g., providing a new list of selection options), and at step **412**, accessory **220** can update its display to reflect the result of the navigation command (e.g., displaying the new options). Conventional commands for a remote user interface can be used to implement database navigation at steps **408** and **410**. Thereafter, process **400** can return (node A) to step **404** to await the next user input.

Thus, it is to be understood that database navigation can be an iterative process. At each stage of navigation, as the user makes a selection, accessory **220** can send a navigational command to PMD **220** reporting the selection made and can receive a response indicating what content or further selections are available. For example, if the user selects a "music" or "video" media asset type, accessory **220** can send a command indicating that selection to PMD **202**; PMD **202** can respond with a list of categories within the selected media asset type. Suitable commands for database navigation are known in the art (see, e.g., U.S. Pat. No. 7,293,122 for examples; other examples are implemented in iPod® media players).

If the user input does not pertain to database navigation, then at step **414**, it is determined whether the user input pertains to adding one or more tracks to the remote playlist. For example, the user may select a single track from a list of tracks to be added to the playlist, or the user may select all tracks in a currently displayed list (e.g., all tracks of a currently selected album, all tracks by a currently selected artist, etc.). If the user input pertains to adding tracks, then at step **416**, a further determination can be made as to whether a remote playlist already exists. If a remote playlist does not already exist, accessory **220** can instruct database engine **212** of PMD **202** to create the remote playlist (step **418**), e.g., using the PlaylistCreate command described above. Accessory **220** can wait for a PlaylistAck command before proceeding to step **420** to instruct database engine **212** to add the selected track(s) to the remote playlist. For example, a single track can be added using the PlaylistAddTrack command described above; a selected list of tracks can be added using the PlaylistAddDBSelection command described above.

If, at step **416**, the remote playlist already exists, then accessory **220** can proceed directly to step **420** to add the

**14**

track(s) to the remote playlist. Once the tracks have been added, process **400** can return (node A) to step **404** to await the next user input.

If the user input does not pertain to database navigation or adding tracks to the remote playlist, then process **400** continues (node B) as shown in FIG. **4**B. At step **422**, process **400** can determine whether the user input pertains to removing one or more tracks from the remote playlist. If so, then at step **424**, accessory **220** can instruct database engine **212** to remove the track(s), e.g., using the PlaylistRemTrack command described above. Thereafter, process **400** can return (node A) to step **404** to await the next user input.

If the user input does not pertain to database navigation, adding tracks, or removing tracks, at step **426**, process **400** determines whether the user input pertains to deleting the remote playlist. If so, then at step **428**, accessory **220** can instruct database engine **212** to delete the remote playlist, e.g., using the PlaylistDelete command described above. Once the remote playlist is deleted, process **400** can end (step **430**) or return to step **404** to await further user input.

At step **432**, other user input can be processed. Such user input may pertain to, e.g., reordering the tracks of the remote playlist using the PlaylistSortOrder command; starting, pausing, or resuming playback of the remote playlist; advancing to the next track; returning to the previous track; beginning or ending fast forward or rewind operations; displaying information about the currently playing track; adjusting volume or equalizer settings, etc. In some instances, the user input may cause process **400** to end; in other instances, after processing the user input at step **432**, process **400** can return to step **404** to await further user input.

It will be appreciated that process **400** is illustrative and that variations and modifications are possible. Steps described as sequential may be executed in parallel, order of steps may be varied, and steps may be modified or combined. Using process **400** or other processes invoking the commands described above, a user can operate the remote user interface provided by accessory **220** to select a single track or group of tracks and instruct accessory **220** to add the selected track(s) to the remote playlist. The user can also remove tracks from the playlist, reorder tracks on the playlist, and control playback, all via accessory **220**.

A remote playlist can include any number of tracks. In some embodiments, an upper limit may be imposed on the number of tracks that can be included in a single remote playlist. If an attempt to add tracks (e.g., using the PlaylistAddTrack or PlaylistAddDBSelection commands described above) would result in the remote playlist exceeding the maximum number of tracks, PMD **202** can send a PlaylistAck command with status data indicating that the tracks were not added because of the limit on the number of tracks. Accessory **220** can then notify the user of the failure, e.g., by displaying a message. In other embodiments, accessory **220** may be programmed to keep a running count of the number of tracks in a remote playlist and to refuse a user request for adding additional tracks if the upper limit is exceeded; again, accessory **220** can communicate a failure message to the user. The upper limit in this instance may be established by accessory **220** or PMD **202**. For example, in the former case, a developer of accessory **220** can program or hard-wire a limit into a register. In the latter case, accessory **220** and PMD **202** may exchange additional commands related to remote playlist capability, and such commands can include a command by which PMD **202** specifies the maximum number of tracks. Thus, an upper limit on number of tracks per remote playlist can be established and/or enforced by either PMD **202** or accessory **220**.

**15**

Similarly, any number of remote playlists can be concurrently defined, provided that a unique playlist ID exists for each concurrently defined remote playlist. As with the number of tracks per remote playlist, the maximum number of remote playlists can be established and/or enforced by either PMD **202** or accessory **220**. In one embodiment, if the maximum number of remote playlists already exists, PMD **202** can respond to a further PlaylistCreate command from accessory **220** by sending a PlaylistAck command with status data indicating that the playlist was not created because the maximum number of playlists already exists. Accessory **220** can then notify the user, e.g., by displaying a message. In other embodiments, accessory **220** may be programmed to keep a running count of the number of remote playlists and to refuse a user request for creating an additional remote playlist if the upper limit has been reached; again, accessory **220** can communicate this condition to the user. The upper limit on number of remote playlists may be established by accessory **220** or PMD **202**. For example, in the former case, a developer of accessory **220** can program or hard-wire a limit into a register. In the latter case, accessory **220** and PMD **202** may exchange additional commands related to remote playlist capability, and such commands can include a command by which PMD **202** specifies the maximum number of remote playlists supported. Thus, an upper limit on the number of remote playlists can be established and/or enforced by either PMD **202** or accessory **220**.

In some embodiments where multiple remote playlists can coexist within PMD **202**, the playback ID can be included as a command parameter in the above commands to identify one of the multiple remote playlists as being subject to the command. Accessory **220** can provide user control over the multiple playlists. For example, accessory **220** may implement a user interface element (e.g., a menu item in a graphical user interface) that allows a user to request creation of a new remote playlist. In response to such a request, accessory **220** can send a PlaylistCreate command to PMD **202** and obtain (via the PlaylistAck command) a playlist ID for the new remote playlist. For manipulation of existing remote playlists, one embodiment of accessory **220** provides a menu of existing remote playlists; the user can select an existing remote playlist as a "current" playlist to which subsequent playlist-related commands are to be applied until such time as the user changes that selection. When a user input results in transmitting a playlist-related command (e.g., any of the commands described above) to PMD **202**, accessory **220** can provide the playlist ID of the current playlist as a parameter of the command. Thus, for example, a newly created remote playlist can automatically be designated as the current playlist upon creation, but the user can interact with the user interface of accessory **220** to select a different remote playlist as current at a subsequent time.

After one or more remote playlists have been created, in some embodiments a user can operate accessory **220** to view a list of remote playlists, as well as a list of tracks in a remote playlist. In one such embodiment, a list of remote playlists can appear in a listing of all playlists; this list may include, e.g., "static" playlists stored on PMD **202** that were defined via a media asset management program executing on a host computer as described above, or other playlists created using conventional techniques. The remote playlists can have default names such as "Remote Playlist 1," "Remote Playlist 2," etc. and can be grouped at the end of the list or presented elsewhere within the list. In another embodiment, the listing of remote playlists is viewed separately from the listing of other playlists.

**16**

Accessory **220** can, but is not required to, maintain a local store of information about the remote playlists it creates. In some embodiments, accessory **220** retrieves playlist-related information on demand from PMD **202**. In one embodiment, PMD **202** and accessory **220** support additional commands that allow accessory **220** to retrieve a listing of static playlists and/or information about tracks included in the static playlist. These commands can be used to retrieve listings and information for remote playlists. Alternatively, separate commands specific to remote playlists can be provided. The former option reduces the number of commands used to create and manage playlists, while the latter separates the static playlists from the remote playlists, which can be dynamically updated, thus potentially simplifying information management.

In one embodiment, the remote playlist can persist until it is deleted by the user or until PMD **202** disconnects from accessory **220**. In another embodiment, accessory **220** can cache information identifying the tracks included in the remote playlist (e.g., in cache **228**) and can restore the remote playlist automatically when PMD **202** reconnects. The cached information might include, e.g., the unique identifier (UID) of the track, database index, and/or other identifying information such as title, artist, album, etc. In some embodiments, the cached remote playlist information can be invalidated if PMD **202** was synchronized with a host computer (or its database was otherwise updated) between disconnecting from accessory **220** and reconnecting to accessory **220**. In still other embodiments, if an intervening synchronization is detected, accessory **220** can use the GetUIDTrackInfo command described above (or another command) to determine whether each track in the remote playlist is still present in PMD **202** and can automatically update the remote playlist by removing from the playlist any tracks that have been deleted from PMD **202**. Techniques described above can be used by accessory **220** to detect intervening synchronization of PMD **202** with a host computer or other intervening database updates.

In yet another embodiment, PMD **202** can be configured to store the remote playlist indefinitely. For example, the remote playlist can be stored until PMD **202** synchronizes with a host computer. Via the media asset management application of the host computer, a user can elect to add the remote playlist to playlists **211** (and assign it a persistent name) or delete the remote playlist.

As noted above, in some embodiments a user can create a temporary playlist by interacting directly with user interface **208** of PMD **202**. Thus, when PMD **202** connects to accessory **220**, playback engine **210** may already have a temporary playlist or other playlist queued for playback. In some embodiments of the present invention, accessory **220** can detect whether a temporary playlist or other playlist is already queued in playback engine **210** and can retrieve information about the queued playlist. Accessory **220** can use this information to initialize a remote playlist, which the user can then further manipulate via accessory **220**, e.g., using process **400**.

FIG. **5** is a flow diagram of a process **500** that can be used by accessory **220** to detect and interact with a temporary playlist already existing in playback engine **210** according to an embodiment of the present invention. Process **500** starts (step **502**) when PMD **202** connects to accessory **220** at step **504**. In some embodiments, step **504** can include performing all or part of process **300** of FIG. **3**.

At step **506**, accessory **220** can request playback track information from PMD **202**, e.g., using the GetPBTrackInfo command described above, with the starting track index set to 0 (the first track in the playlist) and the track count set to a

**17**

special value (e.g., −1) that designates that information is requested for all playing tracks. The information type parameter can be set to request a small amount of information for each track, to allow accessory **220** to determine how many tracks are in the currently queued playlist. At step **508**, PMD **202** returns the requested information, e.g., using one or more RetPBTrackInfo commands as described above. If no tracks are currently queued, PMD **202** may return an error message or other command signifying that playback engine **210** has no tracks queued for playback.

At step **510**, accessory **220** determines whether any tracks are currently queued in playback engine **210**; the determination can be based on the response from PMD **202** received at step **508**. If any tracks are queued, at step **512** accessory **220** can obtain additional information about the queued tracks, e.g., by sending one or more additional GetPBTrackInfo commands to PMD **202** and receiving one or more RetPB-TrackInfo commands in response. At step **514**, accessory **220** can display the remote playlist, which at this point can be identical to the playlist that was queued in playback engine **210** prior to PMD **202** connecting to accessory **220**.

At step **516**, the user can input further playback selections to accessory **220**, and at step **518**, accessory **220** combines these further selections into the remote playlist. For example, process **400** of FIG. **4** can be used to update the remote playlist. Accessory **220** can display the updated remote playlist (step **520**), incorporating the previously queued playlist as well as any user modifications, and/or begin playing the remote playlist (step **522**). Displaying and playing of the remote playlist may be responsive to user inputs to accessory **220**.

It will be appreciated that process **500** is also illustrative and that variations and modifications are possible. Steps described as sequential may be executed in parallel, order of steps may be varied, and steps may be modified or combined. As noted above, a remote playlist can persist in accessory **220**, e.g., until PMD **202** is disconnected or until a new synchronization operation between PMD **202** and its host computer occurs. In addition, in some embodiments, PMD **202** can obtain the remote playlist from accessory **220** and store the playlist, e.g., in storage device **206**. The remote playlist can thereafter be accessible directly from PMD **202**, and PMD **202** can provide the remote playlist to a host computer during a subsequent synchronization operation, either automatically or based on a user request.

Using the commands described above, accessory **220** can be used to manage a remote playlist for PMD **202**. The remote playlist can be created, modified, and deleted on the fly by the user interacting with the remote user interface provided by accessory **220**. Accessory **220** can signal user selections from the database of PMD **202** (e.g., a single media asset or a group of media assets) to PMD **202** and can instruct PMD **202** to add the selections to the remote playlist. Accessory **220** can create the remote playlist starting from an empty list or from a list of media assets that were queued for playback at the time when PMD **202** connected to accessory **220**, thus providing continuity of playback engine state when PMD **202** connects to accessory **220**. Other commands can also be used in addition to or instead of those specifically described herein.

Continuity of Database Engine State

Another embodiment provides commands via which accessory **220** can determine a database navigation path that was followed by the user prior to connecting PMD **202** to accessory **220**. Thus, upon connection, accessory **220** can reproduce not only the current database selection of database

**18**

engine **212** but also the navigation history of how the current database selection came to be made. For example, the following commands can be used:

(1) A GetDBStateForPB command that can be sent by accessory **220** to PMD **202**. In some embodiments, the accessory can specify one or more types of database information that should be provided. The GetDBStateForPB command can have, as a parameter, a bitmask with a set of bits corresponding to one or more database information types; each bit can be set or cleared to indicate whether the corresponding information type should or should not be returned. Any type of selection a user might make can be associated with a bit in the bitmask. Examples of selections include playlist, artist, album, genre, etc. In addition, information types can also pertain to a selection (or navigation) path that was followed by a user. For example, bits in the information type bitmask can be used to request information as to whether an audio or video hierarchy within the database was selected and/or what, if any, selections were made at various levels within the hierarchy (e.g., a selection of playlists, genres, albums, artists, composers, audiobooks, specific tracks, and so on). Still other information types can pertain to PMD **202** settings, such as the current shuffle setting (whether tracks will be queued for playback in the listed order or a random reordering thereof) and repeat setting (whether the content of the playback queue, or a subset thereof, will be repeated or played one time).

(2) A RetDBStateForPB command that can be sent by PMD **202** to accessory **220** in response to the GetDBState-ForPB command. The payload of the RetDBStateForPB command can include the information types specified in the GetDBStateForPB command, and in some embodiments, a separate RetDBStateForPB command can be used to return each type of information requested. In some embodiment, the payload of the RetDBStateForPB command can include navigation history information that identifies a navigational path through the database that was followed by the user of PMD **202**. For example, if the user of PMD **202** had chosen to display music tracks, then a list of artists, then a list of albums by a selected artist, then a list of songs on a selected album, thus arriving at a currently selected song, the payload of the RetDBStateForPB command can include data indicating each step of this selection path. Alternatively, if the user of PMD **202** had chosen to display music tracks, then a list of genres, then a list of albums in a selected genre, then a list of songs in the selected album, thus arriving at a currently selected song, the payload of the RetDBStateForPB command can include data indicating each step of this alternative selection path. If no database navigation was in progress, the payload of the RetDBStateForPB command may indicate a null path.

In one such embodiment, where the GetDBStateForPB command requested selection path information, the payload of each RetDBStateForPB command can include a database index value for a selection made during navigation of a database hierarchy. The information can be formatted using one byte (referred to herein as a "level byte") to identify a level within the hierarchy and one or more additional bytes (referred to herein as "index byte(s)") to a selection made at that level. A special value (e.g., −1) can be used to indicate that no selection was made at a given level.

For example, suppose that the user of PMD **202** had arrived at a currently playing song by first selecting music tracks, then selecting an artist from a list of artists, then selecting an album by the selected artist, then selecting a song from the album. In one embodiment, this information can be represented using multiple RetDBStateForPB commands, one for

US 8,224,927 B2

**19**

each selection. A first RetDBStateForPB command can include a level byte indicating "hierarchy type" and an index byte (or bytes) with a value corresponding to "music." A second RetDBStateForPB command can include a level byte indicating "artist" and an index byte with a value corresponding to the selected artist. (In one embodiment, artists represented in the database are assigned sequential index values in alphabetical order, and the index byte is the index assigned to the selected artist.) A third RetDBStateForPB command can include a level byte indicating "album" and an index byte with a value corresponding to the selected album. (As with artists, albums by an artist can be assigned sequential index values in alphabetical order.) A fourth RetDBStateForPB command can include a level byte indicating "song" and an index byte with a value corresponding to the selected song. (Again, songs in an album can be assigned sequential index values, e.g., corresponding to order of album tracks.) Additional Ret-DBStateForPB commands can also be used; e.g., a command with a level byte indicating "genre" can have an index byte indicating no selection made at that level. (Although the foregoing refers to "index byte" in the singular, it is to be understood that multiple bytes can be used to represent the index value if appropriate.)

In this embodiment, the order in which the RetDBState-ForPB commands are returned need not match the order in which selections were made. Navigation history can be reconstructed by accessory **220** based on rules of the database hierarchy implemented in PMD **202**. For example, the various selection categories such as genre, artist, album, etc. may each be given a hierarchical rank, and the selections proceed in rank order. Thus, for example, if artist has a higher rank than album, if the RetDBStateForPB command indicates that both an artist selection and an album selection were made, it follows from the rankings that the artist selection would have been made first.

PMD **202** can respond to a single GetDBStateForPB command by sending a series of RetDBStateForPB commands to accessory **220** in rapid succession without waiting for a response. Accessory **220** can buffer the received RetDBState-ForPB commands and process them sequentially. In some embodiments, the size of a buffer in accessory **220** may limit the number of tracks for which accessory **220** can request information using a single GetDBStateForPB command and/or the number of information types included in a single Get-DBStateForPB command.

The accessory can use the navigation history information in various ways. For example, if the user had selected an album before connecting PMD **202** to accessory **220**, the remote user interface provided by accessory **220** can initially display the list of tracks on the selected album. In addition, user interface **222** of accessory **220** can implement a "back" control, allowing a user to back up on a navigational path. Based on the navigational history provided by PMD **202**, accessory **220** can correctly navigate backward along a selection path even if the path was initially navigated before PMD **202** connected to accessory **220**.

FIG. **6** is a flow diagram of process **600** that can be used by accessory **220** to recreate a pre-existing database navigation path according to an embodiment of the present invention. Process **600** starts (step **602**) when PMD **202** connects to accessory **204** at step **604**. In some embodiments, step **604** can include performing all or part of process **300** of FIG. **3** and/or all or part of process **500** of FIG. **5** (if it is desired to establish the current playback engine state).

At step **606**, accessory **220** requests the database selection history from PMD **202**, e.g., by using a GetDBStateForPB

**20**

command as described above. At step **608**, PMD **202** returns the history information, e.g., using a RetDBStateForPB command as described above.

At step **610**, accessory **220** can display the current database selection for the user, allowing the user to begin or continue navigation. At step **612**, accessory **220** can receive a user input pertaining to navigation of the database. At step **614**, accessory **220** determines whether the user input is a "back" command, signifying that the user wants to back up along the navigational path. If so, then at step **616**, accessory **220** can use the database selection history information received at step **608** to revert to a previous point on the selection path. Otherwise, at step **618**, accessory **220** can continue the navigation from the current selection, e.g., by obtaining information from database engine **210** using other remote interface commands.

It will be appreciated that process **600** is illustrative and that variations and modifications are possible. Steps described as sequential may be executed in parallel, order of steps may be varied, and steps may be modified or combined.

In one embodiment, process **600** can be used if PMD **202** connects to accessory **220** at a time when one or more media assets are queued for playback in playback engine **210** of PMD **202**. Using process **600** or other processes with the commands described above, accessory **220** can obtain information about the navigational path that the user followed to select the queued media asset(s) via user interface **208** of PMD **202**. Accessory **220** can then initialize its remote user interface presentation based on this navigational path. The result can be a more seamless transition for the user from controlling PMD **202** via user interface **208** to controlling PMD **202** via user interface **222** of accessory **220**.

Alphabetical Database Lookup

Still another embodiment of the present invention relates to improved database lookup. For example, accessory **220** can support an alphabetical lookup of tracks stored on PMD **202** using the following commands:

(1) A GetDBIndexByAlpha command sent by accessory **220** to PMD **202**. The parameter or payload of this command can include an alphabetical (or alphanumeric) character string (one or more characters) and can also include a category of information to be searched. In one embodiment, categories can include, e.g., track name, album name, and artist name. In response to this command, database engine **212** of PMD **202** searches the database for metadata of the specified category that begins with the specified character string. Thus, for example, a user can search for all tracks whose names start with the letter "A" or all artists whose names start with "Mich." (Searches can be case-sensitive or not as desired.) In some embodiments, the search can be performed within the context of any previously applied database selection. Thus, for instance, a user can first select a particular genre (using a database navigation command), then search within that genre for artists beginning with "Q."

(2) A RetDBIndexByAlpha command sent by PMD **202** to accessory **220** in response to a GetDBIndexByAlpha command. The payload of the RetDBIndexByAlpha command can include a listing of items (which may be tracks, artists, albums, etc. depending on the particular search) that were found in the database search; in one embodiment, each track can be represented in the listing by its UID. In another embodiment, the payload can include a starting index and count, if the records are indexed alphabetically.

In another embodiment, accessory **220** can support an alphabetical lookup of tracks stored on PMD **202** using the following commands, which can be implemented in addition to or instead of those described above:

**21**

(1) A GetDBAlphaCount command sent by accessory **220** to PMD **202**. Like the GetDBIndexByAlpha command, the parameter or payload of this command can include an alphabetical (or alphanumeric) character string (one or more characters) and can also include a category of information to be searched. As with the GetDBIndexByAlpha command, database engine **212** of PMD **202** responds to the GetDBAlphaCount command by searching the database for metadata of the specified category that begins with the specified character string. The search can be performed within the context of any previously applied database selection, as described above.

(2) A RetDBAlphaCount command sent by PMD **202** to accessory **220** in response to a GetDBAlphaCount command. The payload of the RetDBAlphaCount command can include a value indicating the number of matching records found in the search.

(3) A GetDBAlphaRec command sent by accessory **220** to PMD **202**. After using a GetDBAlphaCount command to perform a search, accessory **220** can send the GetDBAlphaRec command to request information for one or more of the items found in the search. In one embodiment, the GetDBAlphaRec command includes parameters designating a starting index and a number of items for which information is requested; a special value can be used to indicate that information for all records is to be returned. In some embodiments, the GetDBAlphaRec can include a further parameter specifying a requested information type (e.g., as with other information-requesting commands described above); in other embodiments, the GetDBAlphaRec command is always used to request a name field, and a parameter specifying information type can be omitted.

(4) A RetDBAlphaRec command sent by PMD **202** to accessory **220** in response to a GetDBAlphaRec command. In one embodiment, a separate RetDBAlphaRec command is used to return information for each item requested; thus a single GetDBAlphaRec command can result in multiple RetDBAlphaRec commands. The payload or parameters of the RetDBAlphaRec command can include an index identifying the record as well as the requested information. Where the GetDBAlphaRec command specifies an information type, the payload or parameters of the RetDBAlphaRec command can also include an information-type identifier.

These commands can be used with any accessory whose user interface allows the user to input a character string to be searched.

Playback Control and Status

Other embodiments of the present invention relate to controlling playback operations of playback engine **210** of PMD **202** via accessory **220**. In one embodiment, a PlayControl command can be sent by accessory **220** to PMD **202** to specify a desired new play state. The new play state can be specified via a command parameter value. The state can include play and pause, as well as options such as next track, previous track, next chapter, previous chapter, begin fast forward, begin rewind, end fast forward, end rewind, and the like. In response to the PlayControl command, playback engine **210** changes to the requested state; if playback engine **210** is already in the requested state, it can simply remain in that state. In some embodiments, PMD **202** returns an acknowledgement command to accessory **220** indicating whether the state command was successfully executed.

In one embodiment, the PlayControl parameter values can include one value that instructs playback engine **210** to toggle between play and pause states (i.e., if playing, go to pause state; if paused, go to play state) and additional values that instruct playback engine **210** to go to the play state or the pause state. The latter play control parameters can be used to

**22**

avoid problems that can arise, e.g., if accessory **220** does not know the current play/pause state of playback engine **210**.

In another embodiment, accessory **220** can request to be notified of changes in the state of playback engine **210**. For example, a SetStatusNotification command can be sent by accessory **220** to PMD **202** to request notifications for various state-change events. In one embodiment, a bit mask is used to select the desired notifications from a list of possible notifications. Examples include notifications when playback starts (or resumes after pause), when playback pauses or stops, when playback engine **210** changes to a new track, when a media type associated with the currently playing track changes, when the track time increments (e.g., in seconds or milliseconds), whether lyrics or other supplemental content is available for a track, and so on. Each notification can be individually enabled or disabled. In one embodiment, the bit mask includes multiple bytes and a "short-form" command is also supported. In the short-form command, a bit mask having one byte can be used in place of the multi-byte bitmask to enable or disable all status notifications. For example, PMD **202** can interpret a SetStatusNotification command with a one-byte bit mask set to 0x00 as signaling "disable all" while interpreting the same command with a one-byte bit mask set to 0x01 signals "enable all." PMD **202** can respond immediately to a SetStatusNotification command with an acknowledgement. In addition, when an event occurs for which accessory **220** has requested notification, PMD **202** can send an EventNotify command to accessory **220**; the payload can indicate which event occurred.

Further Embodiments

While the invention has been described with respect to specific embodiments, one skilled in the art will recognize that numerous modifications are possible. For instance, the commands and event sequences used to bring about a given interaction between an accessory and a PMD might be different from the particular commands and event sequences described herein. Any or all of the commands above may be implemented in any combination, optionally along with additional commands including, e.g., commands to navigate the database of the PMD or the like.

Several embodiments described above relate to preserving aspects of a current state of a PMD when the PMD connects to an accessory. Thus, for example, when a PMD connects to an accessory, the accessory can ascertain the current state of the database engine, including the currently selected media asset(s) as well as the navigational path that led to the current selection. The accessory can also ascertain the current state of the playback engine, including which (if any) tracks are currently queued for playback. As a result, the user can decide at any time to connect a PMD to an accessory that provides a remote user interface and expect that the accessory's interface will begin in the same state as the PMD had immediately prior to connecting.

The protocols described herein can be used with a wide range of PMDs and/or accessories; for example, the PMD and/or the accessory could have additional functionality such as the ability to receive broadcasts, to make and receive telephone calls, voice recorder capability, personal information management capability (e.g., calendar, contacts list, e-mail, etc.), and/or other functionality.

Embodiments of the present invention can be applied to a wide variety of media asset types, including music, spoken word (e.g., audio books, lectures), video (e.g., television, movies), still images, and others. Accordingly, any description herein that refers to songs, albums or other concepts generally associated with music should be understood as also applicable to other media types. For example, a track can

US 8,224,927 B2

23

correspond to a song; an episode of a television series; a podcast; a portion (or all) of an audio book, lecture, or movie; and so on. An "artist" can correspond to the performer of a track, reader or author of an audio book, star of a television show, etc. An "album" can correspond to any collection of related tracks, such as a season of a television series, an audio book that is broken into multiple tracks, and so on. Thus, the invention is not limited to music but can apply to any type of media asset that can be stored and played or displayed.

Embodiments of the present invention can be realized using any combination of dedicated components and/or programmable processors and/or other programmable devices. While the embodiments described above may make reference to specific hardware and software components, those skilled in the art will appreciate that different combinations of hardware and/or software components may also be used and that particular operations described as being implemented in hardware might also be implemented in software or vice versa.

Computer programs incorporating various features of the present invention may be encoded on various computer readable storage media; suitable media include magnetic disk or tape, optical storage media such as compact disk (CD) or DVD (digital versatile disk), flash memory, and the like. Computer readable media encoded with the program code may be packaged with a compatible device, or the program code may be provided separately from other devices (e.g., via Internet download).

Thus, although the invention has been described with respect to specific embodiments, it will be appreciated that the invention is intended to cover all modifications and equivalents within the scope of the following claims.

What is claimed is:

**1**. A method of operating an accessory to control a portable media device, the method comprising:

receiving, by the accessory, a first user input indicating a selection to be made from a database of media assets stored by the portable media device, wherein the accessory is external to the portable media device;

sending, by the accessory, a first command to the portable media device, the first command instructing the portable media device to make the selection and thereby select one or more media assets from the database;

receiving, by the accessory, a second user input indicating that the selected one or more media assets are to be added to a playlist maintained in the portable media device;

in response to receiving the second user input, determining, by the accessory, without user intervention, whether the playlist already exists;

in the event that the playlist already exists, sending, by the accessory, a second command to the portable media device, the second command instructing the portable media device to add the selected one or more media assets to the playlist; and

in the event that the playlist does not already exist, sending, by the accessory, a third command to the portable media device, the third command instructing the portable media device to create the playlist, wherein the third command is sent prior to sending the second command.

**2**. The method of claim **1** further comprising:

receiving a third user input indicating that the playlist is to be played; and

sending a third command to the portable media device, the third command instructing the portable media device to begin playing the playlist.

24

**3**. The method of claim **1** further comprising:

caching information identifying the media assets added to the playlist in a local cache of the accessory.

**4**. The method of claim **1**, further comprising:

receiving an acknowledgement command from the portable media device in response to the third command.

**5**. The method of claim **4** wherein the acknowledgement command includes an identifier assigned to the playlist by the portable media device and wherein sending the second command includes sending the identifier as a parameter of the second command.

**6**. The method of claim **1** further comprising, prior to sending the second command:

sending a third command to the portable media device, the third command instructing the portable media device to create the playlist.

**7**. The method of claim **6** further comprising, prior to sending the third command:

receiving a third user input requesting creation of a new playlist,

wherein the third command is sent in response to receiving the third user input.

**8**. The method of claim **1** wherein the accessory is distinct from the portable media device.

**9**. An accessory for use with a portable media device, the accessory comprising:

a user interface including at least one input control operable by a user;

an input/output interface configured to exchange a plurality of commands with the portable media device; and

a controller coupled to the user interface and the input/output interface and configured to control the input/output interface to exchange commands with the portable media device based at least in part on user input received by the user interface via the at least one input control,

wherein the plurality of commands includes:

a first command sendable by the accessory to the portable media device, the first command instructing the portable media device to create a playlist in the portable media device;

a second command sendable by the accessory to the portable media device, the second command instructing the portable media device to add a specified media asset from a database of media assets stored by the portable media device to the playlist, wherein the second command includes an identifier that uniquely identifies the playlist; and

a third command sendable by the accessory to the portable media device, the third command instructing the portable media device to add a currently selected group of media assets from the database of media assets stored by the portable media device to the playlist, wherein the third command includes the identifier as a parameter.

**10**. The accessory of claim **9** wherein the plurality of commands further includes:

a fourth command sendable by the accessory to the portable media device, the fourth command instructing the portable media device to remove a specified media asset from the playlist.

**11**. The accessory of claim **9** wherein the plurality of commands further includes:

a fourth command sendable by the accessory to the portable media device, the fourth command instructing the portable media device to change an ordering of the media assets in the playlist.

US 8,224,927 B2

25

**12**. The accessory of claim **9** wherein the plurality of commands further includes:

a fourth command sendable by the accessory to the portable media device, the fourth command instructing the portable media device to delete the playlist.

**13**. The accessory of claim **9** wherein the plurality of commands further includes:

an acknowledgement command receivable by the accessory from the portable media device, the acknowledgement command acknowledging receipt by the portable media device of one of the plurality of commands sent by the accessory.

**14**. The accessory of claim **9** wherein the plurality of commands further includes:

a fourth command sendable by the accessory to the portable media device, the fourth command instructing the portable media device to provide information about one or more media assets in a playback queue of the portable media device; and

a fifth command receivable by the accessory from the portable media device, the fifth command providing information about the one or more media assets in the playback queue of the portable media device.

**15**. The accessory of claim **14** wherein the controller is further configured to control the input/output interface to send the fourth command in response to detecting that the accessory has become attached to a portable media device.

**16**. The accessory of claim **15** wherein the controller is further configured to use the first and second commands together with information provided via the fifth command to define a playlist.

**17**. The accessory of claim **9** wherein the input/output interface comprises a wireless interface.

**18**. The accessory of claim **9** wherein the input/output interface comprises a connector.

**19**. A method of operating a portable media device, the method comprising:

receiving, by the portable media device, from an accessory communicably coupled to the portable media device, a first command instructing the portable media device to make a selection from a database of media assets stored by the portable media device;

making, by the portable media device, the requested selection, thereby selecting one or more media assets from the database of media assets;

receiving, by the portable media device, from the accessory, a second command indicating that the selected one or more media assets are to be added to a playlist;

receiving, by the portable media player, without user intervention, a request from the accessory to determine whether the playlist already exists;

if the playlist already exists, adding the selected one or more media assets to the playlist; and

if the playlist does not exist:

receiving, from the accessory, a third command to create the playlist;

creating, by the portable media device, the playlist in response to the third command and assigning a playlist identifier to the playlist; and

26

adding, by the portable media device, the selected one or more media assets to the playlist in response to the third command.

**20**. The method of claim **19** further comprising:

receiving, by the portable media device, from the accessory, a fourth command indicating that the playlist is to be played; and

initiating, by the portable media device, playing of the playlist in response to the fourth command.

**21**. The method of claim **19** further comprising:

sending, by the portable media device, an acknowledgement command to the accessory in response to the third command.

**22**. The method of claim **21** wherein the playlist identifier is included in the acknowledgement command as a parameter.

**23**. A portable media device for use with an accessory, the portable media device comprising:

a storage device configured to store a database of media assets and metadata associated with the media assets and further configured to store one or more playlists;

an input/output interface configured to exchange a plurality of commands with the accessory; and

a processor coupled to the storage device and the input/output interface, the processor being configured to respond to commands received via the input/output interface,

wherein the plurality of commands includes:

a first command receivable by the portable media device from the accessory, the first command instructing the portable media device to create a playlist in the portable media device;

a second command receivable by portable media device from the accessory, the second command instructing the portable media device to add a currently selected media asset from a database of media assets stored by the portable media device to the playlist, wherein the second command includes a playlist identifier that uniquely identifies the playlist; and

a third command receivable by the portable media device from the accessory, the third command instructing the portable media device to add a currently selected group of media assets from the database of media assets stored by the portable media device to the playlist, wherein the third command includes the playlist identifier as a parameter.

**24**. The portable media device of claim **23** wherein the plurality of commands further includes:

a fourth command receivable by the portable media device from the accessory, the fourth command instructing the portable media device to provide information about one or more media assets in the playback queue; and

a fifth command sendable by the portable media device to the accessory in response to the fourth command, the fifth command providing information about the one or more media assets in the playback queue.

**25**. The portable media device of claim **23** wherein the input/output interface comprises a wireless interface.

**26**. The portable media device of claim **23** wherein the input/output interface comprises a connector.

* * * * *