# Exhibit P

## Contact

www.linkedin.com/in/emilyschubert (LinkedIn)

## Top Skills

Engineering Management

# Emily Clark Schubert

Engineering Manager, Car Experience at Apple
San Jose, California, United States

## Experience

**Apple**
18 years 2 months

Engineering Manager, Car Experience
April 2012 - Present (10 years 7 months)

Engineering Manager, iPod | iPhone | iPad Accessory Interface
September 2004 - April 2012 (7 years 8 months)

**BMW Group**
Project Manager
2000 - 2004 (4 years)

**Delphi Automotive**
Algorithm Engineer, Chassis Systems
1993 - 2000 (7 years)

---

## Education

Stanford University
MS, Mechanical Engineering · (1996 - 1997)

The Ohio State University
BS, Mechanical Engineering · (1991 - 1995)