# Exhibit Q

# Bill Bull

Managing Director at Sutter Hill Ventures
Mountain View, California, United States

## Contact

www.linkedin.com/in/wbull (LinkedIn)

## Top Skills

User Experience
User Interface Design
Mobile Applications

## Patents

Modifying Media Files
Fluid Motion User Interface Control
Dynamic Control of Device State Based on Detected Environment
Method and Apparatus for Playback of Multi-Part Media Content
Scrolling Techniques for User Interfaces

## Summary

Bill is a partner at Sutter Hill Ventures who is driven by details and obsessed with quality. He is responsible for product design across all new ventures and Sutter's designers-in-residence program. As an entrepreneur and investor, Bill pairs great designers with market-leading technology companies.

---

## Experience

**Sutter Hill Ventures**
Managing Director
May 2015 - Present (7 years 6 months)
Palo Alto, CA

Sutter Hill Ventures has financed technology-based start-ups and assisted entrepreneurs in building market-leading companies since 1962. Through our decades of experience, we have developed strong industry networks, considerable operating and venture capital experience, and an understanding of the challenges that early-stage and high-growth companies face.

**Quake Labs, Inc.**
Founder
2012 - 2015 (3 years)
Mountain View, CA

Head of product of our consumer-grade authoring tools for tablet, mobile and television experiences. We built consumer grade experiences at scale with highly-polished instant authoring and analytics tools.

**Yahoo!**
Sr. Director, Product Design
2008 - 2012 (4 years)
Sunnyvale, CA

Oversaw the design of Yahoo!'s mobile products, native applications and global design language. Launched more than twenty products on wide range of devices. Reported to the EVP of Connected Life and SVP of Product Design as part of a $100MM mobile business.

## Apple
Manager, iPod Design
2006 - 2008 (2 years)
Cupertino, CA

Design lead for the iPod Nano, Classic, Shuffle and Auto experiences. Built an Apple-quality team from scratch - recruited designers, created tools, infrastructure, and process to manage the production of a billion dollar product.

Managed a team of designers, produced concepts for future product and coordinated the implementation within the software and hardware organization under the guidance of Tony Fadell, Greg Joswiak, Jeff Robbin and Steve Jobs.

## Frog Design
Senior Designer
2004 - 2006 (2 years)
Austin, TX

Senior product designer across technical projects: embedded system architecture, UI device prototyping tools, set top box user interfaces and more. Fun times: best of show at CTIA, SXSW panels on the future of technology.

My time at frog was cut short because of a request to take over iPod.

## QNX Software Systems, Ltd.
5 years

Principal UI Designer
2002 - 2003 (1 year)
Ottawa, Ontario Canada

Responsible for user interface design and development company wide. Oversaw designs, mockups and production code for corporate websites and intranet services and tools. Contributed to the C development tools for the Eclipse IDE and QNX Momentics development environment.

Oversaw reference software for embedded appliances within the Photon development team.
Devices included an iPAQ PDA, Cyrix WebPAD, Pixelworks Jolt! reference board, Motorola Red Box, and more.

Software Engineer (User Interface & Design)
1998 - 2002 (4 years)
Ottawa, Ontario Canada

Designed the user experience for the QNX Neutrino RTOS environment, implemented user interface libraries and infrastructure for a wide range of embedded products.

Lead the redesign of all major applications, including the Voyager web browser, DejaView profiler, Photon application builder, media players, and assorted desktop applications. Process involved drawing hundreds of mockups, thousands of icons and interactive UI controls.

• Designed the XML meta-data system for QNX's package installation software
• Designed the look and feel of the Photon 2.0 widget set
• Implemented a constraint-based layout engine, OS-wide skinning system
• Implemented WYSIWYG design tools for creating UI controls in C/C++

Be, Inc.
Software Engineer
1997 - 1997 (less than a year)
Menlo Park, CA

Engineering Internship — Be Incorporated was a hardware and OS computer company founded in 1990, best known for the Be Operating System and BeBox personal computer. Be was founded by former Apple Computer executive Jean-Louis Gassée with capital from Seymour Cray.

---

# Education

University of Nevada, Reno
Bachelor's degree, Computer Science