# Exhibit R

# Ben Honda Rottler

Sr. Manager, UX Design at PlayStation
San Francisco Bay Area

## Contact

www.linkedin.com/in/
benhondarottler (LinkedIn)

## Top Skills

User Experience
User Interface Design
Interaction Design

## Languages

Japanese

## Patents

Systems and methods for transitioning between pedometer modes

Method and system to navigate viewable content

Dynamic Control of Device State Based on Detected Environment

Cross-application transfers of user interface objects

Systems and methods for adjusting playback of media files based on previous usage

## Summary

Innovative product designer and leader. Design approach bridges the gaps between design, technology, and business, using interaction design and high fidelity prototypes to successfully communicate the vision. Deep experience with product design, audio design, mobile design systems, vr, robotics, embedded.

Proactive team leader, having driven multiple interactive products successfully to market. Ability to interface and effectively communicate with all of the teams necessary to make a successful product launch, including design, engineering, marketing, quality assurance, program management, and executive teams.

Lead multiple innovation projects while at SDA, including the Gear Fit concept from inception to about 3 months from ship and multiple next-gen Android projects. Managed interaction, visual, motion and prototyping designers.

Managed a cross-functional team to design the next version of webOS. Work included feature and strategy definition, concepting, prototyping, tight collaboration with Engineering teams, creating the design documentation necessary to push forward the vision.

Led multiple app and OS feature design projects for webOS 3.0 launch, including audio design.

Led UI design of the 2009 iPod Shuffle from start to finish. Produced 'Shake to Shuffle' sound. Designed iPod Shuffle VoiceOver feature, sold the concept to executives, coordinated with the Apple Speech and iTunes teams, and executed on the design.

UI Lead for 2007, 2008, and 2009 Nike+ designs on the iPod Nano. Produced interaction flows, screens, and provided design direction.

Prototyped and demoed initial iPod Out experience to executives. Interfaced with external automotive partners on specifications and helped iPod Out become a reality.

Specialties: Design Innovation, Design Strategy, Interaction Design, Team Leadership & Resourcing, Usability, Information Architecture, Interaction Flows, UI Documentation, Rapid Prototyping, Audio Design

---

## Experience

PlayStation
Sr. Manager, UX Design
February 2020 - Present (2 years 9 months)
San Francisco Bay Area

Leading Design Systems and Framework teams in US and Japan

UX program level lead for PS VR 2

Shipped PlayStation 5

Stealth Startup
Design Consultant
November 2019 - February 2020 (4 months)

Amazon Lab126
Sr. Product UX Design Lead
May 2017 - November 2019 (2 years 7 months)
San Francisco Bay Area

Design Lead for Product UX encompassing all of hardware experience. Screen, voice, sound, interaction and human-robot UX.

Led early to late stage concepting of the Astro UX.

Jawbone
2 years 3 months

Sr. Design Manager of Product Experience
October 2016 - April 2017 (7 months)
San Francisco

Experience lead for all mobile software and wearable hardware. I led a small team of designers building the future of wearables.

Principal UX Designer
February 2015 - October 2016 (1 year 9 months)
San Francisco

Led redesign of core features like sleep and heart rate montoring for the UP system on Android and iOS. Design lead for wearables.

Fivestar Interactive, USA
Owner
November 2004 - 2017 (13 years)

Representative for all American operations of Fivestar Interactive.

Type A Machines
Chief Product Officer
July 2014 - January 2015 (7 months)

User Experience, Software Design & Development, Product R & D

Samsung Electronics
Director of UX
September 2012 - May 2014 (1 year 9 months)
San Francisco Bay Area

Built a world-class UX team for Samsung Design America from the ground up. Job entailed product conceptualization beyond just pure UX design. Led team to envision the future of mobile, which led to products like the Gear Fit and Gear Circle. Projects ranged from wearables to android app and OS work.

Palm
Creative Lead for Cross-Platform Design
August 2011 - September 2012 (1 year 2 months)

Directing a design team to envision and design the future of webOS in a cross-platform world.

Palm
Design Architect
December 2010 - August 2011 (9 months)

Design architect for webOS system and framework.

Cisco
Senior User Experience Designer
July 2010 - December 2010 (6 months)

Apple Inc.
iPod Interaction Design Lead
April 2007 - June 2010 (3 years 3 months)

UI concepting, prototyping, and specification.

frog design
Senior Design Technologist
July 2005 - April 2007 (1 year 10 months)

Vitesse Learning
Senior Developer / Dev Team Manager
August 2002 - July 2005 (3 years)

MemeWorks
2 years 1 month

Design Director
June 2001 - August 2002 (1 year 3 months)

UI Designer
August 2000 - June 2001 (11 months)

Ninth House
Lead Flash Developer
June 2000 - August 2000 (3 months)

Asahi Advertising
Web Designer
March 1998 - March 2000 (2 years 1 month)

## Education

Nihon University
Master's, Motion Pictures · (1997 - 2000)

Macalester College
Bachelor of Arts, Japanese, Political Science, Concert Choir · (1991 - 1995)