# Exhibit T

# Policarpo Wood

Design Manager UI iPod Engineering at Apple Inc.
Austin, Texas, United States

## Contact

www.linkedin.com/in/policarpowood (LinkedIn)
www.policarpo.us (Personal)

## Experience

thirteen23
Principal Designer
June 2006 - Present (16 years 6 months)

frog design, inc.
Senior Designer
April 1998 - June 2006 (8 years 3 months)