IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ESCAPEX IP, LLC, | § |
| Plaintiff, | § § § |
| | § Civil Action No. 6-22-cv-00428-ADA |
| v. | § |
| | § JURY TRIAL DEMANDED |
| GOOGLE LLC, | § |
| Defendant. | § § § |

## **ORDER**

Having considered Defendant Google LLC's Motion to Transfer Venue to the Northern District of California, the Court hereby GRANTS the motion.

It is therefore ORDERED that the case is transferred to the Northern District of California.

SIGNED this ___ day of _____, 2022.

_____