IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ESCAPEX IP, LLC, § § Plaintiff, § § vs. § § GOOGLE LLC, § § Defendant. § § § | Civil Action No. 6-22-cv-00428-ADA JURY TRIAL DEMANDED |

**NOTICE OF PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE (D.I. 18) AND STATUS REPORT UNDER OGP 4.2 SECTION VI**

Pursuant to Local Rule CV-7(D)(2) and the Court's Standing Order Governing Proceedings (OGP) 4.2—Patent Cases ("OGP4.2"), Defendant Google LLC ("Google") submits this notice of status report regarding its Motion Under 28 U.S.C. § 1404(a) to Transfer Venue to the Northern District of California ("Transfer Motion") filed on November 21, 2022 (D.I. 18).

Under the OGP, a party who has "filed a motion to transfer shall provide the Court with a status report indicating whether the motion has been fully briefed . . . when the motion to transfer becomes ready for resolution." OGP4.2 § VI. Because Plaintiff EscapeX IP, LLC ("EscapeX") did not file a notice of venue discovery under OGP4.2 § V and has not conducted any venue discovery, EscapeX's response was due fourteen days after the Opening Brief—December 5, 2022.  See OGP4.2 § VI (response due "14 days after the completion of venue or jurisdictional discovery, ***if such discovery is conducted; otherwise, 14 days after the Opening brief***") (emphasis added); § V ("Parties shall file a notice of venue or jurisdictional discovery if the discovery will delay a response to a motion to transfer.").

1

EscapeX has not: (1) filed a notice of venue discovery pursuant to OGP4.2 § V; (2) conducted any discovery pursuant to OGP4.2 § VI; nor (3) filed a response to Google's Transfer Motion within the prescribed fourteen-day time period. Thus, the Transfer Motion is "ready for resolution." OGP4.2 § VI.

Google therefore requests its Transfer Motion be deemed unopposed and that the Court grant the relief requested therein to transfer this case to the Northern District of California. *See* D.I. 18; Local Rule CV-7(D)(2) ("If there is no response filed within the time period prescribed by this rule, the court may grant the motion as unopposed."); *Traxcell Techs., LLC v. Google LLC*, No. 6:21-CV-1312-ADA, 2022 WL 3593054, at *1 (W.D. Tex. Aug. 22, 2022) ("Because Plaintiff did not file a response or notice of venue discovery within 14 days, the Court considers this Motion unopposed. When motions are unopposed, a court may grant the motion."); *De La Vega v. Amazon (USA), Inc.*, No. 6-19-cv-00618-ADA (W.D. Tex. Feb. 7, 2020) (text order stating "[b]ecause Mr. De La Vega has not filed his response within the 7-day time period prescribed by Local Rule CV-7, the Court GRANTS this motion as unopposed"); *Jefferson Street Holdings Intellectual Property LLC v. Tech21 Inc.*, Case No. 5-18-cv-00806, Dkt. No. 32 at 1 (W.D. Tex. Oct. 29, 2019) ("Although the deadline has passed, no response has been received by the Court. Accordingly, the Court considers the motion to be unopposed."); *Yeti Coolers, LLC v. Rtic Coolers, LLC*, No. 1:15-CV-00597-RP, 2016 WL 5956081, at *2 (W.D. Tex. Aug. 1, 2016) ("For good cause shown, and as RTIC did not timely respond to YETI's motion for redaction, the Court grants YETI's motion as unopposed."); *Kaden v. Smith*, 3-15-cv-00146, Dkt. No. 26 at 1 (W.D. Tex. Mar. 09, 2016) ("As of this date, Defendant has filed no response. Therefore, the Court will grant Plaintiff's Motion as unopposed.").

Dated: December 8, 2022              Respectfully submitted,

*/s/ Brian C. Banner*
Brian C. Banner (TX Bar No. 24059416)
bbanner@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.3550
fax: 512.402.6865

**Attorney for Defendant Google LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                               */s/ Brian C. Banner*
                                               Brian C. Banner
                                               *Attorney for Defendant Google LLC*