# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:22−cv−00428−ADA

Escapex IP LLC v. Google LLC
Assigned to: Judge Alan D Albright
Cause: 35:271 Patent Infringement

Date Filed: 04/28/2022
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Escapex IP LLC**  represented by  **Kyril Vladimir Talanov**
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
713−426−3923
Fax: 832−900−4941
Email: ktalanov@rameyfirm.com
*ATTORNEY TO BE NOTICED*

**William P. Ramey , III**
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
713−426−3923
Fax: 832/900−4941
Email: wramey@rameyfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Google LLC**  represented by  **Brian Christopher Banner**
Slayden Grubert Beard PLLC
401 Congress Avenue, Suite 1650
Austin, TX 78701
512−402−3569
Fax: 512−402−6865
Email: bbanner@sgbfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Darryl Adams**
Slayden Grubert Beard PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
5124023562
Fax: 5124026865
Email: dadams@sgbfirm.com
*ATTORNEY TO BE NOTICED*

**Tecuan Flores**

Slayden Grubert Beard PLLC
401 Congress Ave., #1650
Austin, TX 78701
5124023566
Fax: 5124026865
Email: tflores@sgbfirm.com
*ATTORNEY TO BE NOTICED*

**Truman H Fenton**
Slayden Grubert Beard PLLC
401 Congress Avenue
Suite 1650
Austin, TX 78701
512–402–3572
Fax: 512–402–6865
Email: tfenton@sgbfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2022 | Ï 1 | COMPLAINT ( Filing fee $ 402 receipt number 0542–15977028), filed by Escapex IP LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit US9009113, # 3 Civil Cover Sheet)(Ramey, William) (Entered: 04/28/2022) |
| 04/28/2022 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Ramey, William) (Entered: 04/28/2022) |
| 04/28/2022 | Ï 3 | REQUEST FOR ISSUANCE OF SUMMONS by Escapex IP LLC. (Ramey, William) (Entered: 04/28/2022) |
| 04/28/2022 | Ï | All parties shall flatten all documents before e–filing. All parties shall comply with the Standing Orders located at https://www.txwd.uscourts.gov/judges–information/standing–orders/ (Entered: 04/28/2022) |
| 04/28/2022 | Ï 4 | Summons Issued as to Google LLC. (sv) (Entered: 04/28/2022) |
| 04/28/2022 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (sv) (Entered: 04/28/2022) |
| 05/03/2022 | Ï 5 | SUMMONS Returned Executed by Escapex IP LLC. Google LLC served on 4/29/2022, answer due 5/20/2022. (Ramey, William) (Entered: 05/03/2022) |
| 05/09/2022 | Ï 6 | NOTICE of Attorney Appearance by Brian Christopher Banner on behalf of Google LLC. Attorney Brian Christopher Banner added to party Google LLC(pty:dft) (Banner, Brian) (Entered: 05/09/2022) |
| 05/11/2022 | Ï 7 | NOTICE *UNOPPOSED EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT* by Google LLC (Banner, Brian) (Entered: 05/11/2022) |
| 05/11/2022 | Ï | Set/Reset Deadlines: Google LLC answer due 7/5/2022. (sm3) (Entered: 05/12/2022) |
| 05/23/2022 | Ï 8 | AMENDED COMPLAINT *First Amended Complaint* against Google LLC amending, filed by Escapex IP LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit US9009113)(Ramey, William) (Entered: 05/23/2022) |

| | | |
|---|---|---|
| 07/05/2022 | Ï 9 | ANSWER to 8 Amended Complaint with Jury Demand by Google LLC.(Banner, Brian) (Entered: 07/05/2022) |
| 07/05/2022 | Ï 10 | RULE 7 DISCLOSURE STATEMENT filed by Google LLC identifying Corporate Parent Alphabet Inc., Corporate Parent XXVI Holdings Inc. for Google LLC. (Banner, Brian) (Entered: 07/05/2022) |
| 07/05/2022 | Ï 11 | NOTICE *JOINT NOTICE REGARDING DISMISSAL AND DISCOVERY OF PRE−SUIT INDIRECT INFRINGEMENT AND WILLFULNESS CLAIMS PURSUANT TO OGP 4.1 SEC. VII* by Google LLC (Banner, Brian) (Entered: 07/05/2022) |
| 07/15/2022 | Ï 12 | NOTICE of Attorney Appearance by Darryl Adams on behalf of Google LLC. Attorney Darryl Adams added to party Google LLC(pty:dft) (Adams, Darryl) (Entered: 07/15/2022) |
| 07/15/2022 | Ï 13 | NOTICE of Attorney Appearance by Truman H Fenton on behalf of Google LLC. Attorney Truman H Fenton added to party Google LLC(pty:dft) (Fenton, Truman) (Entered: 07/15/2022) |
| 07/15/2022 | Ï 14 | NOTICE of Attorney Appearance by Tecuan Flores on behalf of Google LLC. Attorney Tecuan Flores added to party Google LLC(pty:dft) (Flores, Tecuan) (Entered: 07/15/2022) |
| 09/16/2022 | Ï | Parties shall comply with Judge Albright's updated standing orders available by clicking the included hyperlinks.<br><br>The updated orders are as follows:<br>1. Standing Order Governing Proceedings Patent Cases,<br>2. Amended Standing Order On Pretrial Procedures and Requirements in Civil Cases.<br>(bot4) (Entered: 09/17/2022) |
| 09/29/2022 | Ï 15 | AMENDED COMPLAINT *Second* against Google LLC amending, filed by Escapex IP LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit US9009113)(Ramey, William) (Entered: 09/29/2022) |
| 10/17/2022 | Ï 16 | NOTICE *of Unopposed Extension to Respond to Second Amended Complaint* by Google LLC (Banner, Brian) (Entered: 10/17/2022) |
| 10/17/2022 | Ï 17 | ANSWER to 15 Amended Complaint with Jury Demand by Google LLC.(Banner, Brian) (Entered: 10/17/2022) |
| 11/21/2022 | Ï 18 | MOTION to Transfer Case *to the Northern District of California* by Google LLC. (Attachments: # 1 Declaration of Brian C. Banner, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Proposed Order)(Banner, Brian) (Entered: 11/21/2022) |
| 11/21/2022 | Ï 19 | Sealed Document: *Declaration of Andreas Katsiapis* of 18 MOTION to Transfer Case *to the Northern District of California* by Google LLC (Banner, Brian) (Entered: 11/21/2022) |
| 11/21/2022 | Ï 20 | Sealed Document: *Declaration of Umang Sharan* of 18 MOTION to Transfer Case *to the Northern District of California* by Google LLC (Banner, Brian) (Entered: 11/21/2022) |
| 12/08/2022 | Ï 21 | NOTICE *of Plaintiff's Non−Opposition to Defendant's Motion to Transfer Venue 18 and Status Report Under OGP 4.2 Section VI* by Google LLC (Banner, Brian) (Entered: 12/08/2022) |
| 12/11/2022 | Ï 22 | ORDER GRANTING 18 Motion to Transfer Case. Signed by Judge Alan D Albright. (sm3) (Entered: 12/12/2022) |