Susan S.Q. Kalra (State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
ESCAPEX IP, LLC

Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
Asim M. Bhansali (SBN 194925)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

*Attorneys for Defendant*
GOOGLE LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCAPEX IP, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>GOOGLE, LLC,<br><br>                    Defendant. | Case No.: 4:22-cv-08711-HSG<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule 41 (a)(1)(A)(ii), Plaintiff, Escapex IP, LLC and Defendant Google, LLC hereby jointly stipulate to the dismissal of this action for all of Plaintiff's claims. The Parties further jointly stipulate and agree that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent. The Parties further jointly stipulate and agree that each party shall bear its own costs, expenses and attorneys' fees.

Dated: March 3, 2023

Respectfully submitted,

RAMEY LLP

*/s/ Susan S.Q. Kalra*
Susan S.Q. Kalra (State Bar No. 167940)
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941
Email: skalra@rameyfirm.com

*/s/ William P. Ramey, III*
William P. Ramey, III (pro hac vice anticipated)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

Attorneys for Plaintiff
ESCAPEX IP, LLC


KWUN BHANSALI LAZARUS LLP

*/s/ Kate E. Lazarus*
Kate E. Lazarus
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350
Email: klazarus@kblfirm.com

Attorneys for Defendant
GOOGLE LLC

## **SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Susan Kalra, attest that concurrence in the filing of this document has been obtained from Defendants' counsel.

>  */s/ Susan S.Q. Kalra*
> Susan S.Q. Kalra