# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCAPEX IP, LLC, <br><br>                    Plaintiff, <br><br>   v. <br><br> GOOGLE, LLC, <br><br>                    Defendant. | Case No.: 4:22-cv-08711-HSG <br><br> **[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The Stipulation is GRANTED;

2. The case is dismissed pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii); and

3. The Parties will bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated: _____      _____
                                                                         HON. HAYWOOD S. GILLIAM, JR.
                                                                         UNITED STATES DISTRICT COURT JUDGE