# Exhibit 1





## Franchise Tax Account Status
As of : 10/18/2022 13:27:34

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| ESCAPEX IP LLC | |
|---|---|
| Texas Taxpayer Number | 32083811706 |
| Mailing Address | 5900 BALCONES DR STE 100 AUSTIN, TX 78731-4298 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 03/24/2022 |
| Texas SOS File Number | 0804490304 |
| Registered Agent Name | TEXAN REGISTERED AGENT LLC |
| Registered Office Street Address | 5900 BALCONES DRIVE, SUITE 100 AUSTIN, TX 78731 |