# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| **WIRELESSWERX IP, LLC,**<br>     **Plaintiff,** | **Civil Action No. 6:22-cv-01056** |
| **v.** | |
| **GOOGLE LLC,**<br>     **Defendant** | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, WirelessWerx, LLC, ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock.  Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1.  WirelessWerx IP, LLC

2.  Ramey LLP

DATED: October 7, 2022                    Respectfully submitted,

**Ramey LLP**

By: */s/ William P. Ramey, III*
        William P. Ramey, III
        Texas Bar No. 24027643
        5020 Montrose Blvd., Suite 800
        Houston, Texas 77006
        (713) 426-3923 (telephone)
        (832) 900-4941 (fax)
        wramey@rameyfirm.com

***Attorneys for WirelessWerx IP, LLC***