# Exhibit 3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **KOJI IP, LLC,**<br>Plaintiff,<br><br>v.<br><br>**GOOGLE, LLC,**<br>Defendant | Civil Action No. 6:23-cv-00138<br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Koji IP LLC, ("Plaintiff") discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock. Plaintiff shows as follows:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Koji IP, LLC
2. Ramey LLP

DATED: February 22, 2023              Respectfully submitted,

                                                                  **Ramey LLP**

                                        By: /s/ William P. Ramey, III
                                                William P. Ramey, III
                                                Texas Bar No. 24027643
                                                5020 Montrose Blvd., Suite 800
                                                Houston, Texas 77006
                                                (713) 426-3923 (telephone)
                                                (832) 900-4941 (fax)
                                                wramey@rameyfirm.com

                                                *Attorneys for Koji IP, LLC*