# Exhibit 8

# Brian Banner

| | |
|---|---|
| **From:** | Brian Banner |
| **Sent:** | Wednesday, November 16, 2022 8:35 AM |
| **To:** | William Ramey |
| **Cc:** | Jeff Kubiak; SGB Litigation |
| **Subject:** | RE: EscapeX v. Google - Letter Seeking Immediate Dismissal of Lawsuit |

Bill (& Jeff),

It's been over a week since our correspondence (below) requesting a response by November 14. Can you provide a response in the next few days? As always, I'm available if a phone call would be helpful.

Regards,
Brian

-------- Original message --------
From: Brian Banner <bbanner@sgbfirm.com>
Date: 11/7/22 4:43 PM (GMT-06:00)
To: William Ramey <wramey@rameyfirm.com>
Cc: Jeff Kubiak <jkubiak@rameyfirm.com>, SGB Litigation <litigation@sgbfirm.com>
Subject: EscapeX v. Google - Letter Seeking Immediate Dismissal of Lawsuit

Bill –

Please see the attached correspondence which requests a response on or before November 14, 2022.

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**

401 Congress Ave, Ste 1650 | Austin, TX 78701 | USA

[O] 512.402.3569 | [C] 512.468.6297 | sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.