# Exhibit 11

# Brian Banner

| | |
|---|---|
| **From:** | Brian Banner |
| **Sent:** | Tuesday, January 3, 2023 10:53 AM |
| **To:** | Jeff Kubiak |
| **Subject:** | Re: EscapeX v. Google - Letter Seeking Immediate Dismissal of Lawsuit |

Hi Jeff,

I hope you enjoyed the holidays and that all survived the freeze. I had a couple plants that didn't make it, so damage was minor.

I jwanted to follow up on our conversation to see if you've had time to review with your client. If you could let me know when we could expect a response, I would appreciate it.

Thanks,
Brian

---

**From:** Brian Banner <bbanner@sgbfirm.com>
**Sent:** Wednesday, December 21, 2022 3:24 PM
**To:** Jeff Kubiak <jkubiak@rameyfirm.com>
**Subject:** Fw: EscapeX v. Google - Letter Seeking Immediate Dismissal of Lawsuit

Jeff -

Thanks again for the call earlier today. I'm forwarding the email/letter I previously sent re: the EscapeX v. Google case. We appreciate you getting back to us on this.

Happy Holidays,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**
401 Congress Ave, Ste 1650 I Austin, TX 78701 I USA
[O] 512.402.3569 I [C] 512.468.6297 I sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

---

**From:** Brian Banner <bbanner@sgbfirm.com>
**Sent:** Tuesday, December 13, 2022 3:03 PM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Jeff Kubiak <jkubiak@rameyfirm.com>; SGB Litigation <litigation@sgbfirm.com>
**Subject:** Re: EscapeX v. Google - Letter Seeking Immediate Dismissal of Lawsuit

Bill,

I write to follow up on Google's letter that I sent to you over a month ago on November 7. (I've reattached that letter for your convenience.) The letter requested a response by November 14, and I followed up via email to you on November 16. To date, we have not received a response.

As explained in the letter, Google believes this case is without merit and that Plaintiff's actions in this case are egregious. If Plaintiff will not voluntarily dismiss the case, Google will seek fees, including fees related to Google's recently-granted motion to transfer this case to the NDCA -- i.e., a motion Plaintiff didn't even bother responding to.

Please provide a response by Friday, December 16. I'm available for a call to discuss if that would be helpful.

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**

401 Congress Ave, Ste 1650 I Austin, TX 78701 I USA
[O] 512.402.3569 I [C] 512.468.6297 I sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter. Please let the sender know if this message was received in error.

---

**From:** Brian Banner
**Sent:** Wednesday, November 16, 2022 8:35 AM
**To:** William Ramey <wramey@rameyfirm.com>
**Cc:** Jeff Kubiak <jkubiak@rameyfirm.com>; SGB Litigation <litigation@sgbfirm.com>
**Subject:** RE: EscapeX v. Google - Letter Seeking Immediate Dismissal of Lawsuit

Bill (& Jeff),

It's been over a week since our correspondence (below) requesting a response by November 14. Can you provide a response in the next few days? As always, I'm available if a phone call would be helpful.

Regards,
Brian


-------- Original message --------
From: Brian Banner <bbanner@sgbfirm.com>
Date: 11/7/22 4:43 PM (GMT-06:00)
To: William Ramey <wramey@rameyfirm.com>
Cc: Jeff Kubiak <jkubiak@rameyfirm.com>, SGB Litigation <litigation@sgbfirm.com>
Subject: EscapeX v. Google - Letter Seeking Immediate Dismissal of Lawsuit

Bill –

Please see the attached correspondence which requests a response on or before November 14, 2022.

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD PLLC**

401 Congress Ave, Ste 1650 I Austin, TX 78701 I USA
[O] 512.402.3569 I [C] 512.468.6297 I sgbfirm.com

2

This message was sent by an attorney at law and may contain privileged and/or confidential matter.  Please let the sender know if this message was received in error.