# Exhibit 14

**Brian Banner**

| | |
|---|---|
| **From:** | Kate Lazarus <klazarus@kblfirm.com> |
| **Sent:** | Friday, March 3, 2023 8:24 PM |
| **To:** | skalra@rameyfirm.com; wramey@rameyfirm.com |
| **Cc:** | Asim Bhansali; Brian Banner; Nellie Slayden |
| **Subject:** | EscapeX v. Google |

Counsel -

You filed a stipulation for dismissal without Google's consent; Google did not stipulate to dismiss or to any arrangement on fees and costs. Moreover, the stipulation improperly contains my signature without my consent, and a false certification under the Local Rules. You must immediately withdraw this stipulation, and notify the Court that it was filed without Google's permission, contains counsel's signature without permission, and that the certification is inaccurate.

In view of this serious breach of the rules and professional ethics, Google reserves all rights to seek appropriate relief.

Kate

--
**Kate E. Lazarus**
(415) 630-2353
klazarus@kblfirm.com
Firm Bio  |  LinkedIn
www.kblfirm.com



1