# Exhibit 17

(9 Records)

[Business Overview (1)](#)
[Quick Analysis Flags (1)](#)
[Associate Analytics Chart (1)](#)
[Docket Records (4)](#)
Background Information
[D&B Worldbase Summary (1)](#)
[Corporate Filings Summary (1)](#)
Full-Text Documents
[D&B Worldbase (1)](#)
[Corporate Filings (1)](#)
Miscellaneous
[Report Section(s) with no Matches (97)](#)

# Business Overview (1 Section)



| Address: | 5900 BALCONES DR STE 100<br>AUSTIN, TX 78731-4298 |
|---|---|
| Additional Entity Source(s): | D&B Worldbase<br>Corporate Filings - Secretary of State |
| Active Ticker Symbols: | |
| Inactive Ticker Symbols: | |
| Location of Incorporation: | TEXAS |
| DUNS: | 06-507-6596 |
| FEIN: | 32077156654 |
| Registered Agent: | TEXAN REGISTERED AGENT LLC |
| Filing Date: | 12/30/2020 |
| Filing Number: | 803876719 |
| Officers/Directors/Contacts: | DYNAMIC IP DEALS LLC, MANAGER |

## D&B Worldbase Summary (1 Record)

|  | Business Name | Business Address | View Full-Text |
|---|---|---|---|
| 1. | PUEBLO NUEVO LLC | 5900 BALCONES DR STE 100 AUSTIN, TX 78731-4298USA | Full-Text |

## Corporate Filings Summary (1 Record)

|  | Business Name | Business Type | Status | Filing State | View Full-Text |
|---|---|---|---|---|---|
| 1. | PUEBLO NUEVO LLC | DOMESTIC LIMITED LIABILITY COMPANY (LLC) | IN EXISTENCE | TX | Full-Text |

## Quick Analysis Flags (1 Chart)

### List of Possible Quick Analysis Flags

| | |
|---|---|
| OFAC listing: | No |
| Global Sanctions: | No |
| Business Address Used as Residential Address: | YES |
| P.O. Box listed as Address: | No |
| Bankruptcy Debtor or Creditor: | No |
| Other Listings Linked to Business Phone Number: | No |
| Other Businesses Linked to the Business Address: | YES |
| Other Businesses Linked to Same FEIN: | No |
| Key Nature of Suit: | No |
| Party to a Class Action last 12 months: | No |
| Going Concern: | No |
| MSB listing: | No |
| Healthcare Sanction: | No |

## Associate Analytics Chart (1 Chart)

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| ILUMINANDO NUEVOS CAMINOS, PLLC | 5900 BALCONES DR STE 100 AUSTIN, TX 78731 | High Rise | Shared Business Name | No | No |
| DYNAMIC IP DEALS LLC | 5900 BALCONES DR STE 100 AUSTIN, TX 78731 | High Rise | Possible Relationship | No | No |
| TEXAN REGISTERED AGENT LLC | 5900 BALCONES DRIVE, SUITE 100 | High Rise | Possible Relationship | No | No |

| Associates | Address | Address Type | Strength/Type of Association | Global Sanctions? | OFAC? |
|---|---|---|---|---|---|
| | AUSTIN, TX 78731 | | | | |
| PUEBLO NUEVO LLC | 5900 BALCONES DR STE 100 AUSTIN, TX 78731 | High Rise | Shared Business Name | No | No |

## Docket Records (4 Records)

| | Docket Title | Docket Number | Filing Date | Court | Nature of Suit | Company Interest |
|---|---|---|---|---|---|---|
| 1. | A&A Plumbing v. El Pueblo Nuevo LLC | 2006CL000118 | 04/12/2006 | Wis.Cir. | Liens | |
| 2. | Heider & Bott Co Inc v. El Pueblo Nuevo LLC | 2006CL000055 | 02/22/2006 | Wis.Cir. | Liens | |
| 3. | Associated Bank N A v. Peoples Action Redevelopment Coalition Inc et al | 2005CV011384 | 12/30/2005 | Wis.Cir. | Foreclosure | |
| 4. | Neuens Fredonia Lumber Co Inc v. El Pueblo Nuevo LLC | 2005CL000466 | 11/22/2005 | Wis.Cir. | Liens | |

## D&B Worldbase (1 Record)

To Summary

### BusinessInformation

| | | | |
|---|---|---|---|
| **Business Name:** | PUEBLO NUEVO LLC | | |
| **Business Address:** | 5900 BALCONES DR STE 100 AUSTIN, TX 78731-4298 | **Mailing Address:** | ) |
| **County:** | TRAVIS | | |
| **Country:** | USA | | |
| **Continent:** | NORTH AMERICA | **Continent:** | 0 |
| **Year Started:** | 2020 | **Operating Status:** | ACTIVE |
| **Duns ID:** | 06-507-6596 | | |
| **Last Update to Record:** | 07/26/2021 | | |

### Management Team

### Business Details

| | | | |
|---|---|---|---|
| **Line of Business:** | UNDETERMINED | | |
| **Primary SIC:** | 9999 | **Primary SIC Description:** | NONCLASSIFIED ESTABLISHMENT |
| **Total Employees:** | 4-MODELED* | **Employees Here:** | 4-MODELED |
| | *PRINCIPALS NOT INCLUDED IN TOTAL | | |

## Financial Information

| Net Worth US: | NOT AVAILABLE | Profit US: | NOT AVAILABLE |
|---|---|---|---|
| Net Worth Local: | NOT AVAILABLE | Profit Local: | NOT AVAILABLE |
| Currency: | U.S. DOLLAR | | |

## Sales Information

| Annual Sales US: | $125,082-MODELED | Annual Sales Local: | $NOT AVAILABLE |
|---|---|---|---|

## Company History/Operations/Relationships & Other Information

| This Company's Specifics | | | |
|---|---|---|---|
| DUNS: | 06-507-6596 | | |
| Ownership Is: | PRIVATELY OWNED | | |
| Business Is A: | SINGLE LOCATION | | |

Data by Dun & Bradstreet, COPYRIGHT ©2023 DUN & BRADSTREET, INC.

## Corporate Filings (1 Record)

[To Summary](#)

### PUEBLO NUEVO LLC

| Corporation Address: | 5900 BALCONES DR STE 100<br>AUSTIN, TX 78731 |
|---|---|

### Filing Record

| Filing Date: | 12/30/2020 | | |
|---|---|---|---|
| State of Incorporation: | TEXAS | | |
| | | Filing Number: | 803876719 |
| Duration: | PERPETUAL | | |
| Status: | IN EXISTENCE | Information Current Through: | 11/18/2022 |
| Business Type: | DOMESTIC LIMITED LIABILITY COMPANY (LLC) | | |
| Federal Identification Number: | 32077156654 | | |
| Office Location Where Filed: | SECRETARY OF STATE | Office Address Where Filed: | 1019 BRAZOS ST<br>AUSTIN, TX 78701 |

### Officer

| Name | Title | Address | Principle Office Location |
|---|---|---|---|
| DYNAMIC IP DEALS LLC | MANAGER | 5900 BALCONES DR STE 100 AUSTIN, TX | |

### Registered Agent

| Name: | TEXAN REGISTERED AGENT LLC | | |
|---|---|---|---|
| Address: | 5900 BALCONES DRIVE, SUITE 100 AUSTIN, TX | | |

### Amendments

| Effective Date | History Code | Description |
|---|---|---|
| | | PUBLIC INFORMATION |

| | | |
|---|---|---|
| 11/18/2022 | | REPORT (PIR); DOCUMENT NUMBER - 1198428790001 |
| 12/14/2021 | | PUBLIC INFORMATION REPORT (PIR); DOCUMENT NUMBER - 1102316860001 |
| 12/30/2020 | | CERTIFICATE OF FORMATION; DOCUMENT NUMBER - 1016616720002 |

## Report Section(s) with no Matches (97 Records)

Phone Numbers, Full Business Description (SEC Filings), FEIN Records Summary, Business Finder Records Summary, Business Profile Records Summary, D&B Market Identifier Records Summary, Marijuana-Related Business Records Summary, Fictitious Business Names Summary, Money Service Business Records Summary, NPI Records Summary, News, Businesses with Same Phone Number, Businesses with Same Address, People with Same Phone Number, People with Same Address, Executive Affiliations Summary, Executive Biographies Summary, Executive Profile Records Summary, Professional Licenses Summary, Beneficial and Management Ownership (SEC Filings), Listing of Officers and Directors (SEC Filings), Legal Advisors, Financial Advisors, Matters Related to Accountants and Financial Statements (SEC Filings), FAA Aircraft Registrations Summary, Real Property Pre-Foreclosure Records Summary, Real Property Tax Assessor Records Summary, Real Property Transactions Summary, Watercraft Summary, Bankruptcy Records Summary, Bankruptcy or Receivership (SEC Filings), UCC Filings Summary, Liens & Judgments Summary, Criminal Records Summary, Arrest Records Summary, Global Sanctions Summary, OFAC Infractions Summary, Healthcare Sanctions Summary, Company Disclosed Risk Factors (SEC Filings), Lawsuit Records Summary, Federal Case Law, State Case Law, Company Disclosed Legal Proceedings (SEC Filings), SEC Filings, SEC Insider Filings, Subsidiaries Disclosed in SEC Filings, SEC Staff Review Letters, SEC No Action Letters, Registrations & Prospectuses Transactions, Controls and Procedures (SEC Filings), Quantitative and Qualitative Discussions About Market Risk (SEC Filings), Material Modifications to Rights of Security Holders (SEC Filings), Unregistered Sales of Equity Securities (SEC Filings), Notice of Delisting Failure to Satisfy Listing Rule or Transfer of Listing (SEC Filings), SEDAR Filings, Mergers & Acquisitions Transactions, Mergers & Acquisitions Agreements, Business Organization Agreements, Capital Market Agreements, Corporate Finance Agreements, Private Equity Agreements, Intellectual Property Agreements, Other Material Agreements, Entry or Termination of a Material Definitive Agreement (SEC Filings), Changes in Control of Registrant (SEC Filings), Relationships and Related Transactions (SEC Filings), Financials - Annual, Ratios, Company Profile, Executive Officers, Folder Content, Lawsuit Records, Bankruptcy Records, UCC Filings, Liens & Judgments, Criminal Records, Arrest Records, Global Sanctions, OFAC Infractions, Healthcare Sanctions, FAA Aircraft Registrations, Real Property Pre-Foreclosure Records, Real Property Tax Assessor Records, Real Property Transactions, Watercraft, Executive Affiliations, Executive Biographies, Executive Profile Records, Professional Licenses, FEIN Records, Business Finder Records, Business Profile Records, D&B Market Identifier Records, Marijuana-Related Business Records, Fictitious Business Names, Money Service Business Records, NPI Records