# Exhibit 18

# TEXAS SECRETARY of STATE
## JANE NELSON

BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 804453054 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | February 28, 2022 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32083448392 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** ZT IP, LLC
**Address:** 5900 BALCONES DR STE 100
Austin, TX 78731-4298 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|
| **Last Update** | **Name** | | **Title** | | **Address** | |
| February 28, 2022 | PUEBLO NUEVO LLC | | Manager | | 5900 BALCONES DRIVE, SUITE 100 AUSTIN, TX 78731 USA | |
| April 12, 2022 | Entente IP LLC | | Manager | | 451 W Huron Street Chicago, IL 60654 USA | |

[Order] [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.