# Exhibit 22

Case 3:22-cv-08711-VC    Document 41-23    Filed 03/21/23    Page 1 of 3

## ROI-20-0849 Flick Intelligence, LLC: Media Annotation IP - 10 assets

**\* Licenses Signed \***

5 US issued patents, 4 US applications, and 1 WO applications related to computer program product for obtaining and displaying supplemental data about a displayed movie, show, event or video game; processor-readable media for bidirectional communications and data sharing between wireless hand held devices and multimedia display systems; and to the flick intel annotation.

The portfolio is relevant to the video content, video displays, and video compositing market fields.

Two broker provided EOUs available upon request and under NDA.

More package details are available upon request and under NDA.


Package data provided by Richardson Oliver Insights.

**Dynamic IP Deals LLC:** Contact Us (/go?url=https%3A//dynaipdeals.com/contact)

Asset list (https://portal.iam-market.com/sites/portal/files/documents/20%200849%20Flick%20Intelligence%20Media%20Annotation%20IP.xlsx)

**Industries:**

Computing (/taxonomy/term/16)

Electronic and electrical equipment (/sector/electronic-electrical-equipment)

Media and entertainment (/sector/media-entertainment)

Software and computer services (/sector/software-computer-services)

**Technologies:**

Digital (/category/digital)    Electronics (/category/electronics)

Image processing (/technology-type/image-processing)    Imaging (/technology-type/imaging)

Information technology (/category/information-technology)    Media (/category/media)

**Transactions:**

Licence (/transaction-type/licence)    Sale (/transaction-type/sale)
(https://plus.google.com/b/102203217322946510502010022021173229246510502/posts)ctua(https://twitter.com/IAM_magazine)
asset-management-magazine)

Company details

(/dynamic-ip-deals-llc-1)

Dynamic IP Deals LLC

Privacy policy (/privacy-policy)   |   Cookie policy (/cookie-policy)   |   Terms and conditions (/legal)   |   Contact (/contact)

Copyright Law Business Research 2014-2023. (/copyright-statement)

(https://plus.google.com/b/102203217322994651050/102203217322994651050/posts) (https://twitter.com/IAM_magazine) (https://www.linkedin.com/company/intellectual-asset-management-magazine)