# Exhibit 25



**Report of the Economic Survey**

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual
Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org



# Report of the Economic Survey 2021

**Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee**

**Arlene Neal, Chair**

**September 2021**

**Prepared by:**



**10097 Tyler Court, Suite 3 ■ Ijamsville, Maryland 21754
TEL: (240) 268-1262 ■ ARI@associationresearch.com**

# AIPLA Law Practice Management 2021 Economic Survey Participants

**We would like to thank those who helped put together and review
this year's AIPLA Economic Survey:**

**Arlene Neal**: Neal Bilbo, LLC – Chair of LPM Committee

**Nicholas Camillo**: Finnegan – Vice Chair of LPM Committee

**Ryan Dean**: Umberg Zipser, LLP, Co-Chair – Economic Survey Subcommittee

**John Gorecki**: Anderson Gorecki, LLP, Co-Chair – Economic Survey Subcommittee

**Anthony Venturino**: Vorys Sater Seymour and Pease, LLP – Board Liaison

---

## Economic Survey Subcommittee Members:

**Ryan Dean**: Umberg Zipser, LLP – Co-Chair

**John Gorecki**: Anderson Gorecki, LLP – Co-Chair

| | |
|---|---|
| **Ashraf Abdul-Mohsen**: ARI | **Megan Kirkegaard**: ARI |
| **Kaitlin Drake**: AIPLA | **Meghan Donohoe**: AIPLA |

---

©2021 American Intellectual Property Law Association

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by an information storage and retrieval system, without permission in writing from the publisher.

Provided Digitally to Members Complimentary
Printed Copies of this report are available from AIPLA at a cost of $75 per copy for members and $495 per copy for non-members.

American Intellectual Property Law Association
1400 Crystal Drive, Suite 600
Arlington VA 22202
(703) 415-0780
www.aipla.org

# Table of Contents

**INTRODUCTION** ................................................................................................................. **1**

**DATA COLLECTION** .......................................................................................................... **1**

**CHANGES TO THE SURVEY** ........................................................................................... **1**

**DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS** .................................. **2**

**RESPONDENT BACKGROUND** ....................................................................................... **4**

**EFFECTS OF THE COVID-19 PANDEMIC** ........................................................................ **12**

**IP BUDGET FOR CORPORATE PRACTITIONERS** .............................................................. **14**

**INCOME RECEIVED IN 2020 AND PROJECTED FOR 2021, BILLING RATES, AND BILLABLE HOURS** ........................................................................................................... **16**

**SUMMARY OF SURVEY RESULTS BY PRACTICE TYPE** ................................................... **20**
    SOLO PRACTITIONER ................................................................................................. 20
    PRIVATE FIRM, EQUITY PARTNER ............................................................................. 23
    PRIVATE FIRM, PARTNER-TRACK ............................................................................. 27
    PRIVATE FIRM, NON-PARTNER TRACK ..................................................................... 31
    PRIVATE FIRM, OF COUNSEL .................................................................................... 33
    HEAD OF CORPORATE IP DEPARTMENT ................................................................... 36
    CORPORATE IP DEPARTMENT, ATTORNEY ............................................................... 38
    PRIVATE FIRM, PATENT AGENT ............................................................................... 40

**TYPICAL CHARGES FOR IP LAW SERVICES** ................................................................... **42**

**TYPICAL TYPE OF FEE FOR IP LAW SERVICE CHARGES** ................................................. **53**

**TYPICAL COSTS OF LITIGATION** .................................................................................... **60**

**CHARACTERISTICS OF FIRMS** ....................................................................................... **81**
    NUMBER AND TYPE OF ATTORNEYS ........................................................................ 81
    ASSOCIATE STARTING SALARY AND SUMMER MONTHLY PAY .................................. 87
    PATENT AGENTS AND SUPPORT STAFF .................................................................... 90
    BILLING RATES AND PRACTICES ............................................................................... 95
    LIABILITY INSURANCE ............................................................................................... 99

**STATISTICAL TABLES** .......................................................................................... **Appendix A**
    INDIVIDUAL DATA ................................................................................... I-1 to I-230
    FIRM DATA .............................................................................................. F-1 to F-40

**SURVEY INSTRUMENTS** ....................................................................................... **Appendix B**

# STATISTICAL TABLES

**INDIVIDUAL DATA**

**All Respondents** .................................................................................................................................... **I-1**
Background ................................................................................................................................................ I-1
Work remotely before COVID-19 (Q3a and Q3b) .................................................................................... I-3
Work remotely post-COVID-19 (Q4a and Q4b) ....................................................................................... I-6
Work full-time (Q5) .................................................................................................................................. I-9
Major field of academic study (Q11) ....................................................................................................... I-9
Total Gross Income for 2020 from your primary practice (Q13a) ............................................................ I-10
Amount of year-end cash bonus (Q13b) ................................................................................................... I-10
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) .............................. I-11
Expected total cash income for 2021 (Q15) .............................................................................................. I-11
Full-time IP lawyers and patent agents at all locations (Q19) .................................................................. I-12
Billable hours, Billing rate, Dollars billed (Q32, Q33, Q30) ................................................................... I-14
Billing rate change in 2020 due to COVID-19 (Q34) ............................................................................... I-14
How billing rate changed due to COVID-19 (Q35) ................................................................................... I-15
Percentage of work billed at discounted hourly billing rate (Q36) ........................................................... I-15
Percentage of work billed under alternative fee arrangement (Q37) ......................................................... I-15
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ............................ I-16
Average hours per week spent on business development (Q38) ................................................................. I-16

**Solo Practitioner** ..................................................................................................................................... **I-17**
Background Information ............................................................................................................................ I-17
Total Gross Income for 2020 from your primary practice (Q13a) ............................................................ I-18
Total Gross Income for 2020 by type of work (Q13a) .............................................................................. I-19
Amount of year-end cash bonus (Q13b) ................................................................................................... I-19
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) .............................. I-20
Expected total cash income for 2021 (Q15) .............................................................................................. I-21
Percent of time devoted to types of work, by Income Level (Q18) .......................................................... I-22
Percent of time devoted to IP areas, by Income Level (Q16) ................................................................... I-22
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ..................................... I-23
Billable hours recorded in 2020 (Q32) ..................................................................................................... I-24
Average hourly billing rate in 2020 (Q33) ............................................................................................... I-25
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ............................ I-26
Dollar amount billed for legal services performed in 2020 (Q30) ............................................................ I-27

**Private Firm, Equity Partner** ................................................................................................................. **I-28**
Background Information ............................................................................................................................ I-28
Total Gross Income for 2020 from your primary practice (Q13a) ............................................................ I-29
Total Gross Income for 2020 by type of work (Q13a) .............................................................................. I-30
Amount of year-end cash bonus (Q13b) ................................................................................................... I-31
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) .............................. I-32
Expected total cash income for 2021 (Q15) .............................................................................................. I-33
Percent of time devoted to types of work, by Income Level (Q18) .......................................................... I-34
Percent of time devoted to IP areas, by Income Level (Q16) ................................................................... I-34
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ..................................... I-35
Billable hours recorded in 2020 (Q32) ..................................................................................................... I-36
Average hourly billing rate in 2020 (Q33) ............................................................................................... I-37
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ............................ I-38
Dollar amount billed for legal services performed in 2020 (Q30) ............................................................ I-39

**Private Firm, Partner-Track Attorney** ................................................................................................. **I-40**
Background Information ............................................................................................................................ I-40
Total Gross Income for 2020 from your primary practice (Q13a) ............................................................ I-41
Total Gross Income for 2020 by type of work (Q13a) .............................................................................. I-42
Amount of year-end cash bonus (Q13b) ................................................................................................... I-43
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) .............................. I-44
Expected total cash income for 2021 (Q15) .............................................................................................. I-45
Percent of time devoted to types of work, by Income Level (Q18) .......................................................... I-46
Percent of time devoted to IP areas, by Income Level (Q16) ................................................................... I-46
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ..................................... I-46

For the first 10 years of experience, total gross income for 2020 (Q13a) ................................................... I-47
Billable hours recorded in 2020 (Q32) ................................................................................................ I-48
Average hourly billing rate in 2020 (Q33) .......................................................................................... I-49
For the first 10 years of experience, billable hours recorded in 2020 (Q32) ........................................ I-50
For the first 10 years of experience, average hourly billing rate in 2020 (Q33) .................................. I-50
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ........................ I-51
Dollar amount billed for legal services performed in 2020 (Q30) ........................................................ I-52

**Private Firm, Non-Partner Track Attorney** ......................................................................................... **I-53**
Background Information ........................................................................................................................ I-53
Total Gross Income for 2020 from your primary practice (Q13a) ......................................................... I-53
Total Gross Income for 2020 by type of work (Q13a) .......................................................................... I-54
Expected total cash income for 2021 (Q15) ........................................................................................ I-54
Percent of time devoted to types of work, by Income Level (Q18) ...................................................... I-54
Percent of time devoted to IP areas, by Income Level (Q16) ............................................................... I-54
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ................................. I-55
Billable hours recorded in 2020 (Q32) ................................................................................................ I-55
Average hourly billing rate in 2020 (Q33) .......................................................................................... I-55
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ........................ I-56
Dollar amount billed for legal services performed in 2020 (Q30) ........................................................ I-56

**Private Firm, Of Counsel** ..................................................................................................................... **I-57**
Background Information ........................................................................................................................ I-57
Total Gross Income for 2020 from your primary practice (Q13a) ......................................................... I-58
Total Gross Income for 2020 by type of work (Q13a) .......................................................................... I-58
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) .......................... I-59
Expected total cash income for 2021 (Q15) ........................................................................................ I-59
Percent of time devoted to types of work, by Income Level (Q18) ...................................................... I-59
Percent of time devoted to IP areas, by Income Level (Q16) ............................................................... I-60
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ................................. I-60
Billable hours recorded in 2020 (Q32) ................................................................................................ I-61
Average hourly billing rate in 2020 (Q33) .......................................................................................... I-62
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) ........................ I-63
Dollar amount billed for legal services performed in 2020 (Q30) ........................................................ I-64

**Corporate IP Department, Head** ........................................................................................................... **I-65**
Background Information ........................................................................................................................ I-65
Total Gross Income for 2020 from your primary practice (Q13a) ......................................................... I-66
Total Gross Income for 2020 by type of work (Q13a) .......................................................................... I-66
Total Gross Income for 2020 by Number of Subordinates (Q13a) ....................................................... I-67
Amount of year-end cash bonus (Q13b) .............................................................................................. I-67
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) .......................... I-68
Expected total cash income for 2021 (Q15) ........................................................................................ I-69
Percent of time devoted to types of work, by Income Level (Q18) ...................................................... I-69
Percent of time devoted to IP areas, by Income Level (Q16) ............................................................... I-70
New priority US and PCT Patent applications prepared and filed in 2020 (Q20) ................................. I-70
Direct and indirect reports (Q21)......................................................................................................... I-70
Percent of activities handled by in-house counsel other than liaison with outside counsel, by Income Level (Q22)..................... I-71
Annual gross revenues for company for 2020 (Q23) ........................................................................... I-71
Annual IP budget for company for 2020 (Q24) .................................................................................... I-72
Corporate IP budget per full-time IP lawyer or agent in 2020 (Q24) ................................................... I-73
Percent of IP budget used for US prosecution and non-US prosecution (Q25) .................................... I-74
Change in IP budget for company from 2019 to 2020 (Q26) ................................................................ I-75
Reasons for change in corporate budget (Q27) ................................................................................... I-76
Technology focus of company or business unit (Q28) .......................................................................... I-76
Percent of annual corporate IP budget devoted to types of work, by Income Level (Q29) ................... I-77
Percent of annual corporate IP budget devoted to types of work, by Technology Focus of Company (Q29) ............... I-77

**Corporate IP Department, Attorney** ...................................................................................................... **I-79**
Background ........................................................................................................................................... I-79
Total Gross Income for 2020 from your primary practice (Q13a) ......................................................... I-80
Total Gross Income for 2020 by type of work (Q13a) .......................................................................... I-80

Total Gross Income for 2020 by Number of Subordinates (Q13a)................................................................I-81
Amount of year-end cash bonus (Q13b)................................................................................................I-81
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) ...........................I-82
Expected total cash income for 2021 (Q15)...........................................................................................I-83
Percent of time devoted to types of work, by Income Level (Q18) .......................................................I-83
Percent of time devoted to IP areas, by Income Level (Q16)................................................................I-84
New priority US and PCT Patent applications prepared and filed in 2020 (Q20)...................................I-84
Direct and indirect reports (Q21)...........................................................................................................I-84
Technology focus of company or business unit (Q28) ...........................................................................I-85

**Private Firm, Patent Agent** ..........................................................................................................**I-86**
Background ............................................................................................................................................I-86
Total Gross Income for 2020 from your primary practice (Q13a)..........................................................I-86
Total Gross Income for 2020 by type of work (Q13a) ...........................................................................I-87
Amount of year-end cash bonus (Q13b)................................................................................................I-87
Employer's 2020 contribution to 401(k)/403(b) retirement and savings plans (Q14) ...........................I-87
Expected total cash income for 2021 (Q15)...........................................................................................I-88
Percent of time devoted to types of work, by Income Level (Q18) .......................................................I-88
Percent of time devoted to IP areas, by Income Level (Q16)................................................................I-88
New priority US and PCT Patent applications prepared and filed in 2020 (Q20)...................................I-89
Billable hours recorded in 2020 (Q32) ..................................................................................................I-89
Average hourly billing rate in 2020 (Q33)..............................................................................................I-90
Percent of services in 2020 that were billed (or will be billed) by type of basis (Q31) .........................I-90

**Corporate IP Department, Patent Agent** ......................................................................................**I-91**
Background ............................................................................................................................................I-91
Total Gross Income for 2020 from your primary practice (Q13a)..........................................................I-91

**Typical Charges** ............................................................................................................................**I-92**
Trademarks by Location
Trademark Clearance Search, Analysis, and Opinion (Q39a)...............................................................I-92
Trademark Registration Application (Preparation and Filing) (Q39b).....................................................I-92
Trademark Prosecution (Total, including amendments and interviews but not appeals) (Q39c) ............I-92
Trademark Statement of Use (Preparation and Filing) (Q39d) ..............................................................I-93
Trademark Appeal to the Board (Briefed and Argued) (Q39e) ..............................................................I-93
Trademark Section 8 and 15 Declaration (Preparation and Filing) (Q39f).............................................I-93
Trademark Renewal Application (Preparation and Filing) (Q39g)..........................................................I-94
Filing of Foreign Origin Trademark Registration Application Received Ready for Filing (Q39h)..............I-94
Filing for an International Trademark (Q39i)...........................................................................................I-94
Preparing a UDRP Petition (Q39j)........................................................................................................I-95
Responding to a UDRP Petition (Q39k).................................................................................................I-95
Preparing and Filing Assignments or Other Formal Documents (Q39l) .................................................I-95

Trademarks by Type of Practice
Trademark Clearance Search, Analysis, and Opinion (Q39a)...............................................................I-96
Trademark Registration Application (Preparation and Filing) (Q39b).....................................................I-96
Trademark Prosecution (Total, including amendments and interviews but not appeals) (Q39c) ............I-96
Trademark Statement of Use (Preparation and Filing) (Q39d) ..............................................................I-97
Trademark Appeal to the Board (Briefed and Argued) (Q39e) ..............................................................I-97
Trademark Section 8 and 15 Declaration (Preparation and Filing) (Q39f).............................................I-97
Trademark Renewal Application (Preparation and Filing) (Q39g)..........................................................I-98
Filing of Foreign Origin Trademark Registration Application Received Ready for Filing (Q39h)..............I-98
Filing for an International Trademark (Q39i)...........................................................................................I-98
Preparing a UDRP Petition (Q39j)........................................................................................................I-99
Responding to a UDRP Petition (Q39k).................................................................................................I-99
Preparing and Filing Assignments or Other Formal Documents (Q39l) .................................................I-99

US Utility Patents by Location
Original (not divisional, continuation, or CIP) non-provisional utility patent application on invention of minimal
    complexity (Preparation and Filing) (Q40a)....................................................................................I-100
Provisional Patent Application (Preparation and Filing) (Q40b) ............................................................I-100
Original utility application, relatively complex biotechnology/chemical (Preparation and Filing) (Q40c)...................I-100

Original utility application, relatively complex electrical/computer (Preparation and Filing) (Q40d) ........................................ I-101
Original utility application, relatively complex mechanical (Preparation and Filing) (Q40e) .............................................. I-101
Patent application amendment/argument of minimal complexity (Preparation and Filing) (Q40f) ............................................. I-101
Patent application amendment/argument, relatively complex, biotechnology/chemical
    (Preparation and Filing) (Q40g) ................................................................................... I-102
Patent application amendment/argument, relatively complex, electrical/computer (Preparation and Filing) (Q40h) .............. I-102
Patent application amendment/argument, relatively complex, mechanical (Preparation and Filing) (Q40i) ........................... I-102
Appeal to Board in utility patent application without oral argument (Q40j) .................................................... I-103
Appeal to Board in utility patent application with oral argument (Q40k) ....................................................... I-103
Issuing an allowed application (All post-allowance activity) (Q40l) .......................................................... I-103
Ex parte re-exam (Q40m) ....................................................................................... I-104
Paying a Maintenance Fee (Q40n) ................................................................................ I-104
Utility Patent Novelty Search, Analysis, and Opinion (Q40o) ................................................................ I-104
Validity/Invalidity Only Opinion, per patent (Q40p) ...................................................................... I-105
Infringement/Non-Infringement Only Opinion, per patent (Q40q) .......................................................... I-105
Combination Validity and Infringement, per patent (Q40r) ................................................................ I-105
Preparing and filing Information Disclosure Statement (IDS), less than 50 references (Q40s) ............................. I-106
Preparing and filing Information Disclosure Statement (IDS), more than 50 references (Q40t) ........................... I-106
Reference management (typical portfolio size) (Q40u) .................................................................... I-106
Patent Term Adjustment calculation (Q40v) ............................................................................ I-107
Formalities, including preparing and filing formal declarations, assignments, and powers of attorney, responding to
    pre-examination notices, and preparing papers to make corrections (Q40w) .......................................... I-107
Preparing and filing formal drawings (Q40x) ........................................................................... I-107
Preparing for and conducting examiner interview (Q40y) ................................................................. I-108
Providing a continuation recommendation (including proposed claim strategy) (Q40z) .................................... I-108

## US Utility Patents by Type of Practice

Original (not divisional, continuation, or CIP) non-provisional utility patent application on invention of minimal
    complexity (Preparation and Filing) (Q40a) ..................................................................... I-109
Provisional Patent Application (Preparation and Filing) (Q40b)  ...................................................... I-109
Original utility application, relatively complex biotechnology/chemical (Preparation and Filing) (Q40c) .................... I-109
Original utility application, relatively complex electrical/computer (Preparation and Filing) (Q40d) ........................ I-110
Original utility application, relatively complex mechanical (Preparation and Filing) (Q40e) .............................. I-110
Patent application amendment/argument of minimal complexity (Preparation and Filing) (Q40f) ............................ I-110
Patent application amendment/argument, relatively complex, biotechnology/chemical
    (Preparation and Filing) (Q40g) ................................................................................. I-111
Patent application amendment/argument, relatively complex, electrical/computer (Preparation and Filing) (Q40h) .............. I-111
Patent application amendment/argument, relatively complex, mechanical (Preparation and Filing) (Q40i) ........................ I-111
Appeal to Board in utility patent application without oral argument (Q40j) .................................................... I-112
Appeal to Board in utility patent application with oral argument (Q40k) ....................................................... I-112
Issuing an allowed application (All post-allowance activity) (Q40l) .......................................................... I-112
Ex parte re-exam (Q40m) ....................................................................................... I-113
Paying a Maintenance Fee (Q40n) ................................................................................ I-113
Utility Patent Novelty Search, Analysis, and Opinion (Q40o) ................................................................ I-113
Validity/Invalidity Only Opinion, per patent (Q40p) ...................................................................... I-114
Infringement/Non-Infringement Only Opinion, per patent (Q40q) .......................................................... I-114
Combination Validity and Infringement, per patent (Q40r) ................................................................ I-114
Preparing and filing Information Disclosure Statement (IDS), less than 50 references (Q40s) ............................. I-115
Preparing and filing Information Disclosure Statement (IDS), more than 50 references (Q40t) ........................... I-115
Reference management (typical portfolio size) (Q40u) .................................................................... I-115
Patent Term Adjustment calculation (Q40v) ............................................................................ I-116
Formalities, including preparing and filing formal declarations, assignments, and powers of attorney, responding to
    pre-examination notices, and preparing papers to make corrections (Q40w) .......................................... I-116
Preparing and filing formal drawings (Q40x) ........................................................................... I-116
Preparing for and conducting examiner interview (Q40y) ................................................................. I-117
Providing a continuation recommendation (including proposed claim strategy) (Q40z) .................................... I-117

## US Utility Patents of Foreign Origin by Location

Filing foreign origin utility patent application in USPTO, received ready for filing with formal papers,
    assignment, and priority documents (Q41a) ...................................................................... I-118
Filing non-PCT patent application abroad (per country, not including associate or government fees) (Q41b) ................. I-118
Filing previously prepared US patent application as PCT application in US Receiving Office (Q41c) ........................ I-118

Entering National Stage in US Receiving Office from foreign origin PCT application (Q41d)...............................I-119
Entering National Stage in each foreign Receiving Office from US origin PCT application (Q41e) ........................I-119
Paying an annuity or maintenance fee (Q41f) ..................................................................................................I-119
Patent application amendment/argument of minimal complexity, where foreign counsel or the client
    provides detailed response instructions (Preparation and Filing) (Q41g)...........................................I-120
Patent application amendment/argument, relatively complex, biotechnology/chemical, where foreign
    counsel or the client provides detailed response instructions (Preparation and Filing) (Q41h)............I-120
Patent application amendment/argument, relatively complex, electrical computer, where foreign counsel
    or the client provides detailed response instructions (Preparation and Filing) (Q41i) .........................I-121
Patent application amendment/argument, relatively complex, mechanical, where foreign counsel or
    the client provides detailed response instructions (Preparation and Filing) (Q41j)..............................I-121

**US Utility Patents of Foreign Origin by Type of Practice**
Filing foreign origin utility patent application in USPTO, received ready for filing with formal papers,
    assignment, and priority documents (Q41a)...............................................................................................I-122
Filing non-PCT patent application abroad (per country, not including associate or government fees) (Q41b)..........I-122
Filing previously prepared US patent application as PCT application in US Receiving Office (Q41c)........................I-122
Entering National Stage in US Receiving Office from foreign origin PCT application (Q41d)...............................I-123
Entering National Stage in each foreign Receiving Office from US origin PCT application (Q41e) ........................I-123
Paying an annuity or maintenance fee (Q41f) ..................................................................................................I-123
Patent application amendment/argument of minimal complexity, where foreign counsel or the client
    provides detailed response instructions (Preparation and Filing) (Q41g)...........................................I-124
Patent application amendment/argument, relatively complex, biotechnology/chemical, where foreign
    counsel or the client provides detailed response instructions (Preparation and Filing) (Q41h)............I-124
Patent application amendment/argument, relatively complex, electrical computer, where foreign counsel
    or the client provides detailed response instructions (Preparation and Filing) (Q41i) .........................I-124
Patent application amendment/argument, relatively complex, mechanical, where foreign counsel or
    the client provides detailed response instructions (Preparation and Filing) (Q41j)..............................I-125

**Filing US Applications Abroad**
Foreign country for providing charges in 2020 (Q42) .......................................................................................I-126

**Filing US Applications Abroad – Europe (EPO) by Location**
Filing US origin utility patent application in foreign office, received ready for filing with formal papers,
    assignment, and priority documents (Q42a) .............................................................................................I-127
Entering National Stage in foreign Receiving Office from US origin PCT application (Q42b)...............................I-127
Paying an annuity or maintenance fee (Q42c)...................................................................................................I-127
Patent application amendment/argument of minimal complexity, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42d)...................I-128
Patent application amendment/argument, relatively complex, biotechnology/chemical, where US
    counsel or the client provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42e) .. I-128
Patent application amendment/argument, relatively complex, electrical computer, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42f)....................I-129
Patent application amendment/argument, relatively complex, mechanical, where US counsel or the client provides
    foreign counsel with detailed response instructions (Preparation and Filing) (Q42g)..............................I-129

**Filing US Applications Abroad – Europe (EPO) by Type of Practice**
Filing US origin utility patent application in foreign office, received ready for filing with formal papers,
    assignment, and priority documents (Q42a) .............................................................................................I-130
Entering National Stage in foreign Receiving Office from US origin PCT application (Q42b)...............................I-130
Paying an annuity or maintenance fee (Q42c)...................................................................................................I-130
Patent application amendment/argument of minimal complexity, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42d)...................I-131
Patent application amendment/argument, relatively complex, biotechnology/chemical, where US
    counsel or the client provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42e) .. I-131
Patent application amendment/argument, relatively complex, electrical computer, where US counsel or the client
    provides foreign counsel with detailed response instructions (Preparation and Filing) (Q42f)....................I-131
Patent application amendment/argument, relatively complex, mechanical, where US counsel or the client provides
    foreign counsel with detailed response instructions (Preparation and Filing) (Q42g)..............................I-132
Surcharge to clients for handling invoices from foreign counsel (Q42H) ..........................................................I-133
Percentage charged to clients for handling invoices from foreign counsel (Q42H2)........................................I-133

**Other US Patents and Copyrights by Location**
US design patent application (Preparation and Filing) (Q43a)................................................................. I-134
Formal drawings for design patent application (Q43b)....................................................................... I-134
Preparing and filing international design patent application under the Hague agreement (Q43c)................................. I-134
Responding to Office action in design patent application (Q43d)................................................................ I-135
Copyright registration application (Preparation and Filing) (Q43f) ........................................................... I-135

**Other US Patents and Copyrights by Type of Practice**
US design patent application (Preparation and Filing) (Q43a)................................................................. I-136
Formal drawings for design patent application (Q43b)....................................................................... I-136
Preparing and filing international design patent application under the Hague agreement (Q43c)................................. I-136
Responding to Office action in design patent application (Q43d)................................................................ I-137
US plant patent application (Preparation and Filing) (Q43e)................................................................... I-137
Copyright registration application (Preparation and Filing) (Q43f) ........................................................... I-137

**Transactional Work by Location**
Due Diligence (Q44a)........................................................................................................ I-138
Preparing licenses, including negotiations (Q44b)........................................................................... I-138

**Transactional Work by Type of Practice**
Due Diligence (Q44a)........................................................................................................ I-139
Preparing licenses, including negotiations (Q44b)........................................................................... I-139

**Type of Fee Primarily Used**
Trademarks (Q39a-l)......................................................................................................... I-140
US Utility Patents (Q40a-z)................................................................................................. I-141
US Utility Patents of Foreign Origin (Q41a-j)............................................................................... I-142
Filing US Applications Abroad – Europe (EPO) (Q42a-g)....................................................................... I-143
Other US Patents and Copyrights (Q43a-f)................................................................................... I-143
Transactional Work (Q44a-b)................................................................................................. I-143

**Total Costs of Litigation** ............................................................................................... **I-144**
**Litigation-Patent Infringement, All Varieties by Location**
Less than $1M at risk– Initial case management (Q45Aa)...................................................................... I-144
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Ab)...................................... I-144
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ac)...................... I-144
Less than $1M at risk– Cost of mediation (Q45Ad)........................................................................... I-145
$1-$10M at risk– Initial case management (Q45Ae)........................................................................... I-145
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Af).......................................... I-145
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ag).......................... I-146
$1-$10M at risk– Cost of mediation (Q45Ah)................................................................................. I-146
$10-$25M at risk– Initial case management (Q45Ai).......................................................................... I-146
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Aj)......................................... I-147
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ak).......................... I-147
$10-$25M at risk– Cost of mediation (Q45Al)................................................................................ I-147
Greater than $25M at risk– Initial case management (Q45Am)................................................................. I-148
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45An)................................. I-148
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ao) ................ I-148
Greater than $25M at risk– Cost of mediation (Q45Ap)....................................................................... I-149

**Litigation-Patent Infringement, All Varieties by Type of Practice**
Less than $1M at risk– Initial case management (Q45Aa)...................................................................... I-150
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Ab)...................................... I-150
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ac)...................... I-150
Less than $1M at risk– Cost of mediation (Q45Ad)........................................................................... I-151
$1-$10M at risk– Initial case management (Q45Ae)........................................................................... I-151
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Af).......................................... I-151
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ag).......................... I-152
$1-$10M at risk– Cost of mediation (Q45Ah)................................................................................. I-152
$10-$25M at risk– Initial case management (Q45Ai).......................................................................... I-152
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Aj)......................................... I-153
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ak).......................... I-153

$10-$25M at risk– Cost of mediation (Q45Al) ............................................................................................... I-153
Greater than $25M at risk– Initial case management (Q45Am) ........................................................................ I-154
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45An)............................ I-154
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ao) .................. I-154
Greater than $25M at risk– Cost of mediation (Q45Ap) ................................................................................... I-155

**Litigation-Patent Infringement, Hatch-Waxman Act by Type of Practice**
Less than $1M at risk– Initial case management (Q45Ba) .................................................................................. I-156
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Bb) ................................... I-156
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Bc) ................. I-156
Less than $1M at risk– Cost of mediation (Q45Bd)........................................................................................... I-157
$1-$10M at risk– Initial case management (Q45Be) .......................................................................................... I-157
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Bf) ............................................ I-157
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Bg) .......................... I-158
$1-$10M at risk– Cost of mediation (Q45Bh) ................................................................................................... I-158
$10-$25M at risk– Initial case management (Q45Bi)......................................................................................... I-158
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Bj) .......................................... I-159
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Bk) ....................... I-159
$10-$25M at risk– Cost of mediation (Q45Bl) .................................................................................................. I-159
Greater than $25M at risk– Initial case management (Q45Bm) ........................................................................ I-160
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45Bn)............................ I-160
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Bo)............ I-160
Greater than $25M at risk– Cost of mediation (Q45Bp) ................................................................................... I-161

**Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity by Location**
Less than $1M at risk– Initial case management (Q45Ca) ................................................................................. I-162
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Cb) ................................... I-162
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Cc) ................. I-162
Less than $1M at risk– Cost of mediation (Q45Cd)........................................................................................... I-163
$1-$10M at risk– Initial case management (Q45Ce) .......................................................................................... I-163
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Cf) ............................................ I-163
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Cg) .......................... I-164
$1-$10M at risk– Cost of mediation (Q45Ch) ................................................................................................... I-164
$10-$25M at risk– Initial case management (Q45Ci)......................................................................................... I-164
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Cj) .......................................... I-165
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ck) ....................... I-165
$10-$25M at risk– Cost of mediation (Q45Cl) .................................................................................................. I-165
Greater than $25M at risk– Initial case management (Q45Cm) ........................................................................ I-166
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45Cn)............................ I-166
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Co)............ I-166
Greater than $25M at risk– Cost of mediation (Q45Cp) ................................................................................... I-167

**Litigation-Defending Claims of Patent Infringement by Non-Practicing Entity by Type of Practice**
Less than $1M at risk– Initial case management (Q45Ca) ................................................................................. I-168
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Cb) ................................... I-168
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Cc) ................. I-168
Less than $1M at risk– Cost of mediation (Q45Cd)........................................................................................... I-169
$1-$10M at risk– Initial case management (Q45Ce) .......................................................................................... I-169
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Cf) ............................................ I-169
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Cg) .......................... I-170
$1-$10M at risk– Cost of mediation (Q45Ch) ................................................................................................... I-170
$10-$25M at risk– Initial case management (Q45Ci)......................................................................................... I-170
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Cj) .......................................... I-171
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Ck) ....................... I-171
$10-$25M at risk– Cost of mediation (Q45Cl) .................................................................................................. I-171
Greater than $25M at risk– Initial case management (Q45Cm) ........................................................................ I-172
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45Cn)............................ I-172
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Co)............ I-172
Greater than $25M at risk– Cost of mediation (Q45Cp) ................................................................................... I-173

**Litigation-Section 337 Patent Infringement by Type of Practice**
Less than $1M at risk– Initial case management (Q45Da)................................................................................. I-174

Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q45Db) .......................................................... I-174
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Dc) ............................. I-174
Less than $1M at risk– Cost of mediation (Q45Dd) ................................................................................................................... I-175
$1-$10M at risk– Initial case management (Q45De) .................................................................................................................. I-175
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q45Df) ........................................................... I-175
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Dg) ................................... I-176
$1-$10M at risk– Cost of mediation (Q45Dh) ........................................................................................................................... I-176
$10-$25M at risk– Initial case management (Q45Di) ............................................................................................................... I-176
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q45Dj) ........................................................ I-177
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Dk) ............................... I-177
$10-$25M at risk– Cost of mediation (Q45Dl) .......................................................................................................................... I-177
Greater than $25M at risk– Initial case management (Q45Dm) ............................................................................................ I-178
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q45Dn) ...................................... I-178
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q45Do) ................ I-178
Greater than $25M at risk– Cost of mediation (Q45Dp) ........................................................................................................ I-179

**Patent Infringement**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q45E) ........................... I-180
Total cost of asserting compared to total cost of defending (Q45F) ................................................................................... I-180
Cost of asserting as percent of cost of defending (Q45Fx) ................................................................................................... I-181

**Post-Grant Proceedings: PGR/IPR – Life Sciences by Type of Practice**
Through filing petition (Q46Ai) ................................................................................................................................................. I-182
Through end of motion practice (Q46Aii) ............................................................................................................................... I-182
Through PTAB hearing (Q46Aiii) .............................................................................................................................................. I-182
Through appeal (Q46Aiv) .......................................................................................................................................................... I-183

**Post-Grant Proceedings: PGR/IPR – Electrical/Computer by Location**
Through filing petition (Q46Ai) ................................................................................................................................................. I-184
Through end of motion practice (Q46Aii) ............................................................................................................................... I-184
Through PTAB hearing (Q46Aiii) .............................................................................................................................................. I-184
Through appeal (Q46Aiv) .......................................................................................................................................................... I-185

**Post-Grant Proceedings: PGR/IPR – Electrical/Computer by Type of Practice**
Through filing petition (Q46Ai) ................................................................................................................................................. I-186
Through end of motion practice (Q46Aii) ............................................................................................................................... I-186
Through PTAB hearing (Q46Aiii) .............................................................................................................................................. I-186
Through appeal (Q46Aiv) .......................................................................................................................................................... I-187

**Post-Grant Proceedings: PGR/IPR – Mechanical by Location**
Through filing petition (Q46Ai) ................................................................................................................................................. I-188
Through end of motion practice (Q46Aii) ............................................................................................................................... I-188
Through PTAB hearing (Q46Aiii) .............................................................................................................................................. I-188
Through appeal (Q46Aiv) .......................................................................................................................................................... I-189

**Post-Grant Proceedings: PGR/IPR – Mechanical by Type of Practice**
Through filing petition (Q46Ai) ................................................................................................................................................. I-190
Through end of motion practice (Q46Aii) ............................................................................................................................... I-190
Through PTAB hearing (Q46Aiii) .............................................................................................................................................. I-190
Through appeal (Q46Aiv) .......................................................................................................................................................... I-191

**Post-Grant Proceedings**
Total cost of filing a petition compared to total cost of defending (Q46B) ....................................................................... I-192
Cost of filing as percent of cost of defending (Q46Bx) .......................................................................................................... I-192

**Litigation-Trademark Infringement by Location**
Less than $1M at risk– Initial case management (Q47Aa) ...................................................................................................... I-193
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q47Ab) ............................................. I-193
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ac) ....................... I-193
Less than $1M at risk– Cost of mediation (Q47Ad) ................................................................................................................ I-194
$1-$10M at risk– Initial case management (Q47Ae) ................................................................................................................ I-194
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q47Af) ........................................................ I-194

$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ag) ........................................ I-195
$1-$10M at risk– Cost of mediation (Q47Ah) ........................................................................................................ I-195
$10-$25M at risk– Initial case management (Q47Ai) ............................................................................................. I-195
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q47Aj) ................................................. I-196
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ak) ............................... I-196
$10-$25M at risk– Cost of mediation (Q47Al) ...................................................................................................... I-196
Greater than $25M at risk– Initial case management (Q47Am) ............................................................................... I-197
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q47An) ................................... I-197
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ao) ................. I-197

**Litigation-Trademark Infringement by Type of Practice**
Less than $1M at risk– Initial case management (Q47Aa) ....................................................................................... I-198
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q47Ab) ......................................... I-198
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ac) ....................... I-198
Less than $1M at risk– Cost of mediation (Q47Ad) ............................................................................................... I-199
$1-$10M at risk– Initial case management (Q47Ae) .............................................................................................. I-199
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q47Af) .................................................. I-199
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ag) ............................... I-200
$1-$10M at risk– Cost of mediation (Q47Ah) ....................................................................................................... I-200
$10-$25M at risk– Initial case management (Q47Ai) ............................................................................................. I-200
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q47Aj) ................................................. I-201
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ak) ............................... I-201
$10-$25M at risk– Cost of mediation (Q47Al) ...................................................................................................... I-201
Greater than $25M at risk– Initial case management (Q47Am) ............................................................................... I-202
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q47An) ................................... I-202
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q47Ao) ................. I-202
Greater than $25M at risk– Cost of mediation (Q47Ap) ........................................................................................ I-203

**Trademark Infringement**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q47B) ........................... I-204
Total cost of asserting compared to total cost of defending (Q47C) ....................................................................... I-204
Cost of asserting as percent of cost of defending (Q47Cx) ................................................................................... I-205

**Litigation-Trademark Opposition/Cancellation by Location**
Through filing petition (Q48i) .............................................................................................................................. I-206
End of Discovery (Q48ii) ..................................................................................................................................... I-206
Inclusive, all costs (Q48iii) .................................................................................................................................. I-206

**Litigation-Trademark Opposition/Cancellation by Type of Practice**
Through filing petition (Q48i) .............................................................................................................................. I-207
End of Discovery (Q48ii) ..................................................................................................................................... I-207
Inclusive, all costs (Q48iii) .................................................................................................................................. I-207

**Litigation-Copyright Infringement by Location**
Less than $1M at risk– Initial case management (Q49Aa) ....................................................................................... I-208
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q49Ab) ......................................... I-208
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ac) ....................... I-208
Less than $1M at risk– Cost of mediation (Q49Ad) ............................................................................................... I-209

**Litigation-Copyright Infringement by Type of Practice**
Less than $1M at risk– Initial case management (Q49Aa) ....................................................................................... I-210
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q49Ab) ......................................... I-210
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ac) ....................... I-210
Less than $1M at risk– Cost of mediation (Q49Ad) ............................................................................................... I-211
$1-$10M at risk– Initial case management (Q49Ae) .............................................................................................. I-211
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q49Af) .................................................. I-211
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ag) ............................... I-212
$1-$10M at risk– Cost of mediation (Q49Ah) ....................................................................................................... I-212
$10-$25M at risk– Initial case management (Q49Ai) ............................................................................................. I-212
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q49Aj) ................................................. I-213
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ak) ............................... I-213
$10-$25M at risk– Cost of mediation (Q49Al) ...................................................................................................... I-213

Greater than $25M at risk– Initial case management (Q49Am) ............................................................................ I-214
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q49An) ........................... I-214
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q49Ao) ............... I-214
Greater than $25M at risk– Cost of mediation (Q49Ap) ..................................................................................... I-215

**Copyright Infringement**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q49B) ...................... I-216
Total cost of asserting compared to total cost of defending (Q49C) .................................................................. I-216
Cost of asserting as percent of cost of defending (Q49Cx) ................................................................................ I-217

**Litigation-Trade Secret Misappropriation by Location**
Less than $1M at risk– Initial case management (Q50Aa) ................................................................................... I-218
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q50Ab) .................................. I-218
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ac) .................. I-218
Less than $1M at risk– Cost of mediation (Q50Ad) .......................................................................................... I-219
$1-$10M at risk– Initial case management (Q50Ae) .......................................................................................... I-219
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q50Af) ............................................ I-219
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ag) ......................... I-220
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ak) ....................... I-220

**Litigation-Trade Secret Misappropriation by Type of Practice**
Less than $1M at risk– Initial case management (Q50Aa) ................................................................................... I-221
Less than $1M at risk– Inclusive of discovery, motions, and claim construction (Q50Ab) .................................. I-221
Less than $1M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ac) .................. I-221
Less than $1M at risk– Cost of mediation (Q50Ad) .......................................................................................... I-222
$1-$10M at risk– Initial case management (Q50Ae) .......................................................................................... I-222
$1-$10M at risk– Inclusive of discovery, motions, and claim construction (Q50Af) ............................................ I-222
$1-$10M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ag) ......................... I-223
$1-$10M at risk– Cost of mediation (Q50Ah) .................................................................................................. I-223
$10-$25M at risk– Initial case management (Q50Ai) ......................................................................................... I-223
$10-$25M at risk– Inclusive of discovery, motions, and claim construction (Q50Aj) .......................................... I-224
$10-$25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ak) ....................... I-224
$10-$25M at risk– Cost of mediation (Q50Al) ................................................................................................. I-224
Greater than $25M at risk– Initial case management (Q50Am) ......................................................................... I-225
Greater than $25M at risk– Inclusive of discovery, motions, and claim construction (Q50An) ........................... I-225
Greater than $25M at risk– Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) (Q50Ao) ........... I-225
Greater than $25M at risk– Cost of mediation (Q50Ap) ................................................................................... I-226

**Trade Secret Misappropriation**
Correlation between the amount at risk and the overall attorney hours required to litigate (Q50B) ...................... I-227
Total cost of asserting compared to total cost of defending (Q50C) .................................................................. I-227
Cost of asserting as percent of cost of defending (Q50Cx) ................................................................................ I-228

**Mediation/Arbitration**
Total cost of resolving dispute through arbitration compared to resolving dispute through litigation (Q51).............. I-229
Cost of arbitration as percent of cost of litigation (Q51x) .................................................................................. I-229
Frequency mediation/arbitration initiated in 2020 (Q52) ................................................................................. I-230

**FIRM DATA**
Background ....................................................................................................................................................... F-1
Position of the person responding on behalf of the firm (Q1)............................................................................. F-2
Number of office locations in 2020 by size of firm (Q3) .................................................................................... F-2
Firm has plan to close any major office locations in 2021 or 2022 (Q4) .............................................................. F-3
Changes to amount of office space leased or owned due to COVID related changes in workplace (Q5)................. F-4
Percentage of employees working remotely (Q6a-c) ......................................................................................... F-5
Number of attorneys in the firm in 2020 by size of firm (Q8)............................................................................. F-6
Number of attorneys whose practice is primarily IP in the firm in 2020 by size of firm (Q9) ............................... F-7
Number of agents and assistants involved primarily in the IP practice of the firm in 2020 by size of firm (Q9) ......... F-8
Services that were outsourced in 2020 (Q10)................................................................................................... F-8
Number of professionals whose practice is primarily IP law who joined the firm in 2020 by size of firm (Q11)............ F-9
Percentage of attorneys hired through a recruiter (head hunter) by size of firm (Q12) ....................................... F-10
Average fee paid to recruiter as a % of salary by size of firm (Q13) .................................................................. F-10

Number of professionals whose practice is primarily IP law who left the firm (including retired) in 2020 by size of firm (Q14)...F-11
Number of attorneys and agents, by gender and size of firm, whose practice is primarily IP law in the firm in 2020 (Q15).........F-12
Number of attorneys and agents, by ethnicity and size of firm, whose practice is primarily IP law in the firm in 2020 (Q16) ......F-13
Distribution of non-billable support staff devoted primarily to the support of the IP practice by size of firm in 2020 (Q17)........F-14
Number of non-billable support staff devoted primarily to the support of the IP practice by size of firm in 2020 (Q17)..............F-14
Number of non-billable support staff per IP attorney by size of firm (Q17)...............................................................................F-14
COVID-19 pandemic impact on firm's 2020 summer associates' program (Q18)..........................................................................F-15
Number of summer associates devoted primarily to IP law by size of firm in 2019 (Q19A-C) ....................................................F-16
Number of summer associates devoted primarily to IP law by size of firm in 2020 (Q19A-C) ....................................................F-16
Monthly pay for summer associates by size of firm (Q20) ............................................................................................................F-17
Number of summer associates expected (Q21)............................................................................................................................F-17
Percent of firm's billings in IP law by size of firm (Q22-Q23)......................................................................................................F-17
Allocation of firm's IP billings by size of firm and by type of work (Q24) ...................................................................................F-18
Allocation of firm's IP billings, by size of firm and by type of work, where IP law is 75% or more of practice (Q24) ...................F-19
Allocation of firm's IP billings, by size of firm and by type of work, where IP law is less than 75% of practice (Q24)...................F-20
Total 2020 billings for professional legal services (Q25)...............................................................................................................F-21
Total 2020 billings per attorney (Q25).........................................................................................................................................F-22
Firm collections, billings, overhead, percent change in billings, and percent change in revenue (Q26-Q29) .............................F-23
Minimum and maximum 2020 attorney billing rates for non-IP work (Q30a-Q30b).....................................................................F-24
Average billing rate for non-IP work (Q30c) ................................................................................................................................F-25
Minimum and maximum 2020 attorney billing rates for IP work (Q31a-Q31b) ...........................................................................F-26
Average billing rate for IP work (Q31c) .......................................................................................................................................F-27
Current starting salary for a first-year associate (Q32)................................................................................................................F-28
Average salary for a patent agent (Q33).......................................................................................................................................F-29
Tuition reimbursement and loan forgiveness for patent agents or assistants attending law school (Q34) ................................F-30
Liability insurance coverage and deductible in 2020 by size of firm (Q35-Q36)..........................................................................F-31
Liability insurance cost per attorney in 2020 (Q37).....................................................................................................................F-32
Number of liability claims for IP matters made in the last five years (Q38) .................................................................................F-32
Number of liability claims for IP matters made per attorney in the last five years (Q38)............................................................F-33
Number of liability claims for IP matters made per IP professional in the last five years (Q38)..................................................F-33
Number of liability claims for IP matters made per IP attorney in the last five years (Q38).......................................................F-33
Professional liability insurance underwriters used by firms (Q39) ..............................................................................................F-34
Liability insurance cost per attorney in 2020 by insurance underwriter (Q39) ............................................................................F-36
Amount spent on outside providers of attorney training and external attorney training programs
   as a percentage of gross revenue in 2020 (Q40) ......................................................................................................................F-36
Firm provides formal training to attorneys (Q41)........................................................................................................................F-37
Firm has marketing department or dedicated marketing personnel on staff (Q42)....................................................................F-38
Marketing budget as a percentage of gross revenue in 2020 (Q43).............................................................................................F-39
Allocation of firm's annual marketing budget by size of firm (Q44) ...........................................................................................F-39
Associates get "billable hour" credit toward their billing requirement for time spent marketing and participating
   in bar associations or professional organizations (Q45) ..........................................................................................................F-40

## INTRODUCTION

The AIPLA Economic Survey, developed and directed by the Law Practice Management Committee of the American Intellectual Property Law Association (AIPLA), reports the annual incomes and related professional and demographic characteristics of intellectual property (IP) law attorneys and associated patent agents. Conducted every other year by AIPLA, this survey also examines the economic aspects of intellectual property law practice, including individual billing rates and typical charges for representative IP law services. All U.S. AIPLA members, with the exception of student members were invited to participate.

The Law Practice Management Committee took an active role in reviewing the Economic Survey with a goal of improving the usefulness and value of the data that are collected and analyzed.

## DATA COLLECTION

An e-mail invitation to participate in the 2021 AIPLA Economic Survey was sent to 7,220 AIPLA members; accounting for bounces and requests to be removed from the database, the actual sample surveyed was 6,833. The e-mail included an individualized direct link to the Web-based questionnaire along with an attached letter requesting additional participation in the Firm portion of the Economic Survey. The initial e-mail was followed up by several e-mail reminders. Additionally, AIPLA sent out promotional emails with survey links as well. Similar to past years, additional efforts were made to collect the Firm Survey data. Contact information was collected directly from the Individual Survey respondents that was then used for distributing Firm Survey links directly to the appropriate people identified at each firm by the Individual Survey respondents.

A total of 740 individuals responded by completing some or all of the Individual questionnaire, yielding a 10.8% response rate, nearly the same rate as in 2019. Additional efforts to gather data for the Firm portion of the survey garnered 165 responses – slightly higher than the 160 received in 2019.

All data submitted by respondents were reviewed and evaluated for reasonableness and consistency; data anomalies and outliers were analyzed and corrected or deleted.

In many cases, respondents did not answer every question, so the total counts for each table may vary.

## CHANGES TO THE SURVEY

A number of enhancements were made to the **Individual Survey** instrument this year, including the addition of a few questions regarding the COVID-19 pandemic.

In Part I, questions about COVID-19 were added, expanding the questions about remote working. Additionally, respondents were given the option of *Prefer not to respond* for the gender and ethnicity questions. Lastly, two questions regarding familiarity with the Global Dossier were removed this year.

Part III (Private Practitioners) added two new questions about COVID-19 and billing rate changes and removed questions added in 2019 that requested data that is already collected on the Firm Survey.

The category of *Filing US Applications Abroad* that was added in 2019 in Part IV was revised so that respondents no longer were asked to indicate the top 3 countries for US applications entering foreign national phase or for US applications directly filed with foreign office. They were still asked, however, to choose <u>one</u> foreign country and answer all questions in that section based on that <u>one</u> foreign country. Another question was added in this section for respondents to indicate if there is a surcharge to clients for handling invoices from foreign counsel.

The reference to Covered Business Method (CBM) Review was removed when respondents were asked to estimate the total cost of filing or defending a petition for a post-grant proceeding. It was replaced with the category of PGR/IPR – Life Sciences. The other two categories (PGR/IPR – Electrical/Computer and PGR/IPR – Mechanical) remained the same.

Litigation – Trademark Opposition/Cancellation was updated from two categories (End of Discovery and Inclusive, all costs) to three categories (Through filing petition, Through end of discovery, and Inclusive, all costs).

The **2021 Firm Survey** instrument added new questions related to the COVID-19 pandemic. More specifically, there were questions about closing or reducing office space and remote working before, during, and after the pandemic. COVID-19 related questions associated with the summer associates' programs were also added. A new question about outsourcing services was included to replace two previous questions about outsourcing international filing and annuity payments. A new question requesting the percent change in the firm's revenue for IP legal services from 2019 to 2020 was also added. At the same time a number of questions were removed this year, including numerous detailed questions regarding support staff (billable and non-billable). Docketing and accounting system questions were removed as well as the section collecting the same charges data that is collected on the Individual Survey.

## DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS

A minimum of three responses is required to show composite values. **The term "ISD" is used to show insufficient data.** Similar to the past few reports, table rows with one or two respondents have been omitted to protect the anonymity of respondents, and tables with no valid rows have likewise been omitted. In general, tables with less than 20 respondents overall were not shown in order to maintain statistical reliability of the data; however, exceptions were made, and some tables were included despite having fewer than 20 respondents overall. Location tables that display data for typical charges and litigation related matters were deleted when there were less than 20 respondents. The corresponding charges and litigation tables with data displayed by number of attorneys were kept. Additionally, for applicable tables, the 10th and 90th percentiles could only be shown if there were 10 or more respondents.

**Quartiles:** Quartiles are used to show distributions of real numbers. Responses are described by three quartiles: the first quartile, the median, and the third quartile. Quartiles identify interpolated locations on a distribution of values and do not necessarily represent actual reported values. Another label for quartiles is percentiles; the first quartile is the same as the 25th percentile, the median is the 50th percentile, and the third quartile is the 75th percentile. For example, when all reported values are listed from highest to lowest, the third quartile identifies the point on the list that is equal to or greater than 75 percent (three-quarters) of the reported values and the first quartile identifies the point on the list that is equal to or less than 25 percent (one-quarter).

**10th Percentile:** Also used to show distributions of real numbers, ninety percent of respondents reported this amount or more.

**90th Percentile:** Ten percent reported this amount or more. If there are fewer than 10 values, the 90th percentile cannot be calculated.

**Median (midpoint):** The median identifies the point in the distribution of reported values that is equal to or larger than one-half of reported values and equal to or smaller than one-half—that is, the mid-point. A median is shown when three or more values were reported by respondents. The first and third quartiles are shown when four or more values were reported by respondents. Quartiles and medians based on values reported by survey respondents are estimates of the quartiles and medians that could be determined if the

characteristics of the entire population represented by survey respondents were known. In general, the more values that are reported, the more accurately quartiles estimate the distribution of values among all AIPLA members.

**Mean (average):** The mean is shown when three or more values were reported by respondents. It is equal to the sum of all values divided by the number of values.

It should be noted that if the mean exceeds the median, it is because high values affect the calculations. It is also possible, especially with a small number of values, for the mean to exceed the third quartile.

Percentages in some tables and graphs may not sum exactly due to rounding.

Other definitions useful in understanding tabular information presented in this report are:

**Income:** Defined as *"total gross income in calendar year 2020 from your primary practice…including any partnership income, cash bonus, share of profits, and similar income you received, and any deferred compensation in which you vested in 2020."*

**Typical Charges:** Respondents were instructed to respond *"only if you have been personally responsible for a representative sample of the type of work to which the question pertains, either as a service provider (i.e., an attorney in private practice) or as a purchaser of such services (i.e., corporate counsel)."* When reporting, respondents were directed to assume *"a typical case with no unusual complications,"* and were asked *"what did you charge (or would have charged, e.g., based on a fixed fee rate schedule) or what were you charged (or would have expected to be charged, e.g., based on a fixed fee rate schedule), in 2020, for legal services only (including search fees, but not including copy costs, drawing fees or government fees) in each of the following types of US matters?" Respondents were also asked to indicate the type of fee primarily used in 2020 (i.e., fixed fee, hourly, other).*

**Estimated Litigation Costs:** Respondents were instructed to respond to these questions *"only if you have personal knowledge either as a service provider (attorney in private practice) or as a purchaser of such services (corporate counsel) of the costs incurred within the relatively recent past, for the type of work to which the question pertains. In each of the questions, 'total cost' is all costs, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses."* Respondents were further instructed to estimate these based on a single IP asset, such as one patent at issue or one trademark, etc.

**Location:** The metropolitan areas of Boston, New York City, Philadelphia, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area. Texas is the one state reported separately. There were sufficient responses to breakout Los Angeles and San Francisco separately; California firms outside of those metro areas were included in "Other West." Other categories exclude those named metropolitan areas.

AIPLA Report of the Economic Survey 2021

## RESPONDENT BACKGROUND

- A total of 740 useable Individual Surveys were submitted this year.
- Solo practitioners made up 12.4% of the 2021 respondents, 38.5% were private firm, equity partners, and another 13.0% were private firm, partner-track attorneys. These numbers are all comparable to the 2019 respondent pool.
- Corporate IP and legal department, heads and attorneys represented 16.5% of the 2021 respondents.

| RESPONDENTS BY TYPE OF PRACTICE | | |
|---|---|---|
| PRIMARY PRACTICE | PERCENT | COUNT |
| **Private Firm** | | |
| Solo Practitioner | 12.4% | 92 |
| Private Firm, Equity Partner | 38.5% | 285 |
| Private Firm, Partner-Track Attorney | 13.0% | 96 |
| Private Firm, Non-Partner Track Attorney | 2.7% | 20 |
| Private Firm, Agent | 3.2% | 24 |
| Private Firm, Of Counsel | 4.1% | 30 |
| *Total Private Firm* | *73.9%* | *547* |
| | | |
| **Corporate** | | |
| Corporate IP, Head | 7.8% | 58 |
| Corporate IP, Attorney | 6.6% | 49 |
| Corporate IP, Agent | 1.5% | 11 |
| Corporate Legal, Head | 0.9% | 7 |
| Corporate Legal, Attorney | 1.2% | 9 |
| Corporate Legal, Agent | 0.7% | 5 |
| *Total Corporate* | *18.7%* | *139* |
| | | |
| **Government** | | |
| PTO Examiner | 1.4% | 10 |
| PTO Admin/Management | 0.8% | 6 |
| Government IP, not PTO | 1.2% | 9 |
| *Total Government* | *3.4%* | *25* |
| | | |
| **Other** | 3.9% | 29 |
| *Total Other* | *3.9%* | *29* |
| | | |
| *Total* | *100.0%* | *740* |

Private Firm, Equity Partner

## Average hourly billing rate in 2020 (Q33)

*Private Firm, Equity Partner*

| | | Average hourly billing rate in 2020 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 253 | $558 | $344 | $400 | $500 | $650 | $887 |
| Years of IP Law Attorney Experience | 7-9 | 7 | $372 | ISD | $290 | $375 | $401 | ISD |
| | 10-14 | 31 | $545 | $341 | $395 | $480 | $625 | $889 |
| | 15-24 | 89 | $532 | $340 | $398 | $495 | $614 | $757 |
| | 25-34 | 82 | $577 | $377 | $424 | $530 | $680 | $899 |
| | 35 or More | 36 | $648 | $340 | $450 | $593 | $855 | $1,100 |
| Location | Boston CMSA | 6 | $637 | ISD | $464 | $600 | $831 | ISD |
| | NYC CMSA | 19 | $712 | $400 | $500 | $600 | $980 | $1,150 |
| | Philadelphia CMSA | 6 | $726 | ISD | $528 | $700 | $861 | ISD |
| | Washington, DC CMSA | 31 | $633 | $400 | $460 | $525 | $847 | $962 |
| | Other East | 12 | $523 | $315 | $385 | $488 | $528 | $1,046 |
| | Metro Southeast | 15 | $564 | $358 | $375 | $500 | $590 | $1,026 |
| | Other Southeast | 5 | $453 | ISD | $368 | $410 | $559 | ISD |
| | Chicago CMSA | 10 | $586 | $329 | $469 | $640 | $700 | $736 |
| | Minne.-St. Paul PMSA | 19 | $530 | $295 | $360 | $500 | $675 | $875 |
| | Other Central | 56 | $453 | $300 | $368 | $415 | $544 | $665 |
| | Texas | 23 | $549 | $339 | $415 | $498 | $700 | $900 |
| | Los Angeles CMSA | 14 | $657 | $372 | $443 | $613 | $780 | $1,200 |
| | San Francisco CMSA | 5 | $665 | ISD | $463 | $595 | $903 | ISD |
| | Other West | 32 | $513 | $308 | $356 | $470 | $613 | $787 |
| IP Technical Specialization (>=50%) | Biotechnology | 10 | $569 | $400 | $402 | $473 | $700 | $1,015 |
| | Chemical | 7 | $430 | ISD | $350 | $450 | $500 | ISD |
| | Computer Software | 27 | $546 | $320 | $375 | $450 | $560 | $1,004 |
| | Electrical | 21 | $603 | $302 | $398 | $498 | $838 | $1,073 |
| | Mechanical | 51 | $492 | $342 | $380 | $460 | $560 | $700 |
| | Medical/ Health Care | 15 | $541 | $298 | $400 | $600 | $685 | $702 |
| | Other areas | 4 | $481 | ISD | $406 | $463 | $575 | ISD |
| Age | Younger than 35 | 4 | $364 | ISD | $305 | $376 | $412 | ISD |
| | 35-39 | 13 | $498 | $366 | $385 | $425 | $553 | $900 |
| | 40-44 | 32 | $513 | $297 | $375 | $450 | $634 | $831 |
| | 45-49 | 29 | $616 | $350 | $400 | $520 | $750 | $1,100 |
| | 50-54 | 48 | $517 | $349 | $400 | $475 | $594 | $710 |
| | 55-59 | 57 | $546 | $350 | $400 | $500 | $617 | $806 |
| | 60 or Older | 64 | $614 | $308 | $429 | $528 | $748 | $1,100 |
| Gender | Male | 208 | $563 | $350 | $400 | $500 | $650 | $903 |
| | Female | 32 | $510 | $340 | $381 | $450 | $583 | $735 |
| | Prefer not to respond | 6 | $500 | ISD | $375 | $475 | $638 | ISD |
| Highest Non-Law Degree | Bachelor's Degree | 187 | $563 | $350 | $401 | $500 | $650 | $879 |
| | Master's Degree | 44 | $571 | $300 | $400 | $525 | $700 | $933 |
| | Doctorate Degree | 21 | $489 | $261 | $360 | $460 | $613 | $748 |
| Ethnicity | White/Caucasian | 200 | $548 | $350 | $400 | $500 | $642 | $873 |
| | Black/African American | 3 | $463 | ISD | ISD | $400 | ISD | ISD |
| | Hispanic/Latino | 4 | $570 | ISD | $424 | $558 | $729 | ISD |
| | Asian/Pacific Islander | 14 | $578 | $340 | $400 | $625 | $716 | $776 |
| | Blended | 4 | $681 | ISD | $469 | $600 | $975 | ISD |
| | Prefer not to respond | 19 | $612 | $300 | $400 | $510 | $750 | $1,250 |
| | Other | 3 | $412 | ISD | ISD | $350 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 24 | $406 | $284 | $353 | $400 | $500 | $530 |
| | 3-5 | 29 | $441 | $340 | $383 | $420 | $483 | $625 |
| | 6-10 | 28 | $486 | $323 | $400 | $463 | $569 | $713 |
| | 11-25 | 57 | $508 | $340 | $380 | $435 | $598 | $750 |
| | 26-50 | 33 | $585 | $329 | $435 | $525 | $685 | $1,016 |
| | 51-100 | 47 | $686 | $415 | $520 | $600 | $850 | $1,100 |
| | 101-150 | 17 | $606 | $347 | $498 | $600 | $693 | $860 |
| | More than 150 | 15 | $822 | $441 | $560 | $795 | $1,100 | $1,240 |