# Exhibit 26

# Brian Banner

| | |
|---|---|
| **From:** | Brian Banner |
| **Sent:** | Friday, March 3, 2023 1:53 PM |
| **To:** | Jeff Kubiak |
| **Subject:** | Re: EscapeX v. Google - URGENT: Immediate Dismissal of Lawsuit [IWOV-iManage.FID214285] |

Thanks for confirming.

**From:** Jeff Kubiak <jkubiak@rameyfirm.com>
**Sent:** Friday, March 3, 2023 12:52 PM
**To:** Brian Banner <bbanner@sgbfirm.com>
**Subject:** Re: EscapeX v. Google - URGENT: Immediate Dismissal of Lawsuit [IWOV-iManage.FID214285]

Brian,
Yes.. With Prejudice.

Jeffrey E Kubiak
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
713-426-3923
832-900-4941 (fax)
713-294-2956 (cell)
www.rameyfirm.com

### Houston Intellectual Property and Trial Attorneys

Ramey LLP is a full-service intellectual property law firm working with an international client base from our Houston Texas, office. We are dedicated to enhancing client results through efficient practice management, innovative technologies and the use of skilled professionals.
www.rameyfirm.com

This e-mail may contain confidential information.  If you are not the intended recipient, please delete this e-mail.  If you have any questions, please call 713-426-3923.

**From:** Brian Banner <bbanner@sgbfirm.com>
**Sent:** Friday, March 3, 2023 12:04 PM
**To:** Jeff Kubiak <jkubiak@rameyfirm.com>
**Subject:** Re: EscapeX v. Google - URGENT: Immediate Dismissal of Lawsuit [IWOV-iManage.FID214285]

Jeff -

Please confirm dismissal will be with prejudice.

Thanks,

Brian C. Banner

1

**sgb | SLAYDEN GRUBERT BEARD PLLC**
401 Congress Ave, Ste 1650 I Austin, TX 78701 I USA
[O] 512.402.3569 I [C] 512.468.6297   I   sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter.  Please let the sender know if this message was received in error.

---

**From:** Jeff Kubiak <jkubiak@rameyfirm.com>
**Sent:** Friday, March 3, 2023 12:02 PM
**To:** Brian Banner <bbanner@sgbfirm.com>
**Subject:** Re: EscapeX v. Google - URGENT: Immediate Dismissal of Lawsuit [IWOV-iManage.FID214285]

Brian,
I took a quick look at the file and am dismissing the case today.
Jeff

Jeffrey E Kubiak
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
713-426-3923
832-900-4941 (fax)
713-294-2956 (cell)
www.rameyfirm.com

### Houston Intellectual Property and Trial Attorneys
Ramey LLP is a full-service intellectual property law firm working with an international client base from our Houston Texas, office. We are dedicated to enhancing client results through efficient practice management, innovative technologies and the use of skilled professionals.
www.rameyfirm.com

This e-mail may contain confidential information.  If you are not the intended recipient, please delete this e-mail.  If you have any questions, please call 713-426-3923.

---

**From:** Brian Banner <bbanner@sgbfirm.com>
**Sent:** Friday, March 3, 2023 11:35 AM
**To:** Jeff Kubiak <jkubiak@rameyfirm.com>
**Subject:** RE: EscapeX v. Google - URGENT: Immediate Dismissal of Lawsuit [IWOV-iManage.FID214285]

Thanks, Jeff. Probably best to call my cell phone 512-468-6297.  Talk to you this afternoon.

Brian

-------- Original message --------
From: Jeff Kubiak <jkubiak@rameyfirm.com>
Date: 3/3/23 11:26 AM (GMT-06:00)
To: Brian Banner <bbanner@sgbfirm.com>

Subject: Re: EscapeX v. Google - URGENT: Immediate Dismissal of Lawsuit [IWOV-iManage.FID214285]

Brian,
I've got your v mail and will call you back this afteroon.
Jeff

Jeffrey E Kubiak
Ramey LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
713-426-3923
832-900-4941 (fax)
713-294-2956 (cell)
www.rameyfirm.com

### Houston Intellectual Property and Trial Attorneys

Ramey LLP is a full-service intellectual property law firm working with an international client base from our Houston Texas, office. We are dedicated to enhancing client results through efficient practice management, innovative technologies and the use of skilled professionals.
www.rameyfirm.com

This e-mail may contain confidential information.  If you are not the intended recipient, please delete this e-mail.  If you have any questions, please call 713-426-3923.

**From:** Brian Banner <bbanner@sgbfirm.com>
**Sent:** Thursday, March 2, 2023 1:14 PM
**To:** William Ramey <wramey@rameyfirm.com>; Jeff Kubiak <jkubiak@rameyfirm.com>
**Cc:** SGB Litigation <litigation@sgbfirm.com>
**Subject:** EscapeX v. Google - URGENT: Immediate Dismissal of Lawsuit [IWOV-iManage.FID214285]

Bill & Jeff,

Please see the attached **URGENT letter requesting a response by C.O.B. tomorrow** due to impending court deadlines.

Regards,

Brian C. Banner

**sgb | SLAYDEN GRUBERT BEARD  PLLC**

401 Congress Ave, Ste 1650 l Austin, TX 78701 l USA

[O] 512.402.3569 l [C] 512.468.6297   l   sgbfirm.com

This message was sent by an attorney at law and may contain privileged and/or confidential matter.  Please let the sender know if this message was received in error.