Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
Asim M. Bhansali (SBN 194925)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Attorneys for Defendant
GOOGLE LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESCAPEX IP LLC,<br><br>   Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>   Defendant. | CASE NO. 4:22-cv-08711-HSG<br><br>**DECLARATION OF ASIM M. BHANSALI IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**<br><br><u>Hearing</u><br>Date: June 29, 2023<br>Time: 2 p.m.<br>Dept.: 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed: April 28, 2022<br>Trial Date: None set |

- 1 -

I, Asim M. Bhansali, hereby declare:

1. I am a partner at Kwun Bhansali Lazarus LLP ("KBL"), counsel of record for Defendant Google LLC ("Google" and/or "Defendant"). I am over the age of 18, and I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify about these matters under oath. I make this declaration in support of Google's Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285.

## ATTORNEYS' FEES

2. Pursuant to Civil L.R. 54-5(b)(2), below is a "statement of services rendered by each person whose services are claimed together with a summary of the time spent by each person, and a statement describing the manner in which time records were maintained."

3. Pursuant to Civil L.R. 54-5(b)(3), also provided below is a "brief description of relevant qualifications and experience and a statement of the customary charges for each such person or of comparable prevailing hourly rates or other indication of value of the services."

4. KBL was retained to act as local counsel for Google in this action in December 2022, after this case was transferred from the Western District of Texas to the Northern District of California. Between December 2022 and February 2023, KBL electronically submitted to Google invoices for the attorneys' fees, expenses, and costs to defend Google in this lawsuit.

5. I, Asim M. Bhansali billed 1.6 hours on this case, as of December 20, 2022, at an hourly rate of $778.50 per hour in December 2022 and $805.50 per hour from January 2023 on. I am a partner and co-founder of KBL. I served as local counsel on this case, coordinating with co-counsel Brian Banner. I have a B.B.A. in Accounting, with high honors, from the University of Texas at Austin, and a J.D., with honors, from the University of Texas School of Law in 1996. After law school, I served as a law clerk to the Hon. Ferdinand Fernandez, U.S. Court of Appeals

for the 9th Circuit. Prior to founding KBL, I was a partner at Keker, Van Nest & Peters LLP. In over two decades of practice, I have served as lead and second-chair counsel in jury trials and arbitration, and have extensive experience litigating patent, antitrust, trade-secret, and commercial dispute cases.

6. Kate E. Lazarus billed 2.10 hours on this case, at an hourly rate of $540 per hour in December 2022 and $562.50 from January 2023 on. Ms. Lazarus is a partner at KBL. She served as local counsel on the case, coordinating with co-counsel. Ms. Lazarus has a B.A. in Political Science and American Studies, with Departmental honors, and a J.D., Harlan Fiske Stone Scholar, from Columbia University School of Law in 2009. After law school, Ms. Lazarus served as a law clerk to the Hon. Mary Murguia, U.S. Court of Appeals for the 9th Circuit and the Hon. Frederick Martone, U.S. District Court for the District of Arizona. Prior to co-founding KBL, Ms. Lazarus was a senior associate at Keker, Van Nest & Peters LLP. She specializes in complex litigation and has a wide range of experience in state and federal court and arbitration.

7. Google receives a discount on the standard hourly rates of KBL attorneys and paralegals. The hourly rates in the table below reflects that discounted rate.

8. I have reviewed all invoices before they were sent to Google to assure that the time charged accurately reflected the work performed and that the work performed was performed by persons at the appropriate level. The table below reflects the hours of work each KBL attorney spent on this matter and KBL's fees.

| Timekeeper | Position | Hourly Rate | Hours | Value |
| --- | --- | --- | --- | --- |
| Asim M. Bhansali | Partner | $778.50 (Dec. 2022) | 0.40 | $311.40 |
| | | $805.50 (Jan. 2023) | 1.20 | $966.60 |

- 2 -  DECLARATION OF ASIM M. BHANSALI IN SUPPORT OF
GOOGLE LLC'S MOTION FOR ATTORNEY FEES
CASE NO 4:22-cv-08711-HSG

| | | | | Total: $1278.00 |
|---|---|---|---|---|
| Kate E. Lazarus | Partner | $540.00 (Dec. 2022) | 0.20 | $108.00 |
| | | $562.50 (Jan. 2023) | 1.90 | $1068.75 |
| | | | | Total: $1176.75 |
| TOTAL | | | | $2454.75 |

9. The billing rates of the KBL attorneys used throughout this case (from 2022-2023) are in line with billing rates for attorneys for intellectual property cases in California. Indeed, courts in this District have found similar rates reasonable for attorneys with similar experience and credentials. *See, e.g.*, *Superior Consulting Servs., Inc. v. Steeves-Kiss*, No. 17-cv-06059-EMC, 2018 WL 2183295, at *5 (N.D. Cal. May 11, 2018) (noting that rates up to $975 per hour for partners have been found reasonable in the Northern District); *Gutierrez v. Wells Fargo Bank, N.A.*, No. 07-05923 WHA, 2015 WL 2438274, at *5 (N.D. Cal. May 21, 2015) (same).

10. Google will provide invoices and documentation to support its request for Attorneys' fees at the request of the Court.

**ADDITIONAL FEES FOR BRINGING THIS MOTION**

11. Google further seeks attorneys' fees and costs incurred or paid by Google through the conclusion of this motion and offers to provide evidence in compliance with Local Rule 54-5 if the Court determines an award of those fees and costs is warranted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21st day of March 2023 at San Francisco, California.

By: _____
Asim M. Bhansali