Kate E. Lazarus (SBN 268242)
klazarus@kblfirm.com
Asim M. Bhansali (SBN 194925)
abhansali@kblfirm.com
KWUN BHANSALI LAZARUS LLP
555 Montgomery Street, Suite 750
San Francisco, CA 94111
Tel: (415) 630-2350

Additional attorneys listed on signature page.

Attorneys for Defendant
GOOGLE LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ESCAPEX IP LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | § CASE NO. 4:22-cv-08711-HSG<br>§<br>§ **[PROPOSED] ORDER**<br>§<br>§ <u>Hearing</u><br>§ Date: June 29, 2023<br>§ Time: 2 p.m.<br>§ Dept.: 2<br>§ Judge: Hon. Haywood S. Gilliam, Jr.<br>§<br>§ Date Filed: April 28, 2022<br>§ Trial Date: None set |

# [PROPOSED] ORDER

On this date, the Court considered Defendant Google LLC's Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285.

The parties, having appeared by their respective counsel of record, the Court having considered the papers filed in support of and in opposition to the Motion and good cause appearing therefore, orders as follows:

Defendant's Motion for Attorneys' Fees Pursuant to 35 U.S.C. § 285 is hereby **GRANTED.** Plaintiff EscapeX is hereby ordered to _____.

**IT IS SO ORDERED.**

Dated: _____    _____

Haywood S. Gilliam, Jr.
United States District Judge