Susan S.Q. Kalra (State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
ESCAPEX IP, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESCAPEX IP, LLC,<br><br>                    Plaintiff,<br>v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No.: 4:22-cv-08711-HSG<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285** |

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rules 6-1 and 6-3, Plaintiff ESCAPEX IP, LLC ("Escapex") hereby moves to extend the deadline for it to file an opposition to Defendant GOOGLE LLC's ("Google") Motion for Attorneys' Fees Pursuant to 35 U.S.C.

1

§ 285 (ECF 41) ("Google's Motion"), for two weeks, making the deadline **April 18, 2023**. In support of this Motion, Escapex states as follows:

1. A Joint Stipulation of Dismissal was filed March 7, 2023 (ECF 40).

2. Google's Motion (ECF 41) was filed on March 21, 2023.

3. Escapex's current deadline to file its opposition is April 4, 2023.

4. Escapex seeks a short 14-day extension to give it sufficient time to address the issues raised in Google's Motion, which includes responding to assertions made regarding Escapex's allegations of patent infringement made in its pleadings.

5. The parties have conferred, and Google does not oppose the relief requested in this motion, i.e., a 14-day extension for Escapex to file its opposition.

6. There have been no previous requests for modification of time with respect to the briefing schedule for Google's Motion. This is the first request for an extension of time filed with this Court.

7. The extension will not affect the schedule for this case. Hearing on Google's Motion is scheduled for June 29, 2023.

Dated: April 4, 2023                          Respectfully submitted,

                                                                               RAMEY LLP

                                                                               */s/ Susan S.Q. Kalra*
                                                                               Susan S.Q. Kalra (State Bar No. 167940)
                                                                               RAMEY LLP
                                                                               5020 Montrose Blvd., Suite 800
                                                                               Houston, Texas 77006
                                                                               Telephone: (800) 993-7499
                                                                               Fax: (832) 900-4941
                                                                               Email: skalra@rameyfirm.com

UNOPPOSED MOTION FOR EXTENSION OF TIME - CASE NO.: 4:22-CV-08711-HSG

| | |
|---|---|
| 1 | |
| 2 | /s/ William P. Ramey, III |
|   | William P. Ramey, III (pro hac vice |
| 3 | anticipated) |
|   | 5020 Montrose Blvd., Suite 800 |
| 4 | Houston, Texas 77006 |
|   | Telephone: (713) 426-3923 |
| 5 | Fax: (832) 689-9175 |
|   | Email: wramey@rameyfirm.com |

Attorneys for Plaintiff
ESCAPEX IP, LLC