Susan S.Q. Kalra (State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
ESCAPEX IP, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCAPEX IP, LLC,<br><br>                              Plaintiff,<br>   v.<br><br>GOOGLE LLC,<br><br>                              Defendant. | Case No.: 4:22-cv-08711-HSG<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285** |

IT IS HEREBY ORDERED:

Having considered Plaintiff's Unopposed Motion to Enlarge Time to file an opposition to Defendant's Motion For Attorneys' Fees Pursuant to 35 U.S.C. § 285 (ECF 41), the Court hereby grants the Motion. The deadline for Plaintiff to file its opposition is hereby set to April 18, 2023,

and the deadline for Defendant to file its reply will be seven days after service of Plaintiff's opposition.

**IT IS SO ORDERED**.

DATE: 4/5/2023

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge