Susan S.Q. Kalra (State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
ESCAPEX IP, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCAPEX IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 3:22-cv-08711-VC<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S SUPPLEMENTAL EVIDENCE RE: MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285** |

Pursuant to the Court's request during the July 20, 2023 Hearing, Plaintiff Escapex IP, LLC's ("Escapex") provides its response to Defendant Google LLC's ("Google") Supplemental Evidence Re: Motion for Attorneys' Fees ("Supplement") (ECF 55).

Civil Local Rule 54-5(b)(2) requires declarations submitted in support of motions for attorney fees to include, among other things, "A statement of the services rendered by each person for whose services fees are claimed, *together with* a summary of the time spent by each person…." (emphasis added). The declarations submitted by Google's counsel (ECF 51-1 and 51-2) fail to comply with this Rule.

The Declaration of Brian Banner identifies three firm Shareholders who "billed" a specified number of hours "in connection with Google's motion for fees". (ECF 55-1, ¶¶ 5-7). Similarly, the Declaration of Asim M. Bhansali identifies two Partners and one Associate who "billed" a specified number of hours "in connection with Google's motion for fees". (ECF 55-2, ¶¶ 5-7). Rule 54-5(b)(2) requires more than a summary of the time spent by each person: it also requires a statement of the services rendered. The declarations submitted by Google's counsel are devoid of any description of what services were rendered by each of the six persons identified in the declarations.

Therefore, Google should not be awarded the fees it seeks in its Supplement.

Dated: July 27, 2023

Respectfully submitted,

RAMEY LLP

*/s/ Susan S.Q. Kalra*
Susan S.Q. Kalra (State Bar No. 167940)
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941
Email: skalra@rameyfirm.com

2

RESPONSE TO SUPPLEMENT RE MOTION FOR ATTY FEES - CASE NO.: 3:22-CV-08711-VC

*/s/ William P. Ramey, III*
William P. Ramey, III (pro hac vice anticipated)
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175
Email: wramey@rameyfirm.com

Attorneys for Plaintiff
ESCAPEX IP, LLC