Susan S.Q. Kalra (State Bar No. 167940)
Email: skalra@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (800) 993-7499
Fax: (832) 900-4941

William P. Ramey, III (*pro hac vice anticipated*)
Email: wramey@rameyfirm.com
RAMEY LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 689-9175

*Attorneys for Plaintiff*
ESCAPEX IP, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCAPEX IP, LLC,<br><br>       Plaintiff,<br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No.: 3:22-cv-08711-VC<br><br>**PLAINTIFF'S RE-NOTICE OF MOTION TO AMEND JUDGMENT**<br><br>Hearing date: November 2, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br>Courtroom 4 –17th Floor |

PLEASE TAKE NOTICE that the hearing of Plaintiff ESCAPEX IP, LLC ('ESCAPEX") Motion to Amend Judgment (ECF 59), hereby re-noticed for November 2, 2023 at 10:00 AM in the Courtroom of the Honorable Vince Chhabria, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 17, 2023                                    Respectfully submitted,

                                                           RAMEY LLP

                                                           */s/ Susan S.Q. Kalra*
                                                           Susan S.Q. Kalra (State Bar No. 167940)
                                                           RAMEY LLP
                                                           5020 Montrose Blvd., Suite 800
                                                           Houston, Texas 77006
                                                           Telephone: (800) 993-7499
                                                           Fax: (832) 900-4941
                                                           Email: skalra@rameyfirm.com


                                                           */s/ William P. Ramey, III*
                                                           William P. Ramey, III (pro hac vice anticipated)
                                                           5020 Montrose Blvd., Suite 800
                                                           Houston, Texas 77006
                                                           Telephone: (713) 426-3923
                                                           Fax: (832) 689-9175
                                                           Email: wramey@rameyfirm.com

                                                           Attorneys for Plaintiff
                                                           ESCAPEX IP, LLC