IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCAPEX IP, LLC,<br><br>　　　　　　　Plaintiff,<br>　v.<br>GOOGLE LLC,<br>　　　　　　　Defendant. | Case No.: 3:22-cv-08711-VC<br><br>**(~~PROPOSED~~) ORDER JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON MOTION FOR ATTORNEYS' FEES**<br><br>Hearing date: January 11, 2024<br>*[Proposed] Reset date: January 18, 2024*<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria |

THE COURT HAVING CONSIDERED the parties stipulation and agreement to postpone the hearing for good cause is of the opinion the hearing should be reset to January 18, 2024. PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 9, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Vince Chhabria
　　　　　　　　　　　　　　　　　　United States District Judge

-1-