IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESCAPEX IP, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　Defendant. | Case No.: 3:22-cv-08711-VC<br><br>~~(PROPOSED)~~ **ORDER AS MODIFIED**<br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON MOTION FOR ATTORNEYS' FEES**<br><br>Hearing date: January 18, 2024<br>*[Proposed] Reset date: January 25, 2024*<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria |

THE COURT HAVING CONSIDERED the parties stipulation and agreement to postpone the hearing for good cause is of the opinion the hearing should be reset to January 25, 2024 at 1:30 PM via Zoom.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  January 17, 2024

_____

*IT IS SO ORDERED AS MODIFIED*
*Judge Vince Chhabria*

-1-